UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TROY'S TOWING, INC., a Michigan corporation,
H&B LAND, INC., a Michigan corporation, WAYNE'S
SERVICE, INC., a Michigan corporation, 7 D'S TOWING
AND STORAGE, INC., a Michigan corporation, ABA
IMPOUND, INC., a Michigan corporation, and
BOBBY'S TCB TOWING SERVICE, INC. a Michigan
corporation,

      Plaintiffs,

Case No. 23-cv-13182
Hon.

vs.

CITY OF DETROIT, a Michigan Municipal
Corporation,

      Defendant.
_____/

JAMES R. AUSTIN (P-43400)
MICHAEL J. CORCORAN (P41254)
Corcoran Austin, P.C.
Attorneys for Plaintiffs
6880 Thayer Lake Dr.
Alden, MI 49612
248-909-4752
jaustin@jaustinlaw.com
_____/

**INDEX OF EXHIBITS TO
PLAINTIFF TOWING COMPANYS' COMPLAINT**

    1.    September 20, 2018 Joint Directive

    2.    September 20, 2018 Board of Police Commissioners Meeting Minutes

    3.    September 20, 2018 Board of Police Commissioners Meeting Transcript

4. February 2022 Request for Proposals for Towing Services

5. September 20, 2018 Board of Police Commissioners Resolution

6. September 27, 2018 Board of Police Commissioners Meeting Transcript

7. 2016 Towing Permit

8. Sample Request for Proposals for Towing Services application

9. December 22, 2022 Detroit City Council approval of towing contracts

10. Sample Towing Contract

11. Photos

    a. Trucks

    b. Cramped storage

    c. Dangerous lots

    d. Trailer office

    e. Cars parked outside PTIU lot

    f. Vehicle owners in line outside

12. Contract for 6 tow trucks and City Council Approval

13. Request for Proposals for Towing Services Addendum 2

14. May 4, 2020 letter from former Detroit Police Chief James Craig

15. Invoice samples