# EXHIBIT 1

## JOINT DIRECTIVE BY THE MAYOR AND CHIEF OF POLICE
## THE CITY OF DETROIT

The Mayor and Police Chief of the City of Detroit issue the following directive:

### FINDINGS

The Detroit Police Department (DPD) has extensively studied the feasibility of, and benefits to the City of Detroit that would arise from, DPD operating its own vehicle storage facilities and towing operations,

DPD has concluded that operating its own vehicle storage facilities and towing operations is feasible and that substantial benefits would flow to DPD, City of Detroit and its citizens from such operations,

DPD has taken steps to acquire and operate vehicle storage facilities and towing operations, with full City wide operations to commence on or before September 30, 2018.

### DIRECTIVE

Subject to the approval of the Board of Police Commissioners ("Board"), DPD is hereby authorized to operate its own motor vehicle storage facilities and towing operations. When DPD towing is unavailable, private towers shall continue to be used in accord with existing laws, ordinances and regulations.

DPD will carry out and supervise the day-to-day operations of the motor vehicle storage facilities and towing operations, and the Board shall have oversight of the operations.

This Resolution is given immediate effect upon approval by the Board. The Chief of the Detroit Police Department is hereby authorized to take all steps necessary and appropriate to carry out this Directive.

Approved by:

_____
Michael E. Duggan, Mayor

_____
James E. Craig, Chief of Police

Dated: September 20, 2018