# EXHIBIT 2

Draft Minutes Detroit Board of Police Commissioners
Date of Meeting: September 20, 2018 – 3:00 PM
Location: Detroit Public Safety Headquarters, 1301 Third Street, Detroit MI 48226

**BOPC Chairman Willie Bell called the BOPC Board Meeting to order at 3:00 PM (September 20, 2018)**

| Detroit Police Commission Membership / Attendance | Attend | Not-Attend |
|---|---|---|
| Willie E. Bell, Chairperson | Yes | |
| Darryl D. Brown, Vice Chairperson | Yes | |
| Lisa Carter | Yes | |
| Elizabeth Brooks | Excused | |
| Eva Garza Dewaelsche | Yes | |
| Shirley A. Burch | Yes | |
| Willie E. Burton (3:10 PM) | Yes | |
| William M. Davis | Yes | |
| Conrad Mallett, Jr. (3:45 PM) | Yes | |
| Jim Holley | Yes | |
| Vacant | N/A | |
| | | |
| **Quorum** (Yes) | 9 | |

The Board acting in accordance with its rules approved the Agenda for September 20, 2018.

The Board acting in accordance with its rules approved the following Board Minutes:
    Thursday, September 6, 2018
    Thursday, September 13, 2018

**Board of Police Commissioner Willie E. Bell:** Welcome: Good Afternoon. I am Police Commissioner Willie Bell,  I represent District #4. I serve as Chair of the Board and will be conducting our meeting today.  On behalf of the Board, for those in attendance, thank you for joining us. For people viewing this meeting on your government cable channel, thank you for viewing our meeting. Commissioner Elizabeth Brooks has asked to be excused. Chairman Bell indicated that the Board of Police Commissioners will not meet on October 4, 2018, due to the NACOLE Conference September 30 thru October 4, 2018

Today is another day of sadness for the Detroit Police Department and the City of Detroit. Retired Detroit Police Officer Hugh Lawrence Burrell Badge # 1416, passed September 17, 2018. Retired Officer Burrell graduated from Northern High School in 1962, joined the Army 101st Air Borne Division and later joined the Detroit Police Department in 1969. One of the most celebrated contributions that Hugh made to the Police Department was the formation of the Blue Pigs. The Blue Pigs, a musical band, was one of the popular community relations arms of the Department. The Blue Pigs performed in every community in Detroit and southeastern Michigan. After retiring from the Department in 1991 Hugh took on a second law enforcement career as a security officer with the U.S. District Court. On behalf of the Board and the Department, we send our support and fellowship to the family of Hugh Lawrence Burrell.  Visitation for Hugh Burrell is September 21st, at 4:00 PM at Kemp Funeral Home, 24585 Evergreen, Southfield, MI. Funeral services will be Saturday, September 22, 2018 starting at 11:00 AM at Plymouth United Church of Christ, 600 E. Warren, Detroit.

- Moment of silence for Retired Police Officer Hugh Lawrence Burrell

- INVOCATION: for the invocation we have invited Detroit Police Chaplain Sam Wilson to provide the invocation.

Chairman Bell asked for BOPC, DPD and elected official attending the meeting to introduce themselves. Bell also introduced Chief of Police James E. Craig.

**Chairman's Report** – Willie E. Bell said "On behalf of the Board, I want to express our concern and support for fallen and injured officers. Our concerns for officer safety and citizen protection is continuous.  Our Board receives a weekly report from the

1 | Page

Department listing injured officers. I would ask the Chief of Police during his remarks to provide us with any additional information related to injured and fallen officers.

The Board of Police Commissioners meets every week except for the Thanksgiving and Christmas Holiday periods. We meet at Police Headquarters in regular session, 3 weeks in the month on Thursdays at 3:00 PM. We also meet in the community every 2nd Thursday of the month at 6:30 PM. Under the Detroit City Charter, Article 7, Chapter 8, the Board of Police Commissioners is empowered to provide civilian oversight and supervisory control of the Police Department. Our citizens are justified in asking "How does civilian oversight of law enforcement help you as a citizen within our community?" Our answer is, we protect the civil rights of citizens. Oversight organizations like the BOPC are at the forefront of investigating, reviewing and auditing individual cases of citizen complaints and patterns of operations by police agencies to eliminate misconduct, discriminatory police practices and unnecessary use of force by police. Our work is based on developing and supporting effective policing. Mutual trust and respect between the police and the community is critical toward increasing the quality of life for residents and visitors to Detroit. The Board of Police Commissioners exists to provide civilian oversight for the work of the Detroit Police Department. As a Board, we receive and investigate non-criminal citizens' complaints, monitor the operations of the Department and work with the Mayor and the Chief of Police to make or modify police policy.

