# EXHIBIT 3

09/20/2018

1

2

3

4

5

6

7       DETROIT BOARD OF POLICE COMMISSIONERS

8

9            EVENING COMMUNITY MEETING

10

11   Thursday, September 20, 2018    3:00 p.m.

12

13      DETROIT PUBLIC SAFETY HEADQUARTERS

14            1301 THIRD STREET

15

16           DETROIT, MICHIGAN 48203

17

18

19

20

21

22

23

24

25



09/20/2018                                Page 2

1  COMMISSIONERS:

2  WILLIE BELL, Chairperson (Dist. 4)

3  WILLIE BURTON, Commissioner (Dist. 5)

4  WILLIAM M. DAVIS (Dist. 7)

5  JIM HOLLEY, Commissioner At-Large

6  DARRYL D. BROWN, Vice-Chair, Commissioner (Dist. 1)

7  SHIRLEY A. BURCH, Commissioner (Dist. 3)

8  LISA CARTER, Chairperson (Dist. 6)

9  EVA GARZA DEWAELSCHE, Commissioner At-Large

10  CONRAD MALLETT, JR., Commissioner (Dist. 2)

11

12

13  GREGORY HICKS, Secretary to the Board

14  ROBERT BROWN, Executive Manager

15

16

17          REPRESENTING OFFICE OF THE CHIEF OF POLICE:

18                      CHIEF CRAIG

19                 DEPUTY CHIEF BETTISON

20

21

22

23

24

25



1  Detroit, Michigan

2  September 20, 2018

3  At or about 2:55 p.m.

4

5            COMMISSIONER BELL:  Good afternoon.

6            ATTENDEES:  Good afternoon.

7            COMMISSIONER BELL:  Thank you.  Welcome to our

8  weekly afternoon meeting.  I'm Police Commissioner Willie

9  Bell.  I represent District Four.  I serve as Chair of the

10 Board when we conduct our meeting today.  On behalf of the

11 Board, for those in attendance, thank you for joining us.

12 For people viewing this meeting on your government cable

13 channel, thank you four viewing our meeting.  Commissioner

14 Elizabeth Brooks asked to be excused.

15          Today is another day of sadness for the Detroit

16 Police Department and the City of Detroit.  Retired Detroit

17 Police Officer Hugh Burrell, better known as...The Blue

18 Pigs.  Come on now, some of you are well aware of this

19 brother and the Blue Pigs.  They had historic involvement

20 with community and with children all over the city of

21 Detroit, Metropolitan Detroit, and so many years.  And he

22 was the lead person singer.  Just a great person.

23          Badge Number 1416 passed away on September 17,

24 2018.  He graduated from Northern High School in 1962.  He

25 joined the army, 101st Airborne, which is an elite unit.



1    You military persons know that, right.

2          UNKNOWN SPEAKER:  Yes, sir.

3          COMMISSIONER BELL:  There you go.  He joined the

4    police department in 1969.  And one of the most celebrated

5    contributions that he made to the Police Department was the

6    formation of The Blue Pigs.  He was one of the founding

7    members.  That's my understanding.  It was band, but it was

8    more than just a band.  It really was a community effort in

9    terms of them bringing and interacting, especially with

10   young people.  It was one of the most popular communication

11   arms of the department.  The Blue Pigs performed in every

12   community in Detroit and Southeast Michigan.  After

13   retiring from the department in 1981 Hugh took on a second

14   law enforcement career as a security office at the U.S.

15   District Court.

16         On behalf of the Board and the Department we send

17   our support and fellowship to the family of Hugh Burrell.

18   Visitation will take place on September 21st, at 4:00 p.m.

19   at Kim Funeral Home, 24585 Evergreen, Southfield, Michigan.

20   Funeral service will be on Saturday, September 22, 2018

21   starting at 11:00 a.m. at Plymouth United Church of Christ,

22   600 East Warren.  I ask for a moment of silence for

23   Officer Burrell.

24         (At 3:06 p.m., moment of silence observed)

25         COMMISSIONER BELL:  Thank you.  Invocation will



1  be given by Police Chaplain Sam Wilson.  Would you come to

2  the mic, please?  And thank you.

3          CHAPLAIN WILSON:  I invite you to bow your heads

4  in prayer.

5          (At 3:06 p.m., invocation given)

6          COMMISSIONER BELL:  Thank you, Chaplain.

7          COMMISSIONER HOLLEY:  Very nicely done.

8          COMMISSIONER BELL:  I like the that oversight and

9  insight.  The Lord impressed.  Really appreciate, and we

10  thank you.

11          CHAPLAIN WILSON:  You're welcome.

12          COMMISSIONER BELL:  I'm going to ask the

13  commissioners to introduce themselves starting to my right.

14          COMMISSIONER DAVIS:  Good evening.  My name is

15  William Davis, District 7.

16          COMMISSIONER BURCH:  Good afternoon.  My name is

17  Commissioner Shirley Burch, District 3.

18          COMMISSIONER BROWN:  Good afternoon.  I'm

19  Commissioner Darryl Brown, District 1.

20          COMMISSIONER CARTER:  Good afternoon.  Lisa

21  Carter, District 6.

22          COMMISSIONER HOLLEY:  Jim Holley.  Good

23  afternoon.  And I'm At-Large.

24          COMMISSIONER DEWAELSCHE:  Eva Dewaelsche,

25  At-Large.



1           COMMISSIONER BELL:  Thank you, commissioners.

2           Mr. Hicks, would you introduce staff.  Before

3    that I just want to introduce Chief James Craig to my far

4    left table.  Thank you.

5           Mr. Hicks.

6           MR. HICKS:  Thank you, Mr. Chair.  I do want to

7    indicate that you do have a quorum present.

8           COMMISSIONER BELL:  Thank you, sir.

9           MR. HICKS:  And secondly, that there is an error

10   on the agenda.  Under the resolution sections we have A, B,

11   and C.  A is actually taken up as part of the presentation

12   on towing.  So that resolution will not be taken up until

13   after that particular presentation.  So if you can just

14   make that correction.  And with that, I do want to indicate

15   that Sergeant Quinn is recording today's meeting.  Media

16   Services is providing the audio visual work, and Donna

17   Williams is the court reporter for the day.  And then I

18   look immediately to my right.  Robert Brown, who is with

19   our office, is sitting on the first row.  Mr. Wyrick, who

20   is Legal; Ms. Johnson, who is physical; Ms. Blossom, who is

21   Media; and Ms. White who is Policy.  And I was looking at

22   Ms. Bridget Lamar, who's on the opposite side of the room

23   in the second row, who is the interim director for the DPD

24   Personnel.  And then we'll go to Dr. Polly McCalister who

25   will introduce herself as well as the other members who are



1   employed by the Office of the Chief Investigator.

2           MS. MCALLISTER:  Good afternoon, board.  I'm

3   Polly McCalister, chief investigator.  And attending

4   today's meeting is Supervising Investigator Lawrence Akbar,

5   Senior Investigator Madrigal, Investigator Coleman,

6   Investigator Stanton, Investigator Coulter, Investigator

7   Stewart, and Investigator James.

8           COMMISSIONER BELL:  Thank you, chief

9   investigator.

10          Chief, Craig, would you introduce DPD?

11          CHIEF CRAIG:  Starting with Assistant Chief James

12  White, and you can go around, please.

13          (At 3:11 p.m. self-introduction of DPD Chief's

14           Office staff)

15          COMMISSIONER BELL:  Thank you.  You paused.

16          (Continuation of self-introduction of DPD

17           chief's Office staff)

18          COMMISSIONER BELL:  Thank you.  Is that it?

19  Commissioner Burch said you didn't say where you was from,

20  young -- Nicholson.  Can you stand up.  You're from the

21  11th Precinct?

22          POLICE OFFICER:  Yes, sir.

23          COMMISSIONER BELL:  Okay.

24          COMMISSIONER BURCH:  There you go.

25          COMMISSIONER BELL:  Thank you for all your



1   attendance DPD staff.

2          Do we have any elected officials in attendance?

3   I see a young man from District 2.

4          COUNCILMAN MCALLISTER:  Councilman Roy

5   McAllister.  Detroit City County, District 2.

6          COMMISSIONER BELL:  Thank you for your

7   attendance.

8          COUNCILMAN MCALLISTER:  Thank you.

9          COMMISSIONER BELL: Any others?  Any

10  representatives of any elected officials?

11         CITIZEN:  Albert Martin.  I'm with Councilman

12  McAllister.

13         COMMISSIONER BELL:  Thank you.

14         So we finished introduction.  Thank you for all

15  your attendance.  And to my left is Commissioner Willie

16  Burton from District 5.

17         COMMISSIONER BURTON:  How you doing, Mr.

18  Chairman.

19         COMMISSIONER BELL:  Good to see you this

20  afternoon.  Thank you.

21         I'm going to ask the commissioners to approve the

22  agenda for this afternoon's meeting, September 20th.

23         COMMISSIONER BROWN:  So moved.

24         COMMISSIONER DAVIS:  Second.

25         COMMISSIONER BELL:  It's been properly moved and



1   supported.

2            Discussion?  Those in favor aye.

3            THE BOARD:  Aye.

4            COMMISSIONER BELL:  Those opposed?  Motion

5   carried.

6            The next item would be approval of September 6,

7   2018 minutes.

8            COMMISSIONER DAVIS:  So moved.

9            COMMISSIONER HOLLEY:  Support.

10           COMMISSIONER BELL:  Been properly moved and

11  supported.

12           Discussion?  Those in favor aye.

13           THE BOARD:  Aye.

14           COMMISSIONER BELL:  Those opposed?  Motion

15  carried.

16           The next item will be approval of September 13,

17  2018 minutes.

18           COMMISSIONER BROWN:  So moved.

19           COMMISSIONER BELL:  It's been properly moved.

20           Discussion?  Those in favor aye.

21           THE BOARD:  Aye.

22           COMMISSIONER BELL:  Those opposed?  Motion

23  carried.  Thank you.

24           Next item on the agenda is for the chairman's

25  remarks.



1           On behalf of the Board I want to express our

2    concern and support for fallen and injured officers.  Our

3    concern for officer safety and citizen protection

4    continues.  Our Board receives a weekly report from the

5    department listing injured officers.  I would ask the chief

6    of police during his remarks to provide us with any

7    additional information related to injured and fallen

8    officers.

9           The Board of Police Commissioners meet every week

10   except for the Thanksgiving and Christmas holiday period.

11   We meet at police headquarters in a regular session three

12   weeks in a month on Thursday at 3:00 p.m.  We also meet in

13   the community every second Thursday of the month at 6:30

14   p.m.

15          Under the Detroit City Charter, Article 7,

16   Chapter 8, the Board of Police Commission is empowered to

17   provide civilian oversight and supervised control of the

18   police department.  Our citizens are justified in asking,

19   how does civilian oversight or law enforcement help you as

20   a citizen within our community?  Our answer is, we protect

21   the civil rights of citizens.  Oversight organization like

22   The Board of Police Commissioners are in the forefront of

23   investigating, reviewing, and auditing individual cases of

24   citizen complaints and pattern of operations by police

25   agency to eliminate misconduct, discriminatory police



1    practices, or unnecessary use of force by police.  Our work

2    is based on your voting and supporting effective policing.

3    Mutual trust and respect between the police and community

4    is critical toward increasing the quality of life for

5    residents and businesses to Detroit.

6          The Board of Police Commissioner exist to provide

7    civilian oversight for the work of the Detroit Police

8    Department.  As a board we receive and investigate

9    noncriminal citizen complaints, monitor operations of the

10   department, and work with the mayor and the chief of police

11   to make or modify police policy.

12         Before outlining the order of the meeting, I also

13   want to indicate that we will be acknowledging the heroic

14   work of Chaplain Cedric Wyckoff who saved the life of a

15   citizen in an incident occurring on the Detroit Princess.

16   We'll also have a resolution for Officer Burrell.  These

17   two resolutions will be taken up under resolutions.

18         I would like to share several concerns and

19   issues.  The chief of police launched a special partnership

20   with Kiefer Foundation.  Kiefer Foundation was organized

21   under the life of Michael Kiefer who was tragically killed

22   in the automobile accident of 2016.  The accident was

23   caused by another driver who was distracted while driving.

24   I ask the chief to expand on activities and purpose of this

25   partnership during the chief's remarks.



1       Additionally I would like the chief to provide

2   some information on investigation into the death of a

3   five-year-old girl and the shooting of her mother, Dejiza

4   Coleman, on Lyndon Street.  And we know it's an ongoing

5   investigation.  If you just share whatever that you can

6   possibly share.

7       According to the newspaper count, trial

8   investigation from the shooting of five-year-old girl and

9   her mother on Lyndon led to a surveillance operation, a

10  breach of home in another part of the city where DPD

11  officer-involved shooting occurred.  Still this incident

12  led to additional operation where arrest occurred.

13      The press is reporting that two of the suspects

14  in this case have been released.  I would ask the chief to

15  provide whatever update he can perhaps provide at this

16  time.

17      Today we have a resolution, I mentioned, for the

18  chaplain and Officer Burrell.

19      And first presentation will be about a program

20  initiated by the chief of police to address several issues

21  related to police towing.  The chief proposed operation of

22  Detroit Police Department control civilian tow program.

23  The chief has drafted a resolution that was circulated in

24  advance for your review and consideration, commissioners.

25  Assistant chief James white will present the program and



1    discuss any concerns the Board might have in creating this

2    program.

3            I should also note that after briefing on the

4    program by Chief Craig, I asked staff to grab some

5    questions on the program.  It is my expectation that these

6    questions will be incorporated into Assistant Chief White's

7    presentation.  The Board has also asked that the answers to

8    these questions be provided to the Board in writing within

9    30 days.  The second presentation is Detroit identification

10   card.  This will take place made by Dr. Paula -- Cash

11   [sic]?

12           Toward the end of the meeting we will have oral

13   communication.  Please make sure you print your name on a

14   speaker card.  Cards are located in the back of the table

15   or can be obtained by seeing Mr. Brown.  He needs your card

16   before beginning of public comments.

17           And now we're going to go to the resolution.  And

18   I'm going to ask Commissioner Burch to address the chaplain

19   of the 11th Precinct resolution.  So if you would call him

20   up and --

21           COMMISSIONER BURCH:  Chaplain Wyckoff, where are

22   you?  Do I go out there?

23           COMMISSIONER BELL:  Yes, ma'am, if you can go out

24   there, please.

25           COMMISSIONER CARTER:  The cards go up here.



1          CITIZEN:  We need more cards.

2          MR. HICKS:  The resolution -- it's actually an

3    appreciation.  And apparently it's upstairs, and it's

4    coming down.  So if we could move to the -- just to the

5    next one, and then we can come immediately back.

6          COMMISSIONER BELL:  Thank you.  We're going to

7    have the vice chair speak to the resolution.  And chaplain

8    is going to receive a Certificate of Appreciation.  Sorry

9    about the miscommunication on that.  We should be with you

10   momentarily.

11         COMMISSIONER BROWN:  Resolution Honoring Retired

12   Police Officer Hugh Lawrence Burrell (Posthumously).

13   WHEREAS   Mr. Hugh Burrell graduated from Detroit Northern

14             High School in 1962.  He was appointed to the

15             Detroit Police on February 17, 1969, after

16             serving a tour of duty in the United States Army

17             with the 101st Airborne Division.  Upon

18             graduating from the Detroit Metropolitan Police

19             Academy he began his career at the Fifth

20             Precinct.

21   WHEREAS   Officer Burrell was assigned to the Western

22             Division Mobile Unit Community Relations Section

23             (P.A.L.), 15th Precinct, Crime Prevention

24             Section, Public Information Office which was

25             later changed to the Detroit and other cities



09/20/2018                                    Page 15

```
 1                around the country.  He helped organize the group

 2                and served as a musician, lead vocalist and

 3                spokesperson.  The Blue Pigs became a community

 4                relations icon among children and educators; and

 5    WHEREAS     Officer Burrell has shown dedication to the

 6                offices and duties as a public servant, as

 7                evidenced by the awards he received, which

 8                include (1) GOP Commemorative Award, (1)

 9                Presidential Letter of Appreciation from former

10                United States President Ronald Reagan, (4)

11                Chief's Unit Awards, (1) Citation, (1) Lifesaving

12                Citation and Medal, (1) Departmental Citation and

13                Medal, several Perfect Attendance Awards, Letters

14                of Appreciation from supervisors and other law

15                enforcement agencies and citizens; and

16    WHEREAS     Officer Burrell has willingly served the Detroit

17                Police Department, the citizens of Detroit and

18                its communities for over 29 years.  His

19                professionalism, community beliefs, and high

20                standards of service has been a credit to the

21                department and the community.

22    NOW, THEREFORE, BE IT

23    RESOLVED    That the Detroit Board of Commissioners,

24                speaking on behalf of the citizens of Detroit,

25                awards this resolution in recognition of Officer
```



1          Hugh Burrell's 29 years of outstanding service.

2          His commitment to protect and serve the citizen

3          says of the City of Detroit and the Detroit

4          Police Department merits our highest regards and

5          best wishes for a long, happy --

6     We salute and congratulate Police Officer

7     Hugh Lawrence Burrell's service to the City of

8     Detroit, Badge 1416.

9          Detroit Board of Police Commissioners.

10         COMMISSIONER CARTER:  Mr. Chair, move adoption of

11    the resolution honoring retired Police Officer Hugh

12    Lawrence Burrell (posthumously).

13         COMMISSIONER DAVIS:  And I support that.

14         COMMISSIONER BELL:  It's been properly moved and

15    seconded.

16         Discussion?  Those in favor, aye.

17         THE BOARD:  Aye.

18         COMMISSIONER BELL:  Those opposed?  Motion

19    carried.

20         Thank you, vice chair.  We definitely will be

21    presenting that on Saturday morning for the Burrell family,

22    so you can keep.

23         I was going to turn next to Chief Craig, but he

24    stepped out for a moment.  If not, we will move to -- I'll

25    see if he's going to step back.  If not we can move to AC



1   White.  Thank you, Chief.  You have the mic.

2        CHIEF CRAIG:  Good afternoon.

3        ATTENDEES:  Good afternoon.

4        CHIEF CRAIG:  As I indicated, I'll talk first

5   about crime, and I'll move into some of the concerns with

6   the Kiefer Foundation five-year-old shooting.  And I'm

7   going to let Commissioner Lamar deal with the BOPC

8   Officers' Report.

9        As of today we're down seven homicides.  We're

10  down seventy-nine fatal shootings.  Overall violent crime

11  year-to-date is down 3%.  Overall property crime is down

12  10%, with a part one reduction of 8%.  So they're not the

13  numbers we were looking for.  We're still down in

14  homicides.  And even though we ended last year in the

15  lowest number in 50 years, still only being down seven.  So

16  the work continues.  Progress, yes.  A success, I'm not

17  claiming success.  But I have to applaud the great work by

18  the men and women of the police department.  We had what I

19  consider a very successful Cease Fire Call-in on a couple

20  weeks back.  And I think those have a profound impact on

21  reducing gang and group violence.

22        The Kiefer Foundation and distracted driving.  I

23  had a chance several weeks ago to sit with an individual

24  who owns a company in Southwest Detroit.  During that

25  conversation we started talking about Mr. Kiefer, and I



1   think it was already -- talked about his son.  His son's

2   death was two years ago, I think it was, yesterday.  And so

3   he started a campaign, started a foundation with lots of

4   support to educate the community on distracted driving.

5            We in the police department know it's a big

6   issue.  Unfortunately, here in the state of Michigan,

7   unlike other states -- when I came from California there

8   was no hands free law.  It probably should be given that

9   even just talking on a handset can be construed as

10  distraction.  And then you add on to that individuals who

11  want to text.  I cited during my press the situation

12  happened earlier in the month outside the state where an

13  eight-year-old child and mother were killed because of a

14  distracted driver.  In this instance the driver did admit

15  to rear-ending that family and tragically, again, the

16  mother and the daughter was killed.  So it's a problem.

17           Our reason for partnering is just that, you know,

18  in a very unified way to let the public know that we take

19  it seriously.  We take the whole issue of traffic very

20  seriously in this city.  In fact, ironically we had been in

21  conversations over the last month.  We all respect and

22  understand the impact that the Neighborhood Police Officer

23  initiative has had.  So we thought with the number of

24  traffic complaints that we get, we're going to have two

25  traffic NPOs assigned to our Traffic Enforcement Unit.  One



1   will handle all traffic complaints on the eastside.  The

2   other will handle all complaints on the west side.  I know

3   Commissioner Burch is probably happy to hear that.

4            COMMISSIONER BURCH:  Yes, sir.

5            CHIEF CRAIG:  You will have a traffic NPO --

6            COMMISSIONER BURCH:  Thank you.

7            CHIEF CRAIG:  -- that will facilitate and work

8   with our precinct level NPOs in dealing with traffic

9   complaints.  You know, it's a quality of life issue, and we

10  take it very seriously.  And I'll be more than happy to

11  take questions on that at the appropriate time.

12           And then certainly an update on the tragic

13  shooting of the five-year-old and critically injured mother

14  that was there.  Let me start my comments on the list by

15  saying our heart and prayers go out to that family.  Even

16  though there are times where the police department, in this

17  case the Detroit Police Departments, has to use deadly

18  force we certainly -- our thoughts and prayers go out to

19  the family.  This was tragic.  Certainly our officers don't

20  wake up in the morning looking to use deadly force.

21           Let me clarify a few points that have emerged

22  over the last few days.  What's been said is that we went

23  to the wrong house.  Factually, not true.  We did go to the

24  right house.

25           I will at this point want to commend our homicide



1  team for their relentless, and I do mean relentless

2  follow-up, on this matter on the shooting death of the

3  five-year-old.  As they continued very aggressively in

4  their investigation, we got a vehicle description.  A

5  vehicle left the scene of the homicide of the

6  five-year-old, and we followed that evidence.  And it took

7  us to a location where we got a search warrant signed by a

8  judge.

9           We also had information of a suspect who would be

10  at that location.  We executed that search warrant.  We

11  were at the right location.  We recovered the vehicle.  We

12  did arrest the person that -- of interest that we were

13  looking for at that location.  Unfortunately, as we

14  executed -- and as I pointed out in my initial remarks, on

15  that day, the first -- the first events that took place

16  once our SRT team converged on the location -- I also

17  indicated that this was a high risk warrant search.

18           Any time we executed warrants involving a murder

19  suspect it becomes high risk.  So as our officers respond

20  to a location and before, not after, before deploying a

21  distraction device they announce their presence.  They

22  announce search warrant.  And after several repeated times

23  of saying that, they deploy the distraction device.  Soon

24  after the deployment of the distraction device, the

25  officers breached the door.  And as they entered you could



1    hear the point officer, the one who used deadly force,

2    saying get down or something to the effect, get down

3    several times, and then there was shots fired.

4           Some of the criticism was we went to the wrong

5    house; we got the wrong suspect.  In fact, while this

6    person that we ended up using deadly force on was not

7    identified as part of this investigation; however, I cannot

8    conclusively say that he's not involved in it, because that

9    investigation is still ongoing.  What I can say, as I

10   indicated, I saw the video involving the announcements of

11   get down, search warrant, Detroit Police Department.  What

12   I also say -- what I also saw, as did my team, that this

13   suspect prior to the shooting was in fact holding the gun.

14   I saw it.  My team saw it.  But I don't want to go into

15   much more detail than that because, as the chairman pointed

16   out, this is still a very active investigation.

17          And I want to also point out that on last week

18   the Wayne County Prosecutor contacted our investigators and

19   expressed some concern on the Detroit Police Department

20   doing this investigation.  And the one concern they had is

21   they cited something called res gestae, which means

22   witness.

23          Our homicide investigator team -- as you know,

24   because we were investigating the homicide of the

25   five-year-old, we also prepared the warrant at the location



1   where the officer involved shooting occurred, we could not,

2   should not do the subsequent officer involved shooting

3   investigation.

4         The argument was made, I did agree with the

5   prosecutor's office, that we shouldn't -- we turn this

6   investigation specific to the officer involved shooting

7   over to the Michigan State Police.  Michigan State Police

8   has the investigation as of, I want to say, last Saturday.

9   They was a detailed dispatch from the Flint office [sic].

10  So they are doing that investigation.  I respect the fact

11  that they are doing the officer involved shooting.

12        And the one reason I wanted to share with you the

13  fact that this suspect was holding a weapon, is because I

14  think it's important in the interest of transparency the

15  fact that there are some in the community suggesting, one,

16  we hit the wrong house; suspect was unarmed, which he was

17  armed, and he was not the suspect we were looking for.  We

18  were, again, at the right location.  The person that we

19  were looking for was at that location and was detained and

20  arrest, and released.

21        As you pointed out in your earlier remarks,

22  both -- the two suspects we did arrest we did release.

23  There's a requirement of 48 hours.  It was not enough to

24  charge either suspect.  But that does not mean that at some

25  point they will not be charged.  So that investigation



1   continues.  And that concludes my report.  And I'm eager to

2   take any questions you might have.

3           COMMISSIONER BELL:  Commissioners, any questions

4   for the chief?

5           COMMISSIONER DAVIS:  Yes.

6           COMMISSIONER BELL:  Yes, sir.  To my right.

7           COMMISSIONER DAVIS:  A few things, young man.

8           CHIEF CRAIG:  Did you say young man?

9           COMMISSIONER DAVIS:  I said young man.

10          CHIEF CRAIG:  I appreciate that, seeing as I just

11  had a birthday.

12          COMMISSIONER DAVIS:  I know.  Question about the

13  Green Lights.  I know a station owner that's thinking about

14  getting that called and asked me about one today.  And do

15  they have the ability to review or look back on anything in

16  it that that's being filmed.

17          CHIEF CRAIG:  They do.  And if I stand in error,

18  they have the ability as we do.  We have a live feed that

19  comes into our Real Time Crime Center.  We have the ability

20  to extract.  They also have the ability to review.

21          COMMISSIONER DAVIS:  Okay, good.  I'll let the

22  station owner know that.

23          CHIEF CRAIG:  And if the station owner has any

24  questions please contact Trisha Stein in our office or

25  Assistant Chief White.  They'll be more than happy to walk



1   them through how that works.

2          COMMISSIONER DAVIS:  Also I was at a Board of

3   Water Commissioner's meeting yesterday.  And one of the

4   commissioners and a number of people was sort of alarmed

5   about the massive number of police officers that was there.

6   Is there a reason why you have like ten or twelve police

7   officers that are going to the Board of Water Commissioner

8   meeting.

9          CHIEF CRAIG:  I'm unaware of any Detroit Police

10  officers being at the Water Board meeting.  If anyone on my

11  staff is aware of it.  I do know that the water board does

12  have a security team.

13         COMMISSIONER DAVIS:  Yes.

14         CHIEF CRAIG:  Uniformed officers.  There was an

15  incident at a prior meeting, and I think there was some

16  type of interaction.  It didn't go very well.  Detroit

17  Police were accused for it, but we weren't even present.

18  Now we may have had a request to be present.  I don't think

19  we would have twelve.

20         COMMISSIONER DAVIS:  It was quite a few.  In fact

21  --

22         CHIEF OF POLICE:  Do we know factually they were

23  Detroit Police officers?

24         COMMISSIONER DAVIS:  We know factually.  I seen

25  them myself.



1      CHIEF CRAIG:  You seen badges.  Okay.

2      COMMISSIONER DAVIS:  And also even one of the

3  Board of Water Commissioners complained to me about the

4  fact of being so many there that she felt it discouraged

5  some people from coming to the meeting.

6      CHIEF CRAIG:  Yeah, we certainly wouldn't want to

7  do that.  I will tell you that given the mayor's last

8  meeting and the anger, even I found myself pinned against

9  the wall to explain the differences of drainage fees.  I

10  mean, I didn't come up in the water department, but I've

11  gotten a lesson that those businesses that have Green Space

12  certainly there's an opportunity for that water, as you

13  know.  I know you know it very well.

14      Does anyone on my team aware of this request for

15  Detroit Police officers?

16      DC BARREN:  Deputy Chief Barren.  So I'm not

17  aware of that either.  I know that the water department has

18  reached out to us for assistance next week.  They expect

19  protestors to be at one of their facilities.  For this one

20  let's get that information to them.

