# EXHIBIT 5

## RESOLUTION AUTHORIZING DETROIT POLICE DEPARTMENT TO OPERATE TOWING OPERATION AND MOTOR VEHICLE STORAGE FACILITY
**From the Board of Police Commissioner's September 20, 2018 meeting transcript, pp71-73**

WHEREAS, the Detroit Police Department has advised The Board of Police Commissioners that DPD has extensively studied the feasibility of and benefits to the City of Detroit that would arise from DPD operating its own vehicle storage facilities and towing operations,

WHEREAS, DPD has concluded that operating its own vehicle storage facility and towing vehicles is feasible and that the substantial benefits will flow to DPD, the City of Detroit, and its citizens from such operations,

WHEREAS, DPD has taken steps to acquire and operate vehicle storage facilities and towing operations with full City Wide operation to commence on or before September 30, 2018,

NOW THEREFORE BE IT RESOLVED that the Detroit Police Department is hereby authorized to operate its own motor vehicle storage facilities and towing operations. When DPD towing is unavailable, private towers shall continue to be used in accordance with existing laws, ordinances and regulations.

BE IT FURTHER RESOLVED that the Detroit Police Department will carry out and supervise the day-to-day operation of the motor vehicle storage facility and towing operations, and that the Detroit Board of Police Commissioners shall have oversight of the operation.

BE IT FURTHER RESOLVED that this resolution is given immediate effect. The Chief of the Detroit Police Department is hereby authorized to take all steps necessary and appropriate to carry out this resolution. This resolution was adopted by the Board of Police Commissioners --