# EXHIBIT 6

09/27/2018

1

2

3

4

5

6

7    DETROIT BOARD OF POLICE COMMISSIONERS

8

9            COMMUNITY MEETING

10

11        Thursday, September 27, 2018

12

13                3:00 p.m.

14

15    DETROIT PUBLIC SAFETY HEADQUARTERS

16

17        1301 Third Street

18

19        DETROIT, MICHIGAN 48226

20

21

22

23

24

25



09/27/2018                                                    Page 2

 1   COMMISSIONERS:

 2

 3   WILLIE E. BELL, Commissioner (Dist. 4), Chairperson

 4   DARYL D. BROWN, Commissioner (Dist. 1)

 5   JIM HOLLEY, Commissioner At-Large

 6   ELIZABETH BROOKS, Commissioner At-Large

 7   SHIRLEY A. BURCH (Dist. 3)

 8   WILLIAM M. DAVIS (Dist. 7)

 9   LISA CARTER (Dist. 6)

10   WILLIE BURTON (Dist. 5)

11   EVA GARZA DEWAELSCHE, Commissioner At-Large

12

13   GREGORY HICKS, Secretary to the Board

14   ROBERT BROWN, Executive Manager

15

16   REPRESENTING OFFICE OF THE CHIEF OF POLICE:

17   DEPUTY CHIEF TODD BETTISON

18

19

20

21

22

23

24

25



1    Detroit, Michigan

2    September 27, 2018

3    3:00 p.m.

4

5                    COMMISSIONER BELL:  Good afternoon.

6                    AUDIENCE:  Good afternoon.

7                    COMMISSIONER BELL:  Thank you for coming to

8        our weekly afternoon meeting.  It's good to see all of

9        you here.  And I am, as you all know, Police

10       Commissioner Willie Bell, representing District 4.  I

11       serve as chair of the board.  I'll be conducting our

12       meeting today.  On behalf of the board and for those

13       in attendance, thank you for joining us.  And for

14       people viewing this meeting on your government cable

15       channel, thank you for viewing our meeting.

16                    And I do not see the police chaplain at

17       this time, so I'm going to ask our very own Reverend

18       Holley, the commissioner, to give the invocation,

19       please.  Thank you.

20                    (Commissioner Holley offers the invocation

21       at 3:03 p.m.)

22                    COMMISSIONER BELL:  Thank you,

23       Commissioner.

24                    At this time I ask the commissioners,

25       starting to my far right, to introduce themselves.



09/27/2018                              Page 4

1              COMMISSIONER DAVIS:  Commissioner Davis,

2     District 7.

3              COMMISSIONER BURCH:  Good afternoon.

4     Shirley Burch, District 3.

5              COMMISSIONER BROOKS:  Good afternoon.

6     Elizabeth Brooks, at-large.

7              COMMISSIONER BROWN:  Good afternoon.

8     Commissioner Darryl Brown, District 1.

9              COMMISSIONER CARTER:  Good afternoon.  Lisa

10    Carter, District 6.

11             COMMISSIONER HOLLEY:  Jim Holley, at-large.

12             COMMISSIONER DEWAELSCHE:  Eva Garza

13    Dewaelsche, at-large.

14             COMMISSIONER BELL:  Thank you,

15    commissioners.

16             He's walking up now.  I'll pause to allow

17    Commissioner Willie Burton to introduce himself.

18             COMMISSIONER BURTON:  Thank you,

19    Mr. Chairman.

20             Commissioner Willie Burton, District 5.

21             COMMISSIONER BELL:  Thank you for your

22    attendance.  I thank all the commissioners for their

23    attendance.

24             Mr. Hicks, do we have a quorum?

25             MR. HICKS:  Yes, we have a quorum.



09/27/2018                              Page 5

1          COMMISSIONER BELL:  Therefore, we're going

2    to move forward.  The next point of business would be

3    introducing the staff, Mr. Hicks.

4          MR. HICKS:  Thank you, Mr. Chair.  Just

5    prior to getting into the staff's introductions, I do

6    want to indicate for the record that Sergeant Quinn is

7    recording the meeting today, Media Services is

8    providing the audiovisual work today, and Susanne

9    Gorman is the court reporter for today.

10               And I do want to indicate that the next

11   meeting -- and of course there's Mr. Brown.  As we go

12   to the front row, I see Mr. Wyrick for legal,

13   Ms. Blossom for community outreach -- media and

14   community outreach -- Ms. White for policy.  And then,

15   I believe --

16               Mr. Tenille, you're here representing the

17   DPD Human Resources?

18               MR. TENILLE:  Yes, sir.

19               MR. HICKS:  That's Brian Tenille.  He's

20   sitting over in that section here.  And then, of

21   course, what we typically do is go to the chief

22   investigator, Dr. Polly McCalister, who will now

23   introduce herself with the balance of the staff that

24   works for the chief of the investigator.

25               DR. MCCALISTER:  I'm Polly McCalister,



1  chief investigator, and attending today's meeting with

2  me -- Supervising Investigator Nelson, Senior

3  Investigator Moses, Senior Investigator Madrigal,

4  Investigator Quick, and Investigator Murphy, who

5  hasn't made it down yet, Investigator Neely,

6  Investigator Stanton, and Investigator Callaway.

7          COMMISSIONER BELL:  Thank you.

8          DR. MCCALISTER:  And Investigator Hiller.

9          COMMISSIONER BELL:  Okay.  Thank you, Chief

10  Investigator.

11          And at this time I'm going to ask -- maybe

12  I need to say one of our favorite deputy chiefs -- I'm

13  going to say our favorite deputy chief -- introduce

14  yourself.  Since he's the only one here, I'm lucky.

15          DC BETTISON:  Deputy Chief Todd Bettison,

16  for the record, representing for Chief Craig.  Chief

17  Craig is at a meeting in the mayor's office, a

18  high-level meeting, and hopefully we'll have some good

19  news to report later today.  They're working on

20  something that I'm pretty sure that the community and

21  everybody will be excited to hear.

22          So with that being said, the reason there's

23  an absence of the normal DPD compadres today is we

24  have an executive retreat, and that is occurring right

25  now with Wayne State.  It started at 8:00 a.m., gets



1    over at 4:00 p.m.  I was there because I'm part of the

2    executive staff, but I will not miss this meeting for

3    the world.  So I said, "Chief, may I come and

4    represent you at the police commissioners meeting?"

5    So we do have chief staff folks here.

6              So, Sergeant Hewitt, will you please stand

7    for the chief's staff?  And we will hold it down.

8              COMMISSIONER BELL:  That's why you're my

9    favorite.  You're here.

10             DC BETTISON:  I'm here.  I look forward to

11   Thursdays.

12             COMMISSIONER BELL:  Yes.  We appreciate

13   you, and we appreciate Chief Craig and the work that

14   he's involved in with DPD and the mayor, you know, the

15   work of the city.  So we understand these are always

16   day-to-day difficult times in terms of the business

17   part of it, and I'm glad that we are here as a board

18   to convene this afternoon.

19             So do we have any elected officials or

20   represented elected officials or any VIPs?  All of you

21   VIPs just stand up.  I know I see some VIPs here.

22   Just stand up.  Thank you.  Thank you.

23             We are going to move forward and -- oh,

24   yes.  And the next item of business.  Thank you.

25             We should entertain a motion to approve the



HANSON RENAISSANCE   hansonreporting.com
COURT REPORTERS & VIDEO        313.567.8100

1    agenda for this afternoon meeting.

2              COMMISSIONER DAVIS:  So moved.

3              COMMISSIONER DEWAELSCHE:  Support.

4              COMMISSIONER BELL:  Been properly moved and

5    supported.  Opposed?  Discussion?  Those in favor,

6    aye.

7              THE BOARD:  Aye.

8              COMMISSIONER BELL:  Those opposed?  Motion

9    carried.

10             The next item would be approving minutes

11   from the September 20th meeting.

12             COMMISSIONER BURTON:  So moved.

13             COMMISSIONER DEWAELSCHE:  Support.

14             COMMISSIONER BELL:  It's been properly

15   moved and supported.  Discussion?  Those in favor,

16   aye.

17             THE BOARD:  Aye.

18             COMMISSIONER BELL:  Opposed?  Motion

19   carries.

20             COMMISSIONER BURTON:  Opposed.

21             COMMISSIONER BELL:  I'm sorry?

22             COMMISSIONER BURTON:  Opposed.

23             COMMISSIONER BELL:  Duly noted.

24             COMMISSIONER BURTON:  Due to the fact that

25   I have not received an e-mail on the minutes, nor have



1    I got a chance to read the minutes.

2              COMMISSIONER BELL:  Thank you.

3              COMMISSIONER HOLLEY:  Can I ask why he's

4    not getting it?  This is the second or third time.

5              COMMISSIONER BELL:  Yes, Commissioner

6    Holley, you can ask why.

7              COMMISSIONER BURTON:  So I'm abstaining the

8    minutes due to the fact that I have not received them

9    in an e-mail, nor have I got a chance to read them.

10             COMMISSIONER HOLLEY:  I understand that.

11   My question to the chair --

12             COMMISSIONER BELL:  Yes, Mr. Hicks.

13             MR. HICKS:  Mr. Chair, all of the

14   commissioners receive the same information, the

15   minutes, at the same time.  It's bundled into one file

16   that is distributed to everyone.  Occasionally, we go

17   into the file to check to see whether or not anything

18   had fallen off.  The last attempt that I made, nothing

19   has fallen off.  All of you should be receiving it at

20   the same time, and if anyone has not been receiving

21   it, if you let us know, then that might suggest that

22   there is a problem in the file.  But to our knowledge,

23   there is no problem in the file, and everyone should

24   have received it.

25             COMMISSIONER BURTON:  You know,



1    Mr. Chairman -- you know, I have raised before in the

2    past that it was things that I was not receiving, and

3    apparently, you know, whenever there's something for

4    immediate vote, I get that right away.  Or immediate

5    discussion, the following day or something, I get

6    that.  But when it's something that's important that I

7    need to look over, review, or whatever, I don't really

8    get that, and I don't really -- so I'm not the first

9    commissioner to say that I haven't received something.

10   I believe Commissioner Bishop Vann -- when he was on

11   the board, he often stated that he didn't receive

12   certain things, and also Commissioner Donnell White in

13   the past.

14             COMMISSIONER BELL:  Okay.  Yeah.

15   Commissioner Burton, you've been duly noted.

16             I suggest we do this, Mr. Hicks, that you

17   send -- information you send out this week, which we

18   normally get, send it out in the morning, and ask

19   Mr. Burton for a reply: "I received it."  Whatever

20   reply.  If not -- if you don't hear from him, give him

21   a call.  Could we do that?

22             MR. HICKS:  Sure.

23             COMMISSIONER BELL:  If this is the first

24   time -- I'm not aware, but we normally receive it.

25             Any commissioner -- you do not receive --



1   it normally comes out on Tuesday, at the latest

2   Tuesday afternoon, so if you do not receive it -- it

3   would be nice also if you say, "Okay," or whatever.

4   "I got it."  But, basically, we can resolve it.  So

5   it's been duly noted that we can hopefully rectify it.

6           COMMISSIONER BURTON:  Thank you, sir.

7           COMMISSIONER BELL:  No problem.

8           Oh, yes.  Okay.  Thank you.  Thank you.

9           The chairman's report:  On behalf of the

10  board I want to express our concern and support for

11  fallen and injured officers.  Our concern for

12  officers' safety and citizen protection is continued.

13  Our board receives a weekly report from the

14  department, listing injured officers.  I would ask the

15  chief of police, or in this case the deputy chief, to

16  provide us with any additional information related to

17  injured and fallen officers.

18          The board meets every week except for

19  Thanksgiving and Christmas holiday.  We meet at police

20  headquarters in a regular session three weeks in the

21  month on a Thursday.  On the second Thursday we meet

22  in the community at 6:30 p.m.

23          Under the Detroit City Charter, Article 7,

24  Chapter 8, "The board of police commission has the

25  power to provide civilian oversight and supervise



09/27/2018                                    Page 12

1   control of the police department.  Our citizens are

2   justified when asking how the civilian oversight and

3   law enforcement help you as a citizen in our

4   community.  The answer is we protect the civil rights

5   of citizens.  Oversight organizations like the board

6   are the forefront in investigating, reviewing, and

7   auditing individual cases of citizen complaints and

8   operations by police agents to eliminate misconduct,

9   discriminatory police practice, unnecessary use of

10  force by police.

11          "Our work is based on developing and

12  supporting effective policing.  Mutual trust and

13  respect between police and community is critical

14  towards increasing the quality of life of the

15  residents of Detroit.  The board exists to provide

16  civilian oversight for the work of the police

17  department.  As a board, we receive and investigate

18  noncriminal citizen complaints, monitor operation of

19  the department, work with the mayor and the chief of

20  police to make or modify police policy."

21          Before outlining the order of the meeting,

22  I want to share a few items with the board.  Next week

23  we will not have a board meeting.  As you well know,

24  many of us will be away from the city attending a

25  National Association of Civilian Oversight of Law



1   Enforcement, NACOLE, conference.  The NACOLE

2   Conference is an opportunity for our board and staff

3   to connect with others' oversight agencies from across

4   the country and around the world.  At the conference

5   we examine best practice in law enforcement, discuss

6   things that we can apply to our local jurisdiction.

7            This year Detroit will be conducting a

8   workshop -- I think it's perhaps one of the first

9   workshops -- Anatomy of Police-Community Relations:

10  Two Fatal Encounters and A City Keeps Calm.

11  Presenting at this workshop will be our very own

12  immediate past chair, Lisa Carter, and our very own

13  beloved deputy chief, Todd Bettison.

14            And thank you for committing to that.

15            DC BETTISON:  Absolutely.

16            COMMISSIONER BELL:  So we're looking

17  forward to having an impact in the conference this

18  year.

19            Next year's conference -- put it on your

20  calendar -- will be held in Detroit in 2019.  We're

21  going to organize and do several things as local hosts

22  for the conference.  First, we want to show our

23  visitors from across the nation and around the world a

24  good, productive time in Detroit.  I mean, we're

25  talking about a Motown greeting, a big "D" greeting.



1    And we want to really roll out the red carpet in the

2    same way that the National Association of Black

3    Journalism did a couple months ago.  I was really

4    impressed by that.  So we're going to rely on

5    Ms. Blossom to help us give that wholesome-type

6    meeting, you know, activities of -- this is Detroit.

7              Second, we want to open the conference for

8    more participation by Detroiters including clergy, the

9    not-for-profit community, government and civic

10   organizations.  Third, we want to celebrate our

11   leadership role in police oversight.  The board of

12   police commission will be celebrating our 45th year as

13   an oversight organization.  Thanks to the wisdom of

14   the people of Detroit, our 1973 charter established

15   civilian oversight of the Detroit Police Department.

16   We believe that an active community, sound, strong

17   federal guidance, and our police oversight has allowed

18   us to enjoy a more civil relationship between our

19   community and the police.

20             We also note that each new vision of the

21   Detroit City Charter moving toward effective civilian

22   oversight has been enhanced and endorsed by the people

23   of Detroit.  The chief of police has transmitted to

24   the board five proposed changes to the police

25   department, operative and directive.  Proposed changes



1    are related to civilian -- I'm sorry -- citizen

2    complaints, human resources, custodial questioning,

3    polygraph examination, and bomb threats and

4    explosives.  The board has posted these proposed

5    changes at our website.  You can go to

6    www.detroitmichigan.government/governmentboards/bopc

7    policydirective.  I say it a whole lot.  But you

8    should be able to find it without any issues.

9              We also ask the department to post the same

10   proposed directive at their website.  This posting

11   will begin the 90-day review period when the policy

12   committee of the board will review these changes in

13   detail, discuss the proposed policy with the

14   department, and take under consideration any comments

15   from the general public.  If you want to comment on

16   any proposed policy, please do so at

17   BOPC@detroitmichigan.government.  The final decision

18   on any proposed policy will be made by the full board.

19             I would like to share that our office

20   received several communications about a recent

21   resolution that created a police department controlled

22   and operated civilian towing operation.  The most

23   recent work on towing was encouraged by the chief of

24   police and the mayor.  Given the large number of

25   criminal convictions in both the public and private



1   sector of the towing partnership in Detroit and other

2   communities surrounding Detroit, the board and the

3   city follow the many indictments and lawsuits that

4   impacted towing, and we concluded that something

5   different had to be done to protect the interest of

6   our citizens and visitors.

7           While there may be a number of potential

8   solutions, we acted on the recommendations of the

9   chief of police.  And we know that others may disagree

10  with the approach that he has outlined.  Later in the

11  meeting I expect to hear from several of the towing

12  companies.  You can address the board on the oral

13  comments at the end of the meeting.

14          Today we have rescheduled a presentation on

15  body-worn cameras and electronic control weapons

16  because of the time conflict with the DPD staff.  We

17  have a short presentation on the 2018 NACOLE

18  Conference from executive manager Melanie White and

19  the monthly report from the office of the chief

20  investigator, Dr. Polly McCalister, PhD, who will give

21  the OCI report.

22          During the end of the meeting we will have

23  oral communication.  Please make sure you print your

24  name on a speaker card.  Cards are located in the back

25  on the table or can be obtained by seeing Mr. Brown to



1    my far right.  We will need your card before the

2    beginning of public comments.  We will hold each

3    speaker to the allotted two minutes.

4              And I just want to say about the towing

5    issue that I stated at the last meeting, we -- going

6    back to 2017 -- I say "we" -- the chair, the vice

7    chair, and -- the vice chair at that time.  I was the

8    (inaudible) -- meaning -- dealing with this towing

9    issue.  I think this year the mayor and the chief

10   indicated they would be moving in this direction due

11   to the circumstances of what we are dealing with.

12   They did not know a timetable, but I want to clarify

13   there was discussion with the mayor and the chief, and

14   perhaps the reporter got it a little wrong about, you

15   know, what Bell said, what the chief said.  But,

16   basically, Willie Bell, as chair, who stated last

17   week, yes, there was serious discussion that the City

18   of Detroit, DPD, was moving towards private towing.

19              But, as you well know, we did not have any

20   impact on that decision.  That decision, based on best

21   practice of the chief and the mayor, had come up with

22   over -- really over two years of dealing with

23   corruption and -- the towing been a issue my entire

24   police career, as we well know.  For those who work

25   with the City of Detroit, you know it's always been a



1    towing issue, not just in the terms of DPD but also in

2    the private towing issue in the city of Detroit.  So I

3    commend -- I think this board made the right decision

4    in reference to the support, and I appreciate -- as we

5    go forward, we will hear more about it.

6              Closing on this item, Chief Craig had a

7    meeting with the towers yesterday.  I assume it was,

8    like, a couple hours or whatever.  I don't know the

9    time frame.  But the chief indicated to me that it was

10   a good meeting.  It was a good dialogue.  There was no

11   hostility there.  It was a good meeting.

12             So I don't see any towers here this

13   afternoon.  Maybe -- but we are willing to meet with

14   the towers in two weeks as a -- board members, not as

15   a full board because we cannot meet with them as a

16   full board 'cause it has to be a -- we are willing.

17   We'll be communicating with them sometime next week in

18   terms of the date and time to give them the

19   opportunity to share their concern in a similar

20   fashion.  Two or three towers made that request, so

21   we're going to honor that request if they still want

22   to meet with the board of police commission.  So that

23   is our position as we move forward.  And thank you.

24             Our next item would be hearing from the

25   deputy chief.



1          DC BETTISON:  Thank you, Chair.  We'll

2     start out with the report on crimes through

3     September 23, 2018.  So in the category of homicide,

4     we're down 5 percent.  2017, we had 204; 2018, same

5     time this year we have 194.  Sexual assault -- you can

6     look at the report.  It shows a 49 percent increase.

7     2017:  438 reports of sexual assault; in 2018, 654.

8     Get to the crime of robbery, we're down 13 percent.

9     Carjacking, we're up -- slight uptick -- 5 percent.

10    So 2017, 221; 2018, 233.  Category of aggravated,

11    assault we're down 4 percent.  Nonfatal shooting is

12    down 12 percent.  Total violent offenses down

13    4 percent. Crime of burglary:  We have a 14 percent

14    reduction.  Larcenies:  0 percent, so the same as last

15    year at this time.  And stolen vehicles are down

16    22 percent.  So total property offenses for the

17    city -- our police department -- we're down 10 percent

18    for a total of Part 1 crimes of crimes that are

19    listed -- down 8 percent.

20          Of course the concern is always when you

21    report out an uptick in sexual assaults.  You report

22    out that it's 49 percent.  It's been explained, or the

23    explanation has been given at previous board meetings,

24    as to a new reporting procedure that we implemented,

25    where we take (inaudible), report law enforcement



09/27/2018                                    Page 20

1    notifications.  So if it comes in via school social

2    worker, or someone reports or they believe that sexual

3    assault has occurred, once they notify the Detroit

4    Police Department, we automatically enter that into

5    our system as a crime.  So previously we didn't do

6    that; now we do from that aspect of it.  So that's

7    what's led to the 49 percent uptick.

