# EXHIBIT 7



**DETROIT POLICE DEPARTMENT**
**TOW PERMIT 16-049**

*Troy's Towing*

*9615 Grinnell*

Issue Date: June 1, 2016
Expiration Date: May 31, 2021

The City reserves the right to terminate any Tow Permit with a tow company in the event of a breach of any provision of the Towing Rules, with the review and approval of the Board of Police Commissioners.

Police Officer In Charge

Board Of Police Commissioner