Before outlining the order of the meeting, I also want to indicate that we will be acknowledging the heroic work of Chaplain Cedric Wychoff who saved the life of a citizen in an incident occurring on the Detroit Princess. We will also have a resolution for Hugh Lawrence Burrell, Badge # 1416. These two resolutions will be taken up under resolutions.

I would like to share several concerns and issues. The Chief of Police launched a special partnership with the Kiefer Foundation. The Kiefer Foundation was organized to honor the life of Mitchel Kiefer who was tragically killed in an auto accident in 2016. The accident was caused by another driver who was distracted while driving. I ask the Chief to expand on the activities and purpose of this partnership during the Chief's remarks. Additionally, I would like for the Chief to provide information on the investigation into the death of a five-year old girl and the shooting of her mother, Dejiza Coleman on Lyndon Street. According to newspaper accounts, filed investigations from the shooting of the 5 year-old girl and her mother on Lyndon lead to a surveillance operation and a breach of a home in another section of the city wherein a DPD officer involved shooting occurred. Still this incident led to additional operations where arrests occurred. The press is reporting that two of the suspects in this case have been released. I would ask the Chief to provide us with an update on this case.

Today, we have Resolutions for Chaplain Cedric Wyckoff, Retired Police Officer Hugh Lawrence Burrell and two presentations. The first presentation will be about a program initiated by the Chief of Police to address several issues related to police towing. The Chief proposes the creation of a Detroit Police Department controlled civilian tow program. The Chief has drafted a resolution that was circulated in advance for your review and consideration. Assistant Chief James White will present the program and discuss any concerns that the Board might have in creating this program. I should also note, that after a briefing on the program by Chief Craig, I asked staff to draft some questions on the program and it is my expectation that these questions will be incorporated into Assistant Chief White's presentation. The Board has also asked that the answers to these questions be provided to the Board in writing within 30 days from this presentation. The second presentation is on the Detroit Identification card. The presentation will be made by Dr. Paula Cruz Takash.

Toward the end of the meeting we will have oral communications. Please make sure you print your name on a speaker's card. Cards are located in the back on the table or can be obtained by seeing Mr. Robert Brown, and he needs your card before the beginning of public comments.

**Resolutions: Commissioner Shirley Burch** read into the record and presented a certificate of Recognition to **Detroit Police Chaplin Cedric Wyckoff.**

### CERTIFICATE OF RECOGNITION CHAPLAIN CEDRIC WYCKOFF

For your selfless service and expedient decisiveness to render aid to an individual experiencing a medical emergency. The exemplary skill and composure you exhibited during this life saving crisis was heroic. Your meritorious actions saved a man's life.

**Statement from Chaplin Cedric Wyckoff** in accepting his certificate from the Detroit Board of Police Commissioners,

Each one of us work, reside, or visit the city frequently are part of Detroit. **We are Detroit!** We're not just known for being the vehicle capital or Motown Hitsville USA. We're known for being resilient. When our backs are against the wall and the world is watching we always bounce back. **We are Detroit!** The Joe Louis Fist defines our city's ability to persevere not by force but by pressing our way through by having faith. That we shall overcome any obstacle that stands in our way. This paves the way for

having the spirt of Detroit within us. **We are Detroit!** We're committed to having the same vision for our city which is safety, growth and development. **We are Detroit!** When we see people in need we assist. That's what makes us so unique. The only time we look down on someone is when we're extending our hand helping them get back up. **We are Detroit!** We have the spirit of Detroit, which is servicing the needs of others; in a humane and intelligent manner. **We are Detroit!** Thank you and God Bless You!