21      CHIEF CRAIG:  Are you aware of it, Todd?

22      DC BETTISON:  Yeah, I got a call about council

23  member Ayers; said that it appears to be some police

24  officers in the area.  So I called Communications and was

25  informed that they were at the water board.  And then I



1   followed up with the commander, and it was a request that

2   was made to have police presence there.

3           COMMISSIONER DAVIS:  That many though?

4           DC BETTISON:  I didn't know it was twelve police

5   officers there.

6           CHIEF CRAIG:  Who's the commander?

7           DC BETTISON:  Commander of the Eight Precinct,

8   Commander Pritchett.

9           CHIEF CRAIG:  Okay, I'm going to follow up with

10  that.  Because, I mean, I understand some of the tension

11  associated.  But before somebody makes a unilateral

12  decision to deploy twelve Detroit police officers they got

13  to come from somewhere.

14          COMMISSIONER DAVIS:  I can see two, but twelve?

15  That's crazy.

16          CHIEF CRAIG:  Yeah, unless there's a specific

17  request.

18          COMMISSIONER DAVIS:  I think that's a waste of

19  resources.

20          CHIEF CRAIG:  I concur.  What we would do if

21  there was some information -- and certainly Deputy Chief

22  Barren is very aware, we get a lot of request, particularly

23  if there's going to be problems, we will go to a location

24  and just be present.  But twelve police officers at the

25  water board when I get concerns and complaints from police



1    officers saying we don't have enough officers to go out in

2    the field to handle calls for service --

3            COMMISSIONER DAVIS:  Because this is not the

4    first time I got complaints about the large number of

5    police officers at the Board of Water Commissioners

6    meeting.  So I go to quite a few of them.

7            CHIEF CRAIG:  So Deputy Chief --

8            COMMISSIONER DAVIS:  But this is the first time

9    I've seen so many at one meeting.

10           CHIEF CRAIG:  Yeah, well I have a concern.

11           Deputy Chief Fitzgerald.

12           DC FITZGERALD:  I'm checking on it.

13           CHIEF CRAIG:  You're checking?

14           DC FITZGERALD:  Uh-hmm.

15           CHIEF CRAIG:  Can you update us as the meeting

16   goes on?

17           DC FITZGERALD:  Yes, sir.

18           CHIEF CRAIG:  Thank you.

19           COMMISSIONER DAVIS:  My last thing.  I received a

20   number of complaints Saturday about the bikers.  You know,

21   there's a large number of bikes touring the city.  In fact,

22   a number of residents was complaining about why they have

23   to wait long periods of time for many of our suburban

24   friends riding around throughout the city and tying up

25   traffic and making a number of people late, and the fact



1  that it was a number of police cars and EMS vehicles with

2  them.

3          CHIEF CRAIG:  I'm unaware of that.  I have heard

4  last year, the year before that a bike group -- I want to

5  call them the Slow Rollers.  What do they call them?

6          UNIDENTIFIED SPEAKER:  Slow Rollers.

7          CHIEF CRAIG:  Slow Rollers.  And they draw

8  hundreds of bicyclist.  Usually it was on a Monday night.

9  And during that time -- so Detroit Police Department has

10 tried to facilitate --

11         COMMISSIONER DAVIS:  This was Saturday over a

12 thousand bikes.

13         CHIEF CRAIG:  You heard about this too?

14         DC BETTISON:  This is an annual event.  So this

15 is Tour de Troit.  And they had probably about 10,000

16 bicyclist out there.  So it has grown.

17         COMMISSIONER BELL:  DC, would you give your name

18 for the record.

19         DC BETTISON:  Deputy Chief Bettison.  Chief

20 Neighborhood Liaison.

21         COMMISSIONER BELL:  Thank you.

22         DC FITZGERALD:  So that right there was a plan

23 that as they pulled the city petition and then all of the

24 police resources that participated to make sure that it was

25 safe we'd get reimbursed for that.  So they pay for those



1  resources --

2          COMMISSIONER DAVIS:  I hope so.

3          DC FITZGERALD:  -- and EMS resources as well.

4  And every year they pay timely.  So zero balance with them.

5          COMMISSIONER DAVIS:  Okay.

6          DC BETTISON:  Yes, sir.

7          COMMISSIONER DAVIS:  That's it.

8          COMMISSIONER BELL:  Thank you.  Any other

9  commissioners?

10          COMMISSIONER BURCH:  Yes.

11          COMMISSIONER BELL:  Yes, ma'am.

12          COMMISSIONER BURCH:  I'd just like to commend you

13  personally for taking charge of the speeding in our city,

14  because I think it really causes a lot of lives.  And I

15  commend you, because you got right on it with DC Bettison

16  that when the citizens through my office were complaining

17  about they completely ignore.  And so I thank you for that.

18  Because people have to learn that when you see a speed

19  limit sign if it says 30 miles an hour, underneath it it

20  should say something strictly enforced.  Maybe that would

21  help them to understand you're not on a race track.

22          And then, Chief, I wanted to bring this up to

23  you, sir.  The meeting that was held in the third district

24  with the mayor there at Second Ebenezer, it was a

25  disruption there.  So I know you're very capable and



1   professional to handle hecklers.  I wish you would just

2   share with me, because they're asking me, why wasn't it

3   handled a different way; you know, what happened there.

4   They had to stop the whole meeting because of only three

5   people.  And so I know you have some system of how you

6   handle those people.  Could you share with us, please?

7          CHIEF CRAIG:  I thought it was handled very

8   appropriate.  I think the mayor -- absolutely he certainly

9   has the patience of Job.  He probably handled it better

10  than I would.  I'll just say it again; he handled it better

11  than I would.  Because the disrespect that was shown was

12  disruptive.  And I understand the anger, but there's an

13  opportunity to have a discussion.

14         COMMISSIONER BURCH:  Correct.

15         CHIEF CRAIG:  And when you allow folks to disrupt

16  a meeting, there is no meeting.  And so those folks should

17  be accountable.  Now did they violate a law?  No.  But does

18  that mean that we should continue?  No, we shouldn't.  So I

19  thought the mayor did the absolute correct thing by

20  creating an opportunity for people that still had questions

21  to meet off in smaller groups to try to deescalate what had

22  gotten out of hand.  And so that's the first time I seen it

23  done that way.

24         COMMISSIONER BURCH:  Right.

25         CHIEF CRAIG:  There have been other instances



1    because of disruption that the meeting was shut down

2    totally.

3              COMMISSIONER BURCH:  Right.

4              CHIEF CRAIG:  But the mayor was intent on

5    continuing to address community concern.  And as I was

6    pointing out to Commissioner Davis -- he was with me at one

7    point where someone had a water question, and so I had to

8    address the water question because that was the focus

9    primarily of that meeting.  I just had to deal with the

10   water in the schools.  And so there were some angry people

11   there, and it got very disruptive.

12             COMMISSIONER BURCH:  Right.

13             CHIEF CRAIG:  So I was fine with the way it was

14   handled.

15             COMMISSIONER BURCH:  Okay, thank you.

16             COMMISSIONER BELL:  Any other commissioners?

17             COMMISSIONER BROWN:  Yeah, I got one question.

18             COMMISSIONER BELL:  Yes, sir.

19             COMMISSIONER BROWN:  Chief, thank you for all you

20   do.  And as always, I applaud the men and women of the

21   Detroit Police Department for the job well done they do.

22             The two additional NPOs, is that going to -- are

23   they going to be an addition, or are we taking them from

24   other duties of the NPOs we already have?

25             CHIEF CRAIG:  Through the Chair, existing --



1  preliminarily, existing police officers that are assigned

2  to Traffic Enforcement Unit.  So it's really an enhancement

3  to the community.  It really enhances the work that our

4  precinct level Neighborhood Police Officers do.  Because

5  some of them are barraged with a number of traffic related

6  complaints.

7         We thought given the number of complaints that we

8  get on traffic why not dedicate specific officers that can

9  do it, solve it.  If it requires mobilizing NPOs in the

10 precinct, like the Eleventh Precinct because of speeders,

11 that traffic NPO will do that.  So we're going to try it

12 out to see if it's added benefit.  If it doesn't, we will

13 go back to business as usual.  But I'm optimistic that this

14 will enhance our ability to address traffic complaints.

15        COMMISSIONER BROWN:  Okay.  In addition, it just

16 leads into my next question I was going to ask you about

17 talking with the NPOs on the great west side of Detroit.

18        Eight Precinct, it's kind of stretched with the

19 NPOs.  Do we have a plan in place to increase their

20 numbers?  Because, you know, the Eight Precinct area is

21 probably one of the largest populated area in the city of

22 Detroit, and they're stretched.  And I can see a lot of

23 things they're doing looking at their calendars and the

24 complaints I get from community groups.  They don't

25 complain; they just want the presence of officers at their



1    meetings to talk about community issues.  And I know they

2    can't make all of them, but I'm just thinking if we can

3    increase their numbers, the NPOs, it would be a great help

4    to them in those areas of two -- the Second Precinct, Six,

5    and Number Eight.

6            CHIEF CRAIG:  Now through the Chair, as you may

7    know, before your election to this Board, we did increase

8    number of NPOs city-wide for the very reason that you cite.

9    I think -- I don't care where I go in this city, that's one

10   initiative that many in the community applaud.  I

11   anticipate as we continue to see success from the NPOs --

12   and that's why this strategy with the -- this is going to

13   alleviate some of the pressure from the NPOs in the

14   precinct, this traffic.  I will tell you, and Shirley

15   Burch -- I think Commissioner Burch will attest that

16   traffic is probably one of her number one complaints.

17           COMMISSIONER BURCH:  Yes, sir.

18           CHIEF CRAIG:  And it's not just Eleven.  As I go

19   around this city --

20           COMMISSIONER BROWN:  It's everywhere.

21           CHIEF CRAIG:  So to have dedicated NPOs that do

22   nothing but traffic, that's going to free the NPOs at the

23   precinct level to focus on those other quality of life

24   issues.  That's why we want to study it, watch it and see

25   if we're going to get benefit.  Deputy Chief -- both



1   Fitzgerald, Barren have embraced it.

2          And how soon do we think we're going to launch

3   this initiative?  A week?

4          UNIDENTIFIED SPEAKER:  Yes, sir.

5          CHIEF CRAIG:  About a week?  You know what, I got

6   to tell you.  I got to tell you.  I love the team, because

7   whatever I ask for, even if it's bizarre --

8          COMMISSIONER MALLETT:  It's a week.

9          CHIEF CRAIG:  -- it's a week.

10         DC FITZGERALD:  Just for the Board, Deputy Chief

11  Fitzgerald, we had three NPOs assigned to that water board

12  hearing.

13         CHIEF CRAIG:  Three.

14         DC FITZGERALD:  Parks and True (Phonetic) were in

15  the Eighth Precinct.  So it did seem like we had a lot

16  more, but it was the three NPOs: Coleman, Williams, and

17  Cocks I have it.

18         CHIEF CRAIG:  And that was a request that came

19  in?

20         DC FITZGERALD:  A request came through the water

21  board.

22         COMMISSIONER BROWN:  Thank you.

23         COMMISSIONER CARTER:  Through the Chair.

24         COMMISSIONER BELL:  Yes, ma'am.  Just first of

25  all, I want to just pause.  I want to recognize the great



1   commissioner from District 2.  Conrad Mallett has joined

2   us.

3            COMMISSIONER MALLETT:  Chairman, I appreciate

4   that.  Thank you very much.  It's always something going on

5   at Sinai-Grace, and today was no different, but I got here.

6            COMMISSIONER BELL:  You're saving lives.

7            COMMISSIONER MALLETT:  Thank you.

8            COMMISSIONER BELL:  Commissioner Carter.

9            COMMISSIONER CARTER:  Thank you, Mr. Chair.

10           Chief, you said three NPOs will be assigned to

11   the pilot program?

12           CHIEF CRAIG:  Two.

13           COMMISSIONER CARTER:  Two.  East and west, right?

14           CHIEF CRAIG:  East and west.

15           COMMISSIONER CARTER:  So --

16           CHIEF CRAIG:  You want one for Southwest Detroit.

17   And how did I know that?

18           Through the Chair, preemptively --

19           COMMISSIONER CARTER:  Okay.

20           CHIEF CRAIG:  -- I guess there are leaks in the

21   police department.  Because initially our conversation was

22   one for southwest, one for east, and one for west.  And so

23   I said, let's be practical.  Because these are budgeted

24   positions.  I'm not opposed to a southwest traffic NPO -- I

25   very much support that -- but I want to see what the east



1    and west looks like.  And if it works -- because we don't

2    know if we're going to sustain -- as to Commissioner

3    Brown's statement, can we truly say we can sustain it and

4    we're getting what we need out of it?  And so in the coming

5    months we certainly would want to report out to you the

6    effectiveness of the program.  And if so, I have every

7    intention on trying to create a Southwest NPO.  Traffic

8    NPO.

9              COMMISSIONER CARTER:  Thank you.  Thank you,

10   Chief.

11             COMMISSIONER BELL:  Commissioner Dewaelsche.

12             COMMISSIONER DEWAELSCHE:  And I just want to --

13   thank you.  I just want to piggy back on that question.

14   Because what is the rational for choosing east and west?

15   Is it just geographic?  Or is it population?  Or is it main

16   streets with a lot of traffic?  I mean, what is the

17   rational?  Because southwest would meet that criteria.

18             CHIEF CRAIG:  Yes.  Through the Chair, it's a

19   beginning, not an end.  And so the city, if you just divide

20   it in half is east and west, not to take out southwest.  I

21   understand southwest is a neighborhood all of its own.  And

22   we certainly -- we had a discussion about southwest.  But

23   in order to facilitate a third traffic NPO would mean that

24   I would have to take maybe an existing NPO from Four or

25   maybe take one from Eight and move it over to Four --



1        COMMISSIONER BROWN:  Nope.

2        CHIEF CRAIG:  -- just to do traffic.  So that

3   said, every precinct has it's own traffic card.  And in

4   theory, the traffic card should be handling complaints.

5   The NPOs -- as it stands now, Four has NPOs.  They should

6   be handling it.  But our idea is that the west side traffic

7   NPO will handle traffic complaints in southwest.

8        Now let's say we find that there's an inordinate

9   number of complaints emanating out of southwest and the

10  program is really working, then my commitment is we will

11  have a southwest traffic NPO.  And again, a lot of it is

12  budgetary too.  So we're stretching to do this.  But I just

13  really believe that this is something the community will

14  embrace.  And again, my commitment to you is in the coming

15  months if this turns out to be something that we want to do

16  then we will have a specific traffic NPO for Southwest

17  Detroit.

18       COMMISSIONER DEWAELSCHE:  Thank you.

19       COMMISSIONER CARTER:  Through the Chair, I'm

20  sorry.

21       One last question, Chief.  So southwest is a part

22  of west?  So will we be included in the trial period?

23       CHIEF CRAIG:  Through the Chair, absolutely.

24       COMMISSIONER CARTER:  Okay.

25       CHIEF CRAIG:  Absolutely.  And if during this



1    trial period Deputy Chief Fitzgerald comes to me and say,

2    you do know that southwest gets 35% of all the traffic

3    complaints on the west side, then for me that's a

4    no-brainer.  And so we would want to move very quickly to

5    facilitate that.

6              COMMISSIONER CARTER:  Thank you.

7              CHIEF CRAIG:  Isn't that right, Deputy Chief

8    Fitzgerald?

9              DC FITZGERALD:  Yes, sir.

10             COMMISSIONER BELL:  Commissioner Holley.

11             COMMISSIONER HOLLEY:  To the chair, for those

12   that are listening by way of television and for someone

13   that's new and just in case I need one of those NPOs, what

14   is an NPO?

15             CHIEF CRAIG:  Through the Chair, I'm not going to

16   assign you your own special NPO, if that's what you're

17   asking for.

18             COMMISSIONER HOLLEY:  No.

19             CHIEF CRAIG:  But --

20             COMMISSIONER HOLLEY:  I think the point I'm

21   trying the make --

22             CHIEF CRAIG:  We have 62 --

23             COMMISSIONER HOLLEY:  -- when we use these

24   acronyms --

25             CHIEF CRAIG:  Well I will tell if --



1           COMMISSIONER BELL:  They know.

2           CHIEF CRAIG:  -- everybody in this city -- if I

3    was to ask the audience right now, have you ever -- do you

4    know who your NPO is, probably at least half

5    conservatively --

6           COMMISSIONER HOLLEY:  Chief, make me look like

7    I'm -- make me look like I'm --

8           CHIEF CRAIG:  Okay, I'm going to go over it

9    again.

10          COMMISSIONER HOLLEY:  Try not to embarrass me in

11   front of everybody since everybody knows.  Just give me the

12   what it is --

13          CHIEF CRAIG:  Neighborhood Police Officer.

14          COMMISSIONER HOLLEY:  -- and let's move on.

15   That's all.  I'm sorry.  I'm just -- and I do live in the

16   city.

17          CHIEF CRAIG:  Do you know your NPO?

18          COMMISSIONER HOLLEY:  I don't, but --

19          CHIEF CRAIG:  What precinct do you live in?

20          COMMISSIONER HOLLEY:  I'm downtown.

21          CHIEF CRAIG:  Okay, Deputy Chief Barren, before

22   this meeting can you make sure we identify --

23          COMMISSIONER HOLLEY:  If I have my own.

24          CHIEF CRAIG:  You won't have your own.  I know

25   who my NPO is.



1          COMMISSIONER HOLLEY:  As far as I'm concerned

2   you're my NPO.

3          CHIEF CRAIG:  I'm your NPO?

4          COMMISSIONER HOLLEY:  Thank you very much, Mr.

5   Chairman.

6          COMMISSIONER BELL:  Are we okay now?

7          COMMISSIONER DAVIS:  Yes.

8          COMMISSIONER BELL:  Before Ms. Lamar report out

9   about the fallen officer, I would hope the chief share the

10  outdoor activities in front of headquarters here from 12:00

11  to 7:00.

12         Could you share that type of involvement?  That

13  sort of leads into your remarks too in a way.  But this

14  dealing with the fallen officers and their families; is

15  that correct?

16         CHIEF CRAIG:  Yes, sir.  Through the Chair,

17  you're absolutely correct.  This is yet another effort,

18  opportunity by the Detroit Police Department with our

19  stakeholders, Therapy -- what was it 411?  Someone help me

20  out.

21         UNIDENTIFIED SPEAKER:  411 Therapy.

22         CHIEF CRAIG:  -- 411 Therapy who's been an ardent

23  support of this department and the families of fallen

24  officers.  It was an opportunity to recognize various

25  organizations.  You know, we have chaplains that have given



1    back.  Certainly several churches.  First Ebenezer.  I want

2    to say Bishop Blake.  I'm thinking of another city.  But

3    just so many people have helped us over the past several

4    years that this was a time to recognize them for their

5    charitable donations, and that was the effort for it.

6            COMMISSIONER BELL:  Thank you for that.

7            CHIEF CRAIG:  Okay.

8            MS. LAMAR:  Through the Chair, good afternoon.

9    My name is Bridget Lamar, interim personnel director,

10   reporting on behalf of Chief James E. Craig, the officers

11   critically injured in the line of duty.

12           Officer James Kisselburg, injured from a gunshot

13   wound, is recuperating at home.  Officer Waldis Johnson,

14   critically injured from a gunshot wound, recuperating at a

15   long-term care facility.  We ask for continued prayers for

16   Officer Johnson as well as all of the officers listed.

17   Officer Eric Smith, recuperating at home from a gunshot

18   wound.  Sergeant Eric Bussi, recuperating at home from an

19   ankle injury.  Police Officer Justin Marroquin,

20   recuperating at home from a blunt force trauma to the head.

21   Officer Christopher Thurston, involved in a motor vehicle

22   accident, recuperating at home.  And Officer Lemuel Sims,

23   recuperating at home.  He was injured in a foot pursuit.

24   And we ask that the Board and our citizens continue to have

25   our critically injured officers in your thoughts and


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

1   prayers.

2          COMMISSIONER BELL:  Thank you.  And before we

3   move on to Assistant Chief White in terms of reporting out

4   on the towing issue, I just wanted to commend our Homicide

5   Section for ongoing tremendous tasks in the city of Detroit

6   in terms of working a scene and responding, investigation.

7   It's at a certain level that most police officers are not

8   aware of how intense it is in terms of going out doing that

9   type of investigation and the special unit, I think SRT, in

10  terms of hitting those doors not knowing what's on the

11  other side.

12          Sometimes the media, you know, people just go

13  back and forth, but basically it's a difficult job.  And

14  officers responding to the scene of a five-year-old child

15  and rushing that child to Sinai-Grace or Receiving

16  Hospital, that's drama for that officer.  It's something

17  that you don't know until you have experienced that.  That

18  is something that why we appreciate and lift these officers

19  up who do 24/7 and have their own families to deal with

20  what's happening in our city.  When you're talking about

21  the homicides, it just really does not make sense with the

22  domestic part of it.

23          I just want to make one other statement, and I'll

24  move on.  When we're talking about speeding, it appears

25  that when we hit Mack Avenue from Alter to Cadieux we slow



1    down.  Because we know that Grosse Pointe's going to be

2    there to monitor, we slow down.  In a lot of areas on

3    Telegraph we slow down.

4              Perhaps we need to not look at enforcement.  We

5    need more education about traffic and education.  Perhaps

6    the counsel or somebody can come out here, a Wayne County

7    commissioner, to deal with traffic education, whatever it

8    takes, to make people aware that they're endangering all of

9    us.  So enforcement is not going to be the solution,

10   because people still speeding.  We're doing our best with

11   what we have on this job.  And we know that.  Everybody

12   wants speeders.  But who are you talking about?  Your

13   neighbors.  Your friends.  So we need to do a better job of

14   slowing down.  So if we can get that education message out

15   there maybe that might have an impact.

16             The chief is stretched thin in terms of manpower.

17   We want the homicide investigation, then we want the

18   traffic enforcement.  We want to complain about the garbage

19   can not picked up you call the police.  It don't make

20   sense.  I'm getting off the soapbox.  But we have to look

21   at ourselves of how are we conducting ourselves in the city

22   of Detroit.  So we have to convey that message.  Can we do

23   that?

24             ATTENDEES:  Yes, sir.

25             COMMISSIONER BELL:  We need to do more of that,



1    really.  Because you're putting a whole lot of burden on

2    the police department, you know.  But we can move on to --

3             CHIEF CRAIG:  I wanted to comment on something.

4             COMMISSIONER BELL:  Go ahead.

5             CHIEF CRAIG:  Very quickly.  As I indicated, I

6    applaud some of your relentless follow-up of the Homicide

7    Task Force in the aftermath of that fatal shooting with the

8    five-year-old.  But again, I'm going to stress -- and I

9    said this during the press remarks, about the work of SRT

10   (Special Response Team).

11            COMMISSIONER BELL:  Yes, sir.

12            CHIEF CRAIG:  They since 2016 have handled in

13   excess of 200 high risk incidents, from barricaded suspects

14   to high risk warrants.  Not one shooting since 2016.  And

15   they have in many instances a deescalated situation with

16   armed suspects.  The last shooting incident before this one

17   was in 2015.  And you remember when there was a barricaded

18   suspect.  The suspect made a bad decision to exit his

19   residence shooting at SRT officers, striking one, and he

20   was mortally wounded.  That was the last time -- I think it

21   was May of 2015.

22            So they do tremendous work.  They train, they're

23   disciplined, and they probably go to more high risk

24   locations than many other SRT teams.  But they do it, and

25   they do it professionally.  This was no different.  That's



1    all.  I'll conclude on that.

2              COMMISSIONER BELL:  Thank you.

3              COMMISSIONER MALLETT:  Chief --

4              COMMISSIONER BELL:  Yes, sir.

5              COMMISSIONER MALLETT:  Chief, I had brought this

6    up before.  Working particularly with my emergency

7    department staff, Chief, we do a lot of increasingly

8    intervention on the mental health side, particularly with

9    my nurses, Mr. Chairman, to encounter some of the comments

10   that comes into DPD.  And, Chief, I know that you have a

11   very robust program around your officers mental health.

12   But I think, Mr. Chairman, at some point, not today, but

13   that we would like to learn more about that.  Because

14   there's maybe things that the police department is doing

15   that the health systems could duplicate or vice versa.

16              This is an especially difficult circumstance.

17   And the after affects are profound for the caregivers and

18   the ongoing -- and the family management.  So it's a --

19   everything that you said about the officers, I'm sure

20   everybody on the Board completely support you 100%.

21              COMMISSIONER BELL:  Thank you.  Certificate of

22   Recognition.  Commissioner Burch, you can come forward now.

23   And I'm also going to ask Mr. James Wales, community

24   liaison for Wayne County Commissioner Irma Clark Coleman.

25   Is he here?



1            MR. WALES:  Yes.

2            COMMISSIONER BELL:  Okay, would you please come

3    after our commissioner, and you can present the resolution.

4            COMMISSIONER BURCH:  Chaplain Wyckoff, could you

5    please --

6            Chair, is it okay if I ask the 11th Precinct to

7    come up with me?

8            COMMISSIONER BELL:  You're the commissioner.

9            COMMISSIONER BURCH:  Would anybody from the 11th

10   Precinct please come up.  Everybody from Number 11,

11   especially NPOs and the guest.  We want to all give this to

12   him because he's ours.

13           COMMISSIONER DAVIS:  I think his wife is there

14   too.

15           COMMISSIONER BURCH:  Mrs. Wyckoff.  Everybody

16   here from Number 11?  See how much we're loved.  This is

17   Number 11 everybody.  This is our family.

18           COMMISSIONER BROWN:  You got to come in a little

19   bit.

20           COMMISSIONER BURCH:  Councilman McCalister, would

21   you come up please?  That's a request of Chaplain Wyckoff,

22   because you were there.

23           Before I -- everybody I just first want to

24   introduce you to our NPOs.  We have four, and I believe all

25   are present.  Correct?  They're all here.  Five.  There she



1   is.  Hi baby.  So we're just happy at Number 11.

2          Sometimes -- I just want to say this.  When I

3   speak to Chief Bettison, DC Bettison, the ideas just come

4   to me of unity.  So I'm going to share again on behalf of

5   my dear Commissioner Lisa Carter that thought they were

6   left out because they're trying to speed things.  But see,

7   what the chief is doing is he has to do pilots.  He can't

8   go all over the city.  Because I want to share with you

9   when I had the experience of going out to Southwest

10  Detroit, I thought I was in another world.  And then I made

11  the people laugh because I said, do you all know Chief

12  Bettison?  And everybody laughed.

13         Now my point is, if we have like over 2,000

14  police officers, maybe that, to take care of this whole

15  city we need to clap, clap, clap for Chief Craig and clap,

16  clap, clap for Mayor Duggan.  But here's my point; no one

17  person can do it.  We must learn to unite.  So Chief Craig,

18  I have another idea.  Where are you?

19         CHIEF CRAIG:  I'm over here.

20         COMMISSIONER BURCH:  You listening?

21         CHIEF CRAIG:  I'm listening loud and clear.

22         COMMISSIONER BURCH:  Yeah, I have another idea

23  that we need to meet so we can just share how we can take

24  that burden off the officers.  There's no way you can be

25  everywhere.  There's no way any of us can be everywhere.



09/20/2018                                          Page 48

1    We're not God.  So I'm going to stop talking.

2            UNIDENTIFIED SPEAKER:  Take your time.

3            COMMISSIONER BURCH:  We just want to say we love

4    this gentleman right here.  This is Cedric Wyckoff who goes

5    beyond the duty of even being a chaplain.  So we weren't

6    surprised when we heard he saved a man's life.  And we want

7    to give him the love from the community of the Eleventh

8    Precinct.  Not just the police, but the community love you,

9    and they wanted me to express how much they appreciate

10   being in your presence.  So I'm going to read this

11   certificate.  This is from the Board of Police

12   Commissioners.  When I heard what you did I asked the Chair

13   could we honor you also.  He said no problem.  So I just

14   want to read this.

15           From the Board of Police Commissioners,

16       Certificate of Recognition, Chaplain Cedric Wyckoff

17       from your selfless service and expedient decisiveness

18       to render aid to an individual experiencing an medical

19       emergency.  The exemplary skill and composure you

20       exhibited during this life saving crisis is heroic.