8              Commissioner Bell, you summed up the whole

9    towing piece.  You even talked about the meeting that

10   Chief Craig had.  So I was there, present at the

11   meeting, and it went exactly as you described.  It was

12   a very productive meeting.  It lasted approximately an

13   hour and a half.  The chief gave his commitment

14   towards being agreeable to meeting, working with the

15   towers, and listening to their concerns.  He candidly

16   said, "At this point, because it's so early in the

17   process, we don't have all the answers, and we will be

18   evaluating it as we go."  And, of course, being

19   transparent in the process, which has oversight of the

20   process and to the community as well.  Thank you.

21             COMMISSIONER BELL:  Thank you.

22             Any questions or concerns for the deputy

23   chief?

24             COMMISSIONER DAVIS:  Of course.

25             COMMISSIONER BELL:  Yes, sir.



1          COMMISSIONER DAVIS:  Question:  As it

2    relates to the carjackings, are they going up in any

3    special areas of the city more so than others or a

4    special time of the day or evening or night?

5          DC BETTISON:  We haven't seen a particular

6    pattern, per se, as far as carjackings.  In that

7    5 percent that -- that 5 percent uptick, when it's

8    considered to 2016, we were down 4 percent.  So we

9    don't see where it's been a pattern, per se.  So the

10   answer is no.

11         COMMISSIONER DAVIS:  So it's spread out?

12   It's not just one area of the city?

13         DC BETTISON:  Right.  Absolutely.  It's a

14   crime of opportunity more so.

15         COMMISSIONER BURCH:  I have a question for

16   the DC Bettison.

17         COMMISSIONER BELL:  Yes, ma'am.

18         COMMISSIONER BURCH:  We've noticed a lot,

19   when you see it on TV at least, that you see cars or

20   trucks ramming into business places.  Is that

21   beginning to be, like, a habit?  Because it happened

22   last weekend in the 11th Precinct.  The business was

23   closed, but they rammed the side of the building.  So

24   they weren't looking to get in.  So is that becoming,

25   like, a habit of people, losing control, or are they



1    going in to rob?

2              DC BETTISON:  So that is a crime of -- it's

3    a burglary offense.  We classify robbery as the taking

4    from a person.  With that particular crime -- what

5    we've seen is, by the persons that we've apprehended,

6    it's various crews.  At one point we were

7    investigating two crews that had upwards of 20 members

8    in each crew that was responsible for it.  But the

9    more that it's advertised and the more people hear

10   about it, other folks will say, "That's a good idea.

11   I want to try it, too."

12             COMMISSIONER BURCH:  Copycats.

13             DC BETTISON:  Yeah.  So we've seen it

14   spread, and we've made apprehensions and arrests for

15   that, but that's been one of the things for concerns.

16             COMMISSIONER BURCH:  Thank you.

17             COMMISSIONER BELL:  Any other questions or

18   concerns for the deputy chief?  If not, I have, I

19   guess, two concerns.

20             First of all, have you received -- the

21   department received any complaints in reference to the

22   bike lanes that are spread out?  I know it's a

23   community issue, and I'm just wondering, you know --

24   it's changing your driving habits.  You know, people

25   are accustomed to two lanes and are now down to one



1    lane.  I just traveled down East Warren from my

2    neighborhood, and, you know, you got the one lane.

3    You're accustomed to two lanes.  And, you know, the

4    whole issue -- how are you -- some people are driving

5    in the parking lanes -- or -- the bike lane.  Could

6    you respond to that?

7              DC BETTISON:  Absolutely.  It's an

8    educational piece.  It's something that's new to the

9    city.  It even took our officers a minute to get used

10   to it as well, so we had to educate our own.  And then

11   from the community standpoint, we have taken an

12   approach as far as education over just ticketing when

13   we've pulled individuals over, and it's a education

14   piece, educating them.  Because sometimes people truly

15   don't know, and we want folks to change their behavior

16   and pattern; however, if it's blatant speeding,

17   there's other offenses involved, you know, it's up to

18   the officer's discretion.  But some folks have

19   received tickets.

20             And we have received complaints sometimes

21   when it has been individuals parking in the bike lanes

22   and it's a continuous thing.  So we'll get a tip that

23   every day a green F-150 parks in bike lane at such and

24   such time between this period.  We know that the

25   individual's been warned, so we will definitely at



1    that point ticket and tow the vehicle.

2                COMMISSIONER BELL:   Thank you.

3                COMMISSIONER HOLLEY:   Chief, who makes that

4    decision?   Who makes the decision about changing the

5    complex of the city in terms of bike lanes rather

6    than, you know -- who makes that decision?

7                DC BETTISON:   That -- the police department

8    does not make that decision.

9                COMMISSIONER HOLLEY:   Who does?

10               DC BETTISON:   I would say it starts at the

11   very top.   It would be the planning and -- if I could

12   even think of the department -- Maurice Cox.   It falls

13   up under his shops, up under the mayor's office, city

14   hall, the urban planning.   And I'm probably messing up

15   the exact name of the office, but it's that entity

16   that looks at city streets, that looks at the future

17   of Detroit.   I know they have a traffic safety

18   committee where they also examine, you know, the

19   number of accidents, how to calm traffic, how to put

20   barriers places, for example.

21               By talking to the traffic safety

22   engineering folks, I didn't understand why the median

23   was placed in the middle of Livernois on the Avenue of

24   Fashion.   So the community was complaining to me,

25   saying, "Why is it there?"   As a police person, I


HANSON RENAISSANCE   hansonreporting.com
COURT REPORTERS & VIDEO         313.567.8100

09/27/2018                                    Page 25

1   couldn't answer that, but by meeting with traffic

2   safety engineering, we got a grant for a substantial

3   sum of money because they had so many fatal

4   pedestrian-car-vehicle accidents there.  Because

5   Livernois at the time was very wide, and with the

6   businesses, cars were doing U-turns, and when

7   pedestrians were trying to cross the street, cars were

8   striking them.  So that was put there in place to

9   force them not to be able to do the U-turns but to go

10  to the median to do a little turnaround, and it slowed

11  traffic, thus reduced the number of ped-vehicle

12  accidents.  So I know it's a science behind it.

13          COMMISSIONER HOLLEY:  I guess I'm asking --

14  and I thank you for that, though.  Through the chair,

15  should not we know, I mean -- know community -- know

16  community input about traffic?  And I'm talking -- I'm

17  talking -- you know -- you know, I wanted to see is

18  there something -- well, it's not in our jurisdiction;

19  so -- but that's -- that's -- I can't believe that you

20  change the complex of the city without -- without

21  community input.

22          COMMISSIONER BURCH:  That's right.

23          COMMISSIONER HOLLEY:  I'm not trying to --

24          COMMISSIONER BELL:  I can elaborate on it,

25  specifically.  I've been on the east side of



1    Detroit -- two or three different forums, a couple of

2    the mayor's forums, and that issue was really high

3    profile in the community.  And the mayor was about to

4    pull that.  And then from there, I guess, he was

5    convinced to have -- gave people a little more time to

6    designate what you see now -- the painting, the

7    markings, and all that.  But the community in my area

8    on the east side was really concerned about the whole

9    issue of the bike lanes coming in without any

10   education for the DPD.  We had a two-hour -- I mean,

11   we had an hour meeting on this subject last year, and

12   out of that meeting is -- Commissioner Vann said, "I

13   still don't digest what you're trying to convey to

14   us."

15          So the mayor said he would revisit this --

16   and I have stated this before -- he would revisit this

17   in November.  So if you have any concerns about that,

18   then you need to talk to the mayor's office and also

19   the district manager and the deputy district manager

20   and your council people about the issue, 'cause it's

21   above our pay grade.  But we get impacted because

22   people is coming to us, complaining about DPD in terms

23   of how they interact (inaudible).  But, as you stated,

24   this came in and -- the whole driving habits in

25   Detroit.



1          So, bikers, we understand, you know, the

2     whole issue, but it did not help us, you know.  But I

3     won't debate it, but that's where it stands.  That's

4     where it lies.

5          My second question:  dollar stores.  We

6     know dollar stores are a easy target, and I think we

7     raised that issue before.  Is there any -- the most

8     recent shooting, the young man, the security guard,

9     you know, the perpetrator and all that.  But dollar

10    stores are throughout this -- are they cooperating to

11    try to address this issue?  I mean, you know -- I

12    mean, they are a easy target for some reason.  They're

13    not part of the Green Light.  They're not, you know --

14    and I just say is there any update on where they stand

15    on these issues or employees' endangerment or public

16    endangerment?

17          DC BETTISON:  Through the chair, we've

18    engaged Family Dollar and the dollar stores.  They

19    have a certain business model, and they have been

20    persistent when following that business model.  We've

21    made environmental suggestions that would reduce risk,

22    and at this point they continue to go with the

23    business model.  But we are persistent, meaning the

24    department.  We will revisit.  We will not give up.  I

25    will -- you can mark that as a to-do item, and I'll be



09/27/2018                                    Page 28

1    able to report back.  But within the next three weeks,

2    we will go out and meet with the management, the team,

3    and have some conversations to see what we can do.

4            And for the community and the listening

5    audience as well, we definitely want to hit the 500

6    mark for our Green Lights by the first of the year, so

7    community support -- encourage the dollar stores to

8    become part of Project Green Light.  That's something

9    that we can all do.  We know that that helps as far as

10   reduction of crime, and we would love for the dollar

11   stores to come on board.

12           COMMISSIONER BELL:  Thank you.  Any other

13   questions?

14           COMMISSIONER CARTER:  Yes, I have a couple

15   questions.  Going back to the bike lanes.

16           And, Deputy Chief, you said that education

17   is key, but I haven't seen a pamphlet or a PSA or

18   anything, so I think that that should be at the top of

19   the list.  Because you can tell one person, when

20   they're parked in the bike lane, about it, but if we

21   don't educate everybody with respect to what you can

22   and can't do with the bike lanes, then it continues to

23   happen.  So I think that a huge part of it is the

24   education piece, and I think that you have the

25   platform to do some of the things through your



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

1    Facebook page and free of charge.  Not -- I mean, that

2    won't cost a lot of money through your Facebook page

3    and through your other social media platforms.  So

4    that's one thing.

5             And then the second thing was the dollar

6    stores.  With respect to the dollar stores, through my

7    work from -- through my work at the Center For Urban

8    Studies, we have tried to reach out to the Family

9    Dollar Stores as well.  They would rather take the

10   loss of a robbery than to put -- than to invest in the

11   Green Light project.  So my suggestion would be to

12   patronize stores who have your best interests at

13   heart.

14             Thank you, Mr. Chair.

15             COMMISSIONER BELL:  I agree with you

16   100 percent.  I think we all agree with you 100

17   percent.

18             COMMISSIONER BURCH:  Mr. Chair?

19             COMMISSIONER BELL:  Yes, ma'am.

20             COMMISSIONER BURCH:  One more comment off

21   of what Reverend Holley said.  I'm sorry --

22   Commissioner Holley.

23             I'm not picking on you, DC Bettison, but

24   you're the sounding board today.  I wanted the

25   audience to understand that when decisions are made in



1    your community, I think it's only right that the

2    community leaders and block clubs should be brought to

3    the table because I think we kind of have a better

4    idea of what we need in our community.  And sometimes

5    these plans are made, and we don't know it, just like

6    you were saying with the bike.

7            There are different things in our

8    neighborhood that -- we know what we need.  And we're

9    trying to get away from the premise of "Only the

10   dollar store and Family Dollar is all Detroit

11   deserves."  So I just think whoever you need to take

12   that back to, whoever these people that are planning,

13   consult the people that live there -- the homeowners,

14   block club members, and all of that.  So I'm not

15   picking on you.  You do a fabulous job.  But I'm

16   talking to the top, these that make decisions for us

17   where we live.  Thank you.

18           COMMISSIONER BELL:  Thank you.

19           DC BETTISON:  Through the chair.

20           Ms. Burch, definitely couldn't agree -- one

21   of the things that we definitely have to do is make

22   sure that we encourage the community to come out,

23   because with these community forum meetings, you have

24   two sides.  You have a group of folks that want them

25   and a group of folks that don't want them, and we have



HANSON RENAISSANCE  hansonreporting.com
COURT REPORTERS & VIDEO      313.567.8100

1   to make sure that we get our folks out to these

2   various meetings.

3              And then, through the chair.

4              Commissioner Carter, I couldn't agree more

5   as far as the education and utilizing social media and

6   free media forums.  And one of the things that the

7   traffic safety folks in the planning department is

8   doing -- it is they're changing the signs based off of

9   the feedback so that when you're looking at it, it's

10  more pictorial to be able to show you exactly what --

11  so they're constantly trying to upgrade so that it's

12  more self-explanatory.  So I think some improvement --

13  and they do have plans that will work to get out the

14  pamphlets also.  It should have came a lot sooner.  I

15  will say that; so. . .

16             COMMISSIONER CARTER:  Through the chair.

17             COMMISSIONER BELL:  Yes, ma'am.

18             COMMISSIONER CARTER:  Sometimes people

19  don't know what a sign means.  I mean, sometimes you

20  have to hear it, and the sign -- just putting up a

21  sign won't work.  And I'm one of them.

22             (Laughter.)

23             What does that sign mean?  I don't know

24  what that means, but when I hear it, it's something

25  different.  So thank you for the information.



09/27/2018                                    Page 32

1              COMMISSIONER BELL:  Thank you.

2              COMMISSIONER BURCH:  Mr. Chairman?

3              COMMISSIONER BELL:  Yes, ma'am.

4              COMMISSIONER BURCH:  One more thing.  Then

5      I will be quiet.  I just want to commend DC Barren,

6      because we were late last night coming in -- back into

7      the neighborhood, and I noticed -- which I know the

8      store.  I noticed that the green light wasn't

9      flickering.  And I said, "That's strange."  So,

10     anyway, I called him later that night.  He answered.

11     He addressed the -- to make a decision that made a

12     solution out of it.  The green light will be back on,

13     but that owner didn't know, and so that put that store

14     in jeopardy because some people are watching to see if

15     that green light is working.  So I just wanted to

16     commend DC Barren.

17              Great job, sir.

18              COMMISSIONER BELL:  Thank you.  Thank you.

19     How late at night did you call him?  I don't want to

20     know.  We can move on.

21              NACOLE Conference -- Ms. White is going to

22     come to the podium.

23              MS. WHITE:  Good afternoon, your honorable

24     board.

25              THE BOARD:  Good afternoon.



09/27/2018                                    Page 33

1            MS. WHITE:  I am Melanie White, executive

2     manager of policy and planning, and today I am

3     providing you with the NACOLE 2018 updates.  We are

4     excited about this year's 24th annual NACOLE

5     Conference.  You should already have your binders, but

6     if you don't, we will make sure that you get that

7     information.  But enclosed in your binder you will

8     find valuable information regarding the conference,

9     which will be held in St. Petersburg, Florida,

10    starting Sunday, September 30, 2018, through Thursday,

11    October 4, 2018.  The conference sessions will take

12    place at the Vinoy Renaissance located in

13    St. Petersburg, Florida.

14            "This year's conference theme is sustaining

15    reform and advancing justice.  The conference sessions

16    are assigned under four tracts -- training for

17    oversight, building public trust, sustainable reform

18    efforts, and correctional oversight.  Civilian

19    oversight of law enforcement is fundamental to U.S.

20    policing and comprehensive criminal justice reform.

21    To that to end, this conference will provide useful

22    information for you to continue providing effective

23    and efficient oversight of law enforcement.

24            "Further, the conference will also

25    highlight the many achievements that you, as well as



Case 2:23-cv-13182-LJM-DRG   ECF No. 1-7, PageID.294   Filed 12/13/23   Page 35 of 111

1    other civilian oversight agencies, make every day

2    toward police and criminal justice reform.  Your

3    NACOLE Conference binder includes relevant articles

4    and handouts consistent with the plenary sessions and

5    workshops.  The articles provide you with background

6    context of the subject matter as well as update you on

7    current and emerging trends.  Giving the changing

8    landscape of civilian oversight, the articles are

9    beneficial and address a number of key items for

10   oversight agencies' education, and listed in your

11   packet you have all of those articles available.

12              "Also, included in your introduction letter

13   listed below are transforming plenary sessions and

14   exciting workshops that will revolutionize the scope

15   of civilian oversight.  Information ranging from local

16   impact, broad impact, and emerging impact help

17   illustrate the sessions' helpfulness with Detroit

18   Charter Mandates and BOPC goals.  So please be sure to

19   check the conference schedule for further updates.

20              "Also, as was mentioned earlier, don't

21   forget to attend the conference session featuring our

22   very own board of police commissioners and the Detroit

23   Police Department.  The session, Anatomy of Police

24   Community Relations:  Two Fatal Encounters and A City

25   Keeps Calm, will be held on Wednesday,



1  October 3, 2018, at 8:30 a.m.  Our very own

2  presenters, immediate past chair Commissioner Lisa

3  Carter, Deputy Chief Todd Bettison, chief's

4  neighborhood liaison unit of the Detroit Police

5  Department, will focus on key components and

6  initiatives that serve the community with civilian

7  oversight when law enforcement agencies consistently

8  collaborate to build community trust.

9          "As a reminder, please do not forget to

10  cast your votes for the upcoming NACOLE board election

11  and bylaws provisions.  Please also see that relevant

12  information in your binders.  And, additionally, the

13  NACOLE package includes a section for your conference

14  travel materials.  Please keep track of all related

15  material for reporting purposes."

16          Finally, if you have any questions or

17  concerns, please contact Mr. Robert Brown, executive

18  manager of administration; myself, executive manager

19  of policy; and Mr. Gregory Hicks, secretary to the

20  board of police commissioners.

21          "We look forward to seeing you in

22  St. Petersburg, Florida, and please have a safe trip.

23  Sincerely, Mr. Gregory Hicks, secretary to the board

24  of police commissioners."

25          I would also like to take this time to



 1   thank staff for assisting with the preparation for the

 2   NACOLE -- of us attending the NACOLE Conference.  And

 3   I can take any questions you might have at this time.

 4           COMMISSIONER BELL:  Commissioners, any

 5   questions or concerns?

 6           COMMISSIONER BROWN:  No.  Just thank you

 7   for the work you guys do, for gathering that

 8   information.  But it was very orderly presented, and

 9   it was an easy read, and I really appreciate it.

10           COMMISSIONER BELL:  And perhaps -- we don't

11   have to do it this week, but when we return -- we can

12   make sure that commissioners who did not attend get

13   the same information.  You might have that in mind

14   already.

15           MS. WHITE:  Yes.

16           COMMISSIONER BELL:  Okay.  Thank you.

17           They will get the same information, and we

18   will be bringing back a flash drive of all the

19   activities, and we'll make sure you get a copy of

20   that.  And you can, at your leisure, review all of the

21   seminar and whatever -- participated -- put on that

22   flash drive.

23           MS. WHITE:  Yes, sir.

24           COMMISSIONER BELL:  I echo our vice chair.

25   Thank you for the excellent material, for putting this



```
1    together.  We're looking forward to a great -- and I
2    think -- I'm really -- I'm pleased that our DC is
3    going with us.  And that's getting back to that
4    partnership that we want to establish, which is
5    ongoing, so it's just really a "plus" plus to have
6    that type of partnership.  People need to see that,
7    you know, not just locally but on a national level,
8    that we're all in this together.  We must work
9    together.  So get that accountability to civilian
10   oversight in terms of working together.  And that's a
11   PSA announcement.
12                Thank you.
13                MS. WHITE:  Thank you.
14                COMMISSIONER BELL:  And next would be our
15   chief investigator, Dr. Polly McCalister, with the
16   OCI.
17                COMMISSIONER HOLLEY:  While she's getting
18   ready --
19                COMMISSIONER BELL:  Yes, sir.
20                COMMISSIONER HOLLEY:  Through the chair.
21   Is it -- can I recommend when we have guest
22   presentations, not that -- we don't call this a guest
23   presentation.
24                COMMISSIONER BELL:  Right.  This is
25   in-house.
```



 1            COMMISSIONER HOLLEY:  In-house.  But can we

 2    put a time limit on it, you know, based upon how

 3    important it is?

 4            COMMISSIONER BELL:  Yes, sir.

 5            COMMISSIONER HOLLEY:  Like civil rights I

 6    thought was very good, and the timing was good, but

 7    sometimes they go on, and we hear people repeat the

 8    same thing three or four times.  So I'm just asking

 9    can staff be directed to --

10            COMMISSIONER Bell:  Yes.

11            COMMISSIONER HOLLEY:  -- perhaps --  guests

12    will have a -- and then they will -- they will

13    recommend it to us if this -- if 10 minutes is enough

14    and we vote on that or whether they need 12 minutes.

15    But I think that we need to really put a timing on

16    the -- and while nobody else is -- no guest is here.

17    I wanted to do it now.  I don't want to try to

18    embarrass anyone.  Is that something --

19            COMMISSIONER BELL:  Yes, sir.  We have had

20    dialogue about that, and we are working that out.  So

21    in the future we'll be making sure that all our guest

22    speakers and everybody will have a time allotment

23    we're going to abide by.  So definitely that is a

24    concern.  So we are going to address that.  Thank you.

25            Thank you, Ms. Burch, for sending the



1    e-mail and verbally speaking to that issue on the

2    record.  So we are going to rectify that.

3              So how many minutes do you need?

4              (Laughter.)