**Commissioner Darryl Brown** read into the record a resolution for **Retired Detroit Police Officer Hugh Lawrence Burrell, Badge # 1416**

### RESOLUTION HONORING RETIRED POLICE OFFICER HUGH LAWRENCE BURRELL
### (POSTHUMOUSLY)

**WHEREAS**     Mr. Hugh Burrell graduated from Detroit Northern High School in 1962. He was appointed to the Detroit Police on February 17, 1969, after serving a tour of duty with the United States Army, 101st Air Borne Division.  Upon graduating from the Detroit Metropolitan Police Academy, he began his career at the 5th Precinct; and

**WHEREAS**     Officer Burrell was assigned to the Western Division Mobile Unit  Community Relations Section (P.A.L), 15TH Precinct, Crime Prevention Section, Public Information Office which was later changed to the Detroit Blue Pigs, a unique police / community relations group that delivered positive messages to thousands of school children in Detroit and other cities around the country. He helped organize the group and served as a musician, lead vocalist and spokesperson. The Blue Pigs became a community relations icon among children and educators; and

**WHEREAS**     Officer Burrell has shown dedication to the offices and duties as a public servant, as evidenced by the awards he received, which include (1) GOP Commemorative Award, (1) Presidential Letter of Appreciation from former United States President Ronald Reagan, (4) Chief's Merit Awards, (4) Chief's Unit Awards, (1) Citation, (1) Lifesaving Citation and Medal, (1) Departmental Citation and Medal, several Perfect Attendance Awards, Letters of Appreciation from supervisors and other law enforcement agencies and citizens; and

**WHEREAS**     Officer Burrell has willingly served the Detroit Police Department, the citizens of Detroit and its communities for over 29 years. His professionalism, community beliefs, and high standard of service has been a credit to the department and the community.

**NOW, THEREFORE, BE IT RESOLVED** That the Detroit Board of Police Commissioners, speaking on behalf of the citizens of Detroit and the Detroit Police Department, awards this resolution in recognition of Officer Hugh Burrell's 29 years of outstanding service.  His commitment to protect and serve the citizens of the City of Detroit and the Detroit Police Department merits our highest regards. We salute and congratulate your service, Police Officer Hugh Lawrence Burrell, Badge 1416.

**Commissioner Darryl Brown** move the adoption of the resolution for **Retired Police Officer Hugh Burrell** and the Certificate for **Chaplain Cedric Wyckoff.**
**Commissioner Lisa Carter**, Second
**VOTE:**           Yes = 9           No = 0           Abst. = 0           MOTION APPROVED

**COP Police Report: Chief of Police James E. Craig** reported that crime is continuing to trend downward. Chief James Craig commented that the downward trend is in part due to the successful operation of the CeaseFire program sponsored by the Detroit Police and its partner. Chief Craig reported on the development of the Distracted Driving Initiative that is jointly embraced by the Department and the Keifer Foundation. Craig also reported on the deployment of two dedicated NPOs (East and West) for traffic enforcement.  Chief Craig reported on a incident involving the 5 year old girl and her mother who was shot on Lyndon Street. The Chief indicated contrary to several reports based on evidence obtained at the Lyndon address the Department sought a warrant for another location wherein it was believed that one of the suspects and a car related to the incident was parked. The Chief indicated that the Department identified and breached the correct house, and shot and killed a suspect who was holding a gun pointed at police. The Chief indicated that before entering the house the officers gave notice and they deployed a flash grenade because of the high level of danger associated with the operation. The Chief indicated that two arrests were made at the second location and that the Department released the two suspects because they could not hold them for more than 48 hours without a charge. The Chief finalized his remarks on the incident by indicating that the investigation is still on-going. The Chief also indicated insofar as the shooting of the suspect at the second location who was holding a gun (DPD officer involved shooting), that aspect of the investigation has been turned over to the Michigan State Police. Chief Craig reported on CompStat data for the reporting period ending September 16, 2018. Craig reported Homicides percentage change between 2016 and 2017, -5% decrease in Homicides, Sexual Assaults 53% increase, Robbery -12% decrease, Carjacking 7% increase, Aggravated Assaults – 5% decrease, non-fatal shootings -11% decrease, Burglary -15% decrease, Larceny 1% increase, Stolen Vehicle -22% decrease

and Part 1 offenses -8% decrease. **Commissioner William Davis** inquired as to a merchants concern related to the Department's Greenlight program, the deployment of an excessive number of DPD officers to a meeting of the Detroit Water Board, and the traffic congestion related to the Deu-Troit Bike Race. **Commissioner Burch** thanked the Chief for taking charge of some of the traffic concerns that she has called to the attention of the Department. **Commissioner Carter and Dewaelsche** inquired about the rationale behind the deployment and encouraged the Chief to include southwest Detroit in his deployment of NPOs for traffic enforcement. **Commissioner Bell** indicated that traffic enforcement will never totally address the problems of speeding, Bell pointed to the responsibility that we have as citizens to address the problems and called for a public educational campaign related to speeding. **Commissioner Mallett** suggested that the Department and private concerns like hospitals might learn from each other in issues related to mental health deployments and suggested more engagement in this area.