21       So your meritorious actions saved a man's life.

22       And may God bless you, and God bless your beautiful

23   wife.

24           (Applause)

25           (Photo shoot)



1          COMMISSIONER BELL:  Just stay in place.  There's

2    another resolution coming from Wayne County.

3          MR. WALES:  My name is James W. Wales from Wayne

4    County Commissioner Irma Clark Coleman.  She's sorry she

5    can't be here tonight, but we honor you and we certainly

6    appreciate you for your service.  Thank you very much.

7          (Photo shoot)

8          COMMISSIONER BURCH:  And our commander is

9    Commander Slappey.  She's on vacation, but we have Captain

10   Walton who's here.  God bless you.

11         (Applause)

12         CHAPLAIN WYCKOFF:  Each one of us who work in the

13   city, reside in the city, or visit the city frequently are

14   all part of Detroit.  We are Detroiters.  We're not just

15   known for being the vehicle capital or Motown Music, we're

16   known for being resilient.  When our back is against the

17   wall and the world is watching we always bounce back,

18   because we are Detroit.

19         The Joe Louis fist defines our city's ability to

20   persevere, not by force but by pressing our way through by

21   faith that we shall overcome any obstacle that stands in

22   our way.  This paves the way of having the spirit of

23   Detroit within us, because we are Detroit.  We are

24   committed to having the same vision for the city, which is

25   safety first, growth and development, because we are



1   Detroit.  When we see people in need we assist.  That's

2   what makes us so unique.  The only time we look down on

3   somebody is when we're helping them up off the ground,

4   because we are Detroit.  We are Detroit.  We have the

5   spirit of Detroit.  We serve each and every person that

6   visits this city in a humane and intelligent manner,

7   because we are Detroit.

8           COMMISSIONER BELL:  Thank you.

9           (Applause)

10          COMMISSIONER BELL:  We're going to move the

11  agenda forward at this time.  Next item with DPD towing,

12  Assistant Chief White, James White, is going to come

13  forward.

14          AC WHITE:  Good afternoon esteemed Board.

15          THE BOARD:  Good afternoon.

16          AC WHITE:  Chief.  I'll be joined by Lieutenant

17  Parish over --Unintelligible-- and like some things to

18  present to the Board some information about towing.

19          Chief, did you want to start off?

20          CHIEF CRAIG:  No.  Just go ahead.

21          AC WHITE:  Assistant Chief James white for the

22  record.  I'll be presenting today to the Board issues

23  regard towing and the city's intention on acquiring its own

24  tow operation.

25          Our running theory in the administrative



1   operation section of the department is what are we solving

2   for?  We typically try to start that for the purpose of the

3   presentation to the Board so we can present a more succinct

4   presentation.

5          So frankly, one of the main reasons is it's a

6   best practice from around the country.  The Detroit Police

7   Department surveyed twenty-three of the largest cities in

8   the United States.  Of the twenty-three surveyed, twenty

9   operated a police city lot.  Accountability:  Bringing

10  police towing closer to city and bringing control close to

11  the department under access and licensing enables us to

12  audit more efficiently, and also enables us to get greater

13  accessibility to the citizen's vehicle for release and

14  other issues that could come up.  And then finally, a more

15  transparent process.  Oversight will be supervised by the

16  police department and the BOPC (The Board of Police

17  Commissioners) will have oversight over the process as

18  well.

19         LT. PARISH:  For the record, Lieutenant Michael

20  Parish.  I can speak to some of the logistics pertaining to

21  the operation of the tow lots.

22              First, there will be four sites across the city.

23  Essentially we will have one on the west side, two in a

24  somewhat central location.  If I had to pick east or west,

25  probably close to the eastside.  And then we have a site



09/20/2018                                              Page 52

1   that is on the -- in the 9000 block of Granel, which is on

2   the eastside of where the eastside more gravitate towards.

3            These sites present a lot of opportunity with

4   respect to space and a lot of opportunity with respect to

5   storage.  For example, the facility over at Granel has an

6   extremely large garage which will help provide interior

7   storage for vehicles that require it.

8            With respect to the equipment, the city has

9   purchased six tow trucks.  These tow trucks along with the

10  tow trucks that the Detroit Police Department already owns

11  will be operational before September 30th.  In fact,

12  training will begin next week.  All of towing will be

13  operated under the Police Towing and Impound Unit.  The

14  acronym for this will be PTIU.  This will be headed by

15  myself.  As the CEO over Access and Licensing I will

16  provide day-to-day supervision to the police towing impound

17  unit.  As indicated before, DPD will be tasked will

18  providing day-to-day supervisory control over this tow

19  program, but the BOPC shall have oversight.

20            These tow trucks will be staffed by civilian VO1s

21  (Vehicle Operators).  They all hold commercial driver's

22  licenses with air breaking endorsements.  That makes the

23  operation of these trucks inline with policy.  The training

24  that the department will hold for these 15 VO1s will begin

25  on Monday.



09/20/2018                                    Page 53

1          The department plans on using it's current RMS

2    system to track all vehicles and all tows.  Okay.  The

3    department has modules and applications inside of it's RMS

4    system that are created specifically to contain vehicle

5    information.  We also have a receipt module inside of the

6    department's current record management system.  And this

7    system will be used to track financial information

8    pertaining to these tows.

9          Witness information:  We'll be able to construct

10   orderly reports for the BOPC and submit them to the BOPC

11   following close of each fiscal quarter and containing all

12   of the information that the Board request of the department

13   and the most response on supposition.  That covers the

14   logistical sides.  I can answer any questions with respect

15   to the logistics.

16         AC WHITE:  Prior to the questions on logistics,

17   I'm going to address a number of questions to the Board.

18   And some of those answers to many of your questions will

19   probably be contained within those answers.  If not, I will

20   also be available for questions.

21         The department reaffirms that the Detroit Police

22   Department will have day-to-day supervisory control over

23   the department's tow program.  The Board of Police

24   Commissioners will have oversight on the program as well.

25         Michigan law does in fact authorize police



09/20/2018                                    Page 54

1   officers to tow vehicles to a place of safekeeping at the

2   owner's expense.  In a number of circumstances, including

3   subsequent to an accident for evidentiary reasons or where

4   the vehicle constitutes evidence of a crime, the official

5   policy of the Detroit Police Department will include the

6   following:

7            When a member of the department request a tow,

8   the call will dispatched to a police tower.  The vehicle

9   will then be towed to one of the Detroit Police

10  Department's tow lots, as indicated by the lieutenant

11  earlier.  If a police tower is not available,

12  communications will resort to the department's tow

13  rotation.  And that'll be the current rotation that's in

14  effect currently.

15           Using this example, Detroit Police will only

16  tow -- or correction -- Detroit Police towers, civilian

17  towers, will only tow to tow lots.  They will not tow to

18  private residences and they will not tow to dealerships.

19  We felt --Unintelligible-- will continue to be held to the

20  same standards as before.  And the city is in fact

21  self-insured as it relates to liability.

22           The Detroit Police Department will continue to

23  utilize the tow rotation, as I indicated.  And it will be

24  the process that is currently developed utilizing the

25  permits unless or until contracts are put into place.



1          All civilian drivers have commercial driver's

2     licenses with an air break endorsement.  And all will be

3     introduced to the tow trucks and will undergo any necessary

4     training by current DPD tow truck drivers.  And that

5     training will commence on Monday, as the lieutenant

6     indicated.

7          This training, of course, will be conducted

8     before being field deployed.  All drivers will be required

9     to move vehicles in various conditions under controlled

10    circumstances.  That includes evidentiary vehicles,

11    forfeiture vehicles.  And it also involves moving disabled

12    police vehicles, police cars.

13         Payments will be made to the city's cashier's

14    office.  No cash will be accepted by tow lots, or towers,

15    or police officers.  Unless in fact that police officer is

16    assigned to the cashier's office.  The lots will remain

17    open to citizens between the hours of 7:00 a.m. and 10:00

18    p.m.

19         The Detroit Police Department will not require a

20    victim to pay a retrievable of evidence vehicle.  So pay a

21    fee to retrieve an evidence vehicle.  Simply put, if you

22    are a victim of a crime you will not have to pay if we put

23    your vehicle in evidence to retrieve your vehicle.  In

24    addition nonvictims will have an opportunity to file a

25    hardship application.



HANSON RENAISSANCE  hansonreporting.com
COURT REPORTERS & VIDEO    313.567.8100

1          At this point our intention is to bring that

2     before the Board, But we have not had that opportunity to

3     present that recommendation to the Board at this time.  But

4     simply put, if a citizen of the city of Detroit's car has

5     been impounded, they have a hardship in their family, they

6     cannot afford, it is our intention that that information be

7     brought to the Board, and the Board would rule on whether

8     or not they should have a fee waiver.

9          The RFP issue as it relates to towing is again on

10    hold due to litigation.  The department will be guided by

11    the city's Law Department on this issue of whether pursuing

12    contracts at this time is a viable option.  All tow

13    vehicles will be entered into LEIN and in the department's

14    RMS system.  Should a citizen inquire, any police officer

15    on the street will be able -- or any police officer in

16    general who has a computer will have the opportunity to

17    identify the location of the vehicle and tell a citizen how

18    to go about the business of obtaining their vehicle.

19         Detroit Police Department administration is

20    burdened with the same issue at each case.  Meaning, we

21    continue to have the requirement of the administrative rule

22    as it relates to impound vehicles.  And that includes

23    paperwork, lien, processing for evidence, and keeping

24    vehicles on safe keeping.

25         It must be understood that Detroit Police



1  Department will not just be towing the vehicles and storing

2  them, resources such as Personnel, Records Management

3  System has indicated LEIN and police facilities are used to

4  ensure a well functioning tow operation.  These are

5  expenses not typically programmed into towing and storage

6  rate, which are aimed and providing reasonable compensation

7  for the towing and storage services rendered.  That

8  includes wages, of course, for the employees that we're

9  hiring, and then security measures to maintain the

10  vehicles.  And that will certainly include, but will not be

11  limited to, surveillance cameras and items such as that.

12        The Department will use the City Council approved

13  tow rate to set fees.  The tow rate commission has set and

14  recommended fees.  At this time there's no intention to

15  change those fees.  And those rates are set and arrived by

16  the Board.

17        All members of the Detroit Police Impound and

18  Towing Unit will be subject to quarterly inspections.

19  Furthermore, all employees will be required to report to

20  management any issue that may impact their ability to

21  operate as a tower.

22        The Department agrees to provide a report on all

23  topics listed in the Board's questions.  The Department

24  will provide it's first quarterly report to the Board of

25  Police Commissioners within two weeks of the close of the



1   next fiscal quarter that begins October 1, 2018.

2            No formal report was prepared.  The Department

3   has been investigating the possibility for many months.

4   And let me go back a little bit.  The answer to this

5   particular question is regarding a report relative to the

6   implementation of this process.  And to that answer, no

7   formal report was prepared.  The Department has been

8   investigating the possibility for many months.  And

9   certainly, as indicated, twenty-three of the largest cities

10  in the country conducted a site visit with the Toledo

11  Police Department.

12           Out of the twenty-three surveyed, as I indicated

13  earlier, twenty operated their own municipal tow lot.  It

14  just appears to be a best practice.  And we look at best

15  practice because we always want to be in line as a major

16  police city department with best practices around the

17  country.

18           The Department would ask that the Board of Police

19  Commission forward all complaints to the commanding officer

20  of the Department's Access and Licensing Unit as it relates

21  to towing issues.

22           Going forward, it will be the Department's

23  commitment to the Board that all towing complaints,

24  investigations, and any evidence or rule violations will be

25  transmitted to the Board in a manner consistent with the



1   Department's current practices and procedures.

2          That concludes the Q&A; the earlier questions I

3   received and the answers to those, and I'm available now to

4   answer any other questions.

5          COMMISSIONER BELL:  Before we open it up to

6   questions -- and I would ask that the commissioners,

7   hopefully you'd ask questions if you entertain it.  But I

8   want to inform you that the past Chair, the past Vice

9   Chair, and the immediate Vice Chair and Chair have had

10  ongoing discussion about this issue with the mayor and the

11  chief all year long, and this is the conclusion.  Then we

12  had a briefing by Chief Craig and his team just the other

13  day in reference to this particular matter.  So that's why

14  we -- the question that materialized that we circulated to

15  you to that effect.  And after you finish your questions,

16  the Vice Chair will address a resolution to that effect.

17         So I just want to -- if we could just conform

18  ourselves to questions at this time that you might have,

19  then assistant chief, or Lieutenant Parish, or the chief

20  will respond to questions.  So I would open it up.  I think

21  you --

22         Yes, I'm sorry.  Commissioner Brown -- Davis.

23  You look alike.

24         COMMISSIONER BROWN:  No, we don't.

25         COMMISSIONER BELL:  Commissioner Davis.  I'm



1    sorry.

2              COMMISSIONER DAVIS:  Question.  Since I know you

3    planned to do this presentation, why did you feel it wasn't

4    needed to give us no hard informational package related to

5    this?

6              AC WHITE:  The request I received was to be

7    prepared to report out at this presentation and to provide

8    the Board with a hard copy within 30 days.

9              COMMISSIONER DAVIS:  Okay.

10             COMMISSIONER DEWAELSCHE:  I do have a question.

11   Go ahead.  I want to be next.

12             COMMISSIONER BELL:  Yes, ma'am.

13             COMMISSIONER HOLLEY:  Just a point of procedure.

14             COMMISSIONER BELL:  Yes, sir.

15             COMMISSIONER HOLLEY:  You said, so we have

16   questions here about this.

17             COMMISSIONER BELL:  Yes.

18             COMMISSIONER HOLLEY:  Then we have to go through

19   preliminary --

20             COMMISSIONER BELL:  A resolution's forthcoming.

21             COMMISSIONER HOLLEY:  So there's no -- there's no

22   -- nothing from the audience with regards to this proposal?

23             COMMISSIONER BELL:  The only audience

24   participation --

25             COMMISSIONER HOLLEY:  I'm not trying to ask for



09/20/2018                                      Page 61

1    nothing.

2              COMMISSIONER BELL:  No.  It would be in the two

3    minutes that they have to appear before the Board.

4              COMMISSIONER HOLLEY:  But by that time we've

5    already gone on with the resolution.

6              COMMISSIONER BELL:  That is correct.

7              COMMISSIONER HOLLEY:  Okay.

8              COMMISSIONER BELL:  Yes, sir.

9              Yes, ma'am?

10             COMMISSIONER DEWAELSCHE:  And my question --

11   thank you, Mr. Chair -- just has to do with the fact that

12   you surveyed twenty-three cities and you visited Toledo.

13   And I just wonder, did you also -- and I know -- I

14   recognize that you're seeking best practices in this towing

15   activity that we'll be doing.  Did you also take a look at

16   maybe their technology and how they -- their reporting and

17   kind of tried to get best practices?  And the reason I ask

18   that question, is because it seems like the most complaints

19   that we've gotten over the years about towing is the length

20   of time; not being able to locate, you know, the tow place;

21   how long it takes; you know, why the cars are kept -- and

22   maybe just the reporting and the tracking I guess.  And so

23   I just wondered if you also surveyed best practices in that

24   area?

25             AC WHITE:  We did.  We looked at a number of



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

1   technological solutions, and we found that the one that we

2   have with RMS is more than sufficient.  In fact, it's

3   probably one of the better softwares out there as it

4   relates to towing.

5            One of the things that I like about it is the

6   fact that you'll have an actual picture of the vehicle as

7   it was towed, so it eliminates the dispute of what the

8   vehicle looked like.  And by policy, some of the things

9   that the lieutenant and I are talking about is, when we tow

10  the vehicle I'd like to see a landmark in the picture to

11  show we picked the car up from here; here's what it looked

12  like when we picked it up.  Any damages that are displayed

13  on the vehicle are evident, and then that's uploaded to our

14  records management system and the report is completed

15  online.

16           So when we audit the process, we'll literally go

17  to the computer, pull up how many tows we did today, of

18  those vehicles how many of them had damage.  And if a

19  citizen were to come in to any police officer and say, hey,

20  where's my car located? we can tell them, your car is over

21  here at one of those four locations, and to go as far as to

22  show them the car to tell them right then it's not drivable

23  when you go pick it up; it was stolen.  And so we look at a

24  lot of solutions coming out of the ability to have a more

25  efficient process.



09/20/2018                                    Page 63

1          COMMISSIONER DEWAELSCHE:  Thank you.  If I could

2    just very quickly one more question.  With regard to the

3    people that you'll be hiring to do the towing, correct, you

4    said civilians?  Civilian individuals?  So we're going to

5    really try to -- I know that we're going to want Detroiters

6    to be recruited for those positions.

7          CHIEF CRAIG:  Through the Chair, not just

8    absolutely that, but we're also considering return citizens

9    as well.

10          COMMISSIONER BURCH:  Oh, return citizens.

11          COMMISSIONER DEWAELSCHE:  Thank you.  Thank you

12    very much.  And one last question.  You said you have six

13    trucks.  Those are new trucks.  In addition to those that

14    you have, how many do you have total?

15          AC WHITE:  Nine.

16          COMMISSIONER DEWAELSCHE:  Okay, thank you.

17          AC WHITE:  And to answer your question, ten of

18    the twelve we've hired thus far are Detroiters.

19          COMMISSIONER DEWAELSCHE:  Thank you.

20          COMMISSIONER BELL:  Commissioner Carter.

21          COMMISSIONER CARTER:  Through the Chair, can we

22    get a copy of the updated tow rotation?  Because I haven't

23    seen it in awhile.  And I'm not sure of who's on it or --

24    can we just get a copy of the updated tow rotation?

25          AC WHITE:  Through the Chair.  Absolutely, ma'am,



HANSON RENAISSANCE   hansonreporting.com
COURT REPORTERS & VIDEO            313.567.8100

1    I will make sure that happens.

2            COMMISSIONER CARTER:  And one other question.

3    Going back to technology.  Will there be some sort of

4    technology where a person might be able to go online and

5    put in a VIN number or a license plate number in order to

6    see where their vehicle is?  Has there been any --

7            AC WHITE:  Well I'm smiling about that, because

8    we had a meeting about that last night.

9            COMMISSIONER CARTER:  Okay.

10           AC WHITE:  One of the that things we want to do

11   is implement or identify software where a citizen would be

12   able to from their phone punch in their VIN number,

13   identify where the vehicle is and pay the storage fees.  So

14   we don't even have to have the money, real dollars exchange

15   hand using VISA, Master Card, or PayPal.  We're in the

16   exploratory phase of that now.  But it's a possibility that

17   can happen without much difficulty.

18           COMMISSIONER CARTER:  Thank you.  That's

19   wonderful to hear.

20           AC WHITE:  We're not there.  I don't want to

21   overcommit to the Board, but we are talking through that.

22   We will be talking to Ms. Beth Niplocker (Phonetic), CIO

23   --Unintelligible-- opportunity.

24           COMMISSIONER CARTER:  Thank you.

25           COMMISSIONER BELL:  Commissioner Holley.



1          COMMISSIONER HOLLEY:  Thank you so much, Mr.

2   Chairman.

3          I tried -- and I appreciate the presentation, and

4   I tried so hard to follow you, so just bear with me.  In a

5   short, fast example, with this new procedure that you're --

6   this recommendation you're making, what's happening to the

7   towers that's there now in relation to the police

8   department and what they're doing?  If you can help me with

9   that.  You don't have to be long.  I tried so hard to

10  follow you.  It's just me; it's not you.  But help me with

11  that; the situation between what's going to happen to the

12  towers based upon the fact that the police department is

13  taking this over?

14          AC WHITE:  Through the Chair.  It certainly will

15  have an impact.  We anticipate anywhere from 30% to 50% of

16  the current tows in the city right now being done by our

17  tow operation.  It could be more.  So I really can't put a

18  number to that.  However, if it comes to a point where we

19  are unable to tow a vehicle, our policy dictates that we

20  will use the tow rotation, as I indicated earlier.  And

21  simply put, if we've got five tows but we need to do six,

22  that one tow would go through the tow rotation, and we

23  would utilize whatever tower is up next.

24          COMMISSIONER HOLLEY:  So the towers that's there

25  now, do they go away or it's rearranged in terms of how



1    they're going to interact with the police department?

2              AC WHITE:  Well, they will not go away.  We will

3    continue to utilize the tow rotation as it sits today.  As

4    it's constructed today, the tow rotation will be utilized.

5    I guess the use will be different based on the needs of the

6    department.

7              COMMISSIONER HOLLEY:  Got you.  And then finally,

8    and I appreciate your patience with me, how do we fit in?

9    You came up -- in the beginning you talked about it, but

10   you sort of meshed it with something else.  How do the

11   police commissioners in terms of our responsibility or

12   accountability, in terms of how we respond to the

13   community, how do we -- just take a moment out.  How do we

14   fit in?

15             AC WHITE:  Through the Chair.  Oversight.  And

16   our reporting process is through --

17             COMMISSIONER HOLLEY:  Okay.

18             AC WHITE:  -- the Board.  We will provide

19   quarterly reports.  We will provide quarterly reports.  We

20   will respond to any information and request.  I think

21   that -- currently the Board has oversight, but I think the

22   oversight of the process will probably be much more

23   engaged.  We will provide quarterly audits, quarterly

24   reports, financial reports.

25             COMMISSIONER HOLLEY:  So when citizens -- I'm



1   sorry.  Please forgive me.  When citizens have complaints,

2   do they come -- where do they go?

3           AC WHITE:  Well, sir, I think the report process

4   and the complaint process will remain relatively the same.

5   But certainly if any complaints are brought before this

6   body, myself, Lieutenant Parish, or any member of our team

7   will be present to respond.

8           COMMISSIONER HOLLEY:  And ferret it over to you

9   as we do the other complaints we do?

10          AC WHITE:  Yes, sir.

11          COMMISSIONER HOLLEY:  Okay, got it.

12          AC WHITE:  One significant change, however, is

13  the waiver that we're talking about where there's a

14  hardship in your family.

15          COMMISSIONER HOLLEY:  Right.

16          AC WHITE:  You know, oftentimes we have

17  situations where just bad things happen to good people, and

18  they can't afford to get their car out for a number of

19  reasons.  They can't get their car out, so they can't go to

20  work.  They can't make money from going to work.  You know,

21  it just creates a myriad of problems.  So what we thought

22  would be a good opportunity to fix something that we know

23  is broken is to give the Board the authority to say --

24  well, correct, we don't give the Board authority -- to

25  submit to the Board the opportunity to waive fees in those



1    instances.  And I don't think it would be appropriate for

2    the police department to get in the business of analyzing

3    that.  I think that the Board will be able to look at that

4    and make that determination.

5              COMMISSIONER HOLLEY:  And through the chairman,

6    is it okay -- is it possible, or will it be necessary that

7    they will give us a organizational chart as to how this is

8    going to work in terms of who's responsible for what?  If

9    we can have an organizational chart that basically we will

10   view before it's implemented?  Is that something you'd be

11   able to implement --Unintelligible--

12             COMMISSIONER BELL:  We can.

13             COMMISSIONER HOLLEY:  If you feel it's not

14   necessary, just tell me.  I'm okay.

15             COMMISSIONER BELL:  We can't do it at this time.

16             COMMISSIONER HOLLEY:  I'm not asking now.

17             COMMISSIONER BELL:  Yes.

18             COMMISSIONER HOLLEY:  I'm asking at some point?

19             COMMISSIONER BELL:  Yes, sir, we can do that.  We

20   can do that.

21             COMMISSIONER HOLLEY:  So people like me can

22   understand --

23             COMMISSIONER BELL:  Yes, sir.

24             COMMISSIONER HOLLEY:  -- the line of demarcation.

25             COMMISSIONER BELL:  We can do that.



1        COMMISSIONER HOLLEY:  Thank you very much.

2        COMMISSIONER MALLETT:  Mr. Chairman, my only

3    observation is -- I fully support the resolution.  I would

4    ask through your office that there be some investigation by

5    the staff as to the criteria to determine hardship that we

6    could publish then to the general public, so that people

7    could have a predictable basis to figure out how it is that

8    we arrived at the decision.  If each case is going to be

9    brand new, we're going to be here all day and all night.

10   So I do think we need to have a standard.

11       I don't know what the water department does, Mr.

12   Chairman; I don't know what other agencies in the city do

13   to determine hardship, but we need to collect that

14   information and try to determine what the best path forward

15   is and then publicize what that criteria would be so that

16   people would understand how it is that we came to the

17   decision in any number of cases.

18       COMMISSIONER BELL:  Yes, sir, we can entertain

19   that.  Definitely.  I'm glad to have that process in place,

20   because that's been an issue in the past.

21       COMMISSIONER BROWN:  Mr. Chairman, I just have a

22   --

23       COMMISSIONER BELL:  Yes, sir.

24       COMMISSIONER BROWN:  Chief, thank you for putting

25   this together in such a short time.  I appreciate the



1   information and everything that you brought back.  Also

2   more importantly, that earlier on we had questions where

3   Commissioner Holley had asked a lot of questions about

4   location of vehicles and how many.  And I believe you

5   really addressed that, hit that out the ballpark with

6   putting those vehicles in the LIEN system, and we'd be able

7   to track them.  And I appreciate the RMS system that will

8   really delineate where these cars are, and the new portion

9   about the hardship issue.

10          Just one other thing we needed to be mindful of:

11   If the complaint is about an officer then that still has to

12   be turned over to the Office of the Chief Investigator.

13          And to your point, Commissioner Mallett, with the

14   same thing, with the guidelines for hardship.  I think the

15   Office of Chief Investigator should be able to handle that.

16   It's the same thing.  I mean, because they're already

17   equipped to do most of that work.  And it can just go to

18   them, and that information can come back to you.

19          But the main thing I'm just concerned about is

20   how people pay.  I would like to see it where we alleviate

21   the cash option totally if we can do that and go to -- if

22   we have to have those little VISA cards that people can

23   purchase out of the vending machine or something, and get

24   it from those machines and put in that amount that they can

25   then pay with those cards.  I'd like to see if we have a



1    plan for just eliminating the cash option totally.

2            AC WHITE:  Through the Chair.  That is certainly

3    something that we've talked about.  We will not be prepared

4    to do that by next week.

5            COMMISSIONER BROWN:  Of course.

6            AC WHITE:  But that is a strategy that we're

7    looking at going forward.  I don't like dealing with cash.

8    I don't want officers dealing with cash.  But right now we

9    will utilize what the city's already using, and that is

10   Municipal Parking's Cash Office.  So this is not something

11   that we're going to stand up with police officers taking

12   money to release vehicles or new employees or anything like

13   that.  So it'll be a process.  And the process that's

14   currently in place right now at Municipal Parking if your

15   car is booted and that type of the thing.

16           COMMISSIONER BROWN:  Thank you.

17           COMMISSIONER BELL:  At this time I'm just going

18   to ask the Vice Chair Darryl Brown to come forward with a

19   resolution.

20           COMMISSIONER BROWN:  This resolution authorizing

21   the Detroit Police Department to operate motor vehicles

22   storage facilities and towing operations.

23           WHEREAS, the Detroit Police Department has

24   advised The Board of Police Commissioners that DPD has

25   extensively studied the feasibility of and benefits to the



1   City of Detroit that would arise from DPD operating its own

2   vehicle storage facilities and towing operations,

3           WHEREAS, DPD has concluded that operating its own

4   vehicle storage facility and towing vehicles is feasible

5   and that the substantial benefits will flow to DPD, the

6   City of Detroit, and its citizens from such operations,

7           WHEREAS, DPD has taken steps to acquire and

8   operate vehicle storage facilities and towing operations

9   with full City Wide operation to commence on or before

10  September 30, 2018,

11          NOW THEREFORE BE IT RESOLVED that the Detroit

12  Police Department is hereby authorized to operate its own

13  motor vehicle storage facilities and towing operations.

14  When DPD towing is unavailable, private towers shall

15  continue to be used in accordance with existing laws,

16  ordinances and regulations.