5              DR. MCCALISTER:  We're going to both start

6    at the same time.

7              COMMISSIONER BELL:  Okay.

8              DR. MCCALISTER:  Good afternoon, board.

9              THE BOARD:  Good afternoon.

10             DR. MCCALISTER:  Chief Investigator Polly

11   McCalister, and this is Senior Investigator Madrigal,

12   and she will be our interpreter for today.

13             So every month we come with a different

14   theme.  This month we want to talk about the future of

15   the chief investigator, but before you talk about the

16   future, you really got to talk about leadership.  So

17   leadership focuses on the mission and the people.

18   Leadership is important, and the leader's job is to

19   create the desired future for their department.

20   Leaders examine the role of the organizational

21   learning capabilities in an effort to examine links

22   between gaps that exist in hopes of creating

23   sustainability.

24             So within our department, we don't have a

25   lot of movement.  We're kind of, like -- it's three



1    positions; then you're done.  So we have to look at

2    how do we retain our good staff, 'cause we have lot of

3    them that are highly skilled, and that comes from

4    creating a new vision.

5              (Spanish translation being given.)

6              DR. MCCALISTER:  So for our future we

7    wanted to address our limited advancement positions.

8    So we're working on professional development by

9    creating advancement opportunities internally such as

10   mediation initiatives with Senior Investigator Moses,

11   offensive slurs initiatives with Investigator Makeeba

12   James -- and she'll be working along Corporal Dani

13   Woods.  She's the liaison for the LGBT community.

14   And, as always, our "Think before you speak"

15   initiative with Investigators Murphy and Quick,

16   Supervising Investigator Akbar, and our own Senior

17   Investigator Madrigal.

18              So September 5th, Investigators Murphy and

19   Quick went to downtown services, and they spoke with

20   them on how to prevent complaints.  They spoke about

21   the "Think before you speak" initiative, and as of

22   today, I've gotten rave reviews.  Not only were they

23   humorous, but they changed the concept of "We're out

24   to get them."  The officers said that they felt like

25   we actually cared about their careers because we came



1   out and spoke about how to prevent complaints.

2          October 9th, we will all be going to the

3   4th Precinct community relations meeting.  We have a

4   presentation set up at 6:00.  Madrigal will be our

5   translator, and we're going to talk about recruitment,

6   community awareness, which will talk about what the

7   board actually does, and my role will be talking about

8   citizen complaints.  And each initiative has a

9   positive link to our investigations and our

10  investigators.

11         (Spanish translation being given.)

12         DR. MCCALISTER:  So now we're into our

13  actual monthly report.  We actually had a 10 percent

14  increase for this month.  We also had graduated a

15  class, and a lot of times when we put new officers on

16  the street, procedure increases, and I think that's

17  where we got our 10 percent from.

18         DR. MCCALISTER:  We continue to add to this

19  chart so precincts can monitor how many complaints

20  their officers are actually receiving in hopes that

21  they can monitor your conduct.  The unknown, if you

22  look, is rather high.  It's 45.  But out of that 45,

23  the OCI investigators have identified 20.  It's a lot

24  of work to identify the unknowns.  It's more work than

25  actually doing the investigation, but we do it, and we



1   work hard at doing it.  But we hope that we can work

2   out something with the department to figure out a

3   course of action to identify officers.

4            (Spanish translation being given.)

5            DR. MCCALISTER:  These are our CCR

6   allegations received in August of 2018.  In August we

7   had 44 allegations of demeanor, 15 less than July at

8   59; however, our procedures -- we gained 12.  Like I

9   mentioned earlier, anytime we put out a new class, we

10  find the increase in procedure, so it's just trying to

11  work out -- I spoke with DC Bettison the other day on

12  trying to work out something.  Maybe right after they

13  get out, maybe we can come do some training.  But we

14  got to figure out how to bridge that gap.

15           Summer months historically experience an

16  increase.  We've been fortunate.  This is our biggest

17  peak, so I'm hoping by next month it will kind of,

18  like, drop down.

19           (Spanish translation being given.)

20           DR. MCCALISTER:  This is new.  We decided

21  to give you guys something that you can have a

22  reference point for.  This is actually your map with

23  your complaints based on your district, so you can

24  pull it out of your package, and you can actually see

25  how many you actually have.  Again, the unknown is 6,



1    but that's just for right now.  Downtown services had

2    12.  We're going to monitor that.  And we just did

3    their training in hopes of that it will come down.

4              We did do No. 7, and if you notice, No. 7

5    is at 4.  The 12th Precinct is rather low there at 3.

6    The 8th Precinct -- yeah.  16.  And the 2nd Precinct

7    has a -- has a secondary high number of 13.  So we're

8    trying to focus on the highest numbers to get into

9    those precincts.  They have monthly training, so it's

10   just getting on their calendars, and our hope is that

11   we can do it throughout the year and hopefully bring

12   all the numbers down.

13             (Spanish translation being given.)

14             DR. MCCALISTER:  So this is our slide where

15   we monitored profanity.  There were two allegations of

16   offensive slurs in August, so we're going to put that

17   on the separate slide for next month so that we can

18   continue to monitor that.  But the allegation of the

19   use of profanity did decrease from June to July by

20   two, but it increased by four from July to August.

21   The allegation of the use of the F-word increased in

22   July and remained the same for August.  Overall, July

23   and August remained the same with ten complaints.

24   Files alleging the use of profanity -- an increase of

25   two over June's eight complaints.



09/27/2018                              Page 44

1            (Spanish translation being given.)

2            DR. MCCALISTER:  These are our hit-and-run

3    citizen complaints.  I know Commissioner Bell and

4    executive manager, Melanie White, requested that we

5    kind of, like, monitor the hit-and-runs, so what we

6    did -- we started from January to August, and in

7    February 2018 we had one hit-and-run involving a

8    pedestrian, and the remaining were non-vehicles.  So

9    we're not excessively high, but I think we should

10   continue to monitor it.

11           (Spanish translation being given.)

12           DR. MCCALISTER:  So these are our citizen

13   complaints that have been closed.  In August, OCI

14   closed 105 CCRs compared to 79 in May, 71 in June, and

15   82 in July.  For demeanor there was an increase of 18.

16   We closed with 39 allegations compared to 21 in July.

17   For procedure there was an increase of 26.  We closed

18   with 82 allegations compared to 56 in July.  For

19   service we closed with 19 allegations, an increase of

20   1 compared to 18 for July.

21           (Spanish translation being given.)

22           DR. MCCALISTER:  So this is totally new.  I

23   did some research based on the body-worn cameras.

24   Most states are capturing data based on use of force

25   in police shootings.  We're capturing data based on



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

1   citizen complaints.  This is false allegations that we

2   were actually able to prove by officers wearing their

3   body-worn camera.  We decided to capture this data for

4   two reasons:  One, when we go into the academy and

5   talk to recruits, it's easy to say, "Wear it, wear it,

6   wear it."  But this gives us our proof that you should

7   wear it.

8           We had 86 allegations that were proven

9   totally false.  And that's a lot of manpower hours.

10  So we're -- what we want to do is continue to monitor

11  this in case the DPD needs some data as far as where

12  we're at and what we're doing and how beneficial they

13  are as well as the time frame and the cost factor and

14  just maybe possibly go out -- when we go out to the

15  communities and speak, talk about -- make sure -- "We

16  don't mind you making the complaint.  We love it;

17  however, make sure they're factual."

18          (Spanish translation being given.)

19          DR. MCCALISTER:  And these are our

20  complaints closed based on electronic evidence:  50

21  out of the 56 incidents were captured on body-worn

22  cameras, and 10 were captured on the in-car video.

23  Six were not captured, and that may be a result of a

24  three-second delay, or there was a malfunction.  We

25  did get some complaints where there was a desk entry



1   for several officers where their cameras were

2   malfunctioning, so we did take that into

3   consideration.

4            (Spanish translation being given.)

5            DR. MCCALISTER:  And these are our citizen

6   complaints closed based on DPD members by rank:  For

7   lieutenants we remained the same for June and July.

8   Sergeants, we increased by five.  Police officers, we

9   increased by 20.  Officers with one year, we were up

10  by two complaints.  Officers with two years, we were

11  up 15 complaints.  Officers with 10 to 19 years, we

12  were down 9, which was a drastic improvement.

13  Officers with 20 to 29 years, we were actually up 7.

14  And officers with 30 years and up, we were up by 8

15  complaints.

16           Research suggests that when officers get

17  past that ten years, they don't receive complaints

18  because they're very comfortable in their role;

19  they're mature; they know what they got to do;

20  however, in our case, we want to sit down with DPD and

21  try to figure out "What are we missing?"  Because ours

22  has been consistently high since March.

23           (Spanish translation being given.)

24           DR. MCCALISTER:  And, of course, I'm a

25  goal-driven person.  So our goals are, one, to



```
 1    continue to address language barriers.  Senior
 2    Investigator Madrigal will be on the recruitment team
 3    with Commissioners Brooks and Dewaelsche.  Senior
 4    Investigator Charlotte Jones will work with
 5    Commissioner Brown on legal.  And we will continue
 6    with Commissioner Bell to request and monitor demeanor
 7    complaints, specifically the F-word.  But we have
 8    branched out, and we're capturing other words as well.
 9              We're going to continue to monitor for
10    offensive slurs.  I guess when we went out and said,
11    "Don't say this" -- "Now we'll say this."  So we'll
12    continue to monitor the hit-and-run complaints per
13    Commissioner Bell and executive manager Melanie White,
14    and we're going to continue to try to build our
15    relationships with the Detroit Police Department,
16    continue to visit the graduating academy class to
17    discuss the historical value of civilian oversight,
18    retention excellence, and ethics.  And we will be
19    there October 8th from 8:00 to 11:00 as well as we'll
20    be there October 22nd, painting -- the academy
21    classes.  So if you want to come out and have a
22    paint-off and challenge me -- because I'm the best
23    painter -- come on out.
24              COMMISSIONER BROWN:  Yeah.  Whatever.
25              DR. MCCALISTER:  For our future goals,
```



1   right now we're reviewing and revising our SOP.  We

2   hope to have it done by February 2019.  The revision

3   committee is Supervising Investigator Akbar, Nelson,

4   and Cromwell.  So we have our supervision team --

5   Senior Investigators Jones, Moses, and Madrigal and

6   Investigators Daniel Callaway and Gianna Coulter.  So

7   we have a well-blended group.

8              We also want to develop a school initiative

9   with the commissioners and an investigator where they

10  can go out on career day and talk about what the board

11  does and talk about what our office does and how it

12  benefits people to know their rights.  We also want to

13  visit nonprofits in the commissioners' area, focusing

14  on housing and substance abuse facilities because

15  those have our most vulnerable populations.  And our

16  purpose is to create awareness of who we are and what

17  we do.

18              (Spanish translation being given.)

19              DR. MCCALISTER:  And before we go to

20  questions is --

21              Are Quick and Murphy here?  They stepped

22  out?  Okay.  They leave every time before I can thank

23  them.

24              But I'll entertain any questions that you

25  may have.



1           COMMISSIONER BELL:  Commissioners,

2    questions or concerns?

3           COMMISSIONER BURCH:  Not really questions,

4    Mr. Chairman, but just to say excellent.

5           DR. MCCALISTER:  Thank you.

6           COMMISSIONER BURCH:  I just -- you put

7    together an excellent program.  The only question that

8    I have -- I got to pick at Chairman Bell over there --

9    that are you saying you're going to take this program

10   to the 4th Precinct, the one on -- where it says "Our

11   future" -- in October?

12          DR. MCCALISTER:  We were actually invited

13   to come to their community relations meeting to speak,

14   so we are going to speak there; however, we can go to

15   different community relations meetings.  I'm kind of,

16   like, stuck at No. 2 'cause they tell me when they

17   have them and I can go.  But I've been branching out

18   and including the staff 'cause I think it's important

19   that they get out and they speak to the community, but

20   we can come --

21          COMMISSIONER BURCH:  Okay.

22          DR. MCCALISTER:  -- where you need us to

23   come.

24          COMMISSIONER BURCH:  I'm going to check the

25   date and get in touch with you.



1          DR. MCCALISTER:  Please do.  Please do.

2          DC BETTISON:  Through the chair, I will

3    just say excellent report as well, Chief Investigator

4    McCalister, and the data that you provide is

5    definitely actionable where we can digest it and take

6    appropriate action.  So thank you for an excellent

7    report.

8          DR. MCCALISTER:  You're welcome.

9          COMMISSIONER BELL:  Pause for one second,

10   please.

11         COMMISSIONER DEWAELSCHE:  Thank you,

12   Mr. Chairman.

13         COMMISSIONER BELL:  You got the mic.  Then

14   Commissioner Holley.

15         COMMISSIONER DEWAELSCHE:  Thank you,

16   Mr. Chairman.

17         Excellent report.  I'm especially pleased

18   with the three new charts that you included.

19         DR. MCCALISTER:  Yes.

20         COMMISSIONER DEWAELSCHE:  I thought that

21   was just -- you're responding to a lot of the kind of

22   concerns and questions that we bring to the table --

23   the commissioners -- and also what the community

24   brings to us, and so that is very, very helpful.  I

25   especially like the chart that shows the 86 camera --



09/27/2018                                          Page 51

1   body-camera -- that has got to be very good

2   information to share with the police officers during

3   the academy and beyond, actually.  So thank you for

4   that.

5            I do -- I do have just a quick question as

6   it relates to citizens' complaints chart, "Alleged

7   Unit Involved," where you kind of separate them by

8   precincts.  And you said of the 40 -- 45 that were

9   unknown command, you identified 20.

10           DR. MCCALISTER:  Only 20, but we're still

11  investigating the rest.

12           COMMISSIONER DEWAELSCHE:  Okay.  But are

13  those in the numbers along the chart by precinct, or

14  are they still in the 45?

15           DR. MCCALISTER:  They're still in the 45.

16           COMMISSIONER DEWAELSCHE:  Okay.  Will they

17  be placed if you've identified them?

18           DR. MCCALISTER:  If we identify them, we

19  can move them over.

20           COMMISSIONER DEWAELSCHE:  Okay.  All right.

21  So that was one question.

22           DR. MCCALISTER:  But we wanted to give you

23  the full number of the 45 and then tell you that we

24  were only able to identify 20.

25           COMMISSIONER DEWAELSCHE:  So a little bit



1    less than half.

2              And then with regard to the chart that

3    talks about citizens' complaints closed by seniority

4    and rank -- is there -- and I was surprised to see

5    that there were -- there was an increase in the number

6    20 to 29 and 30 and above.  Is there any -- do we have

7    the numbers, like, of officers that are in those age

8    groups?  Did they increase?  Because we know that our

9    department is retiring.  A lot of people are, you

10   know, reaching retirement and leaving, so I'm

11   wondering if that number is increasing and therefore

12   could be a correlation to the increase of the numbers.

13   I was just curious.

14             DR. MCCALISTER:  Right now we're really

15   unsure.  I know when AC Williams was here, we were

16   trying to figure out why it was consistently high with

17   that group.  Based on the research, it shouldn't be

18   that high.  So we're just trying to figure out -- I

19   don't know if maybe they're unhappy based on the fact

20   that maybe they feel pushed out.  Maybe they're not

21   ready to go.  Maybe they feel like they have to go.

22   So -- and at that point how do you increase a person's

23   morale if they've been on the job 30 years or 35 years

24   and they have to go?  So those are some things that I

25   would have to sit down with DPD leadership and try to



09/27/2018                                    Page 53

1   figure that out.

2          COMMISSIONER DEWAELSCHE:  Very good.  And I

3   think that if you check on the number as well, that

4   might give you some other perspective as far as the

5   increase there.

6          DR. MCCALISTER:  Okay.

7          COMMISSIONER DEWAELSCHE:  But I also want

8   to mention that that October 26th paint day for the

9   academy is through a program that the agency that I

10  work for, SER Metro, does, and it's -- youth build

11  construction.  And we were able to partner with the

12  DPD to paint with Sherwin-Williams, who's actually

13  donating all the paint, and our students are going to

14  learn, thanks to the DPD, how to paint.  So thank you

15  very much.

16         DR. MCCALISTER:  Well, I'll be there

17  painting.

18         COMMISSIONER DEWAELSCHE:  Actually,

19  October 22nd.

20         COMMISSIONER BELL:  22nd?

21         Commissioner Holley.

22         COMMISSIONER HOLLEY:  I echo the sentiments

23  of the other commissioners about the report, and I

24  appreciate it very much.  I think mine is just a

25  matter of -- 'cause I'm new on this -- the unknown.  I



1    don't understand when you mention the definition of

2    "unknown."  I know what you said, that you got 20

3    known, other -- unknown.  But what is the unknown?

4              DR. MCCALISTER:  So say that a citizen just

5    gives us a location, and they may say that they were

6    stopped by two white males at 2:00 a.m.  We have to be

7    able to take that location, contact the precinct, see

8    if they can identify them; then we move on to pulling

9    body-worn cameras.  We pull the activity logs.  We

10   pull reports, and what we try to do is narrow it down

11   to determine if these two officers were the ones that

12   the citizen is complaining about.  Sometimes we are

13   able to identify them quickly.  But these are just

14   officers that get involved with a citizen, that the

15   citizen is unable to give me a name or a badge, a

16   scout car number, a plate number; so. . .

17             COMMISSIONER HOLLEY:  That's good.  And,

18   again, it says that the effort that's made in terms of

19   trying to make sure that the citizen complaints are

20   really about, you know, doing everything you can to --

21             DR. MCCALISTER:  Yeah.  The investigators

22   work extremely hard on unknowns, and it's very time

23   consuming.

24             COMMISSIONER HOLLEY:  I can tell.

25             DR. MCCALISTER:  And that's a matter that I



1    think the citizens' complaint committee needs to talk

2    about.  How do we streamline that process?  Maybe we

3    need to meet with DPD and figure out how do we

4    identify it in a simpler form.

5              COMMISSIONER HOLLEY:  I commend you for

6    that.  Thank you.

7              COMMISSIONER BELL:  Commissioner Brown.

8              COMMISSIONER BROWN:  As always, excellent.

9    Excellent presentation with the information contained.

10   I just had one question, and it was pertaining to the

11   unknowns.  And I know we've had some discussion.  Do

12   you know how -- approximately how many man-hours that

13   may go into investigating an initial unknown

14   complaint?

15             DR. MCCALISTER:  I will start to work on

16   that for you.

17             COMMISSIONER BROWN:  All right.  Thank you.

18             COMMISSIONER BELL:  Yes, ma'am.

19             COMMISSIONER CARTER:  I just want to say --

20   echo the sentiments of all the other commissioners --

21             DR. MCCALISTER:  Thank you.

22             COMMISSIONER CARTER:  -- and to say that

23   I'm glad to hear that you're going out into the

24   communities because that was something that -- I think

25   when you first got hired, we pointed out the executive



```
 1   leadership, that we wanted you to be more in the

 2   communities and attending the community meetings.

 3            And I had nothing to do with them being in

 4   the 4th Precinct the first time.  Nothing.

 5            COMMISSIONER DAVIS:  That's right.

 6            DR. MCCALISTER:  She did not.

 7            COMMISSIONER CARTER:  But I'm glad to see

 8   that it's coming to fruition.

 9            DR. MCCALISTER:  And then we're attending

10   the graduation October 12th, so we're moving in the

11   right direction.

12            COMMISSIONER CARTER:  Thank you, ma'am.

13            COMMISSIONER BELL:  Any other

14   commissioners?

15            Yes, ma'am.

16            COMMISSIONER BURCH:  How long when you go

17   to Commissioner Bell's precinct?

18            COMMISSIONER BELL:  I can speak to that.

19            COMMISSIONER BURCH:  How long is the

20   presentation that you're going to give?

21            DR. MCCALISTER:  When -- this is how we do

22   it.  So not to put pressures on the precinct -- when

23   they call us, we respond.  We go.  If they have a

24   meeting and it's not on a Wednesday or a Thursday, we

25   accommodate, and we send a team out.  I can't always
```



1    go, but the evening ones, I will go to.  Murphy and

2    Quick -- they attend the ones during the day, and they

3    really focus on the officers.  I will be going out to

4    talk about citizen compliance, which will stress

5    people not to speed and that if an officer stops you

6    to immediately stop.  And if you have CPL, immediately

7    identify that you have a CPL, and then give the

8    officer the documents that they request.  That would

9    cut down on a lot of back-and-forth between the

10   officer and the citizen, which may help with our

11   complaint issues as well.  But it really stresses

12   compliance, and they'll talk about prevention.  So

13   we're trying to do a complete circle.

14           COMMISSIONER BURCH:  See, our precinct

15   meets every second Tuesday, our community relations.

16   So, now, how would that benefit?  Because most of the

17   officers aren't there.  So if you do it in the

18   daytime, the officers are out doing their duties.  So

19   I'm trying to get both in, citizens and the police.

20           Chief Bettison, maybe you can help on this

21   issue.  If they can come a particular Tuesday -- if

22   they can come in October, maybe you could make it,

23   like, a -- what do you call that?  Not a demand but

24   asking the police officers to be there so the citizens

25   and them can work together.  They need to hear this



1   together.  How will that -- we'll talk later?