**Presentations to the Board: (A) Detroit Police Towing, Assistant Chief James White (B) Detroit ID, Dr. Paula Cruz Takash**

**(A) Detroit Police Towing, Assistant Chief James White. Assistant Chief James White** indicated that the Police Department has evaluated the feasibility of creating a Detroit Police Department civilian towing operations embedded within the Department. White indicated that the projected date for the operation was September 30, 2018. White indicated the Department has purchased six tow trucks and has hired drivers who will be trained within the next week to operate the tow truck. White indicated that in cases wherein the DPD towing operation is insufficient to meet the demand for towing on any given day, the Department would revert to the current tow rotation as backup for tow operations. White indicated that the Department would handle the day-to-day towing operations including the supervision of the operations and that the Board of Police Commissioners would retain oversite for the program. The operations would not accept cash and would operate from 7:00 AM to 10:00PM seven days a week. White indicated that the previous Request for Proposal for Towing and Storage Facilities issues by City of Detroit Purchasing was placed on hold. White indicated that management data for the program would be housed in the Records Management System (RMS) and data and reports will be available via the RMS system. White also indicated that quarterly reports on the operation of the program will be provided to the Police Board. White also indicated that the fee structure for the program would remain the same as authorized by the City of Detroit Rate Commission (including Administrative Fees, payable to the City). White indicated that payment of the program will come from fees collected and would not result in added appropriations to the Police budget. White acknowledged that the Board had transmitted 15 questions and that the Department would respond to these questions in writing within 30 days. AC White also indicated that the Department would like to re-direct hardship request to be presented to the Board of Police Commissioners. **Commissioner Lisa Carter** requested an update tow rotation list. **Commissioner Jim Holley** asked about the impact to existing towing companies. Holley also requested a copy of the DPD organizational chart which would show the reporting and command line associated with the program. **Commissioner Conrad Mallett, Jr.,** indicated that the Board establish clear guideline for hardship cases. **Commissioner Eva Dewaelsche** asked if the new civilian tow operations represented best practices and did in consideration of the technology associated with the program represent the best technology available for the program. AC White responded that the Department current RMS system contains a module that is within leading technology standards. Dewaelsche also discussed the need to hire Detroiters in the program. **AC White** indicated that 10 of the 12 individuals hired in the program are Detroiters and updated the number of trucks that will be available is nine trucks. **Commissioner Brown** inquired if the complaints from the tow operations will go to OCI and if online payments are possible.

Commissioner Darryl Brown read into the record Resolution "Resolution Authorizing the Detroit Police Department to Operate Motor Vehicle Storage Facilities and Towing Operations (BOPC Index # 09-20-2018) SEE RESOLUTION ATTACHED.

Commissioner Eva Dewaelsche moved the resolution, Commissioner Conrad Mallett, Jr., provide the second.
Chairman Bell called for discussion and vote, ROLL CALL VOTE REQUESTED

| | | | | | |
|---|---|---|---|---|---|
| Darryl Brown, District #1 | Yes, | Conrad Mallett, Jr., District #2 | Yes | Shirley Burch, District #3 | Yes |
| Willie Bell, District #4 | Yes, | Willie Burton, District #5 | No | Lisa Carter, District #6 | Yes |
| William Davis, District #7 | No, | Elizabeth Brooks, At Large (Not in attendance) | | Eva Dewaelsche, At Large, | Yes |
| Jim Holley, At Large, | Yes | | | | |