17          BE IT IT FURTHER RESOLVED that the Detroit Police

18  Department will carry out and supervise the day-to-day

19  operation of the motor vehicle storage facility and towing

20  operations, and that the Detroit Board of Police

21  Commissioners shall have oversight of the operation.

22          BE IT FURTHER RESOLVED that this resolution is

23  given immediate effect.  The Chief of the Detroit Police

24  Department is hereby authorized to take all steps necessary

25  and appropriate to carry out this resolution.  This



1    resolution was adopted by the Board of Police

2    Commissioners -- going to do it today?

3              COMMISSIONER DEWAELSCHE:  Move to approve.

4              COMMISSIONER MALLETT:  Support.

5              COMMISSIONER BELL:  It's been properly moved,

6    seconded, and supported.  Discussion?

7              COMMISSIONER BURTON:  Through the department -- I

8    mean through the Chair.

9              COMMISSIONER BELL:  Yes, sir.

10             COMMISSIONER BURTON:  You know, I think that, you

11   know, this is premature for us to vote on this today

12   knowing the fact that we received an email yesterday

13   evening about this was going to be on the agenda.  I think

14   that we as an oversight board and body, we should take on

15   our own due diligence to look at best practices and

16   procedures as well since the department has already looked

17   into it on their end.  I think that -- you know, I think

18   there's -- I think we should set this aside for at least 30

19   days so we can go back and we can review and see what the

20   cost and the savings is going to be for the city of Detroit

21   and this is a good move to go along with.

22             I think that we have not been properly prepared

23   on taking on towing issues.  I know very little I about

24   towing.  I understand that this is a big -- it's been a big

25   ongoing problem.  And I think that we should -- from an



1   oversight standpoint, we should do our own due diligence to

2   investigate this further to see if this would be the right

3   move.

4               COMMISSIONER BELL:  Those in favor of the motion?

5               THE BOARD:  Aye.

6               COMMISSIONER BELL:  Those opposed?

7               COMMISSIONER BURTON:  Nay.

8               COMMISSIONER DAVIS:  Nay.

9               COMMISSIONER BELL:  Mr. Hicks, did we hear a

10  sound yeah?

11              MR. HICKS:  It appears that, yes, you have -- if

12  all members are voting, I have two members who are voting

13  against, and the balance would give you enough to carry the

14  motion.

15              COMMISSIONER BELL:  As clarity, the Chair is

16  going to request a roll call vote, and that will clarify

17  that the particular matter.  The Chair is going to start to

18  my right.  Commissioners?

19              COMMISSIONER DAVIS:  No.

20              COMMISSIONER BURCH:  Yes.

21              COMMISSIONER BROWN:  Yes.

22              COMMISSIONER BELL:  Chair vote yes.

23              COMMISSIONER CARTER:  Yes.

24              COMMISSIONER HOLLEY:  Yes.

25              COMMISSIONER DEWAELSCHE:  Yes.



1        COMMISSIONER MALLETT:  Yes.

2        COMMISSIONER BURTON:  No.

3        COMMISSIONER BELL:  Motion passed.  Thank you.

4            The next item would be -- thank you, Assistant

5    Chief White, and thank you Chief Craig and Lieutenant

6    Parish.

7            CHIEF CRAIG:  I thank you, Chair.  I just want to

8    also thank our team, Assistant Chief White, Lieutenant

9    Paris, for the work they put into this.  Again, as is was

10   pointed out by Chief White during his presentation, this

11   didn't just start yesterday.  The discussions really

12   started on looking at best practice late 2017, and it's

13   come to fruition.  So I just want to thank them for a great

14   job.

15           MR. HICKS:  Mr. Chair, if I may.  I also want to

16   indicate or suggest that the question in answer to

17   Commissioner Mallett's concern, in terms of developing

18   criteria for hardship, that that actually be subjected to

19   the policy section of the organization.

20           COMMISSIONER BELL:  We will take that item at a

21   later time.  I follow you.  Yes, we're going to take that

22   item up.  Definitely.  Definitely we will take that up.

23           The next item on the agenda would be Detroit ID,

24   and Dr. Paula Takash.  Please.

25           DR. TAKASH:  Cruz Takash.



09/20/2018                                    Page 76

1          COMMISSIONER BELL:  Thank you for coming.

2          DR. TAKASH:  If I could have your tech person

3    start this, because it's a scrolling presentation.  So if

4    he could come and do that.

5          COMMISSIONER BELL:  Ms. Blossom is going to help

6    you.  Thank you.  Thank you very much.

7          And one last request.  I'd like to approach the

8    Board and give you my City of Detroit ID card so you

9    actually see a real one while I'm speaking about it.

10         COMMISSIONER BELL:  Yes, ma'am.

11         Well good afternoon commissioners, Chief Craig,

12   all the officers here, the commission staff -- I know how

13   hard you all must be working -- and also the members of the

14   public who are in attendance today.

15         Chair, Commissioner Bell, I would also like to

16   thank -- on behalf of the City of Detroit Municipal ID Card

17   Program, I would also like to especially thank Commissioner

18   Burch and also Commissioner Brooks.  Brooks who invited us

19   here in person, and also Commissioner Burch who has several

20   times had us out at her events that she's organized for the

21   commission and which has allowed us -- given us the

22   opportunity to present to the public what this program is

23   all about and why every single person here who lives in the

24   city of Detroit should also have a applied for the Detroit

25   ID card if you haven't already.  And that includes the


HANSON RENAISSANCE   hansonreporting.com
COURT REPORTERS & VIDEO     313.567.8100

09/20/2018                                          Page 77

1    commissioners.  And I'm going to let you know why.

2             The City of Detroit decided -- the council, the

3    mayor decided over two years ago that they, like other

4    cities and other counties in these United States, would

5    implement a municipal ID card on behalf of the thousands of

6    residents here in Detroit, same for other cities that do

7    not have an accepted government ID.

8             So here in Detroit we already have -- we're less

9    than two years into the program.  It will be two years in

10   December of this year.  But we have already over 4,400

11   folks who now carry this municipal ID card.  I have said to

12   other folks that behind -- for about 3,500 of these card

13   holders, you're talking about not just the card holder

14   being a beneficiary but every one of their families --

15   okay, families like my own -- who may have had a homeless

16   sibling, a homeless family member.  These programs are a

17   benefit for us, the family, in addition to that person that

18   is getting that card as well.

19            So you want to multiply the number, the 4,000, or

20   to be modest, the 3,500 persons who hold that card whose

21   family members are also benefited by having this card.

22            What does this card do?

23            The Municipal ID Card Program, again it is a

24   government -- a valid government ID with all the built in

25   features such as passports have, driver's license have,



1    state ID cards have.  We want to make sure that the ID that

2    is issued to an individual the issued to that person; that

3    that person is who they say they are.  So the card also

4    goes through a verification process, such as a verification

5    process that you go through for bank loans that banks use

6    for credit, etc.  So this is a valid and verified ID card

7    that is issued.

8            So the card then provides a person access to

9    resources that they otherwise would not be able to get; as

10   basic as some food resources.  Because some pantries, some

11   food banks require that -- and their funders require that

12   they be able to identify who they're providing the food to

13   for funding purposes.  We're about to work with the

14   Presbyterian -- the Fort Street Presbyterian Church, their

15   Open Doors Program that's been going on for over 50 years

16   now.  Every Thursday they feed 200 people.  And we're going

17   to be going there onsite with our mobile unit to enroll

18   more folks there.

19           We work very closely with numerous homeless

20   shelters.  We have recently signed up over 89 gentlemen,

21   some of them coming out of prison and some of them

22   homeless, who will be residing at the Oasis Detroit Rescue

23   Mission Shelter.  And we are working very closely with that

24   organization to also now begin to do the enrollment for

25   women and their children in these shelters as well at the



1    Genesis House and other facilities.

2            So, again, this card has been a major benefit for

3    folks who are homeless, for at risk youth.  On Tuesday my

4    colleague, Mr. Suriano, and also members of our Detroit

5    Mobile Team, we were out at the Covenant House, Covenant

6    House Academy East, on the eastside.  We're going to go to

7    the southwest one as well.  And we've already enrolled

8    Covenant House Shelter residents as well as the academies

9    there in the central part of the city.

10           We've already enrolled those young kids sixteen

11   to twenty-some, twenty-two, who can't go back home.  They

12   may have had ID, but they can't go back home easily.  And

13   when you leave your home at sixteen in the back seat of a

14   police car perhaps or on your own, you don't necessarily

15   stop and ask an officers, can I please wait and get my

16   birth certificate and my other ID, you know.  So these are

17   young people, again, born and raised here usually here in

18   Detroit that don't have ID.  So we've done enrollment of

19   those youth as well.

20           Again, I was just at the agency for aging, and

21   we're going to be working systemically with the seniors.

22   We already have had many, many seniors coming into our

23   offices, some on canes, some on walkers, okay, who cannot

24   get their operations scheduled, okay, until they have a

25   government ID.  They cannot pick up some medicines.  One of



1  our gentlemen was going all the way to Hamtramck, having to

2  take two buses, because only one pharmacist would give him

3  his medicine without having a government ID.  When he got

4  his Detroit ID he was able to get his medicine in his

5  neighborhood.  Okay, so it saved him time and money, and he

6  was ecstatic about it.

7          We had a woman recently come into our office in a

8  wheelchair with her caretakers who could not go to her pain

9  clinic appointment because she did not have ID.  So we were

10 able to able to very quickly help her get her in the

11 process.  And acknowledging that process, the pain center

12 then allowed her to have her appointment.

13         So there are many, many reasons why people do not

14 have their ID even though they may have had it at one

15 point.  And, again, like I'm saying -- what I'm saying is

16 we're not talking about a handful, we're not talking about

17 hundreds, we're talking about thousands of folks that do

18 not have their ID.

19         So again we have here scrolling a few slides for

20 you all.  And that is to -- that we have a total of over

21 4,400 folks who now carry -- who now have the ID.  And that

22 increases every single week.

23         We also -- within our first year -- before the

24 end of our first year we were awarded the Faith Brooks

25 Honoree by the State Registry, Organ and Tissue Registry,



1   and MOTTEP (Minority Organ and Tissue Education Program).

2   We were awarded that -- given that recognition, because

3   through this vehicle of the municipal ID card we have been

4   able to register over 1,600 ID card holders who have

5   voluntarily decided that they want to be donors.

6           For many folks, the only way that you register is

7   through the Secretary of State when you get a new driver's

8   license.  Once in awhile a person will go online and

9   register, but not very many.  So this has become a major

10  vehicle for the state registry to be able to get more

11  volunteer donors.  We're very, very -- we were very excited

12  to be able to get that award even before the end of our

13  first year.

14          The pictures that you see here scrolling through

15  are examples of the onsite enrollments that we have done.

16  Again, I mentioned the homeless shelters.  I mentioned the

17  academies for the Covenant House.  We've also done

18  enrollments at schools.  We've done enrollments for the

19  GDYT students.  In order to get that summer youth

20  employment job, you have to have an ID; and a lot of those

21  fourteen-year-olds do not have that.

22          The Michigan Works, Detroit At Work, Employment

23  Solutions, they all accept and they send us folks to come

24  and get the ID cards so that their clients can participate

25  in job training so they can actually get that job as a



1    result of that job training.

2            We've had people call us because they're going

3    get kicked out of that job training program without an ID,

4    or who are employed but their employer's say, you have to

5    give us an ID or else I'm going to have to let you go.  And

6    so we've been able to service those folks as well.

7            The other -- let's see.  The other slide that you

8    see on there --

9            Am I missing anything, Mr. Suriano?  All right,

10   thank you.

11            I've also pulled up there slides in terms of

12   some of the other benefits.  For those of us who have IDs,

13   we get this question all the time.  People will say to us,

14   I have ID, or I have ID up the kazoo, they'll say; why do I

15   need this ID?  We say, you may not need this ID, but this

16   is why you may want the ID.  We have over 140, 150

17   merchants, local merchants, okay -- so this is also to

18   support the local merchants -- over 140, 150 local

19   merchants who also give benefits if you carry the ID card.

20           So many of you gentlemen here will know Hot Sams

21   Men's Retail Shop, okay, because he's been around forever,

22   has very nice clothing.  And he gives you 30% off when you

23   show the Detroit ID card.  You can show your state ID.  You

24   can show your driver's license.  He's going to pat you on

25   the back and say, yeah, but you don't get the 30% discount



1     that you get when you show the Detroit ID card.

2            We have numbers of partners here.  Some of the

3     partners that we have who aren't the merchants but they

4     they are institutions include the police department.  Very

5     important.  Chief Craig was at the press conference at the

6     Charles Wright Museum when we launched this program in

7     December of 2016.  But the police department is mandated by

8     city ordinance to accept this ID as proof of ID should they

9     stop a resident and ask for ID.  Every department that

10    requires an ID, every city department that requires ID, is

11    required to accept this as proof of ID.

12           The Sheriff's Department -- I know some of you

13    were also working with the sheriffs on the Board here.  The

14    Sheriff's Department, over a year ago Sheriff Napoleon

15    elected to have all his officers also accept this as proof

16    of ID for Wayne County.  So even though this is a municipal

17    ID card, this is -- you know there are state institutions

18    like the Michigan Department of Corrections, like the Gift

19    of Life Registry, like the Wayne County Sheriff's that have

20    also said this ID issue is a huge issue for all of us, and

21    so we're going to recognize the Detroit ID.

22           Again, I would direct your attention, all of you,

23    you can go on your cell phones and you can just Google

24    Detroit ID.  Our website pops up.  You just go down to

25    "Benefits."  You hit "Benefits", and you will see that 140,



1    150 different merchants and exactly what discount they give

2    or that they accept the ID for different purposes.

3            Some of you serve on hospital boards or run

4    hospitals and medical facilities.  You want to know that

5    the Detroit Medical Center, the Chass (Phonetic) in the

6    southwest area, other clinics also accept this as ID that

7    you need to show before you can get medical services.

8            We're hoping that -- I think it's Sinai that one

9    of the commissioners sits on or is a member of.  We're

10   hoping to be able to add that hospital and any other

11   clinics and hospitals in the area that would be able to

12   benefit our residents who are needing medical care.

13           So, again, you will look on here.  And I know

14   that some of you are also with the water and sewerage, City

15   Water and Sewerage or DTE, they are all our partners in

16   this.

17           For the DTE; in the very first month that we

18   opened up, we had a woman, old woman.  She said, I'm an old

19   woman.  She says, and I'm freezing to death in my house.

20   And she did not have her heat, and she did not have an ID.

21   So with the Detroit ID she was able to -- and we rushed

22   that emergency to her and to DTE -- we were able to have

23   her utilities turned on and get her some heat in her house

24   in that cold, cold winter.

25           So again, I'm going to leave the rest of the time



09/20/2018                                    Page 85

1    perhaps for some questions.  We're here to take your

2    questions, but also to take any recommendations that you

3    all have.

4           If you are members -- I know some of you are

5    members of your churches, your other faith-based

6    organizations, community based organizations.  We've worked

7    with the all City Police Community Relations Council as

8    well.  Your three top officers there have their Detroit ID

9    card, and we're looking for ways to do onsite enrollments

10   in their precinct, in their neighborhoods.  But we're here

11   also to listen to any recommendations and entertain any of

12   your questions.  So keep it up.

13          COMMISSIONER BELL:  Thank you.

14          Commissioners, any questions.

15          COMMISSIONER DEWAELSCHE:  No question, just a

16   comment.

17          COMMISSIONER BELL:  Yes, ma'am.

18          COMMISSIONER DEWAELSCHE:  Yes.  I want to thank

19   you for all that you're doing.  You mentioned the GDYT

20   (Grow Detroit's Young Talent).  And that is every summer

21   where over 8,000 young Detroiters are given job

22   opportunities.  And it's very important that they do have

23   an ID.  I hope that you get as many as possible to register

24   for that.  Because not only do they need it for the program

25   possibly or for the activities, but to cash their checks



HANSON RENAISSANCE  hansonreporting.com
COURT REPORTERS & VIDEO      313.567.8100

1   when they get employed.  Or, you know I mean, it helps in

2   many other respects.  And they are younger and don't tend

3   to have, you know, ID's other than that.

4          DR TAKASH:  Exactly.

5          COMMISSIONER DEWAELSCHE:  Congratulations.  I

6   think that's a wonderful program.

7          DR TAKASH:  We have this summer and we continue

8   to.  So if you know any GDYT students or student workers --

9   they're just not working right now, but they can sent to

10  one of our two offices.  We have one office in the Patton

11  Recreation Center on the southwest side.  We have one on

12  the eastside in the Samaritan Center as well.  But they can

13  be sent to our office.

14          The City allocated funds to give the GDYT

15  students a free Detroit ID card.  So we're still doing

16  that.  We're about to enroll another bunch of GDYT students

17  who are working with the NSO.  And their supervisor is

18  bringing them to our Samaritan office.  But very important.

19          I'm hoping that next year, and what I've already

20  recommended and provided slides for, is that the directors

21  of GDYT will put on their website where the page is for the

22  parents and with the kids when they're signing up February

23  and March, where it says, "You must have an ID" that they

24  will include right there the City of Detroit ID, so that

25  they know that they can get that ID and then they can get



1    that job.

2           COMMISSIONER DEWAELSCHE:  That's a good idea.

3    Yes.  Thank you.

4           COMMISSIONER BELL:  Any other questions?  Yes,

5    sir.

6           COMMISSIONER BROWN:  Thank you for bringing the

7    information forward to us.  What's your plan for when these

8    ID's expire?  Do you have a plan in place to reach a lot of

9    the homeless people that may have had them and --

10          DR TAKASH:  Yes.  Well in general -- and of

11   course this was before the program was launched, right.  So

12   the card is good for two years.  So prior to the card being

13   expired then a letter will go out to those card holders to

14   let them know that they should come in or they can come in

15   if they wish.  Sometimes this card is a bridge for them

16   being able to get their state ID, which is great if they

17   can do that.  This program in all the other cities and

18   counties where it exist would not exist if it was a simple

19   matter of being able to get your state ID.  It's not a

20   simple matter for so many people.

21          So I don't know, Mr. Suriano, if you want to

22   address this question in more detail.

23          MR. SURIANO:  Yes.  Also one of the efforts is to

24   develop the ongoing relationship with service providers

25   whose main attention is to service that -- you know, to



1    serve populations, in the case homeless.  People are

2    affected by homelessness.  So, you know, we have over the

3    last twelve months been working on an ongoing effort to

4    develop and imbed the program within the service providers

5    to their homes population, service providers to return

6    citizens, which obviously are populations that -- do are

7    mostly affected by this issue of lacking a formal

8    government ID.

9             I think it's an issue for -- that we're all aware

10   that has an impact in terms of both public safety.  You

11   know, because obviously you're going around with no ID puts

12   both the person affected by lack of ID in danger, and also

13   taxes the police department who has most of the time have

14   to take this person, you know, into jail until they figure

15   out who this individual is.

16            And the other issue I also address that's

17   addressed by this program is quality of life.  I mean, I

18   think that we all have one instance or another being at the

19   bank trying to cash our check and getting angry because we

20   can't cash our check, you know, that is our money because

21   you don't have an ID.  So, you know, you -- we put that

22   exponentially in how people that don't have ID obviously

23   endure, you know, the ongoing challenge of surviving.  So

24   it's a quality of life issue, and it's obviously a public

25   safety issue.



1          The effort has been to imbed this program

2   institutionally to women and work in a partnership with all

3   those agencies and institutions that are servicing on an

4   ongoing basis on their certain --Unintelligible--  I guess

5   the homeless community, obviously, you know, that's one of

6   the main targets for this program.  I mean, we are aware

7   that everyday there's 15,000 people in Detroit that are at

8   a homeless shelter.  And you know, obviously we all can say

9   that, you know, a great number of those individuals, you

10  know, lack a formal government ID that allows them to

11  improve the standard of living.

12          COMMISSIONER BROWN:  And how are you tracking and

13  securing the information that people are inputting?  Like

14  are they using a date of birth, social security number?

15  Who tracks and stores and secures that information?

16          MR. SURIANO:  We have a database that is --

17          COMMISSIONER BROWN:  Who is we?

18          MR. SURIANO:  Yeah, the organization that

19  oversees the program for the City.  The program has defined

20  that all the information, you know, is stored.  We don't

21  keep track of social security numbers.  The only

22  information that is stored is the address of the

23  individual, the name of the person, the date of birth, you

24  know.  And in the case of the individual has provided a

25  driver's license or a passport then a copy of those



09/20/2018                                        Page 90

1    documents is stored, you know, with the application.

2          Now all this data is automatically deleted once

3    the card expires.  So every two years, once the card

4    expires then the information of that individual gets

5    expunged from the system, and the person will then need to

6    reapply for the card.  And once that person is going to

7    reapply, the only document that will be required will be

8    the original Detroit ID that was given when that person

9    first applied and a new proof of residency in the city of

10   Detroit.

11         You know, so you have to consider this process

12   once an individual that has gone through, you know, the

13   data verification to prove the identity of that individual,

14   then the second time around it will be a easier process to

15   facilitate that person to renew his or her card.

16         COMMISSIONER BROWN:  Thank you.

17         DR. TAKASH:  All of those decisions about what

18   documents would be scanned and retained and which ones

19   would not be but that we could still use them as proof of

20   ID or proof of residency, all of those decision were taken

21   by the City and run through your Law Department -- the

22   City's Law Department, and so that is how the program was

23   developed.

24         COMMISSIONER DAVIS:  I have a question.

25         COMMISSIONER BELL:  Commissioner Davis.


HANSON RENAISSANCE   hansonreporting.com
COURT REPORTERS & VIDEO   313.567.8100

1      COMMISSIONER DAVIS:  Does the U.S. Census Bureau

2   recognize this as an official ID?

3      DR. TAKASH:  They do not, nor does the Social

4   Security Department, nor can you get on an airplane with

5   it.  However, people -- a lot of folks will apply,

6   because -- for other reasons.  But they also are trying to

7   get a copy of their social security card.  Because

8   increasingly programs require the hard copy of your card.

9   I haven't had mine for thirty years.  But most people can

10  tell you their numbers backwards and forwards.  Well that's

11  not good enough in some programs right now.

12      However, in speaking to the regional director for

13  social security here in this area, she did tell us about an

14  online process that people can try to do; "My Social

15  Security Account" where you can then -- if you input your

16  information you can then in the menu ask for a replacement

17  card.  That sometimes works, and it sometimes does not if

18  you did not have your name on a phone bill or your name on

19  a rental agreement, etc.  It works for some but not for

20  others.

21      But what people actually do is they take this ID

22  and anything else they do to a social security office or to

23  any other kind of office -- not flying yet.  And we would

24  discourage that.  But they do do this because they have to.

25  And so what we do know -- because we ask folks to report




1   back to us about the use of their card, we know that i some

2   social security offices that they have in fact accepted the

3   Detroit ID card.  Another person can go into that same

4   place that same day, and they'll be turned down.  And

5   people have been doing this before this Detroit ID card.

6   That's why they carry bags full, gym bags full and satchels

7   full of every piece of ID that they have or any kind of

8   form of paper they have because they're having to prove

9   their ID somehow.

10          So the census does not -- however, this program

11  does not only exist in the City of Detroit, okay.  This has

12  -- this first began over ten years ago.  The City of New

13  Haven, Conneticut was the first city.  The Yale Law

14  Department did all the research as to whether or not a

15  municipality can actually issue a municipal ID card, and

16  they can.  San Francisco is the second city.  Our other two

17  cities where we have the program is Oakland and also --

18          COMMISSIONER BELL:  I don't mean to interrupt

19  you --

20          DR. TAKASH:  Yes, sir.

21          COMMISSIONER BELL:  -- but we're going to have to

22  close this out.  I think --

23          DR. TAKASH:  All right.

24          COMMISSIONER BELL:  I think you did a great job.

25          DR. TAKASH:  I would just say that this program



1   exist in many other cities.  We know that over a million

2   New Yorkers carry this card.  We're hoping that this has

3   that kind of service put in for citizens of residents --

4   the residents of Detroit.

5            And, again, if I could encourage each and every

6   one of you who do live in the city of Detroit to please

7   come to our Samaritan or Patton office or give me a call so

8   that we can get you your Detroit ID card.  Thank you so

9   much.

10           COMMISSIONER BELL:  Thank you.  Very

11  enlightening.  We appreciate that.

12           We're going to -- any standing or ad hoc

13  committee reports.

14           COMMISSIONER DEWAELSCHE:  Yes, Mr. Chair.

15           COMMISSIONER BELL:  Yes, ma'am.

16           COMMISSIONER DEWAELSCHE:  Thank you.  The

17  Personnel Committee, or September 19th, received an OCI

18  personnel recommendation from Chief Investigator Dr. Polly

19  McCalister to hire Ms. Keisha Washington for the position

20  of police commission investigator with the office of the

21  OCI.

22           Human Resources received and screened

23  thirty-eight applicant resumes with their credentials.

24  Ms. Washington holds a Master of Science degree in

25  business, a Bachelor of Science in criminal justice.  Her



1   prior experience is as an intelligence specialist, special

2   investigator detective over fraud and forgery, and her

3   expertise with technology.

4         The Personnel Subcommittee approved the Personnel

5   recommendation and now recommends to the full Board to

6   accept and approve the Personnel Subcommittee's

7   recommendation to hire Ms. Washington to the position of

8   police commission investigator with the Office of the Chief

9   Investigator.

10        COMMISSIONER MALLETT:  Support.

11        COMMISSIONER BELL:  It's been properly moved and

12  supported.

13        Discussion?

14        Those in --

15        COMMISSIONER BURTON:  Mr. --

16        COMMISSIONER BELL:  Yes, sir.

17        COMMISSIONER BURTON:  Mr. Chairman, I stepped

18  out, and I just stepped back in.  Could we -- can you resay

19  what we're voting on real quick?  Because I stepped out I

20  didn't hear it.  I'm just coming in again.

21        COMMISSIONER BELL:  I'm going to ask not to read

22  the entire report --

23        COMMISSIONER DEWAELSCHE:  Right.

24        COMMISSIONER BELL:  -- but just give the summary

25  of what you just said.



1    COMMISSIONER DEWAELSCHE:  Very briefly, the OCI

2    chief investigator has reviewed applications that were

3    received for police investigator position, and she is

4    recommending that we hire Ms. Keisha Washington, who is

5    very experienced and knowledgeable and has an extensive

6    background.  And the Personnel Committee has accepted that

7    recommendation, and we're moving that the full board

8    approve the recommendation of the Personnel Committee.

9         COMMISSIONER BELL:  Those in favor aye.

10        THE BOARD:  Aye.

11        COMMISSIONER BELL:  Those opposed?  Motion

12   carried.

13        COMMISSIONER DEWAELSCHE:  Thank you.

14        COMMISSIONER BELL:  Thank you.

15        COMMISSIONER BURTON:  Mr. Chairman.

16        COMMISSIONER BELL:  Yes, sir.

17        COMMISSIONER BURTON:  I don't know all of the

18   candidates that applied for the position, nor have I seen

19   any resumes or anything or know who was interviewed.  There

20   was no selection that was presented to me, so I'm going to

21   vote nay for right now.

22        COMMISSIONER BELL:  Sir -- okay.  Thank you.

23        Old business.  We have two resolutions:  Ideal

24   Group, and Venegas Family resolution, and Ms. Sylvia

25   Gucken.  Certificate of Recognition.



1         COMMISSIONER DEWAELSCHE:  Motion to approve.

2         COMMISSIONER MALLETT:  Support.

3         COMMISSIONER BELL:  It's been properly moved and

4    it's been properly moved and supported.  Those --

5    Discussion.  I'm sorry.  Discussion?  Those in favor, aye.

6         THE BOARD:  Aye.

7         COMMISSIONER BELL:  Opposed?  Motion carried.

8    Thank you.

9         Any new business?

10        Announcement:  Our next meeting will be Thursday,

11   September 27, 2018, at 3:00 p.m., at Public Safety

12   Headquarters.  I want to make note of it, there will be no

13   meeting on October 4th.  October 4th there will be no

14   meeting of the Board due to the NACo Conference.  The next

15   commissioners meeting will be on Thursday, October 11,

16   2018, at 6:30 p.m., 7th Precinct, at Hunts Creek Station,

17   2200 Hunt Street on the eastside of Detroit.

18        Next item will be oral communication from the

19   public.  You have -- could you please give your name.  You

20   have two minutes.  And Mr. Brown is going to start the

21   process.