2              DR. MCCALISTER:  Well, this is how we

3   normally do it.  We give the prevention training for

4   officers either at role call, or we set it aside for

5   their monthly training.  Because Quick and Murphy were

6   there for three hours, and they talked for three

7   hours.  The officers asked questions the entire time,

8   and they have been asked to come back.

9              So we can do a small prevention for the

10  community, but the officers -- we really want to make

11  sure that we're specifically talking to them.  But

12  when we go to No. 4, we're going to have an overall of

13  how not to get in trouble with the police, and then

14  I'll talk about compliance.  But we can come, and we

15  can talk to your citizens and then come back and talk

16  to your officers.

17             COMMISSIONER BURCH:  I'm going to come to

18  the commissioners' place of business to see how we do

19  it.  I'll make sure that I come.

20             COMMISSIONER BELL:  Any other --

21             COMMISSIONER BROOKS:  Yes.

22             I just want to thank you.  That was an

23  excellent report, and I like everything that you're

24  doing.  But you know my thoughts -- always with

25  recruiting.  So I like your goals; I like your



1    commissioner and investigator working together at the

2    school, and I'd like to be part of that.  We can talk

3    about it later.

4              DR. MCCALISTER:  And I have to honestly say

5    it's not all me.  I meet with my staff two or three

6    times a month, and they have terrific ideas.  So even

7    though I present them, a lot of it comes from them.

8    And they come out on their time.  They work.  They

9    don't ask for anything extra even though I try to push

10   for extra.  But a lot of it comes from their thoughts

11   and what they want to do.  Murphy and Quick

12   volunteered to go out into the community, and I just

13   told them, "Go ahead.  Go for it."  So as long as

14   they're energized and ready to go, we'll go.

15             COMMISSIONER BROOKS:  Thank you all very

16   much.

17             COMMISSIONER BELL:  Okay.  I have a couple

18   questions and concerns.  When we talk about unknown

19   officers, I think we need to make a distinction

20   between plainclothes and uniform.  Plainclothes is a

21   little bit different in terms of identifying on the

22   profile.  But I think if the DC will speak to -- an

23   officer in uniform like yourself -- citizens --

24             Could you share with the viewing audience

25   and for those that's here, whether it be your uniform,



1   which is standard -- could you identify what you are

2   wearing and your name tag and your badge and whatever

3   and also talk about the scout car number?  Could you

4   elaborate on that?  I'm just going to tie that in.

5           DC BETTISON:  Through the chair,

6   absolutely, Commissioner Bell.  I have on what's

7   considered a Class B uniform, which is a softer, more

8   comfortable uniform.  But still it has my name, which

9   is embroidered on my shirt.  Something a little bit

10  different -- at the rank of captain and above on the

11  Detroit Police Department -- at that rank you don't

12  have a badge number, but we do have names on our

13  shirts.  So sometimes I may run into difficulty if I'm

14  going to a place and they say, "Give me your badge

15  number."

16          "I don't have a badge number."  They're,

17  like, "Well, you got to have a badge number."

18          "Oh, no.  I don't."

19          (Laughter.)

20          But lieutenants and below -- they all have

21  badge numbers.  It's on the badge.  And even with the

22  soft uniform, it's on the uniform as well.  For a

23  citizen that encounters an officer, of course you're

24  talking -- the badge number, the name -- if you ask

25  the officer about policy, they have to give you that



1   information.  Also, officers can be readily identified

2   by the police vehicle.  All of our police vehicles,

3   what we call scout cars, have numbers on them, so if

4   you can get the number off the side of the vehicle,

5   that links back to the officer that was assigned that

6   vehicle on that shift at that particular time.  So

7   we're able to readily identify the officer.  The car

8   vehicle code is very important.  If you don't get

9   that, get the license plate number.  So those are some

10  things.

11          Now, when it comes to our plainclothes

12  officers, where the officer -- and I'll make the

13  distinction between undercover officers and

14  plainclothes officers because it's a difference.  A

15  plainclothes officer is an officer that is not in the

16  standard uniform, per se, so you won't see the badge.

17  You won't see the blue.

18          It may be a situation where we call our

19  special ops.  They may have the green pants and a polo

20  shirt on, and they may have their badge oftentimes

21  around their neck.  You should be able to see a badge

22  number on that, but sometimes it may be difficult.

23  But still if you ask them for their information, by

24  policy they should -- they're required to give you

25  that.  If they don't give you that, once again, all of



1    the cars have numbers on them, so that car is key as

2    far as being able to identify who was at that scene.

3    And, also, once we know the car, we know the in-car

4    video as well.

5            And then for undercover officers, you just

6    won't know them until they identify themselves to you.

7    And at that point, more than likely you're under

8    investigation.  So at that point, if you got any

9    questions, you can ask them their name and their badge

10   number as well, and they will give that to you.

11           And if it's a question of whether or not

12   they're undercover, all cars have a license plate that

13   will link back to who was driving it, so even if it's

14   an undercover officer, you would want to get that

15   license plate as well so we can be able to track them

16   down.  And I spoke about this uniform being a Class B.

17   The one with the actual badge is considered a Class A

18   uniform for more ceremonial-type purposes, and it's

19   what most folks are accustomed to seeing.

20           And, once again, I just want to thank you

21   for that excellent report.  And I'm all in.  We're all

22   in to be able to work with you to help get the

23   complaints down, and by educating our officers, going

24   out there just -- to the field with the -- with what

25   Murphy and Quick and Akbar are doing is making a



1    tremendous difference, and it does let the officers

2    know that the board and the office of the chief

3    investigator does care about their career.  So I'm

4    very happy with it, and I will definitely step in and

5    do anything that I can to assist you.

6              COMMISSIONER BELL:  Thank you.  I have a

7    question, but I'm going to --

8              Just pause for one second, please.

9              Commissioner Carter?  Then I'll come back

10   to Davis; then I'll finish up my question.

11             COMMISSIONER CARTER:  Through the chair, I

12   think, once again, the information that you just gave

13   Deputy Chief Bettison is excellent for a social media

14   platform so that people know what to look for and the

15   marks -- everything that should be --

16             You're going to say something.  I'm sorry.

17             DC BETTISON:  Because, you know, I can get

18   ahead -- I'm going to get Brian Fountain in the

19   audiovisual team, and we're going to start putting

20   this stuff -- we'll create some videos, and we'll get

21   that on our social media platform.

22             COMMISSIONER CARTER:  Thank you.

23             COMMISSIONER BELL:  And we can work with

24   the board as well, and it can be a joint effort.

25             COMMISSIONER CARTER:  Right.  And maybe we



1    won't have as many unidentified, you know, complaints.

2          DR. MCCALISTER:  Teresa Blossom created a

3    pamphlet, and it has all the identifiers on it.  We're

4    going to make copies of that and -- when we go out to

5    the community meetings -- and pass those out.  I know

6    I've done a few committee meetings and passed them

7    out.  But what she has in there really explains to the

8    citizens how to identify officers.  Now, do they

9    actually read it?  I don't know.  But it's our job to

10   kind of, like, get out there and explain it to them.

11   But she did an awesome job with that, and it kind of,

12   like, breaks everything down on how to -- if an

13   officer refuses his badge, write down the car number.

14          We have got a lot of complaints with the

15   black Chargers at night, where they can't see, and

16   then they don't know if it's a black Charger of a

17   citizen or a black Charger of a police officer.  And

18   then by the time the car takes off, they don't get the

19   plate number.  So in a perfect world, all that would

20   be great, but we're dealing with elements where it's

21   dark.  It may be on a side street where the officer

22   pulls off.  They're so mad.  They don't even get the

23   plate number.  So we just have to really do a better

24   job of trying to educate the community.

25          COMMISSIONER BELL:  Commissioner Davis.



1           COMMISSIONER DAVIS:  I was wondering about

2    body-worn cameras.  If a officer doesn't activate or

3    chooses not to utilize it, what's the consequences of

4    that?

5           DR. MCCALISTER:  We sustain them 'cause

6    it's policy.  You have to wear them.  And this is what

7    we talked about the other day.  We do have an issue

8    with the precincts where anytime they have citizen

9    contact, they are supposed to have body cameras on,

10   and they're supposed to activate those.  We've gotten

11   complaints where a citizen will come in to make a

12   report, and they'll say they got dragged out of the

13   precinct, kicked out, cussed out, and we have no way

14   of proving that because nobody has their body-worn

15   cameras on.

16           So we have talked about that.  Hopefully,

17   it can be rectified and we won't have an issue with

18   that.  But everybody is supposed to have them, so

19   we're just hoping that everybody is in compliance.

20   Does that answer your question?

21           COMMISSIONER DAVIS:  Yes.

22           COMMISSIONER BELL:  Yes, sir.

23           DC BETTISON:  If I could respond to that.

24   Through the chair as well.  The push, you know, with

25   implementing all of our body-worn cameras -- our



1   department is a large force.  The emphasis was

2   precincts' patrol, getting our special ops on the

3   street.  Now that we've got them fully deployed there,

4   officers are wearing them on the street.  Now you

5   start to look in and say, "Hey, we're getting

6   complaints at an administrative level" -- folks

7   walking into the precinct behind the desk, a demeanor

8   complaint with the desk.

9            So now we'll -- it'll be a push there as

10  well.  So I'll work with the chief investigator,

11  getting that out to our folks to be able to fill that

12  gap.  Because at the same time you have body-worn

13  cameras, but you also have cameras in the precinct

14  lobby to make sure that they're working and the

15  microphones there are on there as well but at the same

16  time being able to respect privacy, too.  So we will

17  definitely get there, and we'll keep that right in

18  front of us.

19            COMMISSIONER BELL:  Well, Commissioner

20  Davis took my question but -- which is good, you know.

21  To follow up -- but what I want to know -- what is the

22  outcome of the discipline in terms of the officer's

23  first time, second time, you know?  Just a common

24  occurrence with this officer?  Whatever that is.  So

25  if you can get some monitoring on that in terms of



1  outcome, you know, reviewing a couple cases as well

2  where the camera went out.  They cited them, but we

3  want to know are we getting their attention from DPD

4  in terms of outcome and discipline.  What is it?  You

5  know, written first time?  Whatever that is, we need

6  to get an idea of the whole issue.  Are we having an

7  impact?

8         DR. MCCALISTER:  I think when they do their

9  presentation, I think that's something that we should

10  ask them but also have disciplinary come in and do a

11  presentation as well about -- "What's the level of

12  discipline?  Do you not discipline on the first one or

13  the second one?"

14         COMMISSIONER BELL:  Yeah.  And, in

15  closing -- which is excellent that Murphy and Quick

16  are speaking, which is needed because when we spoke

17  briefly to the sergeant/lieutenant class, there was a

18  great deal of lack of understanding and misinformation

19  about the role of the board.  And so I think -- that's

20  fine, but the next step would be to talk to the

21  first-line supervisor, the sergeant/lieutenants

22  because they lead the troops.  If they have these

23  comments and -- you know how that goes --

24  misunderstanding, how can you expect an officer to

25  have a misunderstanding?  Because they take in those



```
 1   reports.  They have a great deal of impact on these

 2   officers, so we need to get to them.

 3              And I want to commend you on the effort.

 4              And since Commissioner Burch did not lock

 5   in a date, I'm locking in a date for November, which

 6   is always on the first Wednesday of the month, and

 7   that'll be a ten-minute format.  I would hope that

 8   each precinct -- by district, each precinct have a

 9   police/community meeting every month.

10              DR. MCCALISTER:  Yes.

11              COMMISSIONER BELL:  And they'll be winding

12   down maybe in December or January.  Basically, a

13   commissioner can get on the agenda.  You can get a

14   time to OCI if you request that ten minutes, you know,

15   of that process.  I think that would be a good way for

16   you to roll out -- 'cause it's one thing for us to

17   just speak, but this is the substance of what the

18   community -- not just prevention but also how we can

19   react in terms of addressing their concerns.  But also

20   dealing with -- don't get into confrontation with the

21   officer over their identity, but just try to work with

22   us in trying to deal with that.  And on behalf of the

23   board, thank you.

24              (Applause.)

25              Any standing and ad hoc committee reports?
```



09/27/2018                                    Page 69

1            If not, Mr. Hicks, board secretary.

2            MR. HICKS:  Thank you, Mr. Chair.

3            I've indicated on the agenda -- I wanted to

4    call seven items to your attention.  The first five of

5    them you've already referenced in your report, the

6    chairperson's report, and those were the five proposed

7    directives that were transmitted from the chief of

8    police to our office.  And as you indicated in your

9    report, that kicks off a 90-day period of time in

10   which we'll be conducting such a review.  Then Item 6

11   on the list -- and, again, these are on the agenda,

12   not for action today.  I'm really reporting in

13   information.  The sixth item is a communication from

14   the Michigan Towers Association.

15            And then the seventh item is communications

16   from the chief of police with reference to a class,

17   recruit class, 2018-G, and that graduation is

18   October 12, 2018, at 10:30 a.m., at Greater Grace

19   Temple.  That concludes any information that I wanted

20   to share this evening.

21            COMMISSIONER BELL:  Any questions or

22   concerns for the board secretary?

23            COMMISSIONER CARTER:  Through the chair.

24            COMMISSIONER BELL:  Yes, ma'am.

25            COMMISSIONER CARTER:  I'm sorry.



```
1    Mr. Secretary, can you check on the status -- there
2    was -- and this has nothing to do with what we're
3    talking about here.  I guess it would be old business.
4    There was an officer in the 8th Precinct who got
5    several complaints maybe a year and a half ago, and I
6    know that there was a heavy discussion about when they
7    first got the cameras in the 8th Precinct.  But,
8    anyway, I just wanted to follow up to find out the
9    status of -- and I know that there was a grievance
10   filed and -- by the officer with regards to
11   discipline, I believe it was.  But, anyway, if you
12   could follow up and find out where we are with that
13   situation.
14            MR. HICKS:  Sure.
15            COMMISSIONER CARTER:  Thank you.
16            Thank you, Mr. Chairman.
17            COMMISSIONER BELL:  Thank you.  That was --
18   any other old business?
19            COMMISSIONER BURCH:  I guess it would --
20   I'm sorry.  Did I beat somebody?
21            COMMISSIONER BELL:  No, no.  She just spoke
22   to perhaps that fell on old business.
23            So any other old business?
24            COMMISSIONER BURCH:  I guess the old
25   business -- I just want to thank the board of
```



1  commissioners for honoring Chaplain Wyckoff last week.

2  He was very, very surprised and very happy, so I just

3  want to thank the board for honoring him for the

4  heroic thing he did on the Princess boat.

5          COMMISSIONER BELL:  Thank you for bringing

6  that to our attention.

7          Any new business?

8          COMMISSIONER BURTON:  Through the chair.

9          COMMISSIONER BELL:  Yes.

10          COMMISSIONER BURTON:  Under old business.

11          COMMISSIONER BELL:  Yes, sir.

12          COMMISSIONER BURTON:  Regarding the

13  September 20th vote on towing, me and my

14  constituents -- bringing to my attention -- one of

15  them did -- the boards violates the Open Meetings Act

16  by -- by voting on towing, by not advising,

17  re-advising, or adding towing to the agenda within --

18  I guess, it was added within less than 24 hours.  So,

19  you know -- but the board moved for immediate vote,

20  and we had less than 24 hours.  So that's kind of,

21  like, what -- my constituents are reaching out to me

22  wanting to know.  Did we violate the Open Meetings

23  Act?  We did not approve or advise the agenda on

24  towing when we added it at the last minute or, I

25  guess, when the board added it at the last minute.



09/27/2018                                    Page 72

1          COMMISSIONER BELL:  Is that a question?

2          COMMISSIONER BURTON:  The question is they

3    want -- my constituents want to know -- did we violate

4    the Open Meetings Act?

5          COMMISSIONER BELL:  The answer --

6          COMMISSIONER BURTON:  'Cause towing was

7    added to the -- to the agenda --

8          COMMISSIONER BELL:  Okay.  I would say no,

9    and our attorney will respond to you in terms of

10   writing on that issue.

11         COMMISSIONER BURTON:  And, also, can all of

12   the commissioners -- can we all receive the updated

13   bylaws?

14         COMMISSIONER BELL:  Yes, sir.

15         COMMISSIONER BURTON:  Thank you.

16         COMMISSIONER BELL:  No problem.

17         Okay.  Any other new business -- any new

18   business, I should say?  Announcement:  Our next

19   meeting will be Thursday, October 11th, at 6:30 p.m.

20   at the 7th Precinct at Hunt Street Station, 2200 Hunt.

21   That's Gratiot and Hunt, historically, in the

22   7th Precinct.  The next community meeting in November

23   will be on Thursday, November 8, 2018, at 6:30 p.m.,

24   at the 6th Precinct, Second Grace United Methodist

25   Church, 18700 Joy Road, Detroit, Michigan, and you



1    have that information.  You can circulate that.

2           And Mr. Hicks already mentioned graduation.

3    That's scheduled for October 12th at Greater Grace.

4    That's a couple of announcements.

5           COMMISSIONER DEWAELSCHE:  Mr. Chairman, if

6    I can --

7           COMMISSIONER BELL:  Yes, ma'am.

8           COMMISSIONER DEWAELSCHE:  For the

9    October 11th evening meeting, do we have Mr. Lawrence

10   Garcia coming or someone from his office --

11          MR. HICKS:  Yes.

12          COMMISSIONER DEWAELSCHE:  -- to present on

13   the medical marijuana facilities update?

14          MR. HICKS:  Through the chair.

15          Yes, we confirmed that, and he is expected

16   to be at the meeting.

17          COMMISSIONER DEWAELSCHE:  Thank you very

18   much.

19          COMMISSIONER BELL:  Thank you.  Moving to

20   oral communication from the public.  You should have

21   your card.  You have two minutes.  We have signs

22   indicating to that effect.

23          Before we move to that with the first

24   speaker and the second speaker, I would like to

25   (inaudible) young man that represents Roy McCalister,



1    Councilman Roy McCalister, District 2.

2           Could you -- I was looking on the minutes

3    for you, but could you identify yourself, sir?

4           MR. MARTIN:  Albert Martin, representing

5    council.

6           COMMISSIONER BELL:  I'll make a note of

7    that.  And thank you for your attendance, which is

8    carrying on a tradition from the former Councilman

9    George Cushingberry.  He always had a representative

10   in the name of Dr. Dyer, was at the majority of our

11   meetings.  So I'm glad the 2nd District is committed

12   to continue that tradition.  We appreciate you coming

13   out.

14          MR. MARTIN:  Mr. Chairman, members of the

15   commission, let me assure you the council is

16   committed, and we will have representation.  Thank

17   you.

18          COMMISSIONER BELL:  Thank you.

19          Mr. Brown.

20          MR. BROWN:  Mr. Chair, I currently have

21   four cards.  Your first speaker is Ms. Fredia Butler

22   followed by Ms. Bernice Smith followed by Sherry

23   Wells, and your last speaker will be Mr. Eric Blount.

24          MS. BUTLER:  Good afternoon.

25          THE BOARD:  Good afternoon.



1            MS. BUTLER:  I'm Fredia Butler.  I'm a

2    community activist.  Commissioners, while protesting

3    the used cars and repair places in our community,

4    there are two posters that speak to everyone in our

5    city.  One poster says "Wake Up, Detroit," and the

6    other says "Stay Woke," which isn't grammatically

7    correct, but it got the attention of a child, whom I

8    believe to be about six or seven years old.  He was

9    with his father and four other siblings.  He asked,

10   "What does 'Stay Woke' mean?"  An explanation was

11   given to him.

12           Last Thursday, September 20th, I listened

13   to a presentation on identification cards for the city

14   of Detroit.  The presentation was disturbing.  We

15   already have school IDs, state IDs, and driver's

16   licenses.  Not long ago during the 4th of July there

17   was a suggestion of having a curfew for the young

18   people in Detroit.  The question was asked, "How were

19   they to identify the young people coming from the

20   suburbs and those who lived in Detroit?"

21           In South Africa not very long ago, Africans

22   had to have identification cards to go to certain

23   areas in their country.  We need to be cognizant of

24   what is put before us, the shiny objects of,

25   supposedly, discounts at certain businesses and other



1   amenities are only to draw us in, I believe.  As we

2   were told at a community meeting in 2014, which if we

3   don't get involved in our city, we may need a passport

4   to come downtown.  Let's not think that it could not

5   happen.

6            I didn't think that I would hear the words

7   "internment camps," but today the man in the White

8   House has established them for people who have and are

9   migrating to this country, and some are United States

10  citizens.  They have worked to overturn President

11  Obama's policies on immigration and some prison

12  offenses.  We are reliving history of children and

13  even nursing babies being taken from the arms of

14  mothers.  Businesses have been created from the

15  president's policy on immigration.  Millions of

16  dollars have been taken from FEMA to create more

17  internment camps.  Attorney General Sessions said that

18  he was carrying out President Trump's policies.

19           Look at what has happened and is happening

20  today.  I told an official at the water department

21  that we have one of the largest bodies of fresh water

22  in the world and yet we are paying the highest cost in

23  the city of Detroit.  Why?

24           Wake up, Detroit and "stay woke."  Thank

25  you.