<u>MOTION APPROVED: YES=7 NO=2</u>

**(B) Detroit ID, Dr. Paula Cruz Takash. Dr. Takash** reported on the Detroit Identification cards. Dr. Takash indicated that some 4410 cards have been issued starting in December 2016 until August 2018. Dr. Taskash listed the four largest zip codes with Detroit Identification cards, District #6, 48209 with 31%, 48210 with 27% and 48201 with 6% of the cards. District #7, 48227 with 6% of the cards. Dr. Takash also discussed the benefits of the card including its value in the absence of a State of Michigan driver's license and or State ID. Takash also discussed the commercial benefits of the card and their partnership with some 200 businesses with various discounts with the card. Dr. Takash indicated for individual interested in obtaining a card two processing centers are open to intake applications for the card, The Samaritan Center, 5555 Conner Street, Suite 2075, Detroit 48218

4 | P a g e

(Eastside) and Patton Recreation Center, 2301 Woodmere Street, Detroit 48209 (southwest).  The cost of the ID is $25 adults, $10 seniors.

**BOPC Standing Committee Reports: Personnel**

**Commissioner Eva Dewaelsche,** reported the Personnel Committee met on September 19 and approved a recommendation from OCI to hire Keysha Washington to the position of Investigator (OCI). Dewaelsche moved the recommendation to the full Board

**Commissioner Eva Dewaelsche: Motion to approve Keysha Washington for the position of investigator, Office of the Chief Investigator, Commissioner Mallett, second.**
VOTE:              Yes = 8           No = 1              Abst. = 0            MOTION APPROVED

**Old Business:** Resolutions held over from last meeting of the Board.
   A) Ideal Group and Venegas Family Resolution
   B) Mrs. Sylvia Gucken – Certificate of Recognition

**Commissioner Eva Dewaelsche:** Motion to approve resolution for Ideal Group and Venegas Family and Certificate of Recognition for Sylvia Gucken, **Commissioner Mallett,** second.
VOTE:              Yes = 9           No = 0              Abst. = 0            MOTION APPROVED

New Business: none.

**Announcements:** The next meeting of the BOPC is on September 27, 2018 at 3:00 PM at the Detroit Public Safety Headquarters, 1301 Third Street, 3rd Floor Detroit MI 48226.  The next community meeting of the BOPC is October 11, 2018 at 6:30 PM 7th Precinct, @ Hunt Street Station, 2200 Hunt Street, Detroit. MI 48207

**Oral Communications from the Audience / Public Comments:**

**Ms. Fredia M. Butler**, Community Activist, said "Are we the citizens in District Six and Seven less deserving of having a clean and safe community?  Our communities in District Six and Seven are inundated with used cars and repair places.  When I addressed the mayor about this issue, he said that the people purchased the land.  But as elected officials isn't it your responsibility to regulate and enforce ordinances to maintain communities?  Do citizens have a say about what they want in their community?  This is a Democracy. Elections are held for us to select people to serve the communities.  They are to address the needs of the citizens I believe, by listening and being actively involved in working to resolve issues.   I believe too many of us have been duped in voting for people who do not have the skills or the desire to do what leadership calls for.  Or is it fear of displeasing someone about their activity in their district.  An elected official should have meetings to educate and inform constituents whom they were elected to serve.  Our police officers and especially our NPOs are performing their jobs and we need you to do yours.  If all of us are doing what is required as citizens, we would have more clean and safe communities. In addressing all elected officials, I will quote Judge Mathis when Ms. Aretha Franklin was speaking to him about the Flint water problem.  She mentioned his television show knowing how vindictive producers and sponsors can be when speaking out about a political issue; she asked if he was "scared".  Are any of you afraid to speak up and take part in any issue concerning your community?  Each of us only has one vote.  Our collective votes elected you to office." **Mr. Bobby Ligon**, Teamsters local 214, thanked the Board for approving the towing resolution indicating that it will retain the jobs of some of his members. **Michelle George**, indicated she attended the community meeting at Rev Vann's church and observed the interaction between the people in attendance. She also indicated on a TV Show she observed Officer Strickland's discussion about racism within the Detroit Police Department.  **Joann Womack** expressed her deep concern that DPD training did no cover information related to U.S. Constitutional Amendments 1 and 14. She also complained that a non-uniform police officer stopped her from going up to the 13th Floor of the Coleman A. Young Municipal Building. Ms. Womack also complained that the investigations by the Office of the Chief Investigator was so unsatisfactory inasmuch as they don't give any real information about the investigation or findings. **Terrance Nykoryak** complained about the lack of progress in a hold-up.

**Motion to Adjourn at 5:25 PM**