22        MR. BROWN:  Mr. Chair, I have seven cards.  First

23   speaker will be Ms. Fredia Butler.

24        COMMISSIONER BELL:  Would you call others.

25        MR. BROWN:  After Ms. Butler, Mr. Bobby Legion,



09/20/2018                                              Page 97

1   Ms. JoAnn Warwick, Mr. Russ Ballot, Mr. Terrance Nykoriak.

2   And Ms. Michelle George will be your last speaker.

3           COMMISSIONER BELL:  Thank you.

4           MS. BUTLER:  Good afternoon.

5           THE BOARD:  Good afternoon.

6           MS. BUTLER:  My name is Fredia Young Butler.  I'm

7   a community activist.

8           Board members, are we the citizens in District

9   Six and Seven less deserving of having a clean and safe

10  community?

11          Our communities in District Six and Seven are

12  inundated with used cars and repair places.  When I

13  addressed the mayor about this issue, he said that the

14  people purchased the land.  But as elected officials, isn't

15  it your responsibility to regulate and enforce ordinances

16  to maintain communities?  Do citizens have a say about what

17  they want in their community?

18          This is a democracy.  Elections are held for us

19  to select people to serve the communities.  They are to

20  address the needs of the citizens, I believe, by listening

21  and being actively involved in working to resolve issues.

22  I believe too many of us have been duped in voting for

23  people who do not have the skills or the desire to do what

24  leadership calls for.  Or is it fear of displeasing someone

25  about their activity in their district?



1        An elected official should have meetings to

2  educate and inform constituents whom they were elected to

3  serve.  Our police officers, and especially or NPOs, are

4  performing their jobs, and we need you to do yours.  If all

5  of us are doing what is required as citizens, we would have

6  more clean and safe communities.

7        In addressing all elected officials, I will quote

8  Judge Matthis when Ms. Aretha Franklin was speaking to him

9  about the Flint water problem.  She mentioned his

10  television show.  Knowing how vindictive producers and

11  sponsors can be when speaking out about a political issue,

12  she asked if he was "scared."  Are any of you afraid to

13  speak up and take part in any issue concerning your

14  community?  Each of us only has one vote.  Our collective

15  votes elected you to office.  Thank you.

16        COMMISSIONER BELL:  Thank you.

17        MR. BROWN:  Mr. Bobby Legion (Phonetic).

18        MR. LEGION:  Good afternoon everyone.

19        THE BOARD:  Good afternoon.

20        MR. LEGION:  My name is Bobby Legion.  I'm the

21  chief steward of Teamsters 214.  I've been employed with

22  the city for thirty years.  I've been with Teamsters as a

23  steward and chief steward for about fifteen years.  I just

24  came in support and to thank you for passing the

25  legislation, or what not, to have the City of Detroit



1   employees do the towing.  I represent those people.  I

2   represent several departments:  You know, Animal Control,

3   Parking Enforcement, and a few other departments.

4           We used to actually do the towing in the city of

5   Detroit, the Teamsters and the 01 drivers.  So I just want

6   to thank you guys again for allowing us to do it.  By

7   passing this you're allowing some people to not be laid

8   off; to be able to get transferred into this department to

9   do the work.  And I'm sure you guys will be pleased with

10  the work that our people will do.  Thank you.

11          COMMISSIONER BELL:  Thank you.

12          MR. BROWN:  Ms. JoAnn Warwick.

13          MS. WARWICK:  Is it possible to wait for Chief

14  Craig to come back?  I was hoping he would hear what I have

15  to say.

16          COMMISSIONER BELL:  We can if he comes back.  If

17  not, we can --

18          You can call the net person.

19          You can take a seat on the front row, ma'am.

20          MR. BROWN:  The Mr. Russ Ballot.

21          COMMISSIONER DAVIS:  Russ Balini (Phonetic) left.

22          MR. BROWN:  Okay.  Mr. Terrance -- I don't quite

23  know.  Nowicki?

24          MR. NYKORIAK:  I would like the chief present as

25  well if possible, please.



1          COMMISSIONER BELL:  I'll just call him up here in

2    case.

3          MR. BROWN:  Ms. Michelle George.

4          MS. GEORGE:  Good evening.  I would like Chief

5    Craig present too, but I know Deputy Chief --

6          COMMISSIONER BELL:  Okay, okay --

7          MS. GEORGE:  All right.

8          COMMISSIONER BELL:  We're going to -- hold on,

9    we're going to pause.

10         MS. GEORGE:  Yes, sir.

11         COMMISSIONER BELL:  We're going to pause.  We're

12   going to call the speakers up.  We're going to continue on.

13   The Chief has his commitment.  The deputy chief is

14   representing the chief as always, so we cannot hold up our

15   agenda.  But that's okay.

16         MS. GEORGE:  Oh, right.  Thank you.

17         COMMISSIONER BELL:  Because if you want to speak

18   you have an opportunity to speak.

19         MS. GEORGE:  Thank you.

20         COMMISSIONER BELL:  I'm speaking to the other

21   speakers too.  So we're not going to invite --

22         MS. GEORGE:  I was just making a comment.  I know

23   Deputy Chief Bettison --

24         COMMISSIONER BELL:  Yes, ma'am, he does an

25   excellent job.



1              MS. GEORGE:  Yes, sir.  Thank you, Chair.

2              COMMISSIONER BELL:  Thank you, ma'am.

3              MS. GEORGE:  I wanted to -- well first of all,

4    good afternoon Chief Craig -- to Chief Deputy Bettison in

5    Chief Craig's presence [sic] and to the Board of

6    Commissioners, as well as to Chairman Bell.

7              I want to make a comment on the -- I was at

8    Bishop Edgar Vann's church when the young lady did the

9    heckling.  And I was on to radio program talking about

10   anger, and I addressed that issue.  I tried to reach out to

11   her.  I gave her my phone number.  Because it was uncalled

12   for and it was disrespectful.  I know a lot of people were

13   angry about the water, because we were coming from Mumford

14   High School dealing with the water in the schools.  But

15   like I told her, that's not the way to handle it.  He's

16   still the mayor, and he has a security team.  And I think

17   when she moved her body over she was escalating.  And I

18   told her I didn't want to see her in danger or anyone else.

19   So I'm hoping she'll reach out to me.

20             But he was right about that.  The mayor did reach

21   out to the young people, because that was our concern.

22   Because the kids in the high school were kind of crying,

23   because they felt they weren't going to get their issues

24   addressed.  But I'm hoping the young lady -- she did say

25   she would reach out to me, so I'm hoping to kind of counsel



1    her on that, you know, with that issue.

2          Also I wanted to -- and I wanted Deputy Chief

3    Bettison to make sure the mayor gets this information.  I

4    was on an urban information network internet TV show, and I

5    was talking about racism and how racism impacts your

6    health.  But I was on there last week.  We were addressing

7    some issues.  And I was a guest panel, and an attorney was

8    a guest panel.  This was the attorney from the ACOU that's

9    suing the Detroit Police Department about the racism with

10   the officer that I guess he was the subordinate, and there

11   was some issues.

12         But I wanted to reach out to -- I hope -- I

13   wanted to reach out, because I was kind of disturbed by

14   that.  I saw the press conference with the officer and for

15   him to still be working.  But I hope the Board of

16   Commissioners and Chief Craig would deal with that issue,

17   the lawsuit.  Because as an officer, the officers deal with

18   a lot every week, every day with the trauma, with the kids

19   -- people getting their heads blown off.  But I just hope

20   that racism that that officer has experienced allegedly

21   that that's not occurring.  So I'd like to deal with that.

22   Because I'm dealing a lot with racism and how it impacts

23   your health.  I just wanted to comment on that issue, that

24   officers should not have to deal with this with his skin

25   color.  So I'm going to be on top of that as well.  Thank



1   you.

2          COMMISSIONER BELL:  Thank you.

3          DC BETTISON:  I'd like to comment.  The key word,

4   Ms. George, was allegedly.  And, you know, I'm so glad that

5   you said that allegedly word.  When it comes to racism, you

6   know, I feel free to speak for the chief in this regard,

7   that we don't tolerate that within our department.  We

8   investigate it vigorously.

9          MS. GEORGE:  Okay.

10          DC BETTISON:  We still do have a core committee

11   that is up active.  And as a matter of fact, I'm a liaison

12   for that committee.

13          MS. GEORGE:  Okay.

14          DC BETTISON:  So we do not have a culture of

15   systemic racism within the Detroit Police Department.  And

16   I will definitely --

17          MS. GEORGE:  So they are addressing that with

18   Officer Strickland?

19          DC BETTISON: Absolutely it has been addressed.

20          MS. GEORGE:  Okay.

21          DC BETTISON:  And those other issues due to Human

22   Resources issues that I'm not free to go into --

23          MS. GEORGE:  Okay.

24          DC BETTISON:  -- but it is definitely --

25          MS. GEORGE:  Thank you.  Because I met Attorney



09/20/2018                    Page 104

1    Mark on the show.  We were talking about something else,

2    and he brought it up on the TV show.  Thank you.

3            COMMISSIONER BELL:  Thank you.

4            MR. BROWN:  Ms. JoAnn Warwick.

5            MS. WARWICK:  Yes, hello.  Good afternoon.  My

6    name is JoAnn Warwick.

7            THE BOARD:  Good afternoon.

8            MS. WARWICK:  I wasn't planning on coming today.

9    I would have put a jacket on or something so I look a

10   little better.  I rode my bike here.  But I felt pretty

11   strongly about some things that I have seen happening.

12           I have very deep concerns that Detroit Police

13   Department officers are not trained very well in the First

14   and Fourteenth Amendment issues.  I have a concern that

15   they're not trained very well about dealing with people

16   with trauma and post-traumatic stress disorder.

17           I'd like to comment on the mayor's meeting

18   Saturday at Second Ebenezer Church.  What I saw were

19   residents who didn't want to stand for evasive answers; and

20   then the meeting was shut down, and they were called

21   disruptive.  Well I would invite anybody here to take a

22   look at the British Parliament and see how they spar with

23   one another.  And, you know, so I would say, grow a little

24   more thick skin, and that's the whole idea of public

25   service.



1           If people are coming down there, that's probably

2    because they're unset.  There are a lot of unfair things

3    going on in this city for people to be upset about.  And so

4    I think that officers should seek to figure out why

5    somebody might be upset and seek to diffuse it.

6           I had an officer violate my civil rights at the

7    CAYMC Building yesterday.  He stood -- he was in plain

8    clothes.  He stood in the elevator and refused to let me go

9    up to the 13th floor.  I was trying to find out when there

10   was going to be a hearing on a neighborhood enterprise down

11   in my neighborhood so that the developers in my

12   neighborhood, in a very, very, very tiny piece of area

13   where they want to sell expensive housing where all those

14   people would get a fifteen year tax break but the rest of

15   us don't.  But that officer somehow took it upon himself

16   because some other misguided person thought that there was

17   a somehow legitimate order that I couldn't go to the

18   thirteenth floor.   And he stood in that elevator and

19   blocked my way until finally at least the Ombudsman came

20   in, and he diffused the situation and went up with me.

21          So, you know, I'm a white girl.  But guess what?

22   I've been falsely arrested before, mistreated by police,

23   pushed over my bike, mistreated in jail, lied about, a

24   coverup lasting over thirteen years by not these law

25   enforcement officers.  And so, you know, when citizens are



1   upset and they come to speak, there's a reason for it.  So

2   the mayor should have listened.

3          And the people down at city hall at the CAYMC

4   Building I think deserve -- should get some training about

5   the First Amendment, the Fourteenth Amendment diffusing

6   situations and that if somebody's upset maybe there's a

7   reason for it.  Don't just discount them and don't hear

8   what they have to say because, oh, my God, they're upset.

9          Do you know how many times that I'm talking with

10  sick people in the CAYMC Building and they don't answer my

11  question which I believe are very legitimate --

12          COMMISSIONER BELL:  Thank you, ma'am.  The time

13  is up.

14          MS. WARWICK:  -- and they say, I'm not here to

15  argue.

16          COMMISSIONER BELL:  Thank you ma'am.

17          MS. WARWICK:  So it doesn't bring a lot of

18  respect for police officers when they're not respecting our

19  rights.  Thank you.

20          Oh, last thing, and I think it's very important.

21  This whole police procedure when you file a complaint, it's

22  so unsatisfactory.  I've filed a couple of complaints

23  and --

24          COMMISSIONER BELL:  Thank you, ma'am.

25          MS. WARWICK:  Okay.  I was told that it is



1    possible -- when you get the report it doesn't even say the

2    name of the police officers.  It doesn't say the facts.  It

3    doesn't say the reasoning any findings were made.

4              COMMISSIONER BELL:  Ma'am --

5              MS. WARWICK:  I mean, it just doesn't help at

6    all.

7              COMMISSIONER BELL:  Ma'am, we speak about

8    respect.  Your time is up.

9              MS. WARWICK:  Okay, thank you.

10             COMMISSIONER BELL:  Thank you.

11             MR. BROWN:  Terrance.  Can you say your last name

12   and spell it, sir?

13             MR. NYKORIAK:  Nykoriak, sir.  N-y-k-o-r-i-a-k.

14             MR. BROWN:  Thank you.

15             MR. NYKORIAK:  I stand before the Board as an

16   elected official and as a private citizen.

17             I was held up at gunpoint on my porch at Lawley

18   and Dequindre over the weekend.  It took forty minutes for

19   one car with two officers to arrive.  The suspect is still

20   loose.  He's still loose with a glock handgun.  He will or

21   might rob somebody or kill somebody if DPD doesn't do

22   anything about it.  The federal government is aware of this

23   situation, and they're closely monitoring it as well.

24             There is daily drug activity on the next block.

25   I've seen the suspect in the area.  I pointed him out to



1   officers, and they did nothing to see that he was put into

2   custody.  No evidence techs have been out to the residence.

3          I would like the Board to see that the police

4   chief, who for some reason left without explanation, target

5   the area of Davidson and Dequindre to -- and that evidence

6   techs are called to the scene to take prints.

7          And in 2008, or 2012 Chief Baron said to somebody

8   on the west side that he would send some guys to the area

9   that aren't scared.  And I wanted to ask the chief that, if

10  he could do the same.  But obviously he doesn't want to

11  hear what the public has to say, because he decided to dip.

12         I would also ask the chief to contact the Mayor's

13  Office with regard to three abandoned buildings in the

14  vicinity that are a concern for public safety.  That's all

15  I have.

16         DC BETTISON:  I'd like to respond to that since

17  I'm representing the chief.  The chief is attending to some

18  matters, so it's not that that he he just dipped.  I'm a

19  deputy chief right out of his office, and I will definitely

20  ensure -- you mentioned Chief Baron, we have the Deputy

21  Chief Baron who runs our entire eastside.  And Deputy Chief

22  Baron will assist you.  As soon as you step away from the

23  podium, he'll make sure that he gets that information so we

24  can work on getting the violent perpetrator who assaulted

25  you into custody.



09/20/2018                    Page 109

1              COMMISSIONER BELL:  And lastly, you wanted -- you

2       have a desire to file a complaint?  You made mention you

3       was not satis -- you know, do you have that desire?  If

4       not, just talk to chief investigator right here in the

5       front row.

6              MR. NYKORIAK:  Okay.

7              COMMISSIONER BELL:  Thank you, sir.

8              MR. NYKORIAK:  Thank you.

9              MR. BROWN:  Mr. Chair, that was your last

10      speaker.

11             COMMISSIONER BELL:  If there's no other business

12      before this body, I want to thank all of you for coming out

13      this afternoon.  Have a great weekend.  The Chair will

14      entertain a motion for adjournment.

15             COMMISSIONER DAVIS:  So moved.

16             COMMISSIONER DEWAELSCHE:  Support.

17             COMMISSIONER BELL:  It's been properly moved and

18      supported.

19             Discussion? Those in favor, aye.

20             THE BOARD:  Aye.

21             COMMISSIONER BELL:  Motion passed.  Thank

22             (At 5:28 p.m., proceedings concluded)

23

24

25



1                    CERTIFICATE OF NOTARY

2
STATE OF MICHIGAN  )
3                  )
COUNTY OF WAYNE    )
4

5          I, Donna R. Williams, Certified Shorthand Reporter,

6      a Notary Public in and for the above county and state, do

7      hereby certify that the above deposition was taken before

8      me at the time and place hereinbefore set forth; that the

9      witness was by me first duly sworn to testify to the

10     truth, and nothing but the truth; that the foregoing

11     questions asked and answers made by the witness were duly

12     recorded by me stenographically and reduced to computer

13     transcription; that this is a true, full and correct

14     transcript of my stenographic notes so taken.  I further

15     certify that I am not related to, nor of counsel to

16     either party, nor interested in the event of this cause.

17

18

19                    DONNA R. WILLIAMS, CSR 6253

20

21

22
My Commission expires 9/15/2022
23

24

25



09/20/2018                                                                1

**(**

**(1)** 15:8,11,12

**(4)** 15:10

**-**

**--unintelligible--** 50:17 54:19
64:23 68:11 89:4

**0**

**01** 99:5

**1**

**1** 5:19 58:1
**1,600** 81:4
**10%** 17:12
**10,000** 28:15
**100%** 45:20
**101st** 3:25 14:17
**10:00** 55:17
**11** 46:10,16,17 47:1 96:15
**11:00** 4:21
**11th** 7:21 13:19 46:6,9
**12:00** 40:10
**13** 9:16
**13th** 105:9
**140** 82:16,18 83:25
**1416** 3:23 16:8
**15** 52:24
**15,000** 89:7
**150** 82:16,18 84:1
**15th** 14:23
**17** 3:23 14:15
**1962** 3:24 14:14

**1969** 4:4 14:15
**1981** 4:13
**19th** 93:17

**2**

**2** 8:3,5 35:1
**2,000** 47:13
**20** 3:2
**200** 44:13 78:16
**2008** 108:7
**2012** 108:7
**2015** 44:17,21
**2016** 11:22 44:12,14 83:7
**2017** 75:12
**2018** 3:2,24 4:20 9:7,17 58:1
72:10 96:11,16
**20th** 8:22
**214** 98:21
**21st** 4:18
**22** 4:20
**2200** 96:17
**24/7** 42:19
**24585** 4:19
**27** 96:11
**29** 15:18 16:1
**2:55 p.m** 3:3

**3**

**3** 5:17
**3%** 17:11
**3,500** 77:12,20
**30** 13:9 29:19 60:8 72:10
73:18
**30%** 65:15 82:22,25
**30th** 52:11

**35%** 38:2
**3:00** 10:12 96:11
**3:06 p.m** 4:24 5:5
**3:11 p.m** 7:13

**4**

**4,000** 77:19
**4,400** 77:10 80:21
**411** 40:19,21,22
**48** 22:23
**4:00** 4:18
**4th** 96:13

**5**

**5** 8:16
**50** 17:15 78:15
**50%** 65:15
**5:28 p.m** 109:22

**6**

**6** 5:21 9:6
**600** 4:22
**62** 38:22
**6:30** 10:13 96:16

**7**

**7** 5:15 10:15
**7:00** 40:11 55:17
**7th** 96:16

**8**

**8** 10:16
**8%** 17:12
**8,000** 85:21

**89** 78:20

**9**

**9000** 52:1

**A**

**a.m.** 4:21 55:17

**abandoned** 108:13

**ability** 23:15,18,19,20 32:14 49:19 57:20 62:24

**absolute** 30:19

**absolutely** 30:8 37:23,25 40:17 63:8,25 103:19

**AC** 16:25 50:14,16,21 53:16 60:6 61:25 63:15,17,25 64:7, 10,20 65:14 66:2,15,18 67:3, 10,12,16 71:2,6

**academies** 79:8 81:17

**Academy** 14:19 79:6

**accept** 81:23 83:8,11,15 84:2, 6 94:6

**accepted** 55:14 77:7 92:2 95:6

**access** 51:11 52:15 58:20 78:12

**accessibility** 51:13

**accident** 11:22 41:22 54:3

**accordance** 72:15

**Account** 91:15

**accountability** 51:9 66:12

**accountable** 30:17

**accused** 24:17

**acknowledging** 11:13 80:11

**ACOU** 102:8

**acquire** 72:7

**acquiring** 50:23

**acronym** 52:14

**acronyms** 38:24

**actions** 48:21

**active** 21:16 103:11

**actively** 97:21

**activist** 97:7

**activities** 11:24 40:10 85:25

**activity** 61:15 97:25 107:24

**actual** 62:6

**ad** 93:12

**add** 18:10 84:10

**added** 32:12

**addition** 31:23 32:15 55:24 63:13 77:17

**additional** 10:7 12:12 31:22

**Additionally** 12:1

**address** 12:20 13:18 31:5,8 32:14 53:17 59:16 87:22 88:16 89:22 97:20

**addressed** 70:5 88:17 97:13 101:10,24 103:19

**addressing** 98:7 102:6 103:17

**adjournment** 109:14

**administration** 56:19

**administrative** 50:25 56:21

**admit** 18:14

**adopted** 73:1

**adoption** 16:10

**advance** 12:24

**advised** 71:24

**affected** 88:2,7,12

**affects** 45:17

**afford** 56:6 67:18

**afraid** 98:12

**aftermath** 44:7

**afternoon** 3:5,6,8 5:16,18,20, 23 7:2 8:20 17:2,3 41:8 50:14, 15 76:11 97:4,5 98:18,19 101:4 104:5,7 109:13

**afternoon's** 8:22

**agencies** 15:15 69:12 89:3

**agency** 10:25 79:20

**agenda** 6:10 8:22 9:24 50:11 73:13 75:23 100:15

**aggressively** 20:3

**aging** 79:20

**agree** 22:4

**agreement** 91:19

**agrees** 57:22

**ahead** 44:4 50:20 60:11

**aid** 48:18

**aimed** 57:6

**air** 52:22 55:2

**Airborne** 3:25 14:17

**airplane** 91:4

**Akbar** 7:4

**alarmed** 24:4

**Albert** 8:11

**alike** 59:23

**allegedly** 102:20 103:4,5

**alleviate** 33:13 70:20

**allocated** 86:14

**allowed** 76:21 80:12

**allowing** 99:6,7

**Alter** 42:25

**Amendment** 104:14 106:5

**amount** 70:24

**analyzing** 68:2

**anger** 25:8 30:12 101:10

**angry** 31:10 88:19 101:13

**Animal** 99:2

**ankle** 41:19

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

announce 20:21,22

Announcement 96:10

announcements 21:10

annual 28:14

answers 13:7 53:18,19 59:3
104:19

anticipate 33:11 65:15

apparently 14:3

appears 25:23 42:24 58:14
74:11

applaud 17:17 31:20 33:10
44:6

Applause 48:24 49:11 50:9

applicant 93:23

application 55:25 90:1

applications 53:3 95:2

applied 76:24 90:9 95:18

apply 91:5

appointed 14:14

appointment 80:9,12

appreciation 14:3,8 15:9,14

approach 76:7

approval 9:6,16

approve 8:21 73:3 94:6 95:8
96:1

approved 57:12 94:4

ardent 40:22

area 25:24 32:20,21 61:24
84:6,11 91:13 105:12 107:25
108:5,8

areas 33:4 43:2

Aretha 98:8

argue 106:15

argument 22:4

arise 72:1

armed 22:17 44:16

arms 4:11

army 3:25 14:16

arrest 12:12 20:12 22:20,22

arrested 105:22

arrive 107:19

arrived 57:15 69:8

Article 10:15

as...the 3:17

assaulted 108:24

assign 38:16

assigned 14:21 18:25 32:1
34:11 35:10 55:16

assist 50:1 108:22

assistance 25:18

assistant 7:11 12:25 13:6
23:25 42:3 50:12,21 59:19
75:4,8

At-large 5:23,25

attendance 3:11 8:1,2,7,15
15:13 76:14

ATTENDEES 3:6 17:3 43:24

attending 7:3 108:17

attention 83:22 87:25

attest 33:15

attorney 102:7,8 103:25

audience 39:3 60:22,23

audio 6:16

audit 51:12 62:16

auditing 10:23

audits 66:23

authority 67:23,24

authorize 53:25

authorized 72:12,24

authorizing 71:20

automatically 90:2

automobile 11:22

Avenue 42:25

award 15:8 81:12

awarded 80:24 81:2

awards 15:7,11,13,25

aware 3:18 24:11 25:14,17,21
26:22 42:8 43:8 88:9 89:6
107:22

awhile 63:23 81:8

aye 9:2,3,12,13,20,21 16:16,
17 74:5 95:9,10 96:5,6
109:19,20

Ayers 25:23

**B**

baby 47:1

Bachelor 93:25

back 13:14 14:5 16:25 17:20
23:15 32:13 36:13 41:1 42:13
49:16,17 58:4 64:3 70:1,18
73:19 79:11,12,13 82:25 92:1
94:18 99:14,16

background 95:6

backwards 91:10

bad 44:18 67:17

Badge 3:23 16:8

badges 25:1

bags 92:6

balance 29:4 74:13

Balini 99:21

Ballot 97:1 99:20

ballpark 70:5

band 4:7,8

bank 78:5 88:19

banks 78:5,11

Baron 108:7,20,21,22

barraged 32:5

Barren 25:16 26:22 34:1 39:21

barricaded 44:13,17

based 11:2 65:12 66:5 85:6

basic 78:10

basically 42:13 68:9

basis 69:7 89:4

bear 65:4

beautiful 48:22

began 14:19 92:12

begin 52:12,24 78:24

beginning 13:16 36:19 66:9

begins 58:1

behalf 3:10 4:16 10:1 15:24
  41:10 47:4 76:16 77:5

beliefs 15:19

Bell 3:5,7,9 4:3,25 5:6,8,12
  6:1,8 7:8,15,18,23,25 8:6,9,
  13,19,25 9:4,10,14,19,22
  13:23 14:6 16:14,18 23:3,6
  28:17,21 29:8,11 31:16,18
  34:24 35:6,8 36:11 38:10 39:1
  40:6,8 41:6 42:2 43:25 44:4,
  11 45:2,4,21 46:2,8 49:1 50:8,
  10 59:5,25 60:12,14,17,20,23
  61:2,6,8 63:20 64:25 68:12,
  15,17,19,23,25 69:18,23
  71:17 73:5,9 74:4,6,9,15,22
  75:3,20 76:1,5,10,15 85:13,17
  87:4 90:25 92:18,21,24 93:10,
  15 94:11,16,21,24 95:9,11,14,
  16,22 96:3,7,24 97:3 98:16
  99:11,16 100:1,6,8,11,17,20,
  24 101:2,6 103:2 104:3
  106:12,16,24 107:4,7,10
  109:1,7,11,17,21

beneficiary 77:14

benefit 32:12 33:25 77:17 79:2
  84:12

benefited 77:21

benefits 71:25 72:5 82:12,19

83:25

Beth 64:22

Bettison 25:22 26:4,7 28:14,
  19 29:6,15 47:3,12 100:23
  101:4 102:3 103:3,10,14,19,
  21,24 108:16

bicyclist 28:8,16

big 18:5 73:24

bike 28:4 104:10 105:23

bikers 27:20

bikes 27:21 28:12

bill 91:18

birth 79:16 89:14,23

birthday 23:11

Bishop 41:2 101:8

bit 46:19 58:4

bizarre 34:7

Blake 41:2

bless 48:22 49:10

block 52:1 107:24

blocked 105:19

Blossom 6:20 76:5

blown 102:19

Blue 3:17,19 4:6,11 15:3

blunt 41:20

board 3:10,11 4:16 7:2 9:3,13,
  21 10:1,4,9,16,22 11:6,8 13:1,
  7,8 15:23 16:9,17 24:2,7,10,
  11 25:3,25 26:25 27:5 33:7
  34:10,11,21 41:24 45:20
  48:11,15 50:14,15,18,22 51:3,
  16 53:12,17,23 56:2,3,7
  57:16,24 58:18,23,25 60:8
  61:3 64:21 66:18,21 67:23,24,
  25 68:3 71:24 72:20 73:1,14
  74:5 76:8 83:13 94:5 95:7,10
  96:6,14 97:5,8 98:19 101:5
  102:15 104:7 107:15 108:3
  109:20