09/27/2018                                    Page 77

1         COMMISSIONER BELL:  Thank you.

2         MR. BROWN:  Ms. Bernice Smith.

3         MS. SMITH:  I'm sorry.

4         MR. BROWN:  Mr. Chair, while she's

5    coming -- I got two additional cards.

6         COMMISSIONER BELL:  Well, we're gonna allow

7    these cards, but in the future we're going to have a

8    cutoff, and we're going to abide by the cutoff.  When

9    we make the announcement in the meeting, and most of

10   the meetings you go to, they have a cutoff.  They

11   don't entertain last-minute people.  So I just want

12   you to know that we will accommodate you today, but,

13   basically, when you walk in, there's a certain time

14   frame that we have to try to abide by because the

15   point is we're going over time, and people are getting

16   frustrated, and they're walking out.  So we want to do

17   our meeting in a timely manner, but we want to give

18   you a voice.  But we're trying to control the time.

19   Thank you.

20        Ms. Smith.

21        MS. SMITH:  Good afternoon.

22        THE BOARD:  Good afternoon.

23        MS. SMITH:  Good afternoon to the chief and

24   to the commission.  I have good news.  I had come

25   before the board in regards to the neighborhood on



1    West Grand Boulevard and Warren with all the garbage

2    and the -- whatever -- refrigerators and so forth that

3    they were setting out on the curb.  After

4    investigation made by the 10th Precinct and our own

5    investigator here at the board, I am very delighted

6    'cause when I came by Sunday after church, the street

7    and the sidewalk was clear, and I'm very happy.

8            It took a long time for them to get the

9    word.  So now they have moved everything behind the

10   buildings there on the corner of Warren, and they got

11   a curtain where you can go behind it.  So I'm glad

12   that it's not on the street any longer.  Also, we do

13   have abandoned cars that are still there, so I will

14   give him the license number so he can get rid of the

15   abandoned cars.  So I'm very happy in that regard.

16           Now, I did have complaints from a couple of

17   the towing people.  I wasn't here.  Matter of fact, I

18   had an operation, guys, so I'm very happy that my

19   kidney that was operated -- I'm doing well.  God's not

20   ready for me yet.  They told me that they were having

21   problems and they would like to know what the police

22   department's going to do in regards to their welfare.

23   Because a lot of them depend on the towing that

24   they've been doing all these many years, so I hope

25   that you'll get that straightened out, and we'll come



 1    back to the public and let them know what's going to

 2    happen with regards to their businesses in towing.

 3              'Cause a lot of brothers are involved in

 4    the towing, so I know -- and other nationalities.  But

 5    these two came to me and asked me if I -- if we could

 6    investigate and see what's going to happen.  So I hope

 7    it comes out for the best for everyone involved, and I

 8    thank you so much.

 9              And, you, Reverend Holley -- I don't know

10    why you're in the paper, the Chronicle.  You're --

11              COMMISSIONER BELL:  Ms. Smith --

12              MS. SMITH:  All right.  I'm through.  I'm

13    through.

14              (Laughter.)

15              I'll talk to you personally about your

16    article in the Chronicle.

17              COMMISSIONER BELL:  Thank you.

18              MR. BROWN:  Ms. Sherry Wells.

19              MS. WILCOXON:  Through the chair, I'm

20       D. Etta Wilcoxon.  I came with Sherry Wells.

21    She's a colleague of mine, and I'll take her place.  I

22    did sign in in ample time.  My card somehow was

23    mysteriously lost.  In light of the fact that it was,

24    I would just like to address the board for the two

25    minutes that are provided.



1          COMMISSIONER BELL:  Yes, ma'am.

2          MS. WILCOXON:  I initially wanted to ask

3    the board what my neighbors and I thought was a very

4    simplistic question, and that was how the board

5    intended to have the hardship provision of the new

6    towing arrangement implemented; however, recent

7    developments have made the situation, in our

8    estimation, complex.

9               There seems to be some disagreement in

10   terms of who's actually responsible for towing in the

11   city of Detroit.  The city council seems to think that

12   it's their responsibility, and the department seems to

13   think it's its responsibility, and we're confused,

14   too, because the chief of police is the chief of

15   police and the deputy mayor, who is a part of the

16   mayor's office, and we're looking at now whether or

17   not the Open Meetings Act was violated.  So if the

18   board could shed some light in terms of how we got to

19   this point and what it means going forward because

20   there's confusion in the community in terms of the

21   kinds of decisions that are being made downtown and

22   how they're being made.

23               If you look at how Jefferson was blocked

24   off -- and there was some complaining -- and then

25   there was a report which indicated that no one had any



1   permits in order to close it off, and perhaps they

2   should reopen it.  So we, the people in the city of

3   Detroit, are confused, and my neighbors decided that I

4   should be the person to come down and ask these

5   questions of the board.  Thank you.

6           COMMISSIONER BELL:  I just want to respond

7   in this manner.  We spoke to that issue earlier, but

8   you can always speak to our board secretary,

9   Mr. Hicks, after the meeting or myself, but basically

10  that is in the reign or authority of the mayor and the

11  chief of police, dealing with towing in the city of

12  Detroit.  We have supervision and monitor.  I don't

13  know the role of the council.  I cannot speak for the

14  council.  I can't speak for the mayor or the chief.

15  So that issue will probably be ongoing in terms of

16  clarification.

17          So I don't think we have to say anything

18  else in reference to our towing issue because it's not

19  going to resolve your concern and the community's

20  concern, but there are avenues that they can take with

21  the mayor and with the chief of police.  Primarily,

22  it's an executive decision how they're going to deal

23  with that.  So any other issue, we can talk about it

24  afterward, but I don't think we're going to go on and

25  on about the towing.  I spoke to it earlier.  We got a



1    position on it, and you can review our resolution of

2    sector.  Thank you.

3                Next speaker.

4                MR. BROWN:  Mr. Eric Blount followed by

5    Mr. Marcelus Brice.

6                MR. BLOUNT:  Good afternoon, board.

7                THE BOARD:  Good afternoon.

8                MR. BLOUNT:  My name is Eric Blount,

9    lifelong resident.  I have been absent for a while.  I

10   had oral surgery.  So, as you know, it would pain me

11   to come here and not be able to say anything.

12               (Laughter.)

13               To Dr. McCalister and her great

14   presentation, I just have a few concerns.  One is on

15   this unknown command line where there's 45 instances

16   of unknown.  It just causes some concern on

17   transparency that perhaps these are the officers that

18   are going out of their way not to be identified.  I

19   was recently pulled over by the state police, and just

20   in that instance I think it's typical that you get

21   pulled over by a scout car that's behind you.  The

22   scout car stays behind you.  The officer comes up --

23   it's hard to identify the officer -- and then you pull

24   off before the officer does, so there's virtually no

25   opportunity to see what the scout car number is, what



HANSON RENAISSANCE
COURT REPORTERS & VIDEO   hansonreporting.com
313.567.8100

09/27/2018                                    Page 83

1    the license plate number is; so -- and I don't have

2    any solutions.

3             My other point was on -- I like the fact

4    that you monitor the use of the F-word.  I'm concerned

5    on recent incidents that perhaps we should monitor the

6    use of the N-word.  One of our suburban new recruits

7    referred to Detroiters as "zoo animals."  So I think

8    that is something we really have to be concerned

9    about, that it may not be the exact F- or N-word

10   but -- as many have called out federal officials on

11   using what is commonly referred to as "dog whistles."

12   So I think that reference to Detroiters being the zoo

13   animals was a dog whistle for white nationalists and

14   supremacists.  Thank you.

15            COMMISSIONER BELL:  And thank you,

16   Mr. Blount.  As you well know, the chief terminated

17   that officer, because he was a probation officer.  He

18   took strong measure, as in the past, dealing with

19   social media issues that's inappropriate.  So we dealt

20   with it.  We spoke to the issue, had a press

21   conference, and we are satisfied with that approach to

22   it.  But we do monitor social media issues, and they

23   do respond right away.

24            The other issue -- we spoke to the unknown

25   officer issue.  It's been ongoing.  We are dealing



1    with that.  We -- that's why the deputy chief spoke in

2    terms of how to approach it.  We understand the pros

3    and cons, but it also behooves the citizen not to get

4    angry but to be smart in terms of how to approach that

5    situation.  And thank you.

6               Mr. Brown.

7               MR. BROWN:  Mr. Marcelus Brice.

8               Mr. Chair, this is your last speaker.

9               MR. BRICE:  To this honorable body, staff,

10   Deputy Chief Todd Bettison -- good afternoon.

11              THE BOARD:  Good afternoon.

12              MR. BRICE:  My name is Marcelus Brice.

13   Many of you here know me for my work that I've done in

14   the community.  Some of you know me in my professional

15   capacity as a lobbyist with Capital Strategic Group.

16   But what many of you don't know is that I'm the owner

17   of a company called Alternative Care Choices located

18   at 20041 West Eight Mile, which is licensed by the

19   City of Detroit as a medical marijuana caregiver

20   center.

21              And the issue that I just wanted to bring

22   to your attention today is that, you know, the medical

23   marijuana caregiver centers and provisioning centers

24   in the city of Detroit has very, very strict

25   guidelines set both by the State of Michigan and the



1    by the City of Detroit, and in order to service a

2    patient, they must be prescribed by a medical licensed

3    physician in the state of Michigan with an illness

4    that they believe that medical marijuana can help cure

5    or help with the treatment.

6              And as of the last time I checked it --

7    this might have changed, but I don't think it has --

8    medical marijuana caregiver centers in the city of

9    Detroit are not able to participate in the Green Light

10   program.  I think given the fact that many of our

11   patients are ill with some type of illness, and

12   they've been prescribed by a doctor, that is -- and

13   also given the fact that it's a cash business -- so

14   99 percent of the patients -- or -- 100 percent of the

15   patients come in with cash -- that they can become

16   easy targets.

17             So I just wanted to bring that, guys, to

18   your attention.  I know that there's a lot of, you

19   know, thoughts on the medical marijuana industry, and

20   they differ from person to person, but it is a

21   licensed legal business in the city of Detroit.  And I

22   think as a licensed legal business, especially one

23   that delivers a service to those who are sick, that

24   they should be able to participate in the Green Light

25   program, and I would just like for this board to look



1    into that and see if there's some policy change that

2    we can come about to make that possible.

3              COMMISSIONER BELL:  Thank you, sir.  If you

4    would speak to the deputy chief at the end of the

5    meeting and address that, based after the criteria,

6    I'm pretty sure he would have some dialogue with us in

7    reference to that issue that you just brought up.  Do

8    they meet the criteria?  If not, why not?  You know,

9    that type of thing.  Thank you.

10             MR. BRICE:  Thank you, Chair.  I appreciate

11   it.

12             MR. BROWN:  Mr. Chair, that concludes oral

13   communication.

14             COMMISSIONER BELL:  Could you share that

15   information in terms of his issue with the board about

16   the criteria?  And I don't know if you know now, you

17   know, but --

18             DC BETTISON:  Through the chair, I'll have

19   to take that back and look into it and report back.

20             COMMISSIONER BELL:  Thank you.  Okay.

21   Thank you.

22             Mr. Brown.

23             MR. BROWN:  That concludes the oral

24   communications, sir.

25             COMMISSIONER BELL:  If there's no other



09/27/2018                                    Page 87

1    business before this body, the chair is going to

2    entertain the motion -- before I do that, thank you.

3    We are not meeting next week.  Do not come down here

4    at 3:00 o'clock for the board of police commission

5    meeting.  But the building is open, so take care of

6    your business.  But we'll see you the week afterwards.

7    Thank you.

8              Motion to adjourn.  So moved.  Second?

9    Those in favor, aye.

10             THE BOARD:  Aye.

11             COMMISSIONER BELL:  Motion passed.  Thank

12   you.

13             (The meeting was concluded at 4:58 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25



09/27/2018                    Page 88

1                    CERTIFICATE OF NOTARY

2    STATE OF MICHIGAN )

3                     ) SS

4    COUNTY OF OAKLAND )

5

6              I, Susanne Ellen Gorman, a Notary Public in

7         and for the above county and state, do hereby certify

8         that the above meeting was taken before me at the time

9         and place hereinbefore set forth; that the witness was

10        by me first duly sworn to testify to the truth, and

11        nothing but the truth; that the foregoing questions

12        asked and answers made by the witness were duly

13        recorded by me stenographically and reduced to

14        computer transcription; that this is a true, full, and

15        correct transcript of my stenographic notes so taken;

16        and that I am not related to, nor of counsel to either

17        party, nor interested in the event of this cause.

18

19        _____

20        Susanne Ellen Gorman, CSR-9271, RPR

21        Notary Public,

22        Oakland County, Michigan.

23

24

25   My commission expires:  September 14, 2023



**09/27/2018**

1

**0**

**0** 19:14

**1**

**1** 4:8 19:18 44:20

**10** 19:17 38:13 41:13,17 45:22 46:11

**100** 29:16 85:14

**105** 44:14

**10:30** 69:18

**10th** 78:4

**11:00** 47:19

**11th** 21:22 72:19 73:9

**12** 19:12 38:14 42:8 43:2 69:18

**12th** 43:5 56:10 73:3

**13** 19:8 43:7

**14** 19:13

**15** 42:7 46:11

**16** 43:6

**18** 44:15,20

**18700** 72:25

**19** 44:19 46:11

**194** 19:5

**1973** 14:14

**2**

**2** 49:16 74:1

**20** 22:7 41:23 46:9,13 51:9,10, 24 52:6 54:2

**20041** 84:18

**2014** 76:2

**2016** 21:8

**2017** 17:6 19:4,7,10

**2018** 3:2 16:17 19:3,4,7,10 33:3,10,11 35:1 42:6 44:7 69:18 72:23

**2018-G** 69:17

**2019** 13:20 48:2

**204** 19:4

**20th** 8:11 71:13 75:12

**21** 44:16

**22** 19:16

**2200** 72:20

**221** 19:10

**22nd** 47:20 53:19,20

**23** 19:3

**233** 19:10

**24** 71:18,20

**24th** 33:4

**26** 44:17

**26th** 53:8

**27** 3:2

**29** 46:13 52:6

**2:00** 54:6

**2nd** 43:6 74:11

**3**

**3** 4:4 35:1 43:5

**30** 33:10 46:14 52:6,23

**35** 52:23

**39** 44:16

**3:00** 3:3 87:4

**3:03** 3:21

**4**

**4** 3:10 19:11,13 21:8 33:11 43:5 58:12

**40** 51:8

**438** 19:7

**44** 42:7

**45** 41:22 51:8,14,15,23 82:15

**45th** 14:12

**49** 19:6,22 20:7

**4:00** 7:1

**4:58** 87:13

**4th** 41:3 49:10 56:4 75:16

**5**

**5** 4:20 19:4,9 21:7

**50** 45:20

**500** 28:5

**56** 44:18 45:21

**59** 42:8

**5th** 40:18

**6**

**6** 4:10 42:25 69:10

**654** 19:7

**6:00** 41:4

**6:30** 11:22 72:19,23

**6th** 72:24

**7**

**7** 4:2 11:23 43:4 46:13

**71** 44:14

**79** 44:14

**7th** 72:20,22

**8**

**8** 11:24 19:19 46:14 72:23

**82** 44:15,18

**86** 45:8 50:25

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**8:00**  6:25 47:19

**8:30**  35:1

**8th**  43:6 47:19 70:4,7

---

**9**

**9**  46:12

**90-day**  15:11 69:9

**99**  85:14

**9th**  41:2

---

**A**

**a.m.**  6:25 35:1 54:6 69:18

**abandoned**  78:13,15

**abide**  38:23 77:8,14

**absence**  6:23

**absent**  82:9

**absolutely**  13:15 21:13 23:7
  60:6

**abstaining**  9:7

**abuse**  48:14

**AC**  52:15

**academy**  45:4 47:16,20 51:3
  53:9

**accidents**  24:19 25:4,12

**accommodate**  56:25 77:12

**accountability**  37:9

**accustomed**  22:25 23:3 62:19

**achievements**  33:25

**Act**  71:15,23 72:4 80:17

**acted**  16:8

**action**  42:3 50:6 69:12

**actionable**  50:5

**activate**  65:2,10

**active**  14:16

**activist**  75:2

**activities**  14:6 36:19

**activity**  54:9

**actual**  41:13 62:17

**ad**  68:25

**add**  41:18

**added**  71:18,24,25 72:7

**adding**  71:17

**additional**  11:16 77:5

**additionally**  35:12

**address**  16:12 27:11 34:9
  38:24 40:7 47:1 79:24 86:5

**addressed**  32:11

**addressing**  68:19

**adjourn**  87:8

**administration**  35:18

**administrative**  66:6

**advancement**  40:7,9

**advancing**  33:15

**advertised**  22:9

**advise**  71:23

**advising**  71:16

**Africa**  75:21

**Africans**  75:21

**afternoon**  3:5,6,8 4:3,5,7,9
  7:18 8:1 11:2 18:13 32:23,25
  39:8,9 74:24,25 77:21,22,23
  82:6,7 84:10,11

**afterward**  81:24

**age**  52:7

**agencies**  13:3 34:1 35:7

**agencies'**  34:10

**agency**  53:9

**agenda**  8:1 68:13 69:3,11
  71:17,23 72:7

**agents**  12:8

**aggravated**  19:10

**agree**  29:15,16 30:20 31:4

**agreeable**  20:14

**ahead**  59:13 63:18

**Akbar**  40:16 48:3 62:25

**Albert**  74:4

**allegation**  43:18,21

**allegations**  42:6,7 43:15
  44:16,18,19 45:1,8

**Alleged**  51:6

**alleging**  43:24

**allotment**  38:22

**allotted**  17:3

**allowed**  14:17

**Alternative**  84:17

**amenities**  76:1

**ample**  79:22

**Anatomy**  13:9 34:23

**angry**  84:4

**animals**  83:7,13

**announcement**  37:11 72:18
  77:9

**announcements**  73:4

**annual**  33:4

**answers**  20:17

**anytime**  42:9 65:8

**apparently**  10:3

**Applause**  68:24

**apply**  13:6

**apprehended**  22:5

**apprehensions**  22:14

**approach**  16:10 23:12 83:21
  84:2,4

**approve**  7:25 71:23

**approving**  8:10

**approximately**  20:12 55:12

**09/27/2018**                                      3

**area**  21:12 26:7 48:13

**areas**  21:3 75:23

**arms**  76:13

**arrangement**  80:6

**arrests**  22:14

**article**  11:23 79:16

**articles**  34:3,5,8,11

**aspect**  20:6

**assault**  19:5,7,11 20:3

**assaults**  19:21

**assigned**  33:16 61:5

**assist**  63:5

**assisting**  36:1

**Association**  12:25 14:2 69:14

**assume**  18:7

**assure**  74:15

**at-large**  4:6,11,13

**attempt**  9:18

**attend**  34:21 36:12 57:2

**attendance**  3:13 4:22,23 74:7

**attending**  6:1 12:24 36:2 56:2,
9

**attention**  67:3 69:4 71:6,14
75:7 84:22 85:18

**attorney**  72:9 76:17

**audience**  3:6 28:5 29:25 59:24

**audiovisual**  5:8 63:19

**auditing**  12:7

**August**  42:6 43:16,20,22,23
44:6,13

**authority**  81:10

**automatically**  20:4

**Avenue**  24:23

**avenues**  81:20

**aware**  10:24

**awareness**  41:6 48:16

**awesome**  64:11

**aye**  8:6,7,16,17 87:9,10

---

**B**

---

**babies**  76:13

**back**  16:24 17:6 28:1,15 30:12
32:6,12 36:18 37:3 58:8,15
61:5 62:13 63:9 79:1 86:19

**back-and-forth**  57:9

**background**  34:5

**badge**  54:15 60:2,12,14,16,17,
21,24 61:16,20,21 62:9,17
64:13

**balance**  5:23

**Barren**  32:5,16

**barriers**  24:20 47:1

**based**  12:11 17:20 31:8 38:2
42:23 44:23,24,25 45:20 46:6
52:17,19 86:5

**basically**  11:4 17:16 68:12
77:13 81:9

**beat**  70:20

**begin**  15:11

**beginning**  17:2 21:21

**behalf**  3:12 11:9 68:22

**behavior**  23:15

**behooves**  84:3

**Bell**  3:5,7,10,22 4:14,21 5:1
6:7,9 7:8,12 8:4,8,14,18,21,23
9:2,5,12 10:14,23 11:7 13:16
17:15,16 20:8,21,25 21:17
22:17 24:2 25:24 28:12 29:15,
19 30:18 31:17 32:1,3,18
36:4,10,16,24 37:14,19,24
38:4,10,19 39:7 44:3 47:6,13
49:1,8 50:9,13 53:20 55:7,18
56:13,18 58:20 59:17 60:6
63:6,23 64:25 65:22 66:19
67:14 68:11 69:21,24 70:17,

21 71:5,9,11 72:1,5,8,14,16
73:7,19 74:6,18 77:1,6 79:11,
17 80:1 81:6 83:15 86:3,14,
20,25 87:11

**Bell's**  56:17

**beloved**  13:13

**beneficial**  34:9 45:12

**benefit**  57:16

**benefits**  48:12

**Bernice**  74:22 77:2

**Bettison**  6:15 7:10 13:13,15
19:1 21:5,13,16 22:2,13 23:7
24:7,10 27:17 29:23 30:19
35:3 42:11 50:2 57:20 60:5
63:13,17 65:23 84:10 86:18