Board's 57:23

boards 84:3

Bobby 96:25 98:17,20

body 67:6 73:14 101:17
  109:12

booted 71:15

BOPC 17:7 51:16 52:19 53:10

born 79:17

bounce 49:17

bow 5:3

brand 69:9

breach 12:10

breached 20:25

break 55:2 105:14

breaking 52:22

bridge 87:15

Bridget 6:22 41:9

briefing 13:3 59:12

briefly 95:1

bring 29:22 56:1 106:17

bringing 4:9 51:9,10 86:18
  87:6

British 104:22

broken 67:23

Brooks 3:14 76:18 80:24

brother 3:19

brought 45:5 56:7 67:5 70:1
  104:2

Brown 5:18,19 6:18 8:23 9:18
  13:15 14:11 31:17,19 32:15
  33:20 34:22 37:1 46:18 59:22,
  24 69:21,24 71:5,16,18,20
  74:21 87:6 89:12,17 90:16
  96:20,22,25 98:17 99:12,20,
  22 100:3 104:4 107:11,14
  109:9

Brown's 36:3



**budgetary** 37:12

**budgeted** 35:23

**Building** 105:7 106:4,10

**buildings** 108:13

**built** 77:24

**bunch** 86:16

**Burch** 5:16,17 7:19,24 13:18,
21 19:3,4,6 29:10,12 30:14,24
31:3,12,15 33:15,17 45:22
46:4,9,15,20 47:20,22 48:3
49:8 63:10 74:20 76:18,19

**burden** 44:1 47:24

**burdened** 56:20

**Bureau** 91:1

**Burrell** 3:17 4:17,23 11:16
12:18 14:12,13,21 15:5,16
16:12,21

**Burrell's** 16:1,7

**Burton** 8:16,17 73:7,10 74:7
75:2 94:15,17 95:15,17

**buses** 80:2

**business** 32:13 56:18 68:2
93:25 95:23 96:9 109:11

**businesses** 11:5 25:11

**Bussi** 41:18

**Butler** 96:23,25 97:4,6

---

**C**

**cable** 3:12

**Cadieux** 42:25

**calendars** 32:23

**California** 18:7

**call** 13:19 25:22 28:5 43:19
54:8 74:16 82:2 93:7 96:24
99:18 100:1,12

**Call-in** 17:19

**called** 21:21 23:14 25:24
104:20 108:6

**calls** 27:2 97:24

**cameras** 57:11

**campaign** 18:3

**candidates** 95:18

**canes** 79:23

**capable** 29:25

**capital** 49:15

**Captain** 49:9

**car** 56:4 62:11,20,22 67:18,19
71:15 79:14 107:19

**card** 13:10,14,15 37:3,4 64:15
76:8,16,25 77:5,11,12,13,18,
20,21,22,23 78:3,6,8 79:2
81:3,4 82:19,23 83:1,17 85:9
86:15 87:12,13,15 90:3,6,15
91:7,8,17 92:1,3,5,15 93:2,8

**cards** 13:14,25 14:1 70:22,25
78:1 81:24 96:22

**care** 33:9 41:15 47:14 84:12

**career** 4:14 14:19

**caregivers** 45:17

**caretakers** 80:8

**carried** 9:5,15,23 16:19 95:12
96:7

**carry** 72:18,25 74:13 77:11
80:21 82:19 92:6 93:2

**cars** 28:1 55:12 61:21 70:8
97:12

**Carter** 5:20,21 13:25 16:10
34:23 35:8,9,13,15,19 36:9
37:19,24 38:6 47:5 63:20,21
64:2,9,18,24 74:23

**case** 12:14 19:17 38:13 56:20
69:8 88:1 89:24 100:2

**cases** 10:23 69:17

**cash** 13:10 55:14 70:21 71:1,
7,8,10 85:25 88:19,20

**cashier's** 55:13,16

**caused** 11:23

**CAYMC** 105:7 106:3,10

**Cease** 17:19

**Cedric** 11:14 48:4,16

**celebrated** 4:4

**cell** 83:23

**census** 91:1 92:10

**center** 23:19 80:11 84:5 86:11,
12

**central** 51:24 79:9

**CEO** 52:15

**certificate** 14:8 45:21 48:11,
16 79:16 95:25

**chair** 3:9 6:6 14:7 16:10,20
31:25 33:6 34:23 35:9,18
36:18 37:19,23 38:11,15
40:16 41:8 46:6 48:12 59:8,9,
16 61:11 63:7,21,25 65:14
66:15 71:2,18 73:8 74:15,17,
22 75:7,15 76:15 93:14 96:22
101:1 109:9,13

**chairman** 8:18 21:15 35:3
40:5 45:9,12 65:2 68:5 69:2,
12,21 94:17 95:15 101:6

**chairman's** 9:24

**challenge** 88:23

**chance** 17:23

**change** 57:15 67:12

**changed** 14:25

**channel** 3:13

**chaplain** 5:1,3,6,11 11:14
12:18 13:18,21 14:7 46:4,21
48:5,16 49:12

**chaplains** 40:25

**Chapter** 10:16

**charge** 22:24 29:13

**charged** 22:25

**charitable** 41:5

**Charles** 83:6

**chart**  68:7,9

**Charter**  10:15

**Chass**  84:5

**check**  88:19,20

**checking**  27:12,13

**checks**  85:25

**chief**  6:3 7:1,3,8,10,11 10:5
11:10,19,24 12:1,14,20,21,23,
25 13:4,6 16:23 17:1,2,4 19:5,
7 23:4,8,10,17,23,25 24:9,14,
22 25:1,6,16,21 26:6,9,16,20,
21 27:7,10,11,13,15,18 28:3,
7,13,19 29:22 30:7,15,25
31:4,13,19,25 33:6,18,21,25
34:5,9,10,13,18 35:10,12,14,
16,20 36:10,18 37:2,21,23,25
38:1,7,15,19,22,25 39:2,6,8,
13,17,19,21,24 40:3,9,16,22
41:7,10 42:3 43:16 44:3,5,12
45:3,5,7,10 47:3,7,11,15,17,
19,21 50:12,16,19,20,21
59:11,12,19 63:7 69:24 70:12,
15 72:23 75:5,7,8,10 76:11
83:5 93:18 94:8 95:2 98:21,23
99:13,24 100:4,5,13,14,23
101:4,5 102:2,16 103:6 108:4,
7,9,12,17,19,20,21 109:4

**chief's**  7:13,17 11:25 15:11

**child**  18:13 42:14,15

**children**  3:20 15:4 78:25

**choosing**  36:14

**Christ**  4:21

**Christmas**  10:10

**Christopher**  41:21

**church**  4:21 78:14 101:8
104:18

**churches**  41:1 85:5

**CIO**  64:22

**circulated**  12:23 59:14

**circumstance**  45:16

**circumstances**  54:2 55:10

**Citation**  15:11,12

**cite**  33:8

**cited**  18:11 21:21

**cities**  14:25 51:7 58:9 61:12
77:4,6 87:17 92:17 93:1

**citizen**  8:11 10:3,20,24 11:9,
15 14:1 16:2 56:4,14,17 62:19
64:11 107:16

**citizen's**  51:13

**citizens**  10:18,21 15:15,17,24
29:16 41:24 55:17 63:8,10
66:25 67:1 72:6 88:6 93:3
97:8,16,20 98:5 105:25

**city**  3:16,20 8:5 10:15 12:10
16:3,7 18:20 27:21,24 28:23
29:13 32:21 33:9,19 36:19
39:2,16 41:2 42:5,20 43:21
47:8,15 49:13,24 50:6 51:9,
10,22 52:8 54:20 56:4 57:12
58:16 65:16 69:12 72:1,6,9
73:20 76:8,16,24 77:2 79:9
83:8,10 84:14 85:7 86:14,24
89:19 90:9,21 92:11,12,13,16
93:6 98:22,25 99:4 105:3
106:3

**city's**  49:19 50:23 55:13 56:11
71:9 90:22

**city-wide**  33:8

**civil**  10:21 105:6

**civilian**  10:17,19 11:7 12:22
52:20 54:16 55:1 63:4

**civilians**  63:4

**claiming**  17:17

**clap**  47:15,16

**clarify**  19:21 74:16

**clarity**  74:15

**Clark**  45:24 49:4

**clean**  97:9 98:6

**clear**  47:21

**clients**  81:24

**clinic**  80:9

**clinics**  84:6,11

**close**  51:10,25 53:11 57:25
92:22

**closely**  78:19,23 107:23

**closer**  51:10

**clothes**  105:8

**clothing**  82:22

**Cocks**  34:17

**cold**  84:24

**Coleman**  7:5 12:4 34:16 45:24
49:4

**colleague**  79:4

**collect**  69:13

**collective**  98:14

**color**  102:25

**commander**  26:1,6,7,8 49:8,9

**commanding**  58:19

**Commemorative**  15:8

**commence**  55:5 72:9

**commend**  19:25 29:12,15
42:4

**comment**  44:3 85:16 100:22
101:7 102:23 103:3 104:17

**comments**  13:16 19:14 45:9

**commercial**  52:21 55:1

**commission**  10:16 57:13
58:19 76:12,21 93:20 94:8

**commissioner**  3:5,7,8,13 4:3,
25 5:6,7,8,12,14,16,17,18,19,
20,22,24 6:1,8 7:8,15,18,19,
23,24,25 8:6,9,13,15,17,19,
23,24,25 9:4,8,9,10,14,18,19,
22 11:6 13:18,21,23,25 14:6,
11 16:10,13,14,18 17:7 19:3,
4,6 23:3,5,6,7,9,12,21 24:2,7,
13,20,24 25:2 26:3,14,18
27:3,8,19 28:11,17,21 29:2,5,
7,8,10,11,12 30:14,24 31:3,6,



12,15,16,17,18,19 32:15
33:15,17,20 34:8,22,23,24
35:1,3,6,7,8,9,13,15,19 36:2,
9,11,12 37:1,18,19,24 38:6,
10,11,18,20,23 39:1,6,10,14,
18,20,23 40:1,4,6,7,8 41:6
42:2 43:7,25 44:4,11 45:2,3,4,
5,21,22,24 46:2,3,4,8,9,13,15,
18,20 47:5,20,22 48:3 49:1,4,
8 50:8,10 59:5,22,24,25 60:2,
9,10,12,13,14,15,17,18,20,21,
23,25 61:2,4,6,7,8,10 63:1,10,
11,16,19,20,21 64:2,9,18,24,
25 65:1,24 66:7,17,25 67:8,
11,15 68:5,12,13,15,16,17,18,
19,21,23,24,25 69:1,2,18,21,
23,24 70:3,13 71:5,16,17,20
73:3,4,5,7,9,10 74:4,6,7,8,9,
15,19,20,21,22,23,24,25 75:1,
2,3,17,20 76:1,5,10,15,17,18,
19 85:13,15,17,18 86:5 87:2,
4,6 89:12,17 90:16,24,25 91:1
92:18,21,24 93:10,14,15,16
94:10,11,15,16,17,21,23,24
95:1,9,11,13,14,15,16,17,22
96:1,2,3,7,24 97:3 98:16
99:11,16,21 100:1,6,8,11,17,
20,24 101:2 103:2 104:3
106:12,16,24 107:4,7,10
109:1,7,11,15,16,17,21

**Commissioner's** 24:3

**commissioners** 5:13 6:1 8:21
10:9,22 12:24 15:23 16:9 23:3
24:4 25:3 27:5 29:9 31:16
48:12,15 51:17 53:24 57:25
59:6 66:11 71:24 72:21 73:2
74:18 76:11 77:1 84:9 85:14
96:15 101:6 102:16

**commitment** 16:2 37:10,14
58:23 100:13

**committed** 49:24

**committee** 93:13,17 95:6,8
103:10,12

**communication** 4:10 13:13
96:18

**communications** 25:24 54:12

**communities** 15:18 97:11,16,
19 98:6

**community** 3:20 4:8,12 10:13,
20 11:3 14:22 15:3,19,21 18:4
22:15 31:5 32:3,24 33:1,10
37:13 45:23 48:7,8 66:13
85:6,7 89:5 97:7,10,17 98:14

**company** 17:24

**compensation** 57:6

**complain** 32:25 43:18

**complained** 25:3

**complaining** 27:22 29:16

**complaint** 67:4 70:11 106:21
109:2

**complaints** 10:24 11:9 18:24
19:1,2,9 26:25 27:4,20 32:6,7,
14,24 33:16 37:4,7,9 38:3
58:19,23 61:18 67:1,5,9
106:22

**completed** 62:14

**completely** 29:17 45:20

**composure** 48:19

**computer** 56:16 62:17

**concern** 10:2,3 21:19,20
27:10 31:5 75:17 101:21
104:14 108:14

**concerned** 40:1 70:19

**concerns** 11:18 13:1 17:5
26:25 104:12

**conclude** 45:1

**concluded** 72:3 109:22

**concludes** 23:1 59:2

**conclusion** 59:11

**conclusively** 21:8

**concur** 26:20

**conditions** 55:9

**conduct** 3:10

**conducted** 55:7 58:10

**conducting** 43:21

**conference** 83:5 96:14 102:14

**conform** 59:17

**congratulate** 16:6

**Congratulations** 86:5

**Conneticut** 92:13

**Conrad** 35:1

**conservatively** 39:5

**consideration** 12:24

**consistent** 58:25

**constituents** 98:2

**constitutes** 54:4

**construct** 53:9

**constructed** 66:4

**construed** 18:9

**contact** 23:24 108:12

**contacted** 21:18

**contained** 53:19

**continuation** 7:16

**continue** 30:18 33:11 41:24
54:19,22 56:21 66:3 72:15
86:7 100:12

**continued** 20:3 41:15

**continues** 10:4 17:16 23:1

**continuing** 31:5

**contracts** 54:25 56:12

**contributions** 4:5

**control** 10:17 12:22 51:10
52:18 53:22 99:2

**controlled** 55:9

**converged** 20:16

**conversation** 17:25 35:21

**conversations** 18:21

**convey** 43:22

**copy** 60:8 63:22,24 89:25



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

09/20/2018                                                                    8

91:7,8

core 103:10

correct 30:14,19 40:15,17
46:25 61:6 63:3 67:24

correction 6:14 54:16

Corrections 83:18

cost 73:20

Coulter 7:6

council 25:22 57:12 77:2 85:7

Councilman 8:4,8,11 46:20

counsel 43:6 101:25

count 12:7

counties 77:4 87:18

country 15:1 51:6 58:10,17

County 8:5 21:18 43:6 45:24
49:2,4 83:16,19

couple 17:19 106:22

court 4:15 6:17

Covenant 79:5,8 81:17

covers 53:13

coverup 105:24

Craig 6:3 7:10,11 13:4 16:23
17:2,4 19:5,7 23:8,10,17,23
24:9,14 25:1,6,21 26:6,9,16,
20 27:7,10,13,15,18 28:3,7,13
30:7,15,25 31:4,13,25 33:6,
18,21 34:5,9,13,18 35:12,14,
16,20 36:18 37:2,23,25 38:7,
15,19,22,25 39:2,8,13,17,19,
21,24 40:3,16,22 41:7,10
44:3,5,12 47:15,17,19,21
50:20 59:12 63:7 75:5,7 76:11
83:5 99:14 100:5 101:4
102:16

Craig's 101:5

crazy 26:15

create 36:7

created 53:4

creates 67:21

creating 13:1 30:20

credentials 93:23

credit 15:20 78:6

Creek 96:16

crime 14:23 17:5,10,11 23:19
54:4 55:22

criminal 93:25

crisis 48:20

criteria 36:17 69:5,15 75:18

critical 11:4

critically 19:13 41:11,14,25

criticism 21:4

Cruz 75:25

crying 101:22

culture 103:14

current 53:1,6 54:13 55:4 59:1
65:16

custody 108:2,25

---

**D**

daily 107:24

damage 62:18

damages 62:12

danger 88:12 101:18

Darryl 5:19 71:18

data 90:2,13

database 89:16

date 89:14,23

daughter 18:16

Davidson 108:5

Davis 5:14,15 8:24 9:8 16:13
23:5,7,9,12,21 24:2,13,20,24
25:2 26:3,14,18 27:3,8,19
28:11 29:2,5,7 31:6 40:7
46:13 59:22,25 60:2,9 74:8,19

90:24,25 91:1 99:21 109:15

day 3:15 6:17 20:15 59:13
69:9 92:4 102:18

day-to-day 52:16,18 53:22
72:18

days 13:9 19:22 60:8 73:19

DC 25:16,22 26:4,7 27:12,14,
17 28:14,17,19,22 29:3,6,15
34:10,14,20 38:9 47:3 103:3,
10,14,19,21,24 108:16

de 28:15

deadly 19:17,20 21:1,6

deal 17:7 31:9 42:19 43:7
102:16,17,21,24

dealerships 54:18

dealing 19:8 40:14 71:7,8
101:14 102:22 104:15

dear 47:5

death 12:2 18:2 20:2 84:19

December 77:10 83:7

decided 77:2,3 81:5 108:11

decision 26:12 44:18 69:8,17
90:20

decisions 90:17

decisiveness 48:17

dedicate 32:8

dedicated 33:21

dedication 15:5

deep 104:12

deescalate 30:21

deescalated 44:15

defined 89:19

defines 49:19

degree 93:24

Dejiza 12:3

deleted 90:2

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

09/20/2018                                                      9

delineate 70:8

demarcation 68:24

democracy 97:18

department 3:16 4:4,5,11,13,
16 10:5,18 11:8,10 12:22
15:17,21 16:4 17:18 18:5
19:16 21:11,19 25:10,17 28:9
31:21 35:21 40:18,23 44:2
45:7,14 51:1,7,11,16 52:10,24
53:1,3,12,21,22 54:5,7,22
55:19 56:10,11,19 57:1,12,22,
23 58:2,7,11,16,18 65:8,12
66:1,6 68:2 69:11 71:21,23
72:12,18,24 73:7,16 83:4,7,9,
10,12,14,18 88:13 90:21,22
91:4 92:14 99:8 102:9 103:7,
15 104:13

department's 53:6,23 54:10,
12 56:13 58:20,22 59:1

Departmental 15:12

departments 19:17 99:2,3

deploy 20:23 26:12

deployed 55:8

deploying 20:20

deployment 20:24

deputy 25:16 26:21 27:7,11
28:19 33:25 34:10 38:1,7
39:21 100:5,13,23 101:4
102:2 108:19,20,21

Dequindre 107:18 108:5

description 20:4

deserve 106:4

deserving 97:9

desire 97:23 109:2,3

detail 21:15 87:22

detailed 22:9

detained 22:19

detective 94:2

determination 68:4

determine 69:5,13,14

Detroit 3:1,15,16,21 4:12 8:5
10:15 11:5,7,15 12:22 13:9
14:13,15,18,25 15:16,17,23,
24 16:3,8,9 17:24 19:17
21:11,19 24:9,16,23 25:15
26:12 28:9 31:21 32:17,22
35:16 37:17 40:18 42:5 43:22
47:10 49:14,18,23 50:1,4,5,7
51:6 52:10 53:21 54:5,9,15,
16,22 55:19 56:19,25 57:17
71:21,23 72:1,6,11,17,20,23
73:20 75:23 76:8,16,24 77:2,
6,8 78:22 79:4,18 80:4 81:22
82:23 83:1,21,24 84:5,21 85:8
86:15,24 89:7 90:8,10 92:3,5,
11 93:4,6,8 96:17 98:25 99:5
102:9 103:15 104:12

Detroit's 56:4 85:20

Detroiters 49:14 63:5,18
85:21

develop 87:24 88:4

developed 54:24 90:23

developers 105:11

developing 75:17

development 49:25

device 20:21,23,24

Dewaelsche 5:24 36:11,12
37:18 60:10 61:10 63:1,11,16,
19 73:3 74:25 85:15,18 86:5
87:2 93:14,16 94:23 95:1,13
96:1 109:16

dictates 65:19

differences 25:9

difficult 42:13 45:16

difficulty 64:17

diffuse 105:5

diffused 105:20

diffusing 106:5

diligence 73:15 74:1

dip 108:11

dipped 108:18

direct 83:22

director 6:23 41:9 91:12

directors 86:20

disabled 55:11

disciplined 44:23

discount 82:25 84:1 106:7

discourage 91:24

discouraged 25:4

discriminatory 10:25

discuss 13:1

discussion 9:2,12,20 16:16
30:13 36:22 59:10 73:6 94:13
96:5 109:19

discussions 75:11

disorder 104:16

dispatch 22:9

dispatched 54:8

displayed 62:12

displeasing 97:24

dispute 62:7

disrespect 30:11

disrespectful 101:12

disrupt 30:15

disruption 29:25 31:1

disruptive 30:12 31:11 104:21

distracted 11:23 17:22 18:4,
14

distraction 18:10 20:21,23,24

district 3:9 4:15 5:15,17,19,21
8:3,5,16 29:23 35:1 97:8,11,
25

disturbed 102:13

divide 36:19

Division 14:17,22

document 90:7

documents 90:1,18

dollars 64:14

domestic 42:22

donations 41:5

Donna 6:16

donors 81:5,11

door 20:25

doors 42:10 78:15

downtown 39:20

DPD 6:23 7:10,13,16 8:1 12:10
  45:10 50:11 52:17 55:4 71:24
  72:1,3,5,7,14 107:21

drafted 12:23

drainage 25:9

drama 42:16

draw 28:7

drivable 62:22

driver 11:23 18:14

driver's 52:21 55:1 77:25 81:7
  82:24 89:25

drivers 55:1,4,8 99:5

driving 11:23 17:22 18:4

drug 107:24

DTE 84:15,17,22

due 56:10 73:15 74:1 96:14
  103:21

Duggan 47:16

duped 97:22

duplicate 45:15

duties 15:6 31:24

duty 14:16 41:11 48:5

                E

eager 23:1

earlier 18:12 22:21 54:11
  58:13 59:2 65:20 70:2

easier 90:14

easily 79:12

east 4:22 35:13,14,22,25
  36:14,20 51:24 79:6

eastside 19:1 51:25 52:2 79:6
  86:12 96:17 108:21

Ebenezer 29:24 41:1 104:18

ecstatic 80:6

Edgar 101:8

educate 18:4 98:2

education 43:5,7,14 81:1

educators 15:4

effect 21:2 54:14 59:15,16
  72:23

effective 11:2

effectiveness 36:6

efficient 62:25

efficiently 51:12

effort 4:8 40:17 41:5 88:3 89:1

efforts 87:23

eight-year-old 18:13

Eighth 34:15

elected 8:2,10 83:15 97:14
  98:1,2,7,15 107:16

election 33:7

Elections 97:18

elevator 105:8,18

Eleven 33:18

Eleventh 32:10 48:7

eliminate 10:25

eliminates 62:7

eliminating 71:1

elite 3:25

Elizabeth 3:14

email 73:12

emanating 37:9

embarrass 39:10

embrace 37:14

embraced 34:1

emerged 19:21

emergency 45:6 48:19 84:22

employed 7:1 82:4 86:1 98:21

employees 57:8,19 71:12 99:1

employer's 82:4

employment 81:20,22

empowered 10:16

EMS 28:1 29:3

enables 51:11,12

encounter 45:9

encourage 93:5

end 13:12 36:19 73:17 80:24
  81:12

endangering 43:8

ended 17:14 21:6

endorsement 55:2

endorsements 52:22

endure 88:23

enforce 97:15

enforced 29:20

enforcement 4:14 10:19 15:15
  18:25 32:2 43:4,9,18 99:3
  105:25

engaged 66:23

enhance 32:14

enhancement 32:2

enhances 32:3

enlightening 93:11

enroll 78:17 86:16

enrolled 79:7,10

enrollment 78:24 79:18



enrollments 81:15,18 85:9

ensure 57:4 108:20

entered 20:25 56:13

enterprise 105:10

entertain 59:7 69:18 85:11
   109:14

entire 94:22 108:21

equipment 52:8

equipped 70:17

Eric 41:17,18

error 6:9 23:17

escalating 101:17

Essentially 51:23

esteemed 50:14

Eva 5:24

evasive 104:19

evening 5:14 73:13 100:4

event 28:14

events 20:15 76:20

Evergreen 4:19

everyday 89:7

evidence 20:6 54:4 55:20,21,
   23 56:23 58:24 108:2,5

evidenced 15:7

evident 62:13

evidentiary 54:3 55:10

examples 81:15

excellent 100:25

excess 44:13

exchange 64:14

excited 81:11

excused 3:14

executed 20:10,14,18

exemplary 48:19

exhibited 48:20

exist 11:6 87:18 92:11 93:1

existing 31:25 32:1 36:24
   72:15

exit 44:18

expand 11:24

expect 25:18

expectation 13:5

expedient 48:17

expense 54:2

expenses 57:5

expensive 105:13

experience 47:9 94:1

experienced 42:17 95:5
   102:20

experiencing 48:18

expertise 94:3

expire 87:8

expired 87:13

expires 90:3,4

explain 25:9

explanation 108:4

exploratory 64:16

exponentially 88:22

express 10:1 48:9

expressed 21:19

expunged 90:5

extensive 95:5

extensively 71:25

extract 23:20

extremely 52:6

─────────────────

F

facilitate 19:7 28:10 36:23
   38:5 90:15

facilities 25:19 57:3 71:22

72:2,8,13 79:1 84:4

facility 41:15 52:5 72:4,19

fact 18:20 21:5,13 22:10,13,15
   24:20 25:4 27:21,25 52:11
   53:25 54:20 55:15 61:11 62:2,
   6 65:12 73:12 92:2 103:11

facts 107:2

factually 19:23 24:22,24

faith 49:21 80:24

faith-based 85:5

fallen 10:2,7 40:9,14,23

falsely 105:22

families 40:14,23 42:19 77:14,
   15

family 4:17 16:21 18:15 19:15,
   19 45:18 46:17 56:5 67:14
   77:16,17,21 95:24

fast 65:5

fatal 17:10 44:7

favor 9:2,12,20 16:16 74:4
   95:9 96:5 109:19

fear 97:24

feasibility 71:25

feasible 72:4

features 77:25

February 14:15 86:22

federal 107:22

fee 55:21 56:8

feed 23:18 78:16

feel 60:3 68:13 103:6

fees 25:9 57:13,14,15 64:13
   67:25

fellowship 4:17

felt 25:4 54:19 101:23 104:10

ferret 67:8

field 27:2 55:8

fifteen 98:23 105:14

figure 69:7 88:14 105:4

file 55:24 106:21 109:2

filed 106:22

filmed 23:16

finally 51:14 66:7 105:19

financial 53:7 66:24

find 37:8 105:9

findings 107:3

fine 31:13

finish 59:15

finished 8:14

Fire 17:19

fired 21:3

fiscal 53:11 58:1

fist 49:19

fit 66:8,14

Fitzgerald 27:11,12,14,17 28:22 29:3 34:1,10,11,14,20 38:1,8,9

five-year-old 12:3,8 17:6 19:13 20:3,6 21:25 42:14 44:8

fix 67:22

Flint 22:9 98:9

floor 105:9,18

flow 72:5

flying 91:23

focus 31:8 33:23

folks 30:15,16 77:11,12 78:18 79:3 80:17,21 81:6,23 82:6 91:5,25

follow 26:9 65:4,10 75:21

follow-up 20:2 44:6

food 78:10,11,12

foot 41:23

force 11:1 19:18,20 21:1,6

41:20 44:7 49:20

forefront 10:22

forever 82:21

forfeiture 55:11

forgery 94:2

forgive 67:1

form 92:8

formal 58:2,7 88:7 89:10

formation 4:6

Fort 78:14

forthcoming 60:20

forty 107:18

forward 45:22 50:11,13 58:19, 22 69:14 71:7,18 87:7

forwards 91:10

found 25:8 62:1

foundation 11:20 17:6,22 18:3

founding 4:6

fourteen-year-olds 81:21

Fourteenth 104:14 106:5

Francisco 92:16

Franklin 98:8

frankly 51:5

fraud 94:2

Fredia 96:23 97:6

free 18:8 33:22 86:15 103:6,22

freezing 84:19

frequently 49:13

friends 27:24 43:13

front 39:11 40:10 99:19 109:5

fruition 75:13

full 72:9 92:6,7 94:5 95:7

fully 69:3

functioning 57:4

funders 78:11

funding 78:13

funds 86:14

Funeral 4:19,20

---

### G

gang 17:21

garage 52:6

garbage 43:18

gave 101:11

GDYT 81:19 85:19 86:8,14,16, 21

general 56:16 69:6 87:10

Genesis 79:1

gentleman 48:4

gentlemen 78:20 80:1 82:20

geographic 36:15

George 97:2 100:3,4,7,10,16, 19,22 101:1,3 103:4,9,13,17, 20,23,25

gestae 21:21

Gift 83:18

girl 12:3,8 105:21

give 28:17 39:11 46:11 48:7 60:4 67:23,24 68:7 74:13 76:8 80:2 82:5,19 84:1 86:14 93:7 94:24 96:19

glad 69:19 103:4

glock 107:20

God 48:1,22 49:10 106:8

good 3:5,6 5:14,16,18,20,22 7:2 8:19 17:2,3 23:21 41:8 50:14,15 67:17,22 73:21 76:11 87:2,12 91:11 97:4,5 98:18,19 100:4 101:4 104:5,7