**big**  13:25

**biggest**  42:16

**bike**  22:22 23:5,21,23 24:5
26:9 28:15,20,22 30:6

**bikers**  27:1

**binder**  33:7 34:3

**binders**  33:5 35:12

**Bishop**  10:10

**bit**  51:25 59:21 60:9

**black**  14:2 64:15,16,17

**blatant**  23:16

**block**  30:2,14

**blocked**  80:23

**Blossom**  5:13 14:5 64:2

**Blount**  74:23 82:4,6,8 83:16

**blue**  61:17

**board**  3:11,12 7:17 8:7,17
10:11 11:10,13,18,24 12:5,15,
17,22,23 13:2 14:11,24 15:4,
12,18 16:2,12 18:3,14,15,16,
22 19:23 28:11 29:24 32:24,
25 34:22 35:10,20,23 39:8,9
41:7 48:10 63:2,24 67:19
68:23 69:1,22 70:25 71:3,19,

09/27/2018                                                                     4

25 74:25 77:22,25 78:5 79:24
80:3,4,18 81:5,8 82:6,7 84:11
85:25 86:15 87:4,10

**boards** 71:15

**boat** 71:4

**bodies** 76:21

**body** 65:9 84:9 87:1

**body-camera** 51:1

**body-worn** 16:15 44:23 45:3,
21 54:9 65:2,14,25 66:12

**bomb** 15:3

**BOPC** 34:18

**Bopc@detroitmichigan.
government.** 15:17

**Boulevard** 78:1

**branched** 47:8

**branching** 49:17

**breaks** 64:12

**Brian** 5:19 63:18

**Brice** 82:5 84:7,9,12 86:10

**bridge** 42:14

**briefly** 67:17

**bring** 43:11 50:22 84:21 85:17

**bringing** 36:18 71:5,14

**brings** 50:24

**broad** 34:16

**Brooks** 4:5,6 47:3 58:21 59:15

**brothers** 79:3

**brought** 30:2 86:7

**Brown** 4:7,8 5:11 16:25 35:17
36:6 47:5,24 55:7,8,17 74:19,
20 77:2,4 79:18 82:4 84:6,7
86:12,22,23

**build** 35:8 47:14 53:10

**building** 21:23 33:17 87:5

**buildings** 78:10

**bundled** 9:15

**Burch** 4:3,4 21:15,18 22:12,16
25:22 29:18,20 30:20 32:2,4
38:25 49:3,6,21,24 56:16,19
57:14 58:17 68:4 70:19,24

**burglary** 19:13 22:3

**Burton** 4:17,18,20 8:12,20,22,
24 9:7,25 10:15,19 11:6 71:8,
10,12 72:2,6,11,15

**business** 5:2 7:16,24 21:20,22
27:19,20,23 58:18 70:3,18,22,
23,25 71:7,10 72:17,18 85:13,
21,22 87:1,6

**businesses** 25:6 75:25 76:14
79:2

**Butler** 74:21,24 75:1

**bylaws** 35:11 72:13

---

**C**

---

**cable** 3:14

**calendar** 13:20

**calendars** 43:10

**call** 10:21 32:19 37:22 56:23
57:23 58:4 61:3,18 69:4

**Callaway** 6:6 48:6

**called** 32:10 83:10 84:17

**calm** 13:10 24:19 34:25

**camera** 45:3 50:25 67:2

**cameras** 16:15 44:23 45:22
46:1 54:9 65:2,9,15,25 66:13
70:7

**camps** 76:7,17

**candidly** 20:15

**capabilities** 39:21

**capacity** 84:15

**Capital** 84:15

**captain** 60:10

**capture** 45:3

**captured** 45:21,22,23

**capturing** 44:24,25 47:8

**car** 54:16 60:3 61:7 62:1,3
64:13,18 82:21,22,25

**card** 16:24 17:1 73:21 79:22

**cards** 16:24 74:21 75:13,22
77:5,7

**care** 63:3 84:17 87:5

**cared** 40:25

**career** 17:24 48:10 63:3

**careers** 40:25

**caregiver** 84:19,23 85:8

**Carjacking** 19:9

**carjackings** 21:2,6

**carpet** 14:1

**carried** 8:9

**carries** 8:19

**carrying** 74:8 76:18

**cars** 21:19 25:6,7 61:3 62:1,12
75:3 78:13,15

**Carter** 4:9,10 13:12 28:14
31:4,16,18 35:3 55:19,22
56:7,12 63:9,11,22,25 69:23,
25 70:15

**case** 11:15 45:11 46:20

**cases** 12:7 67:1

**cash** 85:13,15

**cast** 35:10

**category** 19:3,10

**CCR** 42:5

**CCRS** 44:14

**celebrate** 14:10

**celebrating** 14:12

**center** 29:7 84:20

**centers** 84:23 85:8

**ceremonial-type** 62:18



09/27/2018                                                          5

**CERTIFICATE** 88:1

**chair** 3:11 5:4 9:11,13 13:12
17:6,7,16 19:1 25:14 27:17
29:14,18 30:19 31:3,16 35:2
36:24 37:20 50:2 60:5 63:11
65:24 69:2,23 71:8 73:14
74:20 77:4 79:19 84:8 86:10,
12,18 87:1

**Chairman** 4:19 10:1 32:2 49:4,
8 50:12,16 70:16 73:5 74:14

**chairman's** 11:9

**chairperson's** 69:6

**challenge** 47:22

**chance** 9:1,9

**change** 23:15 25:20 86:1

**changed** 40:23 85:7

**changing** 22:24 24:4 31:8
34:7

**channel** 3:15

**chaplain** 3:16 71:1

**Chapter** 11:24

**charge** 29:1

**Charger** 64:16,17

**Chargers** 64:15

**Charlotte** 47:4

**chart** 41:19 50:25 51:6,13 52:2

**charter** 11:23 14:14,21 34:18

**charts** 50:18

**check** 9:17 34:19 49:24 53:3
70:1

**checked** 85:6

**chief** 5:21,24 6:1,9,13,15,16
7:3,5,13 11:15 12:19 13:13
14:23 15:23 16:9,19 17:9,13,
15,21 18:6,9,25 20:10,13,23
22:18 24:3 28:16 35:3 37:15
39:10,15 50:3 57:20 63:2,13
66:10 69:7,16 77:23 80:14
81:11,14,21 83:16 84:1,10
86:4

**chief's** 7:7 35:3

**chiefs** 6:12

**child** 75:7

**children** 76:12

**Choices** 84:17

**chooses** 65:3

**Christmas** 11:19

**Chronicle** 79:10,16

**church** 72:25 78:6

**circle** 57:13

**circulate** 73:1

**circumstances** 17:11

**cited** 67:2

**citizen** 11:12 12:3,7,18 15:1
41:8 44:3,12 45:1 46:5 54:4,
12,14,15,19 57:4,10 60:23
64:17 65:8,11 84:3

**citizens** 12:1,5 16:6 57:19,24
58:15 59:23 64:8 76:10

**citizens'** 51:6 52:3 55:1

**city** 7:15 11:23 12:24 13:10
14:21 16:3 17:17,25 18:2
19:17 21:3,12 23:9 24:5,13,16
25:20 34:24 75:5,13 76:3,23
80:11 81:2,11 84:19,24 85:1,
8,21

**civic** 14:9

**civil** 12:4 14:18 38:5

**civilian** 11:25 12:2,16,25
14:15,21 15:1,22 33:18 34:1,
8,15 35:6 37:9 47:17

**clarification** 81:16

**clarify** 17:12

**class** 41:15 42:9 47:16 60:7
62:16,17 67:17 69:16,17

**classes** 47:21

**classify** 22:3

**clear** 78:7

**clergy** 14:8

**close** 81:1

**closed** 21:23 44:13,14,16,17,
19 45:20 46:6 52:3

**closing** 18:6 67:15

**club** 30:14

**clubs** 30:2

**code** 61:8

**cognizant** 75:23

**collaborate** 35:8

**colleague** 79:21

**comfortable** 46:18 60:8

**command** 51:9 82:15

**commend** 18:3 32:5,16 55:5
68:3

**comment** 15:15 29:20

**comments** 15:14 16:13 17:2
67:23

**commission** 11:24 14:12
18:22 74:15 77:24 87:4

**commissioner** 3:5,7,10,18,20,
22,23 4:1,3,5,7,8,9,11,12,14,
17,18,20,21 5:1 6:7,9 7:8,12
8:2,3,4,8,12,13,14,18,20,21,
22,23,24 9:2,3,5,7,10,12,25
10:9,10,12,14,15,23,25 11:6,7
13:16 20:8,21,24,25 21:1,11,
15,17,18 22:12,16,17 24:2,3,9
25:13,22,23,24 26:12 28:12,
14 29:15,18,19,20,22 30:18
31:4,16,17,18 32:1,2,3,4,18
35:2 36:4,6,10,16,24 37:14,
17,19,20,24 38:1,4,5,10,11,19
39:7 44:3 47:5,6,13,24 49:1,3,
6,21,24 50:9,11,13,14,15,20
51:12,16,20,25 53:2,7,18,20,
21,22 54:17,24 55:5,7,8,17,
18,19,22 56:5,7,12,13,16,17,
18,19 57:14 58:17,20,21 59:1,
15,17 60:6 63:6,9,11,22,23,25
64:25 65:1,21,22 66:19 67:14
68:4,11,13 69:21,23,24,25
70:15,17,19,21,24 71:5,8,9,

09/27/2018                                                                    6

10,11,12 72:1,2,5,6,8,11,14,
15,16 73:5,7,8,12,17,19 74:6,
18 77:1,6 79:11,17 80:1 81:6
83:15 86:3,14,20,25 87:11

**commissioners** 3:24 4:15,22
7:4 9:14 34:22 35:20,24 36:4,
12 47:3 48:9 49:1 50:23 53:23
55:20 56:14 71:1 72:12 75:2

**commissioners'** 48:13 58:18

**commitment** 20:13

**committed** 74:11,16

**committee** 15:12 24:18 48:3
55:1 64:6 68:25

**committing** 13:14

**common** 66:23

**commonly** 83:11

**communicating** 18:17

**communication** 16:23 69:13
73:20 86:13

**communications** 15:20 69:15
86:24

**communities** 16:2 45:15
55:24 56:2

**community** 5:13,14 6:20
11:22 12:4,13 14:9,16,19
20:20 22:23 23:11 24:24
25:15,16,21 26:3,7 28:4,7
30:1,2,4,22,23 34:24 35:6,8
40:13 41:3,6 49:13,15,19
50:23 56:2 57:15 58:10 59:12
64:5,24 68:18 72:22 75:2,3
76:2 80:20 84:14

**community's** 81:19

**compadres** 6:23

**companies** 16:12

**company** 84:17

**compared** 44:14,16,18,20

**complaining** 24:24 26:22
54:12 80:24

**complaint** 45:16 55:1,14
57:11 66:8

**complaints** 12:7,18 15:2
22:21 23:20 40:20 41:1,8,19
42:23 43:23,25 44:3,13 45:1,
20,25 46:6,10,11,15,17 47:7,
12 51:6 52:3 54:19 62:23
64:1,14 65:11 66:6 70:5 78:16

**complete** 57:13

**complex** 24:5 25:20 80:8

**compliance** 57:4,12 58:14
65:19

**components** 35:5

**comprehensive** 33:20

**concept** 40:23

**concern** 11:10,11 18:19 19:20
38:24 81:19,20 82:16

**concerned** 26:8 83:4,8

**concerns** 20:15,22 22:15,18,
19 26:17 35:17 36:5 49:2
50:22 59:18 68:19 69:22
82:14

**concluded** 16:4 87:13

**concludes** 69:19 86:12,23

**conduct** 41:21

**conducting** 3:11 13:7 69:10

**conference** 13:1,2,4,17,19,22
14:7 16:18 32:21 33:5,8,11,
14,15,21,24 34:3,19,21 35:13
36:2 83:21

**confirmed** 73:15

**conflict** 16:16

**confrontation** 68:20

**confused** 80:13 81:3

**confusion** 80:20

**connect** 13:3

**cons** 84:3

**consequences** 65:3

**consideration** 15:14 46:3

**considered** 21:8 60:7 62:17

**consistent** 34:4

**consistently** 35:7 46:22 52:16

**constantly** 31:11

**constituents** 71:14,21 72:3

**construction** 53:11

**consult** 30:13

**consuming** 54:23

**contact** 35:17 54:7 65:9

**contained** 55:9

**context** 34:6

**continue** 27:22 33:22 41:18
43:18 44:10 45:10 47:1,5,9,
12,14,16 74:12

**continued** 11:12

**continues** 28:22

**continuous** 23:22

**control** 12:1 16:15 21:25
77:18

**controlled** 15:21

**convene** 7:18

**conversations** 28:3

**convey** 26:13

**convictions** 15:25

**convinced** 26:5

**cooperating** 27:10

**copies** 64:4

**copy** 36:19

**Copycats** 22:12

**corner** 78:10

**Corporal** 40:12

**correct** 75:7

**correctional** 33:18

**correlation** 52:12

**corruption** 17:23

**cost** 29:2 45:13 76:22



**Coulter** 48:6

**council** 26:20 74:5,15 80:11 81:13,14

**Councilman** 74:1,8

**country** 13:4 75:23 76:9

**couple** 14:3 18:8 26:1 28:14 59:17 67:1 73:4 78:16

**court** 5:9

**Cox** 24:12

**CPL** 57:6,7

**Craig** 6:16,17 7:13 18:6 20:10

**create** 39:19 48:16 63:20 76:16

**created** 15:21 64:2 76:14

**creating** 39:22 40:4,9

**crew** 22:8

**crews** 22:6,7

**crime** 19:8,13 20:5 21:14 22:2, 4 28:10

**crimes** 19:2,18

**criminal** 15:25 33:20 34:2

**criteria** 86:5,8,16

**critical** 12:13

**Cromwell** 48:4

**cross** 25:7

**curb** 78:3

**cure** 85:4

**curfew** 75:17

**curious** 52:13

**current** 34:7

**curtain** 78:11

**Cushingberry** 74:9

**cussed** 65:13

**custodial** 15:2

**cut** 57:9

**cutoff** 77:8,10

———————————

**D**

———————————

**Dani** 40:12

**Daniel** 48:6

**dark** 64:21

**Darryl** 4:8

**data** 44:24,25 45:3,11 50:4

**date** 18:18 49:25 68:5

**Davis** 4:1 8:2 20:24 21:1,11 56:5 63:10 64:25 65:1,21 66:20

**day** 10:5 21:4 23:23 34:1 42:11 48:10 53:8 57:2 65:7

**day-to-day** 7:16

**daytime** 57:18

**DC** 6:15 7:10 13:15 19:1 21:5, 13,16 22:2,13 23:7 24:7,10 27:17 29:23 30:19 32:5,16 37:2 42:11 50:2 59:22 60:5 63:17 65:23 86:18

**deal** 67:18 68:1,22 81:22

**dealing** 17:8,11,22 64:20 68:20 81:11 83:18,25

**dealt** 83:19

**debate** 27:3

**December** 68:12

**decided** 42:20 45:3 81:3

**decision** 15:17 17:20 18:3 24:4,6,8 32:11 81:22

**decisions** 29:25 30:16 80:21

**decrease** 43:19

**definition** 54:1

**delay** 45:24

**delighted** 78:5

**delivers** 85:23

**demand** 57:23

**demeanor** 42:7 44:15 47:6 66:7

**department** 11:14 12:1,17,19 14:15,25 15:9,14,21 19:17 20:4 22:21 24:7,12 27:24 31:7 34:23 35:5 39:19,24 42:2 47:15 52:9 60:11 66:1 76:20 80:12

**department's** 78:22

**depend** 78:23

**deployed** 66:3

**deputy** 6:12,13,15 11:15 13:13 18:25 20:22 22:18 26:19 28:16 35:3 63:13 80:15 84:1, 10 86:4

**deserves** 30:11

**designate** 26:6

**desired** 39:19

**desk** 45:25 66:7,8

**detail** 15:13

**determine** 54:11

**Detroit** 3:1 11:23 12:15 13:7, 20,24 14:6,14,15,21,23 16:1,2 17:18,25 18:2 20:3 24:17 26:1,25 30:10 34:17,22 35:4 47:15 60:11 72:25 75:5,14,18, 20 76:23,24 80:11 81:3,12 84:19,24 85:1,9,21

**Detroiters** 14:8 83:7,12

**develop** 48:8

**developing** 12:11

**development** 40:8

**developments** 80:7

**Dewaelsche** 4:12,13 8:3,13 47:3 50:11,15,20 51:12,16,20, 25 53:2,7,18 73:5,8,12,17

**dialogue** 18:10 38:20 86:6

**differ** 85:20

**difference** 61:14 63:1



difficult 7:16 61:22

difficulty 60:13

digest 26:13 50:5

directed 38:9

direction 17:10 56:11

directive 14:25 15:10

directives 69:7

disagree 16:9

disagreement 80:9

disciplinary 67:10

discipline 66:22 67:4,12 70:11

discounts 75:25

discretion 23:18

discriminatory 12:9

discuss 13:5 15:13 47:17

discussion 8:5,15 10:5 17:13, 17 55:11 70:6

distinction 59:19 61:13

distributed 9:16

district 3:10 4:2,4,8,10,20 26:19 42:23 68:8 74:1,11

disturbing 75:14

doctor 85:12

documents 57:8

dog 83:11,13

dollar 27:5,6,9,18 28:7,10 29:5,6,9 30:10

dollars 76:16

donating 53:13

Donnell 10:12

downtown 40:19 43:1 76:4 80:21

DPD 5:17 6:23 7:14 16:16 17:18 18:1 26:10,22 45:11 46:6,20 52:25 53:12,14 55:3 67:3

dragged 65:12

drastic 46:12

draw 76:1

drive 36:18,22

driver's 75:15

driving 22:24 23:4 26:24 62:13

drop 42:18

due 8:24 9:8 17:10

duly 8:23 10:15 11:5

duties 57:18

Dyer 74:10

E

e-mail 8:25 9:9 39:1

earlier 34:20 42:9 81:7,25

early 20:16

east 23:1 25:25 26:8

easy 27:6,12 36:9 45:5 85:16

echo 36:24 53:22 55:20

educate 23:10 28:21 64:24

educating 23:14 62:23

education 23:12,13 26:10 28:16,24 31:5 34:10

educational 23:8

effect 73:22

effective 12:12 14:21 33:22

efficient 33:23

effort 39:21 54:18 63:24 68:3

efforts 33:18

elaborate 25:24 60:4

elected 7:19,20

election 35:10

electronic 16:15 45:20

elements 64:20

eliminate 12:8

Elizabeth 4:6

embarrass 38:18

embroidered 60:9

emerging 34:7,16

emphasis 66:1

employees' 27:15

enclosed 33:7

encounters 13:10 34:24 60:23

encourage 28:7 30:22

encouraged 15:23

end 16:13,22 33:21 86:4

endangerment 27:15,16

endorsed 14:22

energized 59:14

enforcement 12:3 13:1,5 19:25 33:19,23 35:7

engaged 27:18

engineering 24:22 25:2

enhanced 14:22

enjoy 14:18

enter 20:4

entertain 7:25 48:24 77:11 87:2

entire 17:23 58:7

entity 24:15

entry 45:25

environmental 27:21

Eric 74:23 82:4,8

establish 37:4

established 14:14 76:8

estimation 80:8

ethics 47:18

Etta 79:20

Eva 4:12



evaluating 20:18

evening 21:4 57:1 69:20 73:9

evidence 45:20

exact 24:15 83:9

examination 15:3

examine 13:5 24:18 39:20,21

excellence 47:18

excellent 36:25 49:4,7 50:3,6, 17 55:8,9 58:23 62:21 63:13 67:15

excessively 44:9

excited 6:21 33:4

exciting 34:14

executive 6:24 7:2 16:18 33:1 35:17,18 44:4 47:13 55:25 81:22

exist 39:22

exists 12:15

expect 16:11 67:24

expected 73:15

experience 42:15

explain 64:10

explained 19:22

explains 64:7

explanation 19:23 75:10

explosives 15:4

express 11:10

extra 59:9,10

extremely 54:22

---

**F**

F- 83:9

F-150 23:23

F-WORD 43:21 47:7 83:4

fabulous 30:15

---

Facebook 29:1,2

facilities 48:14 73:13

fact 8:24 9:8 52:19 78:17 79:23 83:3 85:10,13

factor 45:13

factual 45:17

fallen 9:18,19 11:11,17

falls 24:12

false 45:1,9

Family 27:18 29:8 30:10

fashion 18:20 24:24

fatal 13:10 25:3 34:24

father 75:9

favor 8:5,15 87:9

favorite 6:12,13 7:9

featuring 34:21

February 44:7 48:2

federal 14:17 83:10

feedback 31:9

feel 52:20,21

fell 70:22

felt 40:24

FEMA 76:16

field 62:24

figure 42:2,14 46:21 52:16,18 53:1 55:3

file 9:15,17,22,23

filed 70:10

Files 43:24

fill 66:11

final 15:17

Finally 35:16

find 15:8 33:8 42:10 70:8,12

fine 67:20

finish 63:10

---

first-line 67:21

flash 36:18,22

flickering 32:9

Florida 33:9,13 35:22

focus 35:5 43:8 57:3

focuses 39:17

focusing 48:13

folks 7:5 22:10 23:15,18 24:22 30:24,25 31:1,7 62:19 66:6,11

follow 16:3 66:21 70:8,12

force 12:10 25:9 44:24 66:1

forefront 12:6

forget 34:21 35:9

form 55:4

format 68:7

fortunate 42:16

forum 30:23

forums 26:1,2 31:6

forward 5:2 7:10,23 13:17 18:5,23 35:21 37:1 80:19

Fountain 63:18

frame 18:9 45:13 77:14

Fredia 74:21 75:1

free 29:1 31:6

fresh 76:21

front 5:12 66:18

fruition 56:8

frustrated 77:16

full 15:18 18:15,16 51:23

fully 66:3

fundamental 33:19

future 24:16 38:21 39:14,16, 19 40:6 47:25 49:11 77:7

09/27/2018                                                10

## G

gained 42:8

gap 42:14 66:12

gaps 39:22

garbage 78:1

Garcia 73:10

Garza 4:12

gathering 36:7

gave 20:13 26:5 63:12

general 15:15 76:17

George 74:9

Gianna 48:6

give 3:18 10:20 14:5 16:20
18:18 27:24 42:21 51:22 53:4
54:15 56:20 57:7 58:3 60:14,
25 61:24,25 62:10 77:17
78:14