Google 83:23

GOP 15:8



**government** 3:12 77:7,24
79:25 80:3 88:8 89:10 107:22

**grab** 13:4

**graduated** 3:24 14:13

**graduating** 14:18

**Granel** 52:1,5

**gravitate** 52:2

**great** 3:22 17:17 32:17 33:3
34:25 75:13 87:16 89:9 92:24
109:13

**greater** 51:12

**Green** 23:13 25:11

**Grosse** 43:1

**ground** 50:3

**group** 15:1 17:21 28:4 95:24

**groups** 30:21 32:24

**grow** 85:20 104:23

**grown** 28:16

**growth** 49:25

**Gucken** 95:25

**guess** 35:20 61:22 66:5 89:4
102:10 105:21

**guest** 46:11 102:7,8

**guided** 56:10

**guidelines** 70:14

**gun** 21:13

**gunpoint** 107:17

**gunshot** 41:12,14,17

**guys** 99:6,9 108:8

**gym** 92:6

————————————————
**H**
————————————————

**half** 36:20 39:4

**hall** 106:3

**Hamtramck** 80:1

**hand** 30:22 64:15

**handful** 80:16

**handgun** 107:20

**handle** 19:1,2 27:2 30:1,6 37:7
70:15 101:15

**handled** 30:3,7,9,10 31:14
44:12

**handling** 37:4,6

**hands** 18:8

**handset** 18:9

**happen** 64:17 65:11 67:17

**happened** 18:12 30:3

**happening** 42:20 65:6 104:11

**happy** 16:5 19:3,10 23:25 47:1

**hard** 60:4,8 65:4,9 76:13 91:8

**hardship** 55:25 56:5 67:14
69:5,13 70:9,14 75:18

**Haven** 92:13

**he'll** 108:23

**head** 41:20

**headed** 52:14

**headquarters** 10:11 40:10
96:12

**heads** 5:3 102:19

**health** 45:8,11,15 102:6,23

**hear** 19:3 21:1 64:19 74:9
94:20 99:14 106:7 108:11

**heard** 28:3,13 48:6,12

**hearing** 34:12 105:10

**heart** 19:15

**heat** 84:20,23

**hecklers** 30:1

**heckling** 101:9

**held** 29:23 54:19 97:18 107:17

**helped** 15:1 41:3

**helping** 50:3

**helps** 86:1

**heroic** 11:13 48:20

**hey** 62:19

**Hicks** 6:2,5,6,9 14:2 74:9,11
75:15

**high** 3:24 14:14 15:19 20:17,
19 44:13,14,23 101:14,22

**highest** 16:4

**hire** 93:19 94:7 95:4

**hired** 63:18

**hiring** 57:9 63:3

**historic** 3:19

**hit** 22:16 42:25 70:5 83:25

**hitting** 42:10

**hoc** 93:12

**hold** 52:21,24 56:10 77:20
100:8,14

**holder** 77:13

**holders** 77:13 81:4 87:13

**holding** 21:13 22:13

**holds** 93:24

**holiday** 10:10

**Holley** 5:7,22 9:9 38:10,11,18,
20,23 39:6,10,14,18,20,23
40:1,4 60:13,15,18,21,25
61:4,7 64:25 65:1,24 66:7,17,
25 67:8,11,15 68:5,13,16,18,
21,24 69:1 70:3 74:24

**home** 4:19 12:10 41:13,17,18,
20,22,23 79:11,12,13

**homeless** 77:15,16 78:19,22
79:3 81:16 87:9 88:1 89:5,8

**homelessness** 88:2

**homes** 88:5

**homicide** 19:25 20:5 21:23,24
42:4 43:17 44:6

**homicides** 17:9,14 42:21

honor 48:13 49:5

Honoree 80:25

honoring 14:11 16:11

hope 29:2 40:9 85:23 102:12,
15,19

hoping 84:8,10 86:19 93:2
99:14 101:19,24,25

hospital 42:16 84:3,10

hospitals 84:4,11

Hot 82:20

hour 29:19

hours 22:23 55:17

house 19:23,24 21:5 22:16
79:1,5,6,8 81:17 84:19,23

housing 105:13

huge 83:20

Hugh 3:17 4:13,17 14:12,13
16:1,7,11

Human 93:22 103:21

humane 50:6

hundreds 28:8 80:17

Hunt 96:17

Hunts 96:16

---

I

icon 15:4

ID 75:23 76:8,16,25 77:5,7,11,
23,24 78:1,6 79:12,16,18,25
80:3,4,9,14,18,21 81:3,4,20,
24 82:3,5,14,15,16,19,23
83:1,8,9,10,11,16,17,20,21,24
84:2,6,20,21 85:8,23 86:15,
23,24,25 87:16,19 88:8,11,12,
21,22 89:10 90:8,20 91:2,21
92:3,5,7,9,15 93:8

ID's 86:3 87:8

idea 37:6 47:18,22 87:2
104:24

Ideal 95:23

ideas 47:3

identification 13:9

identified 21:7

identify 39:22 56:17 64:11,13
78:12

identity 90:13

IDS 82:12

ignore 29:17

imbed 88:4 89:1

immediately 6:18 14:5

impact 17:20 18:22 43:15
57:20 65:15 88:10

impacts 102:5,22

implement 64:11 68:11 77:5

implementation 58:6

implemented 68:10

important 22:14 83:5 85:22
86:18 106:20

importantly 70:2

impound 52:13,16 56:22
57:17

impounded 56:5

impressed 5:9

improve 89:11

incident 11:15 12:11 24:15
44:16

incidents 44:13

include 15:8 54:5 57:10 83:4
86:24

included 37:22

includes 55:10 56:22 57:8
76:25

including 54:2

incorporated 13:6

increase 32:19 33:3,7

increases 80:22

increasing 11:4

increasingly 45:7 91:8

individual 10:23 17:23 48:18
78:2 88:15 89:23,24 90:4,12,
13

individuals 18:10 63:4 89:9

inform 59:8 98:2

information 10:7 12:2 14:24
20:9 25:20 26:21 50:18 53:5,
7,9,12 56:6 66:20 69:14 70:1,
18 87:7 89:13,15,20,22 90:4
91:16 102:3,4 108:23

informational 60:4

informed 25:25

initial 20:14

initially 35:21

initiated 12:20

initiative 18:23 33:10 34:3

injured 10:2,5,7 19:13 41:11,
12,14,23,25

injury 41:19

inline 52:23

inordinate 37:8

input 91:15

inputting 89:13

inquire 56:14

inside 53:3,5

insight 5:9

inspections 57:18

instance 18:14 88:18

instances 30:25 44:15 68:1

institutionally 89:2

institutions 83:4,17 89:3

intelligence 94:1

intelligent 50:6


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

intense 42:8

intent 31:4

intention 36:7 50:23 56:1,6
57:14

interact 66:1

interacting 4:9

interaction 24:16

interest 20:12 22:14

interim 6:23 41:9

interior 52:6

internet 102:4

interrupt 92:18

intervention 45:8

interviewed 95:19

introduce 5:13 6:2,3,25 7:10
46:24

introduced 55:3

introduction 8:14

inundated 97:12

investigate 11:8 74:2 103:8

investigating 10:23 21:24
58:3,8

investigation 12:2,5,8 20:4
21:7,9,16,20 22:3,6,8,10,25
42:6,9 43:17 69:4

investigations 58:24

investigator 7:1,3,4,5,6,7,9
21:23 70:12,15 93:18,20 94:2,
8,9 95:2,3 109:4

investigators 21:18

invite 5:3 100:21 104:21

invited 76:18

invocation 4:25 5:5

involved 21:8 22:1,2,6,11
41:21 97:21

involvement 3:19 40:12

involves 55:11

involving 20:18 21:10

Irma 45:24 49:4

ironically 18:20

issue 18:6,19 19:9 42:4 56:9,
11,20 57:20 59:10 69:20 70:9
83:20 88:7,9,16,24,25 92:15
97:13 98:11,13 101:10 102:1,
16,23

issued 78:2,7

issues 11:19 12:20 33:1,24
50:22 51:14 58:21 73:23
97:21 101:23 102:7,11
103:21,22 104:14

item 9:6,16,24 50:11 75:4,20,
22,23 96:18

items 57:11

**J**

jacket 104:9

jail 88:14 105:23

James 6:3 7:7,11 12:25 41:10,
12 45:23 49:3 50:12,21

Jim 5:22

Joann 97:1 99:12 104:4,6

job 30:9 31:21 42:13 43:11,13
75:14 81:20,25 82:1,3 85:21
87:1 92:24 100:25

jobs 98:4

Joe 49:19

Johnson 6:20 41:13,16

joined 3:25 4:3 35:1 50:16

joining 3:11

judge 20:8 98:8

justice 93:25

justified 10:18

Justin 41:19

**K**

kazoo 82:14

keeping 56:23,24

Keisha 93:19 95:4

key 103:3

kicked 82:3

kids 79:10 86:22 101:22
102:18

Kiefer 11:20,21 17:6,22,25

kill 107:21

killed 11:21 18:13,16

Kim 4:19

kind 32:18 61:17 91:23 92:7
93:3 101:22,25 102:13

Kisselburg 41:12

knowing 42:10 73:12 98:10

knowledgeable 95:5

**L**

lack 88:12 89:10

lacking 88:7

lady 101:8,24

laid 99:7

Lamar 6:22 17:7 40:8 41:8,9

land 97:14

landmark 62:10

large 27:4,21 52:6

largest 32:21 51:7 58:9

lasting 105:24

lastly 109:1

late 27:25 75:12

laugh 47:11

laughed 47:12

launch 34:2

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**launched** 11:19 83:6 87:11

**law** 4:14 10:19 15:14 18:8
30:17 53:25 56:11 90:21,22
92:13 105:24

**Lawley** 107:17

**Lawrence** 7:4 14:12 16:7,12

**laws** 72:15

**lawsuit** 102:17

**lead** 3:22 15:2

**leadership** 97:24

**leads** 32:16 40:13

**leaks** 35:20

**learn** 29:18 45:13 47:17

**leave** 79:13 84:25

**led** 12:9,12

**left** 6:4 8:15 20:5 47:6 99:21
108:4

**Legal** 6:20

**Legion** 96:25 98:17,18,20

**legislation** 98:25

**legitimate** 105:17 106:11

**LEIN** 56:13 57:3

**Lemuel** 41:22

**length** 61:19

**lesson** 25:11

**letter** 15:9 87:13

**Letters** 15:13

**level** 19:8 32:4 33:23 42:7

**liability** 54:21

**liaison** 28:20 45:24 103:11

**license** 64:5 77:25 81:8 82:24
89:25

**licenses** 52:22 55:2

**licensing** 51:11 52:15 58:20

**lied** 105:23

**lien** 56:23 70:6

**lieutenant** 50:16 51:19 54:10
55:5 59:19 62:9 67:6 75:5,8

**life** 11:4,14,21 19:9 33:23
48:6,20,21 83:19 88:17,24

**Lifesaving** 15:11

**lift** 42:18

**Lights** 23:13

**limit** 29:19

**limited** 57:11

**Lisa** 5:20 47:5

**list** 19:14

**listed** 41:16 57:23

**listen** 85:11

**listened** 106:2

**listening** 38:12 47:20,21 97:20

**listing** 10:5

**literally** 62:16

**litigation** 56:10

**live** 23:18 39:15,19 93:6

**lives** 29:14 35:6 76:23

**living** 89:11

**loans** 78:5

**local** 82:17,18

**locate** 61:20

**located** 13:14 62:20

**location** 20:7,10,11,13,16,20
21:25 22:18,19 26:23 51:24
56:17 70:4

**locations** 44:24 62:21

**logistical** 53:14

**logistics** 51:20 53:15,16

**long** 16:5 27:23 59:11 61:21
65:9

**long-term** 41:15

**looked** 61:25 62:8,11 73:16

**loose** 107:20

**Lord** 5:9

**lot** 26:22 29:14 32:22 34:15
36:16 37:11 43:2 44:1 45:7
51:9 52:3,4 58:13 62:24 70:3
81:20 87:8 91:5 101:12
102:18,22 105:2 106:17

**lots** 18:3 51:21 54:10,17
55:14,16

**loud** 47:21

**Louis** 49:19

**love** 34:6 48:3,7,8

**loved** 46:16

**lowest** 17:15

**LT** 51:19

**Lyndon** 12:4,9

---

**M**

**machine** 70:23

**machines** 70:24

**Mack** 42:25

**made** 4:5 13:10 22:4 26:2
44:18 47:10 55:13 107:3
109:2

**Madrigal** 7:5

**main** 36:15 51:5 70:19 87:25
89:6

**maintain** 57:9 97:16

**major** 58:15 79:2 81:9

**make** 6:14 11:11 13:13 28:24
33:2 38:21 39:6,7,22 42:21,23
43:8,19 64:1 67:20 68:4 78:1
96:12 101:7 102:3 108:23

**makes** 26:11 50:2 52:22

**making** 27:25 65:6 100:22

**Mallett** 34:8 35:1,3,7 45:3,5
69:2 70:13 73:4 75:1 94:10
96:2



**Mallett's** 75:17

**man** 8:3 23:7,8,9

**man's** 48:6,21

**management** 45:18 53:6 57:2, 20 62:14

**mandated** 83:7

**manner** 50:6 58:25

**manpower** 43:16

**March** 86:23

**Mark** 104:1

**Marroquin** 41:19

**Martin** 8:11

**massive** 24:5

**Master** 64:15 93:24

**materialized** 59:14

**matter** 20:2 59:13 74:17 87:19,20 103:11

**matters** 108:18

**Matthis** 98:8

**mayor** 11:10 29:24 30:8,19 31:4 47:16 59:10 77:3 97:13 101:16,20 102:3 106:2

**mayor's** 25:7 104:17 108:12

**Mcallister** 7:2 8:4,5,8,12

**Mccalister** 6:24 7:3 46:20 93:19

**Meaning** 56:20

**means** 21:21

**measures** 57:9

**Medal** 15:12,13

**media** 6:15,21 42:12

**medical** 48:18 84:4,5,7,12

**medicine** 80:3,4

**medicines** 79:25

**meet** 10:9,11,12 30:21 36:17 47:23

**meeting** 3:8,10,12,13 6:15 7:4 8:22 11:12 13:12 24:3,8,10,15 25:5,8 27:6,9,15 29:23 30:4, 16 31:1,9 39:22 64:8 96:10, 13,14,15 104:17,20

**meetings** 33:1 98:1

**member** 25:23 54:7 67:6 77:16 84:9

**members** 4:7 6:25 57:17 74:12 76:13 77:21 79:4 85:4,5 97:8

**men** 17:18 31:20

**Men's** 82:21

**mental** 45:8,11

**mention** 109:2

**mentioned** 12:17 81:16 85:19 98:9 108:20

**menu** 91:16

**merchants** 82:17,18,19 83:3 84:1

**meritorious** 48:21

**merits** 16:4

**meshed** 66:10

**message** 43:14,22

**met** 103:25

**Metropolitan** 3:21 14:18

**mic** 5:2 17:1

**Michael** 11:21 51:19

**Michelle** 97:2 100:3

**Michigan** 3:1 4:12,19 18:6 22:7 53:25 81:22 83:18

**miles** 29:19

**military** 4:1

**million** 93:1

**mindful** 70:10

**mine** 91:9

**minority** 81:1

**minutes** 9:7,17 61:3 96:20 107:18

**miscommunication** 14:9

**misconduct** 10:25

**misguided** 105:16

**missing** 82:9

**Mission** 78:23

**mistreated** 105:22,23

**mobile** 14:22 78:17 79:5

**mobilizing** 32:9

**modest** 77:20

**modify** 11:11

**module** 53:5

**modules** 53:3

**moment** 4:22,24 16:24 66:13

**momentarily** 14:10

**Monday** 28:8 52:25 55:5

**money** 64:14 67:20 71:12 80:5 88:20

**monitor** 11:9 43:2

**monitoring** 107:23

**month** 10:12,13 18:12,21 84:17

**months** 36:5 37:15 58:3,8 88:3

**morning** 16:21 19:20

**mortally** 44:20

**mother** 12:3,9 18:13,16 19:13

**motion** 9:4,14,22 16:18 74:4, 14 75:3 95:11 96:1,7 109:14, 21

**motor** 41:21 71:21 72:13,19

**Motown** 49:15

**MOTTEP** 81:1

**move** 14:4 16:10,24,25 17:5 36:25 38:4 39:14 42:3,24 44:2 50:10 55:9 73:3,21 74:3

**moved**  8:23,25 9:8,10,18,19
16:14 73:5 94:11 96:3,4
101:17 109:15,17

**moving**  55:11 95:7

**multiply**  77:19

**Mumford**  101:13

**municipal**  58:13 71:10,14
76:16 77:5,11,23 81:3 83:16
92:15

**municipality**  92:15

**murder**  20:18

**Museum**  83:6

**Music**  49:15

**musician**  15:2

**Mutual**  11:3

**myriad**  67:21

---

**N**

**N-Y-K-O-R-I-A-K**  107:13

**NACO**  96:14

**Napoleon**  83:14

**nay**  74:7,8 95:21

**necessarily**  79:14

**needed**  60:4 70:10

**needing**  84:12

**neighborhood**  18:22 28:20
32:4 36:21 39:13 80:5 105:10,
11,12

**neighborhoods**  85:10

**neighbors**  43:13

**net**  99:18

**network**  102:4

**newspaper**  12:7

**nice**  82:22

**nicely**  5:7

**Nicholson**  7:20

**night**  28:8 64:8 69:9

**Niplocker**  64:22

**no-brainer**  38:4

**noncriminal**  11:9

**nonvictims**  55:24

**Northern**  3:24 14:13

**note**  13:3 96:12

**Nowicki**  99:23

**NPO**  19:5 32:11 35:24 36:7,8,
23,24 37:7,11,16 38:14,16
39:4,17,25 40:2,3

**NPOS**  18:25 19:8 31:22,24
32:9,17,19 33:3,8,11,13,21,22
34:11,16 35:10 37:5 38:13
46:11,24 98:3

**NSO**  86:17

**number**  3:23 17:15 18:23
24:4,5 27:4,20,21,22,25 28:1
32:5,7 33:5,8,16 37:9 46:10,
16,17 47:1 53:17 54:2 61:25
64:5,12 65:18 67:18 69:17
77:19 89:9,14 101:11

**numbers**  17:13 32:20 33:3
83:2 89:21 91:10

**numerous**  78:19

**nurses**  45:9

**Nykoriak**  97:1 99:24 107:13,
15 109:6,8

---

**O**

**Oakland**  92:17

**Oasis**  78:22

**observation**  69:3

**observed**  4:24

**obstacle**  49:21

**obtained**  13:15

**obtaining**  56:18

**occurred**  12:11,12 22:1

**occurring**  11:15 102:21

**OCI**  93:17,21 95:1

**October**  58:1 96:13,15

**office**  4:14 6:19 7:1,14,17
14:24 22:5,9 23:24 29:16
55:14,16 69:4 70:12,15 71:10
80:7 86:10,13,18 91:22,23
93:7,20 94:8 98:15 108:13,19

**officer**  3:17 4:23 7:22 10:3
11:16 12:18 14:12,21 15:5,16,
25 16:6,11 18:22 21:1 22:1,2,
6,11 39:13 40:9 41:12,13,16,
17,19,21,22 42:16 55:15
56:14,15 58:19 62:19 70:11
102:10,14,17,20 103:18
105:6,15

**officer-involved**  12:11

**officers**  10:2,5,8 19:19 20:19,
25 24:5,7,10,14,23 25:15,24
26:5,12,24 27:1,5 32:1,4,8,25
40:14,24 41:10,16,25 42:7,14,
18 44:19 45:11,19 47:14,24
54:1 55:15 71:8,11 76:12
79:15 83:15 85:8 98:3 102:17,
24 104:13 105:4,25 106:18
107:2,19 108:1

**Officers'**  17:8

**offices**  15:6 79:23 86:10 92:2

**official**  54:4 91:2 98:1 107:16

**officials**  8:2,10 97:14 98:7

**oftentimes**  67:16

**Ombudsman**  105:19

**ongoing**  12:4 21:9 42:5 45:18
59:10 73:25 87:24 88:3,23
89:4

**online**  62:15 64:4 81:8 91:14

**onsite**  78:17 81:15 85:9

**open**  55:17 59:5,20 78:15

**opened**  84:18

**operate**  57:21 71:21 72:8,12

**operated**  51:9 52:13 58:13

operating 72:1,3

operation 12:9,12,21 50:24
51:1,21 52:23 57:4 65:17
72:9,19,21

operational 52:11

operations 10:24 11:9 71:22
72:2,6,8,13,20 79:24

Operators 52:21

opportunities 85:22

opportunity 25:12 30:13,20
40:18,24 52:3,4 55:24 56:2,16
64:23 67:22,25 76:22 100:18

opposed 9:4,14,22 16:18
35:24 74:6 95:11 96:7

opposite 6:22

optimistic 32:13

option 56:12 70:21 71:1

oral 13:12 96:18

order 11:12 36:23 64:5 81:19
105:17

orderly 53:10

ordinance 83:8

ordinances 72:16 97:15

Organ 80:25 81:1

organization 10:21 75:19
78:24 89:18

organizational 68:7,9

organizations 40:25 85:6

organize 15:1

organized 11:20 76:20

original 90:8

outdoor 40:10

outlining 11:12

outstanding 16:1

overcome 49:21

overcommit 64:21

oversees 89:19

oversight 5:8 10:17,19,21
11:7 51:15,17 52:19 53:24
66:15,21,22 72:21 73:14 74:1

owner 23:13,22,23

owner's 54:2

owns 17:24 52:10

P

P.A.L. 14:23

p.m. 4:18 10:12,14 55:18
96:11,16

package 60:4

pain 80:8,11

panel 102:7,8

pantries 78:10

paper 92:8

paperwork 56:23

parents 86:22

Paris 75:9

Parish 50:17 51:19,20 59:19
67:6 75:6

Parking 71:14 99:3

Parking's 71:10

Parks 34:14

Parliament 104:22

part 6:11 12:10 17:12 21:7
37:21 42:22 49:14 79:9 98:13

participate 81:24

participated 28:24

participation 60:24

partnering 18:17

partners 83:2,3 84:15

partnership 11:19,25 89:2

passed 3:23 75:3 109:21

passing 98:24 99:7

passport 89:25

passports 77:25

past 41:3 59:8 69:20

pat 82:24

path 69:14

patience 30:9 66:8

pattern 10:24

Patton 86:10 93:7

Paula 13:10 75:24

pause 34:25 100:9,11

paused 7:15

paves 49:22

pay 28:25 29:4 55:20,22 64:13
70:20,25

Payments 55:13

Paypal 64:15

people 3:12 4:10 24:4 25:5
27:25 29:18 30:5,6,20 31:10
41:3 42:12 43:8,10 47:11 50:1
63:3 67:17 68:21 69:6,16
70:20,22 78:16 79:17 80:13
82:2,13 87:9,20 88:1,22 89:7,
13 91:5,9,14,21 92:5 97:14,
19,23 99:1,7,10 101:12,21
102:19 104:15 105:1,3,14
106:3,10

Perfect 15:13

performed 4:11

performing 98:4

period 10:10 37:22 38:1

periods 27:23

permits 54:25

perpetrator 108:24

persevere 49:20

person 3:22 20:12 21:6 22:18
47:17 50:5 64:4 76:2,19,23
77:17 78:2,3,8 81:8 88:12,14
89:23 90:5,6,8,15 92:3 99:18
105:16



HANSON RENAISSANCE
COURT REPORTERS & VIDEO

hansonreporting.com
313.567.8100

**personally** 29:13

**personnel** 6:24 41:9 57:2 93:17,18 94:4,6 95:6,8

**persons** 4:1 77:20

**pertaining** 51:20 53:8

**petition** 28:23

**pharmacist** 80:2

**phase** 64:16

**phone** 64:12 91:18 101:11

**phones** 83:23

**Phonetic** 34:14 64:22 84:5 98:17 99:21

**photo** 48:25 49:7

**physical** 6:20

**pick** 51:24 62:23 79:25

**picked** 43:19 62:11,12

**picture** 62:6,10

**pictures** 81:14

**piece** 92:7 105:12

**piggy** 36:13

**Pigs** 3:18,19 4:6,11 15:3

**pilot** 35:11

**pilots** 47:7

**pinned** 25:8

**place** 4:18 13:10 20:15 32:19 49:1 54:1,25 61:20 69:19 71:14 87:8 92:4

**places** 97:12

**plain** 105:7

**plan** 28:22 32:19 71:1 87:7,8

**planned** 60:3

**planning** 104:8

**plans** 53:1

**plate** 64:5

**pleased** 99:9

**Plymouth** 4:21

**podium** 108:23

**point** 19:25 21:1,17 22:25 31:7 38:20 45:12 47:13,16 56:1 60:13 65:18 68:18 70:13 80:15

**Pointe's** 43:1

**pointed** 20:14 21:15 22:21 75:10 107:25

**pointing** 31:6

**points** 19:21

**police** 3:8,16,17 4:4,5 5:1 7:22 10:6,9,11,16,18,22,24,25 11:1,3,6,7,10,11,19 12:20,21, 22 14:12,15,18 15:17 16:4,6, 9,11 17:18 18:5,22 19:16,17 21:11,19 22:7 24:5,6,9,17,22, 23 25:15,23 26:2,4,12,24,25 27:5 28:1,9,24 31:21 32:1,4 35:21 39:13 40:18 41:19 42:7 43:19 44:2 45:14 47:14 48:8, 11,15 51:6,9,10,16 52:10,13, 16 53:21,23,25 54:5,8,9,11, 15,16,22 55:12,15,19 56:14, 15,19,25 57:3,17,25 58:11,16, 18 62:19 65:7,12 66:1,11 68:2 71:11,21,23,24 72:12,17,20, 23 73:1 79:14 83:4,7 85:7 88:13 93:20 94:8 95:3 98:3 102:9 103:15 104:12 105:22 106:18,21 107:2 108:3