Giving 34:7

glad 7:17 55:23 56:7 74:11
78:11

goal-driven 46:25

goals 34:18 46:25 47:25 58:25

God's 78:19

good 3:5,6,8 4:3,5,7,9 6:18
13:24 18:10,11 22:10 32:23,
25 38:6 39:8,9 40:2 51:1 53:2
54:17 66:20 68:15 74:24,25
77:21,22,23,24 82:6,7 84:10,
11

Gorman 5:9

government 3:14 14:9

Grace 69:18 72:24 73:3

grade 26:21

graduated 41:14

graduating 47:16

graduation 56:10 69:17 73:2

grammatically 75:6

Grand 78:1

grant 25:2

Gratiot 72:21

great 32:17 37:1 64:20 67:18
68:1 82:13

Greater 69:18 73:3

green 23:23 27:13 28:6,8
29:11 32:8,12,15 61:19 85:9,
24

greeting 13:25

Gregory 35:19,23

grievance 70:9

group 30:24,25 48:7 52:17
84:15

groups 52:8

guard 27:8

guess 22:19 25:13 26:4 47:10
70:3,19,24 71:18,25

guest 37:21,22 38:16,21

guests 38:11

guidance 14:17

guidelines 84:25

guys 36:7 42:21 78:18 85:17

## H

habit 21:21,25

habits 22:24 26:24

half 20:13 52:1 70:5

hall 24:14

handouts 34:4

happen 28:23 76:5 79:2,6

happened 21:21 76:19

happening 76:19

happy 63:4 71:2 78:7,15,18

hard 42:1 54:22 82:23

hardship 80:5

headquarters 11:20

hear 6:21 10:20 16:11 18:5
22:9 31:20,24 38:7 55:23
57:25 76:6

hearing 18:24

heart 29:13

heavy 70:6

held 13:20 33:9 34:25

helpful 50:24

helpfulness 34:17

helps 28:9

heroic 71:4

Hewitt 7:6

Hey 66:5

Hicks 4:24,25 5:3,4,19 9:12,13
10:16,22 35:19,23 69:1,2
70:14 73:2,11,14 81:9

high 26:2 41:22 43:7 44:9
46:22 52:16,18

high-level 6:18

highest 43:8 76:22

highlight 33:25

highly 40:3

Hiller 6:8

hired 55:25

historical 47:17

historically 42:15 72:21

history 76:12

hit 28:5

hit-and-run 44:2,7 47:12

hit-and-runs 44:5

hoc 68:25

hold 7:7 17:2

holiday 11:19

Holley 3:18,20 4:11 9:3,6,10

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

24:3,9 25:13,23 29:21,22
37:17,20 38:1,5,11 50:14
53:21,22 54:17,24 55:5 79:9

**homeowners** 30:13

**homicide** 19:3

**honestly** 59:4

**honor** 18:21

**honorable** 32:23 84:9

**honoring** 71:1,3

**hope** 42:1 43:10 48:2 68:7
78:24 79:6

**hopes** 39:22 41:20 43:3

**hoping** 42:17 65:19

**hostility** 18:11

**hosts** 13:21

**hour** 20:13 26:11

**hours** 18:8 45:9 58:6,7 71:18,
20

**House** 76:8

**housing** 48:14

**huge** 28:23

**human** 5:17 15:2

**humorous** 40:23

**Hunt** 72:20,21

---

**I**

**idea** 22:10 30:4 67:6

**ideas** 59:6

**identification** 75:13,22

**identified** 41:23 51:9,17 61:1
82:18

**identifiers** 64:3

**identify** 41:24 42:3 51:18,24
54:8,13 55:4 57:7 60:1 61:7
62:2,6 64:8 74:3 75:19 82:23

**identifying** 59:21

**identity** 68:21

**IDS** 75:15

**ill** 85:11

**illness** 85:3,11

**illustrate** 34:17

**immediately** 57:6

**immigration** 76:11,15

**impact** 13:17 17:20 34:16 67:7
68:1

**impacted** 16:4 26:21

**implemented** 19:24 80:6

**implementing** 65:25

**important** 10:6 38:3 39:18
49:18 61:8

**impressed** 14:4

**improvement** 31:12 46:12

**in-car** 45:22 62:3

**in-house** 37:25 38:1

**inappropriate** 83:19

**inaudible** 17:8 19:25 26:23
73:25

**incidents** 45:21 83:5

**included** 34:12 50:18

**includes** 34:3 35:13

**including** 14:8 49:18

**increase** 19:6 41:14 42:10,16
43:24 44:15,17,19 52:5,8,12,
22 53:5

**increased** 43:20,21 46:8,9

**increases** 41:16

**increasing** 12:14 52:11

**indicating** 73:22

**indictments** 16:3

**individual** 12:7

**individual's** 23:25

**individuals** 23:13,21

**industry** 85:19

**information** 9:14 10:17 11:16
31:25 33:7,8,22 34:15 35:12
36:8,13,17 51:2 55:9 61:1,23
63:12 69:13,19 73:1 86:15

**initial** 55:13

**initially** 80:2

**initiative** 40:15,21 41:8 48:8

**initiatives** 35:6 40:10,11

**injured** 11:11,14,17

**input** 25:16,21

**instance** 82:20

**instances** 82:15

**intended** 80:5

**interact** 26:23

**interest** 16:5

**interests** 29:12

**internally** 40:9

**internment** 76:7,17

**interpreter** 39:12

**introduce** 3:25 4:17 5:23 6:13

**introducing** 5:3

**introduction** 34:12

**introductions** 5:5

**invest** 29:10

**investigate** 12:17 79:6

**investigating** 12:6 22:7 51:11
55:13

**investigation** 41:25 62:8 78:4

**investigations** 41:9

**investigator** 5:22,24 6:1,2,3,4,
5,6,8,10 16:20 37:15 39:10,
11,15 40:10,11,16,17 47:2,4
48:3,9 50:3 59:1 63:3 66:10
78:5

**investigators** 40:15,18 41:10,
23 48:5,6 54:21

invited 49:12

invocation 3:18,20

involved 7:14 23:17 51:7
54:14 76:3 79:3,7

involving 44:7

issue 17:5,9,23 18:1,2 22:23
23:4 26:2,9,20 27:2,7,11 39:1
57:21 65:7,17 67:6 72:10
81:7,15,18,23 83:20,24,25
84:21 86:7,15

issues 15:8 27:15 57:11
83:19,22

item 7:24 8:10 18:6,24 27:25
69:10,13,15

items 12:22 34:9 69:4

J

James 40:12

January 44:6 68:12

Jefferson 80:23

jeopardy 32:14

Jim 4:11

job 30:15 32:17 39:18 52:23
64:9,11,24

joining 3:13

joint 63:24

Jones 47:4 48:5

Journalism 14:3

Joy 72:25

July 42:7 43:19,20,22 44:15,
16,18,20 46:7 75:16

June 43:19 44:14 46:7

June's 43:25

jurisdiction 13:6 25:18

justice 33:15,20 34:2

justified 12:2

K

key 28:17 34:9 35:5 62:1

kicked 65:13

kicks 69:9

kidney 78:19

kind 30:3 39:25 42:17 44:5
49:15 50:21 51:7 64:10,11
71:20

kinds 80:21

knowledge 9:22

L

lack 67:18

landscape 34:8

lane 23:1,2,5,23 28:20

lanes 22:22,25 23:3,5,21 24:5
26:9 28:15,22

language 47:1

Larcenies 19:14

large 15:24 66:1

largest 76:21

last-minute 77:11

lasted 20:12

late 32:6,19

latest 11:1

Laughter 31:22 39:4 60:19
79:14 82:12

law 12:3,25 13:5 19:25 33:19,
23 35:7

Lawrence 73:9

lawsuits 16:3

lead 67:22

leader's 39:18

leaders 30:2 39:20

leadership 14:11 39:16,17,18

52:25 56:1

learn 53:14

learning 39:21

leave 48:22

leaving 52:10

led 20:7

legal 5:12 47:5 85:21,22

leisure 36:20

letter 34:12

level 37:7 66:6 67:11

LGBT 40:13

liaison 35:4 40:13

license 61:9 62:12,15 78:14
83:1

licensed 84:18 85:2,21,22

licenses 75:16

lies 27:4

lieutenants 46:7 60:20

life 12:14

lifelong 82:9

light 27:13 28:8 29:11 32:8,12,
15 79:23 80:18 85:9,24

Lights 28:6

limit 38:2

limited 40:7

link 41:9 62:13

links 39:21 61:5

Lisa 4:9 13:12 35:2

list 28:19 69:11

listed 19:19 34:10,13

listened 75:12

listening 20:15 28:4

listing 11:14

live 30:13,17

lived 75:20



Livernois  24:23 25:5

lobby  66:14

lobbyist  84:15

local  13:6,21 34:15

locally  37:7

located  16:24 33:12 84:17

location  54:5,7

lock  68:4

locking  68:5

logs  54:9

long  56:16,19 59:13 75:16,21
78:8

longer  78:12

losing  21:25

loss  29:10

lost  79:23

lot  15:7 21:18 29:2 31:14
39:25 40:2 41:15,23 45:9
50:21 52:9 57:9 59:7,10 64:14
78:23 79:3 85:18

love  28:10 45:16

low  43:5

lucky  6:14

**M**

mad  64:22

made  6:5 9:18 15:18 18:3,20
22:14 27:21 29:25 30:5 32:11
54:18 78:4 80:7,21,22

Madrigal  6:3 39:11 40:17 41:4
47:2 48:5

majority  74:10

make  12:20 16:23 24:8 30:16,
21 31:1 32:11 33:6 34:1
36:12,19 45:15,17 54:19
57:22 58:10,19 59:19 61:12
64:4 65:11 66:14 74:6 77:9
86:2

Makeeba  40:11

makes  24:3,4,6

making  38:21 45:16 62:25

males  54:6

malfunction  45:24

malfunctioning  46:2

man  27:8 73:25 76:7

man-hours  55:12

management  28:2

manager  16:18 26:19 33:2
35:18 44:4 47:13

Mandates  34:18

manner  77:17 81:7

manpower  45:9

map  42:22

Marcelus  82:5 84:7,12

March  46:22

marijuana  73:13 84:19,23
85:4,8,19

mark  27:25 28:6

markings  26:7

marks  63:15

Martin  74:4,14

material  35:15 36:25

materials  35:14

matter  34:6 53:25 54:25 78:17

mature  46:19

Maurice  24:12

mayor  7:14 12:19 15:24 17:9,
13,21 26:3,15 80:15 81:10,14,
21

mayor's  6:17 24:13 26:2,18
80:16

Mccalister  5:22,25 6:8 16:20
37:15 39:5,8,10,11 40:6
41:12,18 42:5,20 43:14 44:2,
12,22 45:19 46:5,24 47:25

48:19 49:5,12,22 50:1,4,8,19
51:10,15,18,22 52:14 53:6,16
54:4,21,25 55:15,21 56:6,9,21
58:2 59:4 64:2 65:5 67:8
68:10 73:25 74:1 82:13

meaning  17:8 27:23

means  31:19,24 80:19

measure  83:18

media  5:7,13 29:3 31:5,6
63:13,21 83:19,22

median  24:22 25:10

mediation  40:10

medical  73:13 84:19,22 85:2,
4,8,19

meet  11:19,21 18:13,15,22
28:2 55:3 59:5 86:8

meeting  3:8,12,14,15 5:7,11
6:1,17,18 7:2,4 8:1,11 12:21,
23 14:6 16:11,13,22 17:5
18:7,10,11 20:9,11,12,14 25:1
26:11,12 41:3 49:13 56:24
68:9 72:19,22 73:9,16 76:2
77:9,17 81:9 86:5 87:3,5,13

meetings  19:23 30:23 31:2
49:15 56:2 64:5,6 71:15,22
72:4 74:11 77:10 80:17

meets  11:18 57:15

Melanie  16:18 33:1 44:4 47:13

members  18:14 22:7 30:14
46:6 74:14

mention  53:8 54:1

mentioned  34:20 42:9 73:2

messing  24:14

Methodist  72:24

Metro  53:10

mic  50:13

Michigan  3:1 69:14 72:25
84:25 85:3

microphones  66:15

09/27/2018                                                  14

**middle** 24:23

**migrating** 76:9

**Mile** 84:18

**Millions** 76:15

**mind** 36:13 45:16

**mine** 53:24 79:21

**minute** 23:9 71:24,25

**minutes** 8:10,25 9:1,8,15 17:3
38:13,14 39:3 68:14 73:21
74:2 79:25

**misconduct** 12:8

**misinformation** 67:18

**missing** 46:21

**mission** 39:17

**misunderstanding** 67:24,25

**model** 27:19,20,23

**modify** 12:20

**money** 25:3 29:2

**monitor** 12:18 41:19,21 43:2,
18 44:5,10 45:10 47:6,9,12
81:12 83:4,5,22

**monitored** 43:15

**monitoring** 66:25

**month** 11:21 39:13,14 41:14
42:17 43:17 59:6 68:6,9

**monthly** 16:19 41:13 43:9
58:5

**months** 14:3 42:15

**morale** 52:23

**morning** 10:18

**Moses** 6:3 40:10 48:5

**mothers** 76:14

**motion** 7:25 8:8,18 87:2,8,11

**Motown** 13:25

**move** 5:2 7:23 18:23 32:20
51:19 54:8 73:23

**moved** 8:2,4,12,15 71:19 78:9
87:8

**movement** 39:25

**moving** 14:21 17:10,18 56:10
73:19

**Murphy** 6:4 40:15,18 48:21
57:1 58:5 59:11 62:25 67:15

**Mutual** 12:12

**mysteriously** 79:23


**N**

**N-WORD** 83:6,9

**NACOLE** 13:1 16:17 32:21
33:3,4 34:3 35:10,13 36:2

**names** 60:12

**narrow** 54:10

**nation** 13:23

**national** 12:25 14:2 37:7

**nationalists** 83:13

**nationalities** 79:4

**neck** 61:21

**needed** 67:16

**Neely** 6:5

**neighborhood** 23:2 30:8 32:7
35:4 77:25

**neighbors** 80:3 81:3

**Nelson** 6:2 48:3

**news** 6:19 77:24

**nice** 11:3

**night** 21:4 32:6,10,19 64:15

**non-vehicles** 44:8

**noncriminal** 12:18

**Nonfatal** 19:11

**nonprofits** 48:13

**normal** 6:23

**not-for-profit** 14:9

**NOTARY** 88:1

**note** 14:20 74:6

**noted** 8:23 10:15 11:5

**notice** 43:4

**noticed** 21:18 32:7,8

**notifications** 20:1

**notify** 20:3

**November** 26:17 68:5 72:22,
23

**number** 15:24 16:7 24:19
25:11 34:9 43:7 51:23 52:5,11
53:3 54:16 60:3,12,15,16,17,
24 61:4,9,22 62:10 64:13,19,
23 78:14 82:25 83:1

**numbers** 43:8,12 51:13 52:7,
12 60:21 61:3 62:1

**nursing** 76:13


**O**

**Obama's** 76:11

**objects** 75:24

**obtained** 16:25

**Occasionally** 9:16

**occurred** 20:3

**occurrence** 66:24

**occurring** 6:24

**OCI** 16:21 37:16 41:23 44:13
68:14

**October** 33:11 35:1 41:2
47:19,20 49:11 53:8,19 56:10
57:22 69:18 72:19 73:3,9

**offense** 22:3

**offenses** 19:12,16 23:17 76:12

**offensive** 40:11 43:16 47:10

**offers** 3:20

**office** 6:17 15:19 16:19 24:13,
15 26:18 48:11 63:2 69:8
73:10 80:16



HANSON RENAISSANCE
COURT REPORTERS & VIDEO

hansonreporting.com
313.567.8100

officer 57:5,8,10 59:23 60:23,
25 61:5,7,12,15 62:14 64:13,
17,21 65:2 66:24 67:24 68:21
70:4,10 82:22,23,24 83:17,25

officer's 23:18 66:22

officers 11:11,14,17 23:9
40:24 41:15,20 42:3 45:2
46:1,8,9,10,11,13,14,16 51:2
52:7 54:11,14 57:3,17,18,24
58:4,7,10,16 59:19 61:1,12,
13,14 62:5,23 63:1 64:8 66:4
68:2 82:17

officers' 11:12

official 76:20

officials 7:19,20 83:10

oftentimes 61:20

ongoing 37:5 81:15 83:25

open 14:7 71:15,22 72:4 80:17
87:5

operated 15:22 78:19

operation 12:18 15:22 78:18

operations 12:8

operative 14:25

opportunities 40:9

opportunity 13:2 18:19 21:14
82:25

opposed 8:5,8,18,20,22

ops 61:19 66:2

oral 16:12,23 73:20 82:10
86:12,23

order 12:21 81:1 85:1

orderly 36:8

organization 14:13

organizational 39:20

organizations 12:5 14:10

organize 13:21

others' 13:3

outcome 66:22 67:1,4

outlined 16:10

outlining 12:21

outreach 5:13,14

oversight 11:25 12:2,5,16,25
13:3 14:11,13,15,17,22 20:19
33:17,18,19,23 34:1,8,10,15
35:7 37:10 47:17

overturn 76:10

owner 32:13 84:16

---

**P**

p.m. 3:3,21 7:1 11:22 72:19,23
87:13

package 35:13 42:24

packet 34:11

pain 82:10

paint 53:8,12,13,14

paint-off 47:22

painter 47:23

painting 26:6 47:20 53:17

pamphlet 28:17 64:3

pamphlets 31:14

pants 61:19

paper 79:10

parked 28:20

parking 23:5,21

parks 23:23

part 7:1,17 19:18 27:13 28:8,
23 59:2 80:15

participate 85:9,24

participated 36:21

participation 14:8

partner 53:11

partnership 16:1 37:4,6

pass 64:5

passed 64:6 87:11

passport 76:3

past 10:2,13 13:12 35:2 46:17
83:18

patient 85:2

patients 85:11,14,15

patrol 66:2

patronize 29:12

pattern 21:6,9 23:16

pause 4:16 50:9 63:8

pay 26:21

paying 76:22

peak 42:17

ped-vehicle 25:11

pedestrian 44:8

pedestrian-car-vehicle 25:4

pedestrians 25:7

people 3:14 14:14,22 21:25
22:9,24 23:4,14 26:5,20,22
30:12,13 31:18 32:14 37:6
38:7 39:17 48:12 52:9 57:5
63:14 75:18,19 76:8 77:11,15
78:17 81:2

percent 19:4,6,8,9,11,12,13,
14,16,17,19,22 20:7 21:7,8
29:16,17 41:13,17 85:14

perfect 64:19

period 15:11 23:24 69:9

permits 81:1

perpetrator 27:9

persistent 27:20,23

person 22:4 24:25 28:19
46:25 81:4 85:20

person's 52:22

personally 79:15

persons 22:5

perspective 53:4

pertaining 55:10


hansonreporting.com
313.567.8100

**Petersburg** 33:9,13 35:22

**Phd** 16:20

**physician** 85:3

**pick** 49:8

**picking** 29:23 30:15

**pictorial** 31:10

**piece** 20:9 23:8,14 28:24

**place** 25:8 33:12 58:18 60:14 79:21

**places** 21:20 24:20 75:3

**plainclothes** 59:20 61:11,14, 15

**planning** 24:11,14 30:12 31:7 33:2

**plans** 30:5 31:13

**plate** 54:16 61:9 62:12,15 64:19,23 83:1

**platform** 28:25 63:14,21

**platforms** 29:3

**pleased** 37:2 50:17

**plenary** 34:4,13

**podium** 32:22

**point** 5:2 20:16 22:6 24:1 27:22 42:22 52:22 62:7,8 77:15 80:19 83:3

**pointed** 55:25

**police** 3:9,16 7:4 11:15,19,24 12:1,8,9,10,13,16,20 14:11, 12,15,17,19,23,24 15:21,24 16:9 17:24 18:22 19:17 20:4 24:7,25 34:2,22,23 35:4,20,24 44:25 46:8 47:15 51:2 57:19, 24 58:13 60:11 61:2 64:17 69:8,16 78:21 80:14,15 81:11, 21 82:19 87:4