**policing** 11:2

**policy** 6:21 11:11 52:23 54:5 62:8 65:19 75:19

**political** 98:11

**Polly** 6:24 7:3 93:18

**pops** 83:24

**popular** 4:10

**populated** 32:21

**population** 36:15 88:5

**populations** 88:1,6

**porch** 107:17

**portion** 70:8

**position** 93:19 94:7 95:3,18

**positions** 35:24 63:6

**possibility** 58:3,8 64:16

**possibly** 12:6 85:25

**post-traumatic** 104:16

**posthumously** 14:12 16:12

**practical** 35:23

**practice** 51:6 58:14,15 75:12

**practices** 11:1 58:16 59:1 61:14,17,23 73:15

**prayer** 5:4

**prayers** 19:15,18 41:15 42:1

**precinct** 7:21 13:19 14:20,23 19:8 26:7 32:4,10,18,20 33:4, 14,23 34:15 37:3 39:19 46:6, 10 48:8 85:10 96:16

**predictable** 69:7

**preemptively** 35:18

**preliminarily** 32:1

**preliminary** 60:19

**premature** 73:11

**prepared** 21:25 58:2,7 60:7 71:3 73:22

**Presbyterian** 78:14

**presence** 20:21 26:2 32:25 48:10 101:5

**present** 6:7 12:25 24:17,18 26:24 46:3,25 50:18 51:3 52:3 56:3 67:7 76:22 99:24 100:5

**presentation** 6:11,13 12:19 13:7,9 51:3,4 60:3,7 65:3 75:10 76:3

**presented** 95:20

**presenting** 16:21 50:22

**President** 15:10

**Presidential** 15:9



**press** 12:13 18:11 44:9 83:5
  102:14

**pressing** 49:20

**pressure** 33:13

**pretty** 104:10

**Prevention** 14:23

**primarily** 31:9

**Princess** 11:15

**print** 13:13

**prints** 108:6

**prior** 21:13 24:15 53:16 87:12
  94:1

**prison** 78:21

**Pritchett** 26:8

**private** 54:18 72:14 107:16

**problem** 18:16 48:13 73:25
  98:9

**problems** 26:23 67:21

**procedure** 60:13 65:5 106:21

**procedures** 59:1 73:16

**proceedings** 109:22

**process** 51:15,17 54:24 58:6
  62:16,25 66:16,22 67:3,4
  69:19 71:13 78:4,5 80:11
  90:11,14 91:14 96:21

**processing** 56:23

**producers** 98:10

**professional** 30:1

**professionalism** 15:19

**professionally** 44:25

**profound** 17:20 45:17

**program** 12:19,22,25 13:2,4,5
  35:11 36:6 37:10 45:11 52:19
  53:23,24 76:17,22 77:9,23
  78:15 81:1 82:3 83:6 85:24
  86:6 87:11,17 88:4,17 89:1,6,
  19 90:22 92:10,17,25 101:9

**programmed** 57:5

**programs** 77:16 91:8,11

**Progress** 17:16

**proof** 83:8,11,15 90:9,19,20

**properly** 8:25 9:10,19 16:14
  73:5,22 94:11 96:3,4 109:17

**property** 17:11

**proposal** 60:22

**proposed** 12:21

**Prosecutor** 21:18

**prosecutor's** 22:5

**protect** 10:20 16:2

**protection** 10:3

**protestors** 25:19

**prove** 90:13 92:8

**provide** 10:6,17 11:6 12:1,15
  52:6,16 57:22,24 60:7 66:18,
  19,23

**provided** 13:8 86:20 89:24

**providers** 87:24 88:4,5

**providing** 6:16 52:18 57:6
  78:12

**PTIU** 52:14

**public** 13:16 14:24 15:6 18:18
  69:6 76:14,22 88:10,24 96:11,
  19 104:24 108:11,14

**publicize** 69:15

**publish** 69:6

**pull** 62:17

**pulled** 28:23 82:11

**punch** 64:12

**purchase** 70:23

**purchased** 52:9 97:14

**purpose** 11:24 51:2

**purposes** 78:13 84:2

**pursuing** 56:11

**pursuit** 41:23

**pushed** 105:23

**put** 54:25 55:21,22 56:4 64:5
  65:17,21 70:24 75:9 86:21
  88:21 93:3 104:9 108:1

**puts** 88:11

**putting** 44:1 69:24 70:6

**Q**

**Q&a** 59:2

**quality** 11:4 19:9 33:23 88:17,
  24

**quarter** 53:11 58:1

**quarterly** 57:18,24 66:19,23

**question** 23:12 31:7,8,17
  32:16 36:13 37:21 58:5 59:14
  60:2,10 61:10,18 63:2,12,17
  64:2 75:16 82:13 85:15 87:22
  90:24 106:11

**questions** 13:5,6,8 19:11
  23:2,3,24 30:20 53:14,16,17,
  18,20 57:23 59:2,4,6,7,15,18,
  20 60:16 70:2,3 85:1,2,12,14
  87:4

**quick** 94:19

**quickly** 38:4 44:5 63:2 80:10

**Quinn** 6:15

**quorum** 6:7

**quote** 98:7

**R**

**race** 29:21

**racism** 102:5,9,20,22 103:5,15

**radio** 101:9

**raised** 79:17

**rate** 57:6,13

**rates** 57:15

09/20/2018                                                                                22

rational 36:14,17

reach 87:8 101:10,19,20,25
102:12,13

reached 25:18

read 48:10,14 94:21

reaffirms 53:21

Reagan 15:10

real 23:19 64:14 76:9 94:19

reapply 90:6,7

rear-ending 18:15

rearranged 65:25

reason 18:17 22:12 24:6 33:8
61:17 106:1,7 108:4

reasonable 57:6

reasoning 107:3

reasons 51:5 54:3 67:19 80:13
91:6

receipt 53:5

receive 11:8 14:8

received 15:7 27:19 59:3 60:6
73:12 93:17,22 95:3

receives 10:4

Receiving 42:15

recently 78:20 80:7

recognition 15:25 45:22 48:16
81:2 95:25

recognize 34:25 40:24 41:4
61:14 83:21 91:2

recommendation 56:3 65:6
93:18 94:5,7 95:7,8

recommendations 85:2,11

recommended 57:14 86:20

recommending 95:4

recommends 94:5

record 28:18 50:22 51:19 53:6

recording 6:15

records 57:2 62:14

recovered 20:11

Recreation 86:11

recruited 63:6

recuperating 41:13,14,17,18,
20,22,23

reducing 17:21

reduction 17:12

reference 59:13

refused 105:8

regard 50:23 63:2 103:6
108:13

regional 91:12

register 81:4,6,9 85:23

registry 80:25 81:10 83:19

regular 10:11

regulate 97:15

regulations 72:16

reimbursed 28:25

related 10:7 12:21 32:5 60:4

relates 54:21 56:9,22 58:20
62:4

relation 65:7

relations 14:22 15:4 85:7

relationship 87:24

relative 58:5

release 22:22 51:13 71:12

released 12:14 22:20

relentless 20:1 44:6

remain 55:16 67:4

remarks 9:25 10:6 11:25
20:14 22:21 40:13 44:9

remember 44:17

render 48:18

rendered 57:7

renew 90:15

rental 91:19

repair 97:12

repeated 20:22

replacement 91:16

report 10:4 17:8 23:1 36:5
40:8 57:19,22,24 58:2,5,7
60:7 62:14 67:3 91:25 94:22
107:1

reporter 6:17

reporting 12:13 41:10 42:3
61:16,22 66:16

reports 53:10 66:19,24 93:13

represent 3:9 99:1,2

representatives 8:10

representing 100:14 108:17

request 24:18 25:14 26:1,17,
22 34:18,20 46:21 53:12 54:7
60:6 66:20 74:16 76:7

require 52:7 55:19 78:11 91:8

required 55:8 57:19 83:11
90:7 98:5

requirement 22:23 56:21

requires 32:9 83:10

res 21:21

resay 94:18

Rescue 78:22

research 92:14

reside 49:13

residence 44:19 108:2

residences 54:18

residency 90:9,20

resident 83:9

residents 11:5 27:22 77:6
79:8 84:12 93:3,4 104:19

residing 78:22


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

resilient 49:16

resolution 6:10,12 11:16
12:17,23 13:17,19 14:2,7,11
15:25 16:11 46:3 49:2 59:16
61:5 69:3 71:19,20 72:22,25
73:1 95:24

resolution's 60:20

resolutions 11:17 95:23

resolve 97:21

RESOLVED 15:23 72:11,17,22

resort 54:12

resources 26:19 28:24 29:1,3
57:2 78:9,10 93:22 103:22

respect 11:3 18:21 22:10 52:4,
8 53:14 106:18 107:8

respecting 106:18

respects 86:2

respond 20:19 59:20 66:12,20
67:7 108:16

responding 42:6,14

response 44:10 53:13

responsibility 66:11 97:15

responsible 68:8

rest 84:25 105:14

result 82:1

resumes 93:23 95:19

Retail 82:21

retained 90:18

retired 3:16 14:11 16:11

retiring 4:13

retrievable 55:20

retrieve 55:21,23

return 63:8,10 88:5

review 12:24 23:15,20 73:19

reviewed 95:2

reviewing 10:23

RFP 56:9

riding 27:24

rights 10:21 105:6 106:19

risk 20:17,19 44:13,14,23 79:3

RMS 53:1,3 56:14 62:2 70:7

rob 107:21

Robert 6:18

robust 45:11

rode 104:10

roll 74:16

Rollers 28:5,6,7

Ronald 15:10

room 6:22

rotation 54:13,23 63:22,24
65:20,22 66:3,4

row 6:19,23 99:19 109:5

Roy 8:4

rule 56:7,21 58:24

run 84:3 90:21

running 50:25

runs 108:21

rushed 84:21

rushing 42:15

Russ 97:1 99:20,21

## S

sadness 3:15

safe 28:25 56:24 97:9 98:6

safekeeping 54:1

safety 10:3 49:25 88:10,25
96:11 108:14

salute 16:6

Sam 5:1

Samaritan 86:12,18 93:7

Sams 82:20

San 92:16

satchels 92:6

satis 109:3

Saturday 4:20 16:21 22:8
27:20 28:11 104:18

saved 11:14 48:6,21 80:5

saving 35:6 48:20

savings 73:20

scanned 90:18

scared 98:12 108:9

scene 20:5 42:6,14 108:6

scheduled 79:24

school 3:24 14:14 101:14,22

schools 31:10 81:18 101:14

Science 93:24,25

screened 93:22

scrolling 76:3 80:19 81:14

search 20:7,10,17,22 21:11

seat 79:13 99:19

seconded 16:15 73:6

Secretary 81:7

section 14:22,24 42:5 51:1
75:19

sections 6:10

secures 89:15

securing 89:13

security 4:14 24:12 57:9
89:14,21 91:4,7,13,15,22 92:2
101:16

seek 105:4,5

seeking 61:14

select 97:19

selection 95:20

self-insured 54:21

self-introduction 7:13,16



**selfless** 48:17

**sell** 105:13

**send** 4:16 81:23 108:8

**Senior** 7:5

**seniors** 79:21,22

**sense** 42:21 43:20

**September** 3:2,23 4:18,20
  8:22 9:6,16 52:11 72:10 93:17
  96:11

**Sergeant** 6:15 41:18

**servant** 15:6

**serve** 3:9 16:2 50:5 84:3 88:1
  97:19 98:3

**served** 15:2,16

**service** 4:20 15:20 16:1,7 27:2
  48:17 49:6 82:6 87:24,25
  88:4,5 93:3 104:25

**services** 6:16 57:7 84:7

**servicing** 89:3

**serving** 14:16

**session** 10:11

**set** 57:13,15 73:18

**seventy-nine** 17:10

**sewerage** 84:14,15

**share** 11:18 12:5,6 22:12 30:2,
  6 40:9,12 47:4,8,23

**she'll** 101:19

**shelter** 78:23 79:8 89:8

**shelters** 78:20,25 81:16

**Sheriff** 83:14

**Sheriff's** 83:12,14,19

**sheriffs** 83:13

**Shirley** 5:17 33:14

**shoot** 48:25 49:7

**shooting** 12:3,8,11 17:6 19:13
  20:2 21:13 22:1,2,6,11 44:7,
  14,16,19

**shootings** 17:10

**Shop** 82:21

**short** 65:5 69:25

**shots** 21:3

**show** 62:11,22 82:23,24 83:1
  84:7 98:10 102:4 104:1,2

**shown** 15:5 30:11

**shut** 31:1 104:20

**sibling** 77:16

**sic** 13:11 22:9 101:5

**sick** 106:10

**side** 6:22 19:2 32:17 37:6 38:3
  42:11 45:8 51:23 86:11 108:8

**sides** 53:14

**sign** 29:19

**signed** 20:7 78:20

**significant** 67:12

**signing** 86:22

**silence** 4:22,24

**simple** 87:18,20

**simply** 55:21 56:4 65:21

**Sims** 41:22

**Sinai** 84:8

**Sinai-grace** 35:5 42:15

**singer** 3:22

**single** 76:23 80:22

**sir** 4:2 6:8 7:22 19:4 23:6
  27:17 29:6,23 31:18 33:17
  34:4 38:9 40:16 43:24 44:11
  45:4 60:14 61:8 67:3,10
  68:19,23 69:18,23 73:9 87:5
  92:20 94:16 95:16,22 100:10
  101:1 107:12,13 109:7

**sit** 17:23

**site** 51:25 58:10

**sites** 51:22 52:3

**sits** 66:3 84:9

**sitting** 6:19

**situation** 18:11 44:15 65:11
  105:20 107:23

**situations** 67:17 106:6

**sixteen** 79:10,13

**skill** 48:19

**skills** 97:23

**skin** 102:24 104:24

**Slappey** 49:9

**slide** 82:7

**slides** 80:19 82:11 86:20

**slow** 28:5,6,7 42:25 43:2,3

**slowing** 43:14

**smaller** 30:21

**smiling** 64:7

**Smith** 41:17

**soapbox** 43:20

**social** 89:14,21 91:3,7,13,14,
  22 92:2

**software** 64:11

**softwares** 62:3

**solution** 43:9

**solutions** 62:1,24 81:23

**solve** 32:9

**solving** 51:1

**somebody's** 106:6

**son** 18:1

**son's** 18:1

**sort** 24:4 40:13 64:3 66:10

**sound** 74:10

**Southeast** 4:12

**Southfield** 4:19

**southwest** 17:24 35:16,22,24
  36:7,17,20,21,22 37:7,9,11,



16,21 38:2 47:9 79:7 84:6
86:11

**space**  25:11 52:4

**spar**  104:22

**speak**  14:7 47:3 51:20 98:13
100:17,18 103:6 106:1 107:7

**speaker**  4:2 13:14 28:6 34:4
40:21 48:2 96:23 97:2 109:10

**speakers**  100:12,21

**speaking**  15:24 76:9 91:12
98:8,11 100:20

**special**  11:19 38:16 42:9
44:10 94:1

**specialist**  94:1

**specific**  22:6 26:16 32:8 37:16

**specifically**  53:4

**speed**  29:18 47:6

**speeders**  32:10 43:12

**speeding**  29:13 42:24 43:10

**spell**  107:12

**spirit**  49:22 50:5

**spokesperson**  15:3

**sponsors**  98:11

**SRT**  20:16 42:9 44:9,19,24

**staff**  6:2 7:14,17 8:1 13:4
24:11 45:7 69:5 76:12

**staffed**  52:20

**stakeholders**  40:19

**stand**  7:20 23:17 71:11 104:19
107:15

**standard**  69:10 89:11

**standards**  15:20 54:20

**standing**  93:12

**standpoint**  74:1

**stands**  37:5 49:21

**Stanton**  7:6

**start**  19:14 50:19 51:2 74:17
75:11 76:3 96:20

**started**  17:25 18:3 75:12

**starting**  4:21 5:13 7:11

**state**  18:6,12 22:7 78:1 80:25
81:7,10 82:23 83:17 87:16,19

**statement**  36:3 42:23

**states**  14:16 15:10 18:7 51:8
77:4

**station**  23:13,22,23 96:16

**stay**  49:1

**Stein**  23:24

**step**  16:25 108:22

**stepped**  16:24 94:17,18,19

**steps**  72:7,24

**steward**  98:21,23

**Stewart**  7:7

**stolen**  62:23

**stood**  105:7,8,18

**stop**  30:4 48:1 79:15 83:9

**storage**  52:5,7 57:5,7 64:13
71:22 72:2,4,8,13,19

**stored**  89:20,22 90:1

**stores**  89:15

**storing**  57:1

**strategy**  33:12 71:6

**street**  12:4 56:15 78:14 96:17

**streets**  36:16

**stress**  44:8 104:16

**stretched**  32:18,22 43:16

**stretching**  37:12

**Strickland**  103:18

**strictly**  29:20

**striking**  44:19

**strongly**  104:11

**student**  86:8

**students**  81:19 86:8,15,16

**studied**  71:25

**study**  33:24

**Subcommittee**  94:4

**Subcommittee's**  94:6

**subject**  57:18

**subjected**  75:18

**submit**  53:10 67:25

**subordinate**  102:10

**subsequent**  22:2 54:3

**substantial**  72:5

**suburban**  27:23

**success**  17:16,17 33:11

**successful**  17:19

**succinct**  51:3

**sufficient**  62:2

**suggest**  75:16

**suggesting**  22:15

**suing**  102:9

**summary**  94:24

**summer**  81:19 85:20 86:7

**supervise**  72:18

**supervised**  10:17 51:15

**Supervising**  7:4

**supervision**  52:16

**supervisor**  86:17

**supervisors**  15:14

**supervisory**  52:18 53:22

**support**  4:17 9:9 10:2 16:13
18:4 35:25 40:23 45:20 69:3
73:4 82:18 94:10 96:2 98:24
109:16

**supported**  9:1,11 73:6 94:12
96:4 109:18



**supporting** 11:2

**supposition** 53:13

**Suriano** 79:4 82:9 87:21,23 89:16,18

**surprised** 48:6

**surveillance** 12:9 57:11

**surveyed** 51:7,8 58:12 61:12, 23

**surviving** 88:23

**suspect** 20:9,19 21:5,13 22:13,16,17,24 44:18 107:19, 25

**suspects** 12:13 22:22 44:13, 16

**sustain** 36:2,3

**Sylvia** 95:24

**system** 30:5 53:2,4,6,7 56:14 57:3 62:14 70:6,7 90:5

**systemic** 103:15

**systemically** 79:21

**systems** 45:15

---

**T**

**table** 6:4 13:14

**Takash** 75:24,25 76:2 86:4,7 87:10 90:17 91:3 92:20,23,25

**takes** 43:8 61:21

**taking** 29:13 31:23 65:13 71:11 73:23

**Talent** 85:20

**talk** 17:4 33:1 109:4

**talked** 18:1 66:9 71:3

**talking** 17:25 18:9 32:17 42:20,24 43:12 48:1 62:9 64:21,22 67:13 77:13 80:16, 17 101:9 102:5 104:1 106:9

**target** 108:4

**targets** 89:6

**Task** 44:7

**tasked** 52:17

**tasks** 42:5

**tax** 105:14

**taxes** 88:13

**team** 20:1,16 21:12,14,23 24:12 25:14 34:6 44:10 59:12 67:6 75:8 79:5 101:16

**teams** 44:24

**Teamsters** 98:21,22 99:5

**tech** 76:2

**technological** 62:1

**technology** 61:16 64:3,4 94:3

**techs** 108:2,6

**Telegraph** 43:3

**television** 38:12 98:10

**ten** 24:6 63:17 92:12

**tend** 86:2

**tension** 26:10

**terms** 4:9 42:3,6,8,10 43:16 65:25 66:11,12 68:8 75:17 82:11 88:10

**Terrance** 97:1 99:22 107:11

**text** 18:11

**Thanksgiving** 10:10

**that'll** 54:13

**theory** 37:4 50:25

**Therapy** 40:19,21,22

**thick** 104:24

**thin** 43:16

**thing** 27:19 30:19 70:10,14,16, 19 71:15 106:20

**things** 23:7 32:23 45:14 47:6 50:17 62:5,8 64:10 67:17 104:11 105:2

**thinking** 23:13 33:2 41:2

**thirteen** 105:24

**thirteenth** 105:18

**thirty** 91:9 98:22

**thirty-eight** 93:23

**thought** 18:23 30:7,19 32:7 47:5,10 67:21 105:16

**thoughts** 19:18 41:25

**thousand** 28:12

**thousands** 77:5 80:17

**Thursday** 10:12,13 78:16 96:10,15

**Thurston** 41:21

**time** 12:16 19:11 20:18 23:19 27:4,8,23 28:9 30:22 41:4 44:20 48:2 50:2,11 56:3,12 57:14 59:18 61:4,20 68:15 69:25 71:17 75:21 80:5 82:13 84:25 88:13 90:14 106:12 107:8

**timely** 29:4

**times** 19:16 20:22 21:3 76:20 106:9

**tiny** 105:12

**Tissue** 80:25 81:1

**today** 3:10,15 12:17 17:9 23:14 35:5 45:12 50:22 62:17 66:3,4 73:2,11 76:14 104:8

**today's** 6:15 7:4

**Todd** 25:21

**told** 101:15,18 106:25

**Toledo** 58:10 61:12

**tolerate** 103:7

**tonight** 49:5

**top** 85:8 102:25

**topics** 57:23

**total** 63:14 80:20

**totally** 31:2 70:21 71:1

**tour** 14:16 28:15

**touring** 27:21

**tow** 12:22 50:24 51:21 52:9,
10,18,20 53:23 54:1,7,10,12,
16,17,18,23 55:3,4,14 56:12
57:4,13 58:13 61:20 62:9
63:22,24 65:17,19,20,22 66:3,
4

**towed** 54:9 62:7

**tower** 54:8,11 57:21 65:23

**towers** 54:16,17 55:14 65:7,
12,24 72:14

**towing** 6:12 12:21 42:4 50:11,
18,23 51:10 52:12,13,16 56:9
57:1,5,7,18 58:21,23 61:14,19
62:4 63:3 71:22 72:2,4,8,13,
14,19 73:23,24 99:1,4

**tows** 53:2,8 62:17 65:16,21

**track** 29:21 53:2,7 70:7 89:21

**tracking** 61:22 89:12

**tracks** 89:15

**traffic** 18:19,24,25 19:1,5,8
27:25 32:2,5,8,11,14 33:14,
16,22 35:24 36:7,16,23 37:2,
3,4,6,7,11,16 38:2 43:5,7,18

**tragic** 19:12,19

**tragically** 11:21 18:15

**train** 44:22

**trained** 104:13,15

**training** 52:12,23 55:4,5,7
81:25 82:1,3 106:4

**transferred** 99:8

**transmitted** 58:25

**transparency** 22:14

**transparent** 51:15

**trauma** 41:20 102:18 104:16

**tremendous** 42:5 44:22

**trial** 12:7 37:22 38:1

**Trisha** 23:24

**Troit** 28:15

**truck** 55:4

**trucks** 52:9,10,20,23 55:3
63:13

**true** 19:23 34:14

**trust** 11:3

**Tuesday** 79:3

**turn** 16:23 22:5

**turned** 70:12 84:23 92:4

**turns** 37:15

**TV** 102:4 104:2

**twelve** 24:6,19 26:4,12,14,24
63:18 88:3

**twenty** 51:8 58:13

**twenty-some** 79:11

**twenty-three** 51:7,8 58:9,12
61:12

**twenty-two** 79:11

**tying** 27:24

**type** 24:16 40:12 42:9 71:15

**typically** 51:2 57:5

---

**U**

**U.S.** 4:14 91:1

**Uh-hmm** 27:14

**unable** 65:19

**unarmed** 22:16

**unavailable** 72:14

**unaware** 24:9 28:3

**uncalled** 101:11

**undergo** 55:3

**underneath** 29:19

**understand** 18:22 26:10 29:21

30:12 36:21 68:22 69:16
73:24

**understanding** 4:7

**understood** 56:25

**unfair** 105:2

**UNIDENTIFIED** 28:6 34:4
40:21 48:2

**unified** 18:18

**Uniformed** 24:14

**unilateral** 26:11

**unique** 50:2

**unit** 3:25 14:22 15:11 18:25
32:2 42:9 52:13,17 57:18
58:20 78:17

**unite** 47:17

**United** 4:21 14:16 15:10 51:8
77:4

**unity** 47:4

**UNKNOWN** 4:2

**unlike** 18:7

**unnecessary** 11:1

**unsatisfactory** 106:22

**unset** 105:2

**update** 12:15 19:12 27:15

**updated** 63:22,24

**uploaded** 62:13

**upset** 105:3,5 106:1,6,8

**upstairs** 14:3

**urban** 102:4

**usual** 32:13

**utilities** 84:23

**utilize** 54:23 65:23 66:3 71:9

**utilized** 66:4

**utilizing** 54:24

**V**

vacation 49:9

valid 77:24 78:6

Vann's 101:8

vehicle 20:4,5,11 41:21 49:15
51:13 52:21 53:4 54:4,8
55:20,21,23 56:17,18 62:6,8,
10,13 64:6,13 65:19 72:2,4,8,
13,19 81:3,10

vehicles 28:1 52:7 53:2 54:1
55:9,10,11,12 56:13,22,24
57:1,10 62:18 70:4,6 71:12,21
72:4

vending 70:23

Venegas 95:24

verification 78:4 90:13

verified 78:6

versa 45:15

viable 56:12

vice 14:7 16:20 45:15 59:8,9,
16 71:18

vicinity 108:14

victim 55:20,22

video 21:10

view 68:10

viewing 3:12,13

vigorously 103:8

VIN 64:5,12

vindictive 98:10

violate 30:17 105:6

violations 58:24

violence 17:21

violent 17:10 108:24

VISA 64:15 70:22

vision 49:24

visit 49:13 58:10

Visitation 4:18

visited 61:12

visits 50:6

visual 6:16

VO1S 52:20,24

vocalist 15:2

voluntarily 81:5

volunteer 81:11

vote 73:11 74:16,22 95:21
98:14

votes 98:15

voting 11:2 74:12 94:19 97:22

**W**

wages 57:8

wait 27:23 79:15 99:13

waive 67:25

waiver 56:8 67:13

wake 19:20

Waldis 41:13

Wales 45:23 46:1 49:3

walk 23:25

walkers 79:23

wall 25:9 49:17

Walton 49:10

wanted 22:12 29:22 42:4 44:3
48:9 101:3 102:2,12,13,23
108:9 109:1

warrant 20:7,10,17,22 21:11,
25

warrants 20:18 44:14

Warren 4:22

Warwick 97:1 99:12,13 104:4,
5,6,8 106:14,17,25 107:5,9

Washington 93:19,24 94:7

95:4

waste 26:18

watch 33:24

watching 49:17

water 24:3,7,10,11 25:3,10,12,
17,25 26:25 27:5 31:7,8,10
34:11,20 69:11 84:14,15 98:9
101:13,14

Wayne 21:18 43:6 45:24 49:2,
3 83:16,19

ways 85:9

weapon 22:13

website 83:24 86:21

week 10:9 21:17 25:18 34:3,5,
8,9 52:12 71:4 80:22 102:6,18

weekend 107:18 109:13

weekly 3:8 10:4

weeks 10:12 17:20,23 57:25

west 19:2 32:17 35:13,14,22
36:1,14,20 37:6,22 38:3
51:23,24 108:8

Western 14:21

wheelchair 80:8

white 6:21 7:12 12:25 17:1
23:25 42:3 50:12,14,16,21
53:16 60:6 61:25 63:15,17,25
64:7,10,20 65:14 66:2,15,18
67:3,10,12,16 71:2,6 75:5,8,
10 105:21

White's 13:6

Wide 72:9

wife 46:13 48:23

William 5:15

Williams 6:17 34:16

Willie 3:8 8:15

willingly 15:16

Wilson 5:1,3,11

winter 84:24


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**wishes** 16:5

**woman** 80:7 84:18,19

**women** 17:18 31:20 78:25
  89:2

**wondered** 61:23

**wonderful** 64:19 86:6

**word** 103:3,5

**work** 6:16 11:1,7,10,14 17:16,
  17 19:7 32:3 44:9,22 49:12
  67:20 68:8 70:17 75:9 78:13,
  19 81:22 89:2 99:9,10 108:24

**worked** 85:6

**workers** 86:8

**working** 37:10 42:6 45:6 76:13
  78:23 79:21 83:13 86:9,17
  88:3 97:21 102:15

**works** 24:1 36:1 81:22 91:17,
  19

**world** 47:10 49:17

**wound** 41:13,14,18

**wounded** 44:20

**Wright** 83:6

**writing** 13:8

**wrong** 19:23 21:4,5 22:16

**Wyckoff** 11:14 13:21 46:4,15,
  21 48:4,16 49:12

**Wyrick** 6:19


**Y**

**Yale** 92:13

**year** 17:14 28:4 29:4 59:11
  77:10 80:23,24 81:13 83:14
  86:19 105:14

**year-to-date** 17:11

**years** 3:21 15:18 16:1 17:15
  18:2 41:4 61:19 77:3,9 78:15
  87:12 90:3 91:9 92:12 98:22,
  23 105:24

**yesterday** 18:2 24:3 73:12
  75:11 105:7

**Yorkers** 93:2

**young** 4:10 7:20 8:3 23:7,8,9
  79:10,17 85:20,21 97:6 101:8,
  21,24

**younger** 86:2

**youth** 79:3,19 81:19


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100