**Police-community** 13:9

**police/community** 68:9

**policies** 76:11,18

**policing** 12:12 33:20

**policy** 5:14 12:20 15:11,13,16, 18 33:2 35:19 60:25 61:24 65:6 76:15 86:1

**policydirective** 15:7

**Polly** 5:22,25 16:20 37:15 39:10

**polo** 61:19

**polygraph** 15:3

**populations** 48:15

**position** 18:23 82:1

**positions** 40:1,7

**positive** 41:9

**possibly** 45:14

**post** 15:9

**posted** 15:4

**poster** 75:5

**posters** 75:4

**posting** 15:10

**potential** 16:7

**power** 11:25

**practice** 12:9 13:5 17:21

**precinct** 21:22 41:3 43:5,6 49:10 51:13 54:7 56:4,17,22 57:14 65:13 66:7,13 68:8 70:4,7 72:20,22,24 78:4

**precincts** 41:19 43:9 51:8 65:8

**precincts'** 66:2

**premise** 30:9

**preparation** 36:1

**prescribed** 85:2,12

**present** 20:10 59:7 73:12

**presentation** 16:14,17 37:23 41:4 55:9 56:20 67:9,11 75:13,14 82:14

**presentations** 37:22

**presented** 36:8

**presenters** 35:2

**Presenting** 13:11

**President** 76:10,18

**president's** 76:15

**press** 83:20

**pressures** 56:22

**pretty** 6:20 86:6

**prevent** 40:20 41:1

**prevention** 57:12 58:3,9 68:18

**previous** 19:23

**previously** 20:5

**Primarily** 81:21

**Princess** 71:4

**print** 16:23

**prior** 5:5

**prison** 76:11

**privacy** 66:16

**private** 15:25 17:18 18:2

**probation** 83:17

**problem** 9:22,23 11:7 72:16

**problems** 78:21

**procedure** 19:24 41:16 42:10 44:17

**procedures** 42:8

**process** 20:17,19,20 55:2 68:15

**productive** 13:24 20:12

**profanity** 43:15,19,24

**professional** 40:8 84:14

**profile** 26:3 59:22

**program** 49:7,9 53:9 85:10,25

**project** 28:8 29:11

**proof** 45:6

**properly** 8:4,14

property 19:16

proposed 14:24,25 15:4,10,
13,16,18 69:6

pros 84:2

protect 12:4 16:5

protection 11:12

protesting 75:2

prove 45:2

proven 45:8

provide 11:16,25 12:15 33:21
34:5 50:4

provided 79:25

providing 5:8 33:3,22

proving 65:14

provision 80:5

provisioning 84:23

provisions 35:11

PSA 28:17 37:11

public 15:15,25 17:2 27:15
33:17 73:20 79:1

pull 26:4 42:24 54:9,10 82:23

pulled 23:13 82:19,21

pulling 54:8

pulls 64:22

purpose 48:16

purposes 35:15 62:18

push 59:9 65:24 66:9

pushed 52:20

put 13:19 24:19 25:8 29:10
32:13 36:21 38:2,15 41:15
42:9 43:16 49:6 56:22 75:24

putting 31:20 36:25 63:19

---

**Q**

quality 12:14

question 9:11 21:1,15 27:5

---

49:7 51:5,21 55:10 62:11
63:7,10 65:20 66:20 72:1,2
75:18 80:4

questioning 15:2

questions 20:22 22:17 28:13,
15 35:16 36:3,5 48:20,24
49:2,3 50:22 58:7 59:18 62:9
69:21 81:5

quick 6:4 40:15,19 48:21 51:5
57:2 58:5 59:11 62:25 67:15

quickly 54:13

quiet 32:5

Quinn 5:6

quorum 4:24,25

---

**R**

raised 10:1 27:7

rammed 21:23

ramming 21:20

ranging 34:15

rank 46:6 52:4 60:10,11

rave 40:22

re-advising 71:17

reach 29:8

reaching 52:10 71:21

react 68:19

read 9:1,9 36:9 64:9

readily 61:1,7

ready 37:18 52:21 59:14 78:20

reason 6:22 27:12

reasons 45:4

receive 9:14 10:11,24,25 11:2
12:17 46:17 72:12

received 8:25 9:8,24 10:9,19
15:20 22:20,21 23:19,20 42:6

receives 11:13

---

receiving 9:19,20 10:2 41:20

recent 15:20,23 27:8 80:6 83:5

recently 82:19

recommend 37:21 38:13

recommendations 16:8

record 5:6 6:16 39:2

recording 5:7

recruit 69:17

recruiting 58:25

recruitment 41:5 47:2

recruits 45:5 83:6

rectified 65:17

rectify 11:5 39:2

red 14:1

reduce 27:21

reduced 25:11

reduction 19:14 28:10

reference 18:4 22:21 42:22
69:16 81:18 83:12 86:7

referenced 69:5

referred 83:7,11

reform 33:15,17,20 34:2

refrigerators 78:2

refuses 64:13

regard 52:2 78:15

regular 11:20

reign 81:10

related 11:16 15:1 35:14

relates 21:2 51:6

relations 13:9 34:24 41:3
49:13,15 57:15

relationship 14:18

relationships 47:15

relevant 34:3 35:11

reliving 76:12

---



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

09/27/2018                                                          18

rely 14:4

remained 43:22,23 46:7

remaining 44:8

reminder 35:9

Renaissance 33:12

reopen 81:2

repair 75:3

repeat 38:7

reply 10:19,20

report 6:19 11:9,13 16:19,21
19:2,6,21,25 28:1 41:13 50:3,
7,17 53:23 58:23 62:21 65:12
69:5,6,9 80:25 86:19

reporter 5:9 17:14

reporting 19:24 35:15 69:12

reports 19:7 20:2 54:10 68:1,
25

represent 7:4

representation 74:16

representative 74:9

represented 7:20

representing 3:10 5:16 6:16
74:4

represents 73:25

request 18:20,21 47:6 57:8
68:14

requested 44:4

required 61:24

rescheduled 16:14

research 44:23 46:16 52:17

resident 82:9

residents 12:15

resolution 15:21 82:1

resolve 11:4 81:19

resources 5:17 15:2

respect 12:13 28:21 29:6

66:16

respond 23:6 56:23 65:23
72:9 81:6 83:23

responding 50:21

responsibility 80:12,13

responsible 22:8 80:10

rest 51:11

result 45:23

retain 40:2

retention 47:18

retirement 52:10

retiring 52:9

retreat 6:24

return 36:11

Reverend 3:17 29:21 79:9

review 10:7 15:11,12 36:20
69:10 82:1

reviewing 12:6 48:1 67:1

reviews 40:22

revising 48:1

revision 48:2

revisit 26:15,16 27:24

revolutionize 34:14

rid 78:14

rights 12:4 38:5 48:12

risk 27:21

Road 72:25

rob 22:1

robbery 19:8 22:3 29:10

Robert 35:17

role 14:11 39:20 41:7 46:18
58:4 67:19 81:13

roll 14:1 68:16

row 5:12

Roy 73:25 74:1

run 60:13

___

**S**

safe 35:22

safety 11:12 24:17,21 25:2
31:7

satisfied 83:21

scene 62:2

schedule 34:19

scheduled 73:3

school 20:1 48:8 59:2 75:15

science 25:12

scope 34:14

scout 54:16 60:3 61:3 82:21,
22,25

secondary 43:7

secretary 35:19,23 69:1,22
70:1 81:8

section 5:20 35:13

sector 16:1 82:2

security 27:8

self-explanatory 31:12

seminar 36:21

send 10:17,18 56:25

sending 38:25

Senior 6:2,3 39:11 40:10,16
47:1,3 48:5

seniority 52:3

sentiments 53:22 55:20

separate 43:17 51:7

September 3:2 8:11 19:3
33:10 40:18 71:13 75:12

SER 53:10

Sergeant 5:6 7:6

sergeant/lieutenant 67:17

sergeant/lieutenants 67:21



**Sergeants** 46:8

**serve** 3:11 35:6

**service** 44:19 85:1,23

**services** 5:7 40:19 43:1

**session** 11:20 34:21,23

**sessions** 33:11,15 34:4,13 76:17

**sessions'** 34:17

**set** 41:4 58:4 84:25

**setting** 78:3

**seventh** 69:15

**sexual** 19:5,7,21 20:2

**share** 12:22 15:19 18:19 51:2 59:24 69:20 86:14

**she'll** 40:12

**shed** 80:18

**Sherry** 74:22 79:18,20

**Sherwin-williams** 53:12

**shift** 61:6

**shiny** 75:24

**Shirley** 4:4

**shirt** 60:9 61:20

**shirts** 60:13

**shooting** 19:11 27:8

**shootings** 44:25

**shops** 24:13

**short** 16:17

**show** 13:22 31:10

**shows** 19:6 50:25

**siblings** 75:9

**sick** 85:23

**side** 21:23 25:25 26:8 61:4 64:21

**sides** 30:24

**sidewalk** 78:7

**sign** 31:19,20,21,23 79:22

**signs** 31:8 73:21

**similar** 18:19

**simpler** 55:4

**simplistic** 80:4

**Sincerely** 35:23

**sir** 5:18 11:6 20:25 32:17 36:23 37:19 38:4,19 65:22 71:11 72:14 74:3 86:3,24

**sit** 46:20 52:25

**sitting** 5:20

**situation** 61:18 70:13 80:7 84:5

**sixth** 69:13

**skilled** 40:3

**slide** 43:14,17

**slight** 19:9

**slowed** 25:10

**slurs** 40:11 43:16 47:10

**small** 58:9

**smart** 84:4

**Smith** 74:22 77:2,3,20,21,23 79:11,12

**social** 20:1 29:3 31:5 63:13,21 83:19,22

**soft** 60:22

**softer** 60:7

**solution** 32:12

**solutions** 16:8 83:2

**sooner** 31:14

**SOP** 48:1

**sound** 14:16

**sounding** 29:24

**South** 75:21

**spanish** 40:5 41:11 42:4,19 43:13 44:1,11,21 45:18 46:4,

23 48:18

**speak** 40:14,21 45:15 49:13, 14,19 56:18 59:22 68:17 75:4 81:8,13,14 86:4

**speaker** 16:24 17:3 73:24 74:21,23 82:3 84:8

**speakers** 38:22

**speaking** 39:1 67:16

**special** 21:3,4 61:19 66:2

**specifically** 25:25 47:7 58:11

**speed** 57:5

**speeding** 23:16

**spoke** 40:19,20 41:1 42:11 62:16 67:16 70:21 81:7,25 83:20,24 84:1

**spread** 21:11 22:14,22

**St** 33:9,13 35:22

**staff** 5:3,23 7:2,5,7 13:2 16:16 36:1 38:9 40:2 49:18 59:5 84:9

**staff's** 5:5

**stand** 7:6,21,22 27:14

**standard** 60:1 61:16

**standing** 68:25

**standpoint** 23:11

**stands** 27:3

**Stanton** 6:6

**start** 19:2 39:5 55:15 63:19 66:5

**started** 6:25 44:6

**starting** 3:25 33:10

**starts** 24:10

**state** 6:25 75:15 82:19 84:25 85:3

**stated** 10:11 17:5,16 26:16,23

**states** 44:24 76:9

**Station** 72:20

status 70:1,9

stay 75:6,10 76:24

stays 82:22

step 63:4 67:20

stepped 48:21

stolen 19:15

stop 57:6

stopped 54:6

stops 57:5

store 30:10 32:8,13

stores 27:5,6,10,18 28:7,11
  29:6,9,12

straightened 78:25

strange 32:9

Strategic 84:15

streamline 55:2

street 25:7 41:16 64:21 66:3,4
  72:20 78:6,12

streets 24:16

stress 57:4

stresses 57:11

strict 84:24

striking 25:8

strong 14:16 83:18

stuck 49:16

students 53:13

Studies 29:8

stuff 63:20

subject 26:11 34:6

substance 48:14 68:17

substantial 25:2

suburban 83:6

suburbs 75:20

suggest 9:21 10:16

suggestion 29:11 75:17

suggestions 27:21

suggests 46:16

sum 25:3

summed 20:8

Summer 42:15

Sunday 33:10 78:6

supervise 11:25

Supervising 6:2 40:16 48:3

supervision 48:4 81:12

supervisor 67:21

support 8:3,13 11:10 18:4
  28:7

supported 8:5,15

supporting 12:12

supposed 65:9,10,18

supposedly 75:25

supremacists 83:14

surgery 82:10

surprised 52:4 71:2

surrounding 16:2

Susanne 5:8

sustain 65:5

sustainability 39:23

sustainable 33:17

sustaining 33:14

system 20:5

---

## T

table 16:25 30:3 50:22

tag 60:2

takes 64:18

taking 22:3

talk 26:18 39:14,15,16 41:5,6
  45:5,15 48:10,11 55:1 57:4,12
  58:1,14,15 59:2,18 60:3 67:20

79:15 81:23

talked 20:9 58:6 65:7,16

talking 13:25 24:21 25:16,17
  30:16 41:7 58:11 60:24 70:3

talks 52:3

target 27:6,12

targets 85:16

team 28:2 47:2 48:4 56:25
  63:19

Temple 69:19

ten 43:23 46:17 68:14

ten-minute 68:7

Tenille 5:16,18,19

Teresa 64:2

terminated 83:16

terms 7:16 18:1,18 24:5 26:22
  37:10 54:18 59:21 66:22,25
  67:4 68:19 72:9 80:10,18,20
  81:15 84:2,4 86:15

terrific 59:6

Thanksgiving 11:19

that'll 68:7

theme 33:14 39:14

thing 23:22 29:4,5 32:4 38:8
  68:16 71:4 86:9

things 10:2,12 13:6,21 22:15
  28:25 30:7,21 31:6 52:24
  61:10

thought 38:6 50:20 80:3

thoughts 58:24 59:10 85:19

threats 15:3

three-second 45:24

Thursday 11:21 33:10 56:24
  72:19,23 75:12

Thursdays 7:11

ticket 24:1

ticketing 23:12



HANSON RENAISSANCE
COURT REPORTERS & VIDEO        hansonreporting.com
                               313.567.8100

**tickets** 23:19

**tie** 60:4

**time** 3:17,24 6:11 9:4,15,20
  10:24 13:24 16:16 17:7 18:9,
  18 19:5,15 21:4 23:24 25:5
  26:5 35:25 36:3 38:2,22 39:6
  45:13 48:22 54:22 56:4 58:7
  59:8 61:6 64:18 66:12,16,23
  67:5 68:14 69:9 77:13,15,18
  78:8 79:22 85:6

**timely** 77:17

**times** 7:16 38:8 41:15 59:6

**timetable** 17:12

**timing** 38:6,15

**tip** 23:22

**to-do** 27:25

**today** 3:12 5:7,8,9 6:19,23
  16:14 29:24 33:2 39:12 40:22
  69:12 76:7,20 77:12 84:22

**today's** 6:1

**Todd** 6:15 13:13 35:3 84:10

**told** 59:13 76:2,20 78:20

**top** 24:11 28:18 30:16

**total** 19:12,16,18

**totally** 44:22 45:9

**touch** 49:25

**tow** 24:1

**towers** 18:7,12,14,20 20:15
  69:14

**towing** 15:22,23 16:1,4,11
  17:4,8,18,23 18:1,2 20:9
  71:13,16,17,24 72:6 78:17,23
  79:2,4 80:6,10 81:11,18,25

**track** 35:14 62:15

**tracts** 33:16

**tradition** 74:8,12

**traffic** 24:17,19,21 25:1,11,16
  31:7

**training** 33:16 42:13 43:3,9
  58:3,5

**transforming** 34:13

**translation** 40:5 41:11 42:4,19
  43:13 44:1,11,21 45:18 46:4,
  23 48:18

**translator** 41:5

**transmitted** 14:23 69:7

**transparency** 82:17

**transparent** 20:19

**travel** 35:14

**traveled** 23:1

**treatment** 85:5

**tremendous** 63:1

**trends** 34:7

**trip** 35:22

**troops** 67:22

**trouble** 58:13

**trucks** 21:20

**Trump's** 76:18

**trust** 12:12 33:17 35:8

**Tuesday** 11:1,2 57:15,21

**turnaround** 25:10

**TV** 21:19

**two-hour** 26:10

**type** 37:6 85:11 86:9

**typical** 82:20

**typically** 5:21

**U**

**U-TURNS** 25:6,9

**U.S.** 33:19

**unable** 54:15

**undercover** 61:13 62:5,12,14

**understand** 7:15 9:10 24:22

27:1 29:25 54:1 84:2

**understanding** 67:18

**unhappy** 52:19

**unidentified** 64:1

**uniform** 59:20,23,25 60:7,8,22
  61:16 62:16,18

**unit** 35:4 51:7

**United** 72:24 76:9

**unknown** 41:21 42:25 51:9
  53:25 54:2,3 55:13 59:18
  82:15,16 83:24

**unknowns** 41:24 54:22 55:11

**unnecessary** 12:9

**unsure** 52:15

**upcoming** 35:10

**update** 27:14 34:6 73:13

**updated** 72:12

**updates** 33:3 34:19

**upgrade** 31:11

**uptick** 19:9,21 20:7 21:7

**upwards** 22:7

**urban** 24:14 29:7

**utilize** 65:3

**utilizing** 31:5

**V**

**valuable** 33:8

**Vann** 10:10 26:12

**vehicle** 24:1 61:2,4,6,8

**vehicles** 19:15 61:2

**verbally** 39:1

**vice** 17:6,7 36:24

**video** 45:22 62:4

**videos** 63:20

**viewing** 3:14,15 59:24

09/27/2018                                    22

**Vinoy** 33:12

**violate** 71:22 72:3

**violated** 80:17

**violates** 71:15

**violent** 19:12

**VIPS** 7:20,21

**virtually** 82:24

**vision** 14:20 40:4

**visit** 47:16 48:13

**visitors** 13:23 16:6

**voice** 77:18

**volunteered** 59:12

**vote** 10:4 38:14 71:13,19

**votes** 35:10

**voting** 71:16

**vulnerable** 48:15

---

### W

**Wake** 75:5 76:24

**walk** 77:13

**walking** 4:16 66:7 77:16

**wanted** 25:17 29:24 32:15
  38:17 40:7 51:22 56:1 69:3,19
  70:8 80:2 84:21 85:17

**wanting** 71:22

**warned** 23:25

**Warren** 23:1 78:1,10

**watching** 32:14

**water** 76:20,21

**Wayne** 6:25

**weapons** 16:15

**wear** 45:5,6,7 65:6

**wearing** 45:2 60:2 66:4

**website** 15:5,10

**Wednesday** 34:25 56:24 68:6

**week** 10:17 11:18 12:22 17:17
  18:17 36:11 71:1 87:3,6

**weekend** 21:22

**weekly** 3:8 11:13

**weeks** 11:20 18:14 28:1

**welfare** 78:22

**well-blended** 48:7

**Wells** 74:23 79:18,20

**West** 78:1 84:18

**whistle** 83:13

**whistles** 83:11

**white** 5:14 10:12 16:18 32:21,
  23 33:1 36:15,23 37:13 44:4
  47:13 54:6 76:7 83:13

**wholesome-type** 14:5

**wide** 25:5

**Wilcoxon** 79:19,20 80:2

**Williams** 52:15

**Willie** 3:10 4:17,20 17:16

**winding** 68:11

**wisdom** 14:13

**woke** 75:6,10 76:24

**wondering** 22:23 52:11 65:1

**Woods** 40:13

**word** 78:9

**words** 47:8 76:6

**work** 5:8 7:13,15 12:11,16,19
  15:23 17:24 29:7 31:13,21
  36:7 37:8 41:24 42:1,11,12
  47:4 53:10 54:22 55:15 57:25
  59:8 62:22 63:23 66:10 68:21
  84:13

**worked** 76:10

**worker** 20:2

**working** 6:19 20:14 32:15
  37:10 38:20 40:8,12 59:1
  66:14

**works** 5:24

**workshop** 13:8,11

**workshops** 13:9 34:5,14

**world** 7:3 13:4,23 64:19 76:22

**write** 64:13

**writing** 72:10

**written** 67:5

**wrong** 17:14

**www.detroitmichigan.
government/
governmentboards/bopc**
  15:6

**Wyckoff** 71:1

**Wyrick** 5:12

---

### Y

**year** 13:7,18 14:12 17:9 19:5,
  15 26:11 28:6 43:11 46:9 70:5

**year's** 13:19 33:4,14

**years** 17:22 46:10,11,13,14,17
  52:23 75:8 78:24

**yesterday** 18:7

**young** 27:8 73:25 75:17,19

**youth** 53:10

---

### Z

**zoo** 83:7,12