# EXHIBIT 8

# City of Detroit
## RFP 22PC182115

# TOW, IMPOUND AND STORAGE SERVICES FOR DETROIT POLICE DEPARTMENT



## Troy's Towing Response
March 18, 2022



## <u>Section 1</u>

1. Cover Letter
2. Scope of Services
3. Letter of Transmittal/Authority
4. References
5. Section A Response
6. Brochure

**9615 Grinnell, Detroit 48213**
**313.579.1869**



www.troystowing.net

**March 18, 2022**

Ms. Pam Crump
City of Detroit
13333 Lyndon St.
Detroit, Mi, 48227

   Re: Request for Proposal # 22PC182115 TOW
      IMPOUND AND STORAGE SERVICES FOR DPD

Dear Ms. Crump and Selection Committee

Please see the attached information that Troy's Towing is submitting to be considered for the RFP number 22PC182115 to the City of Detroit Police Department. *We are remarkably familiar with the needs of all aspects of this contract and can adhere to all aspects of this proposal and meet and exceed your needs. I have read all aspects of this proposal and agree to perform all areas in a committed professional execution. We already tow for DPD and we have had no problems over the past 12 years since we started.* Our business was born in Detroit and employs 95% Detroit residence, suppliers, and vendors and we are still proudly located in the city in what was a blighted building that we renovated and improved the neighborhood. I am a lifetime resident of the city and support many comm**unity** activities and charities throughout the city.

Hopefully, all the information provided will support that we are the type of vendor that meets your needs and the partner that parallels your goals to serve the citizens of Detroit.  Our team is not just working in the city, but we are a part of the citizens that build neighborhoods, pay taxes, support the revenue base, and  provide  the stability within the city. **We have never been involved in any activity that has been questionable or outside of our corporate ethics and moral obligations to our City and its citizens.**

Company History
Troy's Towing was established in 1996 (26 years ago) by Troy Ginyard who operated a professional successful licensed auto repair facility. Mr. Ginyard was infuriated by the number of cars that were towed to his repair facility that had sustained additional damage from unprofessional tow companies that charged excessive fees. To address this concern, he decided to start his own towing company. Troy's Towing started as a one truck, one- man operation. His new goal and direction were simply to provide the best professional towing service at the most reasonable  cost, in  the most time effective  manner.  We now employ  a full roster of professional  drivers and operate a small fleet of new trucks with the best equipment in the industry. We provide 24 hours, 7 days a week service and offer light, medium, and heavy-duty service that meets all towing needs. (Company brochure in document section)

We have recently been joined  by industry  professionals and family members with  specific advanced collage disciplines that blend  diversified and successful business experience. They will  provide the company the best logistical information, technology, systems and innovation for better more efficient customer service as we move toward the future to serve you.

Because of the company's commitment to timely efficient service, putting the customer first, and making every call an opportunity to meet and exceed the needs of the customer, we have excelled in the marketplace.

Our company has experienced growth year over year for more than 25 years because of our work ethic, investment in the latest equipment, people, and technology. We have been recognized as one of the premier towing services for cars, trucks, semi's tractor trailers, boats, motorcycles, RVs, commercial and privately-owned vehicles in Southeastern Michigan.

We are located at our principal Headquarters 9615 Grinnell, Detroit Mi 48213 in a property were we server our customers every day. We are a City of Detroit certified Detroit Based Business (DBB), DSB, MBE, and DHB (certification enclosed in bid.) We have storage that enables us to accommodate over 1,200 cars.

Our Leadership Team/Key Contacts
Attached is a personnel list of our key contact management staff, resumes and length of service. This leadership team is supported by an average 25 drivers, office support and facilities management personnel over the few years. I am now and have always been the single owner and shareholder of the cooperation. (Please see Corporate Certificate of Authority enclosed in document section) As we continue to grow our business we will continue to hire from Detroit and the Metro area.

The following people would be your key contact people daily.

The primary contact persons on this contract will be myself, Troy Ginyard Sr President and Owner. 313 579.1869, direct 313.263-4019 Nekael Jones. Supervisor, 313.579.1869, cell 313.350.8365 T.O. Ginyard Jr. Supervisor 313 575 1869 cell 313 686 9900

*All Troy's Towing employee team professionals must pass a criminal State of Michigan Police background check and drug screen clearance.* (Documents on background checks enclosed) Our drivers and our business also have various professional certification, license, and training in the following areas:

•   Wrecker Master 1-8 certification
•   MPSC Michigan Public Service Commission #31527
•   US DOT United States Department of Transportation Certification #1649640
•   Recognized as an emergency "First Responder" by the State of Michigan
•   Trained in Maritime Towing
•   Federal Employer Tax Identification Number# 36-45506048

Our Equipment
We offer a complete assortment of tow trucks and equipment from tradition lift and pull tow trucks, flatbed trucks, to semi tractor-trailer tow trucks capable of towing 18-wheelers and other commercial grade trucks. We are equipped to provide full service to all commercial and independent operators of light and heavy vehicles.
Our vehicles are clean and well maintained and we replace our trucks with new trucks every three years.

We also provide, short and long-range towing (over 120-mile radius of Detroit), secure storage, impound, storage, emergency service and are recognized by the State of Michigan as an emergency first responder. We have 13 trucks available for service every day including a heavy-duty truck. We have included in the proposal support information on our trucks, MPSC numbers, truck type and profiles.

Pricing/Fees
We are fully in agreement with the attached pricing outline we submitted in the proposal for tows, vehicle movement in city lots, and all other pricing for services outlined in the RFP.

www.troystowing.net

## Financial Stability

We are privately owned and financial stable, we replace our truck every three years with new trucks, we also renovated our facility which is ongoing to provide our employees and our customers a clean safe environment to do business inthe city. We provide out employees with various benefits, bonuses, and other incentives to make sure they can have a good quality of life. Our accountants have prepared a letter and information enclosed in the document section that address our financial and tax status.

## Our Customer Base and Length of Service

Our customer base is made up of various state, and local government performance-based customers, independent companies, and citizens. Our commitment contractual commitment too many of our customers is 15 minutes or less within a 25-mile radius. Our usual on-site time currently for Detroit Police calls is 12 minutes or less) We have multiple departure points throughout the metro area that allows us to have one of the quickest response times within the area.  We currently serve the following organizations and businesses. Times have been affected by Covid in the last 15 months but have returned to normal

| | |
|---|---|
| *Michigan State Police | 10 years |
| *City of Highland Park | 15 years |
| *Detroit Police | 12 years |
| *Highland Park Police Department | 15 years |
| Local and national auto repair facilities | 26 years |
| Local property management companies | 26years |
| Public | 26 years |
| 36th District Courts | 23 years |

*Identifies Law Enforcement agencies that require the same or greater levels of service to fulfill contractual obligations. No contracts have been terminated for performance or service issues. Currently we have loss no business for service issues. We have received no complaints or written concerns on any issues from past DPD or city from servicing of current contracts within last 5 years. Customer contacts attached

*As part of our continuous improvement process, we prepare and present detail electronic reports by customers which identify time of call, dispatch, arrival on scene, time on scene, departure, arrival at destination, and return to yard. These reports are generated reviewed and assesses on an ongoing basis with our organizational customer and internal managements.* We have been  providing these reports to the City of Detroit if requested under this contract.

## Our Geography

Although our operational base is primarily throughout Detroit and Southeast Michigan, we do provide customized service programs for commercial long-range carriers based on specific customer needs. We are open to discussion surrounding any customer s needs for service. *The required 120-mile radius is not a problem.*

Key service areas are the following:
Detroit
**Wayne County**
Southeastern MichiganTri-
State area by request
Special over the road service .



www.troystowing.net

Technical Approach/Communication
We are currently connected to the Bid Sync system, and we have been submitting all information required to fulfill the contact in the requested manner. We can provide all data electronically as needed. We also will currently have the key person as a contact person that will specifically be responsible for all communication to and from the City of Detroit. Our system currently provides more information than requested including photographs of all vehicles.

Our Vision/Commitment
Responsible, cost efficient, professional, customer centered service that improves the lives of those that needhelp. A long-term partnership with The City of Detroit to rebuild Detroit as the center of excellence in the country.

Over the past years we have built our company through providing the best possible service with the best people,equipment, and desire to serve. We have had no scandals, legal issues, or situations where we could not perform in a way that complemented our customers and our employees. Our commitment to providing professional services with the highest integrity is a key part of our brand and how we do business. Although over the last 18 months the pandemic has played a major role in our city and country, we have maintained a high level of service for our customers and keep our team safe.

We believe that of the many companies available we may be the one of the few that deliver 100% of whatwe commit to in a way that serves The City of Detroit and the residents with respect and dignity. We are looking forward to the possibilities of continuing to serve The City of Detroit Police Department in a manner that exemplifies DPD teams, and we commit to all aspects of this RFP.

This proposal will remain firm for a period of one hundred twenty (120) days from its due date and thereafter until the prospective respondent withdraws it, or a contract is executed, or the procurement is terminated by the City of Detroit, whichever occurs first.

Thank you for your consideration of Troy's Towing to serve you.

Sincerely

# Scope of Work  Attachment A

### 22PC182115

Troy's Towing  will provide police authorized towing and recovery services for the   DPD. This includes, but is not limited to, the removal of motor vehicles, motorcycles, mopeds, boats, recreational vehicles, safes, ATM machines, and other items to a place of safekeeping as set forth in Attachment A.. This includes but is not limited too  the following towing/impound, /storage a n d  primary  service as needed to support  DPD  efforts in the community.

- Towing Services
- Straight" Impounds.
- Storage and release
- Auctions
- Detailed accurate electronic data base that interfaces with  DPD  and  includes  all  detailed transaction information. A clear communication with dedicated personnel who service this agreement.
- A secure safe professional environment for police, and citizens to do business surrounding DPD tows.
- A partnership that works efficiently and effectively and improves  all aspects of our partnership.
- Full implementation of COVID Protection Programs for employees and customers
- Hardship implementations  when approved by city

We will also provide adequate storage space to house vehicles, vessels, or other items pending release or sale. We will  maintain  a safe, clean, organized,  record-based, customer-friendly,  inspection-ready yard in accordance  with the scope of work described above. Under this RFP will be expected and required to accept any towing and storage assignment given to us subject to the rules established by the Detroit Police Department and the City of Detroit.

Our responsibility on this contract is only for DPD initiated tows, commonly referred to as "police authorized tows that focus on the following but could include other situations. technical and operational support services included in contract.

1.  *VEHICLE STORAGE FACILITIES*

2.  *ABANDONED VEHICLES*

3.  *DPD AUTHORIZED IMPOUNDS AND RELEASES*

4.  *ROTATIONAL TOWING/Dispatch*
    We comply to  tows according to a tow rotation. Rotations are constructed with the involvement of and according to the rules set forth by the Board of Police Commissioners. A DPD officer contacts DPD Communications via radio to request towing services. For rotational  Towing, DPD Emergency  communications maintains a successive tow rotation  list in  which the next approved towing company is contacted for dispatch. DPD Communications contacts companies in successive order until a company agrees to carry out the tow.

 ***We accept terms and conditions of this RFP and will perform all levels of service in a manner that supports the needs  for the contract****.*

# TRANSMITTAL
## CORPORATION CERTIFICATE OF AUTHORITY

I, _____Troy Ginyard_____, Corporate Secretary of
<div align="center">(name of corporate secretary)</div>

_____Troy's Towing Inc_____, a ____Michigan_____

<div align="center">(complete name of corporation)                              (state of incorporation)</div>

_____Profit_____ corporation (the "Corporation"), **DO HEREBY CERTIFY** that the
<div>(non-profit or for profit)</div>

following is a true and correct excerpt from the minutes of the meeting of the Board of Directors

duly called and held on ____08/20/2022_____, and that the same is now in full force and effect:
<div align="center">(date of meeting)</div>

> "**RESOLVED,** that the Chairman, the President, each Vice President, the Treasurer, and the Secretary and each of them, is authorized to execute and deliver, in the name of and on behalf of the Corporation and under its corporate seal of otherwise, any agreement or other instrument or document ('Contract') in connection with any matter or transaction that shall have been duly approved; and the execution and delivery of any Contract by any of the aforementioned officers shall be conclusive evidence of such approval."

**FURTHER, I CERTIFY** that _____ is Chairman
_____Troy Ginyard_____ is President,
_____ is/are Vice President(s),
_____ is Treasurer,
_____ is Secretary,
_____ is Executive Director, and
_____ is _____.

**FURTHER, I CERTIFY** that any of the aforementioned officers or employees of the Corporation are authorized to execute and commit the Corporation to the conditions, obligations, stipulations and undertakings contained in the foregoing Contract between the City and the above-referenced Corporation and that all necessary corporate approvals have been obtained in relationship thereto.

**IN WITNESS THEREOF,** I have set my hand this _15__ day of _March____, 20_22_ .
CORPORATE SEAL
(if any)

<div align="right">_Troy Ginyard_____</div>
<div align="right">Corporation Secretary</div>

**PLEASE NOTE THAT THE PERSON WHO SIGNS THE CONTRACT ON BEHALF OF YOUR CORPORATION MUST BE ONE OF THE INDIVIDUALS LISTED ABOVE AS PERSON AUTHORIZED TO EXECUTE CONTRACTS IN THE NAME OF AND ON BEHALF OF THE CORPORATION.**

<div align="center">

**AUTHORIZES SIGUNATURE GOOD FOR THIS BID 120 DAYS OR UNTIL Accepted by City of Detroit. Troy Ginyard is the only officer in the company authorization to sign contracts legally at this time.**

</div>

# REFERENCE  FORM

## RFP No. 182115

Name of Reference **Multiple References Current Clients Below**

(Company Name) **Troy's Towing**

Contact Persons **Troy Ginyard  313 263-4019 Direct**

Dates of Service **All Clients listed below served over the last 7 plus years and more**

Description of Services Provided:

**Cities, Police Departments,  and Courts  below have been and are now being served by Troy' s Towing, We are currently serving the Detroit Police Department with all current and newly demanded contract services.**

We provide each of them
1. Towing
2. Impound in secured lots
3. Hold and seizures  evidence secured areas
4. Auctions
5. Data interface with their departments
6. Follow and improve their department procedures to the letter
7. Provide the best services to DPD customers and the public
8. Develop professional workplace stability  with officers to provide safest accident scene to protect officers and citizens.

**Four (4) references that you can contact that we have done the same business  with over the past three (7) years for this type of work in the immediate area.**

| ORGANIZATION NAME | ADDRESS | PHONE |
|---|---|---|
| Michigan State Police | 12111 Telegraph, Taylor Mi | Lt. Johnson-734 287 5000 |
| Detroit Police | 11631 Mt Elliott Det. Mi | Captain  Lewis -313  596 1234 |
| Highland Park Police | 12050 Woodward HP Mi. | Chief  John  Thomas  313 852-7338 |

**36th District Court**          **Madison Ave**          **Court Officer 313 965 8700**

**All available information including vehicles for  all impound, storage, evidence vehicles, auctions and all services including records, photos or any details on any transactions maintained within our own Detroit Renovated facility which is accessible for official DPD business when notified.**

8

<u>**Troy's Towing RESPONSE LINE BY LINE TO RFP 22PC182115**</u>

The City of Detroit Office of Contracting and Procurement (OCP) requests proposals from qualified firms to provide police authorized towing services for the Detroit Police Department (DPD).

Eligible companies may (1) submit a proposal for a contract to tow and, where appropriate, store vehicles at the company's tow lot, or (2) submit a proposal for a contract to only tow vehicles for the DPD to one of the DPD's tow lots and not be responsible for storing the vehicle. ___*Full proposal line by line attached in body with all verification documents We currently service DPD, comply with and exceeded all requirements.*___

1. **MINIMUM QUALIFICATIONS**
   Proposals will only be accepted from those firms demonstrating a minimum of five (5) years of experience providing the services requested in the RFP for projects of similar scope and size. ___*Attached on reference form includes 4 major government and municipal contact currently being serviced by Troy's Towing for over 5 years each including DPD. Each client having similar and the same needs. All executed to complete satisfaction.*___

2. **ADHERENCE TO TERMS OF PROPOSALS**
   A proposal, once accepted by the City of Detroit, may become a binding contractual obligation of the respondent. The failure of a successful respondent to accept this obligation and to adhere to the terms of the respondent's proposal may result in rejection of the proposal and the cancellation of any provisional award to the respondent. ___*Understood*___

3. **REJECTION OF PROPOSALS**
   The City of Detroit expressly reserves the right to reject any and all proposals, waive any non-conformity, re-advertise for proposals, to withhold the award for any reason the City determines and/or to take any other appropriate action that is in the best interest of the City. ___*Understood*___

4. **BACKGROUND/DESCRIPTION OF ENVIRONMENT**
   The City of Detroit is responsible for maintaining clean, safe, and functional streets. Citizens are entitled to a well-managed vehicle towing system that affords them a high level of customer service, convenience, courtesy, and professionalism. Accordingly, the City will award contracts to a number of private tow companies to provide police authorized towing services for the Detroit Police Department (DPD). ___*Accept Understood and will serve the City and citizens.We currently train and retrain our employees and reinvest in our team and  business to provide our direct and indirect customers the best service.*___

5. **AWARD CLAUSE INCLUDING RENEWAL OPTIONS**
   If a contract is awarded as a result of this RFP it will be a City of Detroit Professional Services Contract (sample attached). The term of the contract will be for five (5) years. The City anticipates up to fifteen (15) awards as a result of the RFP. ___*Understood and confirmed that we have been servicing Detroit and Southeastern Michigan  area with commercial and private customers for over 26 years and continually making investments in our City , Community and Citizens. Our hope as a Detroit based and operated business that we build long term growth through providing the best service to the City of Detroit as we rebuild the city and respect of the citizens that we serve.*___

6. **OPERATIONAL INFORMATION**
   The respondent is expected to provide service in accordance with the terms of the executed contract and under the rules, regulations, and supervision of the City.

   All tow service providers ("Towers") must abide by all state, local, and federal laws, and any administrative rules that may apply to any aspect of their operation. ___*We provide a full scope of*___

9

*services to all businesses and  exceed the requirements for the DPD*. *Our operations meet  all local and federal guidelines.*

7. **SCOPE OF WORK**

The Contractor shall provide police authorized towing and recovery services for the  DPD. This includes, but is not limited to, the removal of motor vehicles, motorcycles, mopeds, boats, recreational vehicles, safes, ATM machines, and other items to a place of safekeeping as set forth in Attachment A. Contracts will be awarded to prospective  towers in accordance with the requirements of this RFP. ***Full Scope of Work included  as attachment A after cover letter***

8. **TECHNICAL INFORMATION**

Refer to the information contained under Attachment A. Towers shall be compensated according to the tow rates as approved by the Detroit City Council. The most recent approved rates are included under Attachment B. The rates are subject to change by the Detroit City Council. ***AGREE***

Notwithstanding the information set forth under Attachment A, selected vendors will be permitted to tow motor vehicles, motorcycles, mopeds, boats, recreational vehicles, safes, ATM machines, and other items to the DPD's Grand River Lot once construction of the lot has been fully completed. ***Understand***

9. **RESPONDENT PERFORMANCE HISTORY**

The respondent shall provide the following information:

a. Identify in detail at least three (3) similar projects by name, subject matter, location, respondent's services provided and the  length of time respondent's service were provided on each (use attached reference form).  Included in this information shall be the description of services provided and the time period during which the services were provided;

b. Identify the respondent's key personnel working on the projects identified in "section a" above;

c. Identify any projects in which the respondent's contract was terminated for any reason; ***None***

d. Identify any claims and lawsuits that have been brought against your  organization as a result of any services provided within the last ten (10) years; ***Attached legal cases all primarily due to tows where they felt they were target by police and parking agencies,***

e. Attach your organization's financial statements (CPA Certified) for the previous three years.  If CPA Certified financial statements are not available, the City will accept unaudited financial statements for years 2019; 2020 and statements certified as correct by the tower's CFO or CEO for 2021; however, if the tower is selected, the tower must submit audited 2021 financial statements within 6 months of selection.  The City reserves the right to request audited financial statements for future years; and

f. Provide an organization chart indicating the key personnel who will provide services resulting from this RFP.  Also provide a resume for each of the key personnel.

***Information provided for A-F is attached in cover letter and under separate headings with detail information in section attachment B and C that support all points of RFP qualifications and agree***

10. **EVALUATION CRITERIA**

Technical Proposals will be evaluated before Cost Proposals are reviewed.

1. Quality of response to this RFP, including required disclosures – 25 points.
2. Number and variety of trucks and towing equipment that will be used to carry out police authorized towing services, as well as any additional services related to the transportation of vehicles (e.g., loader services, long-distance tows, etc.), including the costs for such additional services – 20 points.
3. Experience and past performance as a tower for a government agency other than the DPD or for a private entity of comparable size — 15 points.
4. Experience and past performance as a DPD police authorized tower within the last five years — 5 points max (points will be reduced based on evidence of poor performance).

*We comply and exceed all areas and information for 1-4 which  is attached under separate headings with detail information in section B and C  cover letter. In addition, we current provide all services requested under current and past contracts with DPD.*

65 Points Maximum-Technical Proposal

PHASE ONE CRITERIA – NON-ECONOMIC DEVELOPMENT          **65 Points**

*Maximum points for Phase One Criteria not to exceed sixty-five (65) points.*
PHASE TWO CRITERIA – PRIME CONTRACTOR ECONOMIC DEVELOPMENT

Detroit headquartered business                          15 points

Detroit based business                                  5 points

*Maximum points for Phase Two not to exceed fifteen (15) points.*

*Troy's Towing  currently has both which are currently in place and have been for several years attached in section C*

_____

PHASE THREE CRITERIA ECONOMIC DEVELOPMENT & CONTRACT PERFORMANCE OF PRIME AND SUBCONTRACTOR(S)

Detroit headquartered business                          20 points

Detroit based business                                  10 points

*Maximum points for Phase Three not to exceed twenty (20) points*

*Troy's Towing  currently have both which are currently in place and have been for several years attached in section C*

********

**Evaluation points will be given for businesses that are certified as either Detroit- Based or Detroit-Headquartered by the City of Detroit's Civil Rights, Inclusion & Opportunity Department (CRIO). The appropriate CRIO certification must be attached to the proposal to receive the allotted points.**

*All certificate and supporting documents are attached in section B and C we are compliant in all areas and have been since we have been in business in the City of Detroit. Some certificates have been renewed but physical copy delayed  due to some city departments lengthy response due to covid 19. All areas we are up to date and compliant.*

**11. EVALUATION PROCEDURE**

After evaluating the proposal, oral presentations may be scheduled with the respondents. A final determination will be made after the oral presentations are complete.

Following the receipt of proposals, a City designated Evaluation Committee will evaluate each response. All PROPOSALS, which meet the required format of this RFP, will be evaluated.  Any Proposals determined to be non-responsive to the specifications or other requirements of the RFP, including instructions governing submission and format, will be disqualified unless the City determines, in its sole discretion, that non-compliance is not substantial or that an alternative proposed by the Respondent is

11

acceptable. The City may also at its discretion, request oral presentations, make site visits at Respondent's facility and may request a demonstration of Respondent's operations. If scheduled, a final determination will be made after the oral presentations and/or demonstrations are complete. The City may also at its sole discretion, elect to rank order the qualified proposals, and negotiate with some limited number of the highest scored qualified

respondents. A final determination would include the cumulative inputs of this evaluation procedure. All decisions reached by the Evaluation Committee will be by consensus. ***Understood***

## 12. CONTRACT APPROVAL

Upon contract award, the City and the respondent shall execute a Professional Services ***Contract***, which shall contain all contractual terms and conditions in a form provided by the City. No contract shall become effective until the contract has been approved by the required City Departments and Detroit City Council and signed by the City of Detroit Chief Procurement Officer. Prior to the completion of this approval process, the respondent shall have no authority to begin work under the contract. The Chief Financial Officer shall not authorize any payments to the respondent prior to such approvals; nor shall the City incur any liability to reimburse the respondent regarding any expenditure for the purchase of materials or the payment of services. ***Understood***

## 13. REQUIRED SUBMITTAL INFORMATION

Technical Proposal and separate Cost Proposal (i.e., organizational chart, resumes, client list, brochures, cover letter, executive summary, etc.). The Technical Proposal shall include the information requested in Section 8, Scope of Work. ***Understood and enclosed***

## 14. *SUBMITTAL INSTRUCTIONS*

All proposals must be submitted through the Oracle system. Each respondent is responsible for ensuring that its proposal is received by the City on a timely basis. **Faxed or mailed proposals will not be accepted. *Submitted through Oracle as requested***

Firms shall not distribute their proposals to any other City office or City employee. Proposals received become the property of the City. The City is not responsible for any costs associated with preparation or submission of proposals. All proposals submitted by the due date will be recorded in the Oracle System. Responses received **will not** be available for review. Proposals received will be subject to disclosure under applicable Freedom of Information Act. An officer of the company authorized to bind the company to a contractual obligation with the City must sign the proposals in the Oracle System. The contact person regarding the proposal should also be specified by name, title, and phone number. The successful respondent will receive an award letter. Respondents who are not awarded will receive a notification that the award decision has been made. ***Understood***

## 15. PREPARATION OF PROPOSAL

The proposal shall include all forms as specified in these instructions. Each proposal shall show the full legal name and businesses address of the prospective respondent, including street address if different from mailing address, and shall be signed and dated by the person or persons authorized to bind the prospective respondent. Proposals by a partnership or joint venture shall list the full names and addresses of all parties to the joint venture. The state of incorporation shall be shown for each corporation that is a party to the proposed joint venture.

Respondent shall provide notice in its proposal to take exception to any requirement of the RFP. Should a respondent be in doubt as to the true meaning of any portion of this RFP or find any patent ambiguity, inconsistency, or omission herein, the respondent must make a written request for an official interpretation or correction in accordance with the instructions for submitting questions as specified in this RFP
***Understood***

Respondents are advised that no oral interpretation, information or instruction by an officer or employee of the City of Detroit shall be binding upon the City of Detroit.

**16. REQUIRED CONTENT**

Bid responses must include the following content:

**Letter of Transmittal**

The prospective respondent's proposal shall include a letter of transmittal signed by an individual or individuals authorized to bind the prospective respondent contractually.   The letter must state that the proposal will remain firm for a period of one hundred twenty (120) days from its due date and thereafter until the prospective respondent withdraws it, or a contract is executed, or the procurement is terminated by the City of Detroit, whichever occurs first. In letter of ***Authorized signature on Corporate Authority attached to opening letter***

**Required Clearances and Affidavits**

Affidavits and the following clearances are required to do business with the City of Detroit. Approved clearances are not required to submit a response to the RFP but will be required of the successful respondent prior to City Council approval. ***All attached in Section C***

Respondents must submit requests for clearances electronically via a link in the bid response Requirement Section in Oracle  ***We Comply attached in section C***

| Required Clearances |
|---|
| Income Tax |
| Revenue Tax |

**Accuracy and Completeness of Information**

All information pertaining to the prospective respondent's approach in meeting the requirements of the RFP shall be organized and presented in the prospective respondent's proposal.  The instructions contained in this RFP must be strictly followed.

Accuracy and completeness are essential.  Omissions and ambiguous or equivocal statements will be viewed unfavorably and may be considered in the evaluation.  Since all or a portion of the successful proposal may be incorporated into any ensuing contract, all prospective respondents are further cautioned not to make any claims or statements that cannot be subsequently included in a legally binding agreement.

In your introduction, please include, at a minimum, the following information and/or documentation: ***All include in separate documents as requested attached to proposal***

- ❑ A statement to the effect that your proposal is in response to this RFP; ***YES***
- ❑ A brief description of your firm; ***YES cover letter***
- ❑ The location of the firm's principal ***YES cover letter***
- ❑ place of business and, if different, the location of the place of performance of the contract; ***YES same locations in cover letter***
- ❑ A commitment to perform the requested work in accordance with the requirements outlined in this RFP; ***YES Scope of work and within this document***
- ❑ The name and contact information of the of the firm's partner and or manager(s) that will be in charge of this project; ***Yes contacts and resumes***
- ❑ The firm's financial solvency, fiscal responsibility and financial capability; ***Letter from CPA firm***
- ❑ The age of the firm's business and the average number of employees during each of the last five (5) years; ***Yes info attached cover letter***
- ❑ The firm's current tax status and Federal Employer Identification Number; and
- ❑ Evidence of any licenses or registrations required to provide the services under this contract. ***All items included for all areas with full documentation in cover letter and supporting***

13

*documents*

17. **REQUIRED FORMAT**

To be considered responsive, each proposal must, at a minimum, respond to the following RFP sections in their entirety:

- ❑ Overall Scope of Work and Operational Responsibilities;
- ❑ Respondents Performance History;
- ❑ Proposal Submission Procedure; and
- ❑ Certificate of Good Corporate Standing, if a corporation Evaluation of the respondent's proposal will be made in accordance with Section 10 of this RFP.

*All information included in order following cover letter which due to requested information it is identified in Sections A, B, and C which are separated by the topical content requested and fully supported by files maintained in Corporate Office.*

18. **REQUIRED COST PROPOSAL**

Respondents are requested to make a firm cost proposal to the City of Detroit for any services the company may offer that is not covered by the rates set forth in Attachment B (e.g., loader service, towing jobs beyond the Metro-Detroit Area). If a contract is entered into as a result of this RFP, it will be a contract for fees as related to providing all requested services, with a price not to exceed the total price quoted in the proposal. The City of Detroit reserves the right to select proposals from the most responsible respondents with the most reasonable costs. The City reserves the right to select one or more firms to perform all or separate parts of this function

Indicate the fees you will charge to perform the services. Attach a schedule of fees or hourly rates broken out for each type of staff member that will work on the project (i.e., Sr. Partner, Partner, Associate Paralegal Typist, etc.)

*All cost for outside our primary service area will usually involve various applications of resources including time, labor, location, destination and equipment. We are equipped to provide service throughout the country on an infrequent bases, but cost is contingent based on several variables including what is transported. Troy's Towing would like to be considered for any needs by the DPD and or City of Detroit.*

*It would be difficult to provide a standard quote on a nonspecific special situation without having all the details, however we are involved with state and national towing in many situations. Our pricing in many cases to very competitive and usually lower than our competition. We want to be included in all opportunities to serve the DPD or the City of Detroit in any capacity. Please realize that the rising cost of fuel, labor, and qualified expertise and availability is considered at the time of need. Our standard cost outside base contracted agreed cost in purposal is for Long Distance light Duty $125 plus $3 empty to $5 loaded per mile. Heavy Duty $375 plus $3 empty $5 loaded per mile.*

*Please consider us for any additional possibility outside the primary area and we will price competitively at the time of need*

19. **TECHNICAL APPROACH**

Present a brief description of procedures to be followed, presented in a form which will best assist the City is evaluating your firm's ability to identify, evaluate and communicate while providing the requested services, e.g. fees.

*We invest in the best equipment which we provide new equipment every three years regardless of condition it is replaced. We have recently updated our technology and data base to electronically communicate with our customers, vendors, clients, and suppliers including the City of Detroit. We also invest in training our employees in the latest techniques to advance our service and efficacy. We also have perfected our technology to produce reports at any period to evaluate our performance in every category measuring response and metrics of service which we provide on reviews when requested. Our reports have photos for scenes, auto conditions and written reports by occurrence*

14

*which are also electronic., Management regularly reviews services and incorporates performance into employee evaluations and incentivized performance overall improvements are incentivized .*

20. **QUESTION DEADLINE**
*All questions regarding the RFP shall be submitted through the Oracle System.* Respondents shall provide notice to take exception to any requirements of the Request for Proposals.  Such exceptions may reflect negatively on the evaluation of the Proposal.  The City of Detroit does not guarantee a response to questions not submitted after the question deadline.

21. **ECONOMY OF PREPARATION**
Proposals should be prepared simply and economically providing a straight forward, concise description of the contractor's ability to meet the requirements of the RFP. Emphasis should be on the completeness and clarity of content.

22. **PAYMENT**
All properly executed invoices submitted by the successful respondent will be paid in accordance with the City of Detroit Prompt Payment Ordinance.

23. **ORAL PRESENTATION/DEMONSTRATION**
The City reserves the right, at its own discretion, to request Oral Presentations regarding proposals submitted in response to the RFP.  Failure to make an oral presentation will be grounds for rejection of your proposal.  Proponents will be notified by the Office of Contracting and Procurement of the date, time and location for Oral Presentations. ***Any request  we would schedule if necessary***

24. **ASSIGNMENT**
The services to be performed by the respondent shall not be assigned, sublet, or transferred, nor shall the respondent assign any monies due or to become due to him under any contract entered into with the City pursuant to these specifications, without prior written approval of the City. ***Agree***

25. **MISCELLANEOUS**
It shall be the responsibility of the respondent to thoroughly familiarize themselves with the provisions of these specifications.  After executing the contract, no consideration  will be given to any claim of misunderstanding.

The respondent agrees to abide by the rules and regulations as prescribed herein by the City as the same now exists or may hereafter from time-to-time be changed in writing. . ***Agree***

**The City strongly encourages the hiring of Detroit residents whenever possible by contacting Detroit At Work for your hiring needs. Visit the Detroit At Work website at www.detroitatwork.com for specific contact information regarding these opportunities.**

***We employee over  95% of our staff from the City of Detroit and we are focused on the rebuilding of Detroit and supporting the citizens and the community. We are also involved in other programs to support neighborhood programs including reinvesting and renovation of  our building in the corporate zones area we are located.***

26. **MODIFICATION OF SERVICES AFTER CONTRACT APPROVAL**
The City reserves the right to modify the services provided by the respondent awarded a contract. Any modification and resulting changes in pricing shall be made by amendment to the contract by the respondent and the City.

27. **BID DEPOSIT & PERFORMANCE BOND***)*
N/A

28. **CHANGES IN FACTS**

Proposers shall advise the City during the time the Proposal is open for consideration of any changes in the principal officers, organization, financial ability of, or any other facts presented in the proposal with respect to the proposer or the proposal immediately upon occurrence. *__Understood__*

29. **CONFIDENTIALITY OF PROPOSALS**

Proposals shall be opened with reasonable precautions to avoid disclosure of contents to competing offers during the process of evaluation.  Once proposals have been recorded they are subject disclosure as per the requirements of the Michigan Freedom of Information Act. *__Understood__*

30. **NEWS RELEASE**

News releases pertaining to these proposal specifications or the provisions to which they relate shall not be made without prior approval of the City and then only in coordination with the City. *__Agree__*

31. **REJECTIONS, MODIFICATIONS, CANCELLATIONS**

The City of Detroit expressly reserves the right to:  1) accept or reject, in whole or in part, any and all proposals received; 2) waive any non-conformity; 3) re-advertise for proposals; 4) withhold the award for any reason the City determines; 5) cancel and/or postpone the request for proposals, in part or in its entirety, and/or, 6) take any other appropriate action that is in the best interest of the City.  This RFP does not commit the City of Detroit to award a contract, to pay any cost incurred in the preparation of a proposal under this request, or to procure or contract for services. *__Agree__*

32.      **OFFICE OF INSPECTOR GENERAL**

32.01   In accordance with Section 2-106.6 of the City Charter, this Contract shall be voidable or rescindable at the discretion of the Mayor or Inspector General at any time if a Public Servant who is a party to the Contract has an interest in the Contract and fails to disclose such interest.

32.02   This Contract shall also be voidable or rescindable if a lobbyist or  employee of the contracting party offers a prohibited gift, gratuity, honoraria or payment to a Public Servant in relation to the Contract.

32.03   A fine shall be assessed to the Contractor in the event of a violation of Section 2-106.6 of the City Charter.  If applicable, the actions of the Contractor, and its representative lobbyist or employee, shall be referred to the appropriate prosecuting authorities.

32.04   Pursuant to Section 7.5-306 of the City Charter, the Inspector General shall investigate any Public Servant, City agency, program or official act, contractor and subcontractor providing goods and services to the City, business entity seeking contracts or certification of eligibility for City contracts and person seeking certification of eligibility for participation in any City program, either in response to a complaint or on the Inspector General's own initiative in order to detect and prevent waste, abuse, fraud and corruption.

32.05   In accordance with Section 7.5-310 of the City Charter, it shall be the duty of every Public Servant, contractor, subcontractor, and licensee of the City, and every applicant for certification of eligibility for a City contract or program, to cooperate with the Inspector General in any investigation pursuant to Article 7.5, Chapter 3 of the City Charter.

32.06   Any Public Servant who willfully and without justification or excuse obstructs an investigation of the Inspector General by withholding documents or testimony, is subject to forfeiture of office, discipline, debarment or any other applicable penalty.

32.07   As set forth in Section 7.5-308 of the City Charter, the Inspector General has a duty to report illegal acts.  If the Inspector General has probable cause to believe that any Public Servant or any person doing or seeking to do business with the City has committed or is committing an illegal act, then

16

the Inspector General shall promptly refer the matter to the appropriate prosecuting authorities. **_Understood all points in this section_**

For purposes of this Article[1]

---

[1] "Public Servant" means the Mayor, members of City Council, City Clerk, appointive officers, any member of a board, commission or other voting body established by either branch of City government or the City Charter, and any appointee, employee or individual who provides services to the City within or outside of its offices or facilities pursuant to a personal services contract.

## Response
## RFP 22PC182115

### 1.    Preamble

The City of Detroit is responsible for maintaining clean, safe, and functional streets. Citizens are entitled to a well-managed vehicle towing system that affords them a high level of customer service, convenience, courtesy, and professionalism. Accordingly, the City will award contracts to a number of private tow companies to provide police authorized towing services for the Detroit Police Department (DPD).

These Rules are not a contract. However, a firm receiving a contract for towing services agrees that the Services will be performed in accordance with the RFP and these Rules. Sections 3, 8, 9, 10, 11, 12, and 13 of these Rules are incorporated into City of Detroit contracts awarded to police authorized towers in accordance with the City's procurement policies and practices. To the extent of any conflict between the contract and these Rules, the contract governs**_. Agree_**

### 2.    Application / Process

Contracts will be awarded to prospective towers in accordance with the City's procurement policies and practices. Eligible companies may (1) apply for a contract to tow and, where appropriate, store vehicles at the company's tow lot, or (2) apply for a contract to only tow vehicles for the DPD to one of the DPD's tow lots and not be responsible for storing the vehicle.

The Office of Contracting and Procurement (OCP) shall oversee the application and selection process of all police authorized towers. Any contract awarded shall be subject to the approval of the Law Department, Chief Procurement Officer of OCP, and the Detroit City Council. **_Agree_**

All prospective towers shall submit at a minimum the following items when submitting a proposal for a contract to provide towing and recovery services as a police authorized tower:

- A full, thorough, and complete proposal in accordance with the OCP's procurement protocols. **_We have reviewed rules and agree to comply._**
- An organizational chart establishing the corporate hierarchy of the prospective tower. **_In Section B_**
- Background clearances for all owners, directors, managers, and employees of the company. **_In Section B_**
- Evidence sufficient to show that the company is properly insured. **_In Section C_**
- List of all licenses held. **_In Section C_**
- List of all tow trucks owned and leased by the company. **_In Section B_**
- List of any special, on-site equipment. **_In Section B_**
- A list of all activities that may be conducted at the tower's premises. If any activities require additional zoning clearances or special licensure, proof that the company is appropriately zoned and licensed to conduct the stated activities**_. Only Activity Towing_**
- Property tax clearance of all properties the company will be using to provide police authorized towing services, including the company's office as well as any yards that will be used by the company to store vehicles. **_Agree_**
- Copy of current deed to all properties that will be used by the tower for customer service operations or the storage of vehicles. **_In Section C_**
- The company's income tax clearance. **_In Section C_**

17

- Proof of certification as a Detroit-based business. *__In Section C__*
- Proof that the company's office and storage facilities are located in the city of Detroit. *__In Section B__*

- An accounting sufficient to demonstrate that the company has paid all administrative fees due to the City. *__Clearance enclosed  All information attached in following separate sections__*

**3.    Disclosures**

All prospective towers must make the following disclosures, and update them as stated below, with respect to all owners, directors, managers, and employees of the company:

- All companies or business entities in which any owner, director, manager, or employee has a financial interest. *__We have been informed by our attorney that non conflict of interest employee holdings that are not companies we do business with may not be disclosed to us by employees. Ownership has no conflict-of-interest business only services that support Troy's Towing. We do have all employees sign NDA agreements that cover noninterest disclosures__*
- A list of any and all civil cases (pending and closed) where the company or any of the company's owner, directors, managers, and employees have been named as a defendant. *__Section C we also have electronic files enclosed for review identified as employee civil cases.__*
  - Any owner, director, manager, or employee that has any of the following on his / her criminal history: *__We secure  background checks with for all employees  and to the best of our knowledge attempt. full compliance  to date we have had no problems. All inquiries are on hand and available for review at any time in out HR department and  background checks attached. In addition attached to this proposal and court reviews.  Please be advised of the following__*
  - 
  - *__Michigan Freedom of information Handbook Guidelines__*

*__What Public Records are exempt from disclosure? Except to the extent that a record falls within a statutorily-recognized exemption,53 the FOIA permits, but does not require, a Public Body to withhold from public disclosure the following enumerated categories of Public Records:54 (a) Information of a personal nature if public disclosure of the information would constitute a clearly unwarranted invasion of the individual'sprivacy.55 (b) Investigating records  compiled for law enforcement purposes, but only to the extent that disclosure as a public record would do any of the following: (a) Interfere with law enforcement proceedings. (ii) Deprive a person of the right to a fair trial or impartial administrative adjudication. (iii) Constitute an unwarranted invasion of personal privacy With respect to background clearances for employees, such information cannot be provided under the Fair Credit Reporting  Act. .__*

*__Although we forward all required information as mandatory  required for this bid as confidential information under the control of the City of Detroit DPD RFP requirements for this RFP #22PC182115  Any additional information we are currently not aware of or in position of . All information that we found is  is attached in personell folde attached to RFP presentation.__*

  - Any felony offenses within the last seven years. *__no__*
  - Any misdemeanor offenses within the last three years. *__The approval of the use of returning citizens by board of police commissioners relaxes restrictions. However, we run background check on all our employees some issues appear, and we have a record of past offenders file in office's   All are included in background checks attached,__*
  - Any offense that pertains to the alteration or removal of a vehicle's identification numbers, theft and / or damage to vehicles, unlawful possession of burglary tools, theft, robbery, arson, extortion, forgery, and / or burglary *__As noted above, we confirms that all owners, directors, managers, and employees are required a criminal background check as a condition of employment. There are no employees known  that have any of the above-noted items in their backgrounds.__*
  - Any offense for which an individual must register as a sex offender. *__None__*

  - All selected towers must notify the DPD Tow Monitor in writing in the event any of the information required under Article 2 or Article 3 changes. This includes, but is not limited to,

the hiring of new employees, managers, directors, etc. ***Agree All employees have a criminal background checks***

No more than one contract will be awarded per location. Furthermore, contracts shall be awarded in such manner to ensure that no two contractors are in close proximity to each other. Furthermore, there will be no cross-ownership or common ownership to any extent between tow companies awarded contracts. This includes but is not limited to ownership interests by members of the same family (e.g., spouse, siblings, parent, or child). Furthermore, except as authorized through a DPD approved subcontracting agreement, police authorized towers are prohibited from sharing equipment, resources, or personnel to provide services as a police authorized tower. The intent of this provision is to ensure that the operations of each tow company are clearly distinguishable from each other and to better ensure an equitable distribution of tows**. Agree**

Each police authorized tower acknowledges and agrees that holding such a contract is not a guarantee that any particular number of tows will be assigned to it and agrees that neither it nor any person under its control or who acts as an agent for it will initiate any action against the City, under any legal theory, based on a claim that it has failed to receive any particular number or share of tows. Accordingly, while the DPD will endeavor to ensure an equitable distribution of tows, the DPD makes no warranties or representations concerning tow distribution, and all police authorized towers expressly release the City of Detroit from any claims relating to towing procedures or tow distributions.

References in these Rules to the City of Detroit includes all its departments, boards and commissions, including the DPD, and all City / DPD / Board employees and agents. ***Understood***

---

[1] Any documentation submitted will be subject to the review and approval of the Office of the Chief Financial Officer and the Detroit Police Department. Applicants must submit any requested supporting documentation upon request.

### 4.    Disqualifying Factors

No tow company will be considered if any of the following apply: ***Understood and Agree No infraction at any time***

- The tow company has been debarred by the Office of the Inspector General and the debarment  order is still in effect;
- The Board of Police Commissioners has refused to renew, suspended, and / or terminated any permit authorizing the company to tow for the Detroit Police Department within the past 7 years.

### 5.    Pending Investigations

The DPD Tow Monitor shall advise the Office of the Inspector General, the Board of Police Commissioners, and / or the committee evaluating proposals of any investigations currently pending against any tow company. The DPD Tow Monitor is authorized to seek advice from the Law Department in deciding the appropriate course of action. ***Understood and Agree***

### 6.    Requests for Additional Information

The City / DPD in its discretion may issue additional requests for information as part of the proposal process. Compliance with any such requests shall be mandatory. ***Understood and Agree***

### 7.    Additional Requirements

The Office of Contracting and Procurement may in its discretion impose additional requirements prior to approving a contract. ***Understood and Agree***

### 8.    Indemnification

All police authorized tow companies shall be solely responsible for and indemnify, defend and hold harmless the City of

Detroit from and against all losses, liabilities, claims, causes of action, damages or costs, including any related expenses and attorney fees, for or on account of injuries to or death of any person and / or any property damage alleged to have been sustained in connection with the tow company's performance or failure to perform its contractual obligations.

All police authorized tow companies expressly assume all the risks and dangers of the activities authorized by a contract to perform police authorized towing services. The companies release, waive, and discharge the City of Detroit from all liabilities, claims, demands, actions, or causes of action whatsoever arising out of any damages, loss, or injury to the police authorized tower or to its property while participating in any of the activities authorized pursuant to its contract to perform police authorized towing services, regardless if such damage, loss, or injury results from the negligence of those released or from any other cause.

All police authorized tow companies must defend, indemnify, and hold harmless the City of Detroit from any loss, liability, damage, or costs, including court costs and attorney fees, that the City may incur due to the activities of the tower as a police authorized tower, whether caused by the tower's negligence or otherwise.

All police authorized tow companies must defend, indemnify and hold harmless the City of Detroit from all claims arising out of the improper release of a vehicle. Such claims include, but are not limited to, claims alleging the release of a vehicle to a person without proper evidence of ownership.

As part of the process for awarding contracts, the Office of Contracting and Procurement may in its discretion modify or expand the language or breadth of this provision. ***Understood and agreed all above points 4 -8***

### 9.    Invoice Submissions

Selected tow companies must comply with the City's policies related to the submission of invoices. ***Understood already electronically exchanging data***

### 10.    Rotational Towing System

The Police Towing and Impound Unit shall serve as the Department's primary towing service.[2] When DPD Towing is not available, private towers shall be utilized in a manner consistent with these rules and in accordance with local, state, and federal laws.

Police authorized towing companies shall be dispatched to scenes where towing services are required[3] on a rotational basis according to the following rules: ***Understood***

#### a.    General Tows

To the extent feasible, each authorized tower will tow on a rotational basis within the precinct in which they are located. Precincts lacking adequate authorized tow companies to cover their respective areas shall have towers assigned on the basis of their geographical distance to the actual precinct station. ***Understood***

#### b.    Evidence Tows

The Department shall maintain a separate rotation for the towing of evidence vehicles. Vehicles towed as evidence must be conveyed to 11631 Mt. Elliott Ct. or to another site as designated by the DPD. The tow company shall be compensated according to the City's authorized towing rates. The rotation for evidence tows shall be constructed according to the same standards set forth in Article 6a of these Rules. However, tow companies may be temporarily removed from the towing rotation in the event the money on the company's contract is depleted or the contract expires. ***Understood and Agree***

#### c.    Forfeiture Tows

The Department shall maintain a separate rotation for the towing of forfeiture vehicles. Vehicles towed for forfeiture must be conveyed to 9425 Grinnell or to another site as designated by the DPD. The tow company shall be compensated according to the City's authorized towing rates. The rotation for forfeiture tows shall be constructed according to the same standards set forth in Article 6a of these Rules. However, tow

---

[2] Absent change of circumstances, the Department will deploy its tow trucks in such manner and subject to the same conditions, reservations, and discretions as set forth in the Chief of Police James E. Craig's letter to the Detroit City Council, dated May 4, 2020.
[3] The Department will only dispatch one towing company to each scene where towing services are required. It shall be the responsibility of the tow company to respond with sufficient equipment to address the towing and recovery needs of the DPD.

companies may be temporarily removed from the towing rotation in the event the money on the company's contract is depleted or the contract expires. ***Understood***

### d. Heavy Duty Tows

The Department shall maintain a separate rotation for the towing of vehicles weighing 10,000 lbs. or more and where removal of the vehicle requires a heavy-duty tow truck. The heavy-duty tow rotation shall be purely rotational and not based on geographic area. ***Understood We maintain heavy- duty equipment to enable us to address all towing needs.***

### e. Detail Tows

Details include any instance where a tow truck will be required to be on scene or on standby and a minimum of three vehicles will be towed. This includes raids, blitzes, events, or other special deployment activities. The command requesting the Detail Tow will file the appropriate request with the appropriate DPD entity. A rotation specific to the detail will then be constructed. The tow company will be notified and the control number given directly to the tow company. A supervisor assigned to the detail is responsible for ensuring proper administration of the detail. ***Understood***

### f. Other Assignments

The Department may require an authorized tower to keep one or more tow trucks on standby in the downtown area or other location for an extended period of time. Tow companies will be assigned to cover such details for a one-week period on a rotational basis. In the event the tow truck is needed for a detail under this provision, the company assigned to cover the week will be notified and must supply the requested coverage. ***Understood***

### g. Tow Response Time

Tow companies shall respond with the appropriate equipment to the designated point of tow within 20 minutes of dispatch. A tow company providing heavy duty services shall respond within 35 minutes of the request for heavy duty towing services.

Towers shall be responsible for tracking their response times and shall notify the DPD Tow Monitor in writing of every instance in which the tower failed to respond within the required timeframe. The notification shall include the reason for the delay and the corrective action taken. ***Understood and always comply***

### h. Cancellation Protocols

The DPD shall promptly cancel a tower once information is received that the tow is no longer needed. In such circumstances, the tower shall be placed at the top of the rotation and shall receive the next towing opportunity.

Towers that are cancelled for excessive response time shall be placed back into the rotation in the same manner as if they had handled the tow.

The tow company shall notify the DPD Tow Monitor in writing each time a tow is cancelled so that the DPD Tow Monitor may follow up to ensure the rotation was appropriately updated. The notification must

be sent within 24 hours of the event and include the date / time of the tow and the cancellation. Tow companies that fail to make this notification may be subject to discipline, including but not limited to forfeiture of any tow opportunity it may have been entitled to had the rotation been appropriately updated. ***Understood***

### i.   *Unfulfilled Towing Assignments*

Towing assignments that cannot be fulfilled by the contractor originally called must be referred back to the DPD Dispatch Center for reassignment and may not be reassigned by the contractor. In the event such an occurrence takes place, the Tow Company shall notify the DPD Tow Monitor in writing within 24 hours of the occurrence. The notification shall include the date / time of the call for service, the reason the assignment could not be fulfilled, and any corrective action by the tow company to ensure such an occurrence does not again take place. In his / her discretion, the DPD Tow Monitor may impose a summary suspension of up to one week for each occurrence. The DPD Tow Monitor show notify the DPD and the Board of Police Commissioners each time such a suspension is imposed. ***Understood and Agree***

Standards for Police Authorized Towers

### a.   *Agreement to the Rules for Police Authorized Towers*

All police authorized towers are bound by these Rules. All towers must immediately report any apparent violations of these Rules to the DPD Tow Monitor. Such notifications must be sent by e-mail to the DPD Tow Monitor.

The DPD Tow Monitor shall conduct a Tower Orientation Session, which will include an overview of the requirements mandated by the Department. All police authorized towers must attend this orientation session. ***Understood and Agree***

### b.   *General Requirements*

In addition to any other requirements set forth in these Rules, all tow companies must agree to operate in accordance with the highest industry standards and practices. All tow companies shall remain available to respond to calls for service as set forth in these Rules 24 hours a day, seven days a week. All selected tow companies must accommodate special tow programs and City-sponsored events.

Police authorized towers shall remain open for the release of vehicles from 7:00 a.m. – 10:00 p.m., Monday- Saturday. In the event the hours of operation of DPD tow lots are reduced, the hours during which police authorized towers must remain open for the release of vehicles shall be reduced to the same extent. Under no circumstances shall a police authorized tower be required to remain open for the release of vehicles beyond those hours required for DPD tow lots. It is the express intent of this provision to ensure that citizens have the same degree of access to their vehicles regardless of whether the vehicle is stored on a private tower's lot or a DPD tow lot. ***Understood***

Tow companies must conduct themselves in a professional manner at all times and may not cause the public unreasonable delay either on the phone or in person. ***Adherence to the DPD's Tow Rotations***

All police authorized towers have an obligation to help ensure the integrity of the DPD's rotational towing system. No vehicles shall be towed, nor any services rendered, without authorization from the DPD's dispatching center. Tow companies must take reasonable measures toward ensuring that the individual requesting towing and recovery services is acting on behalf of the DPD's Dispatch Center.

In the event a tow company is contacted by someone other than the DPD's dispatching center, the tow company shall refer the requesting member to the DPD's dispatch center and notify the DPD Tow Monitor as soon as possible in writing. ***Understood and Agree***

### c.   Requirement to Report the Misconduct of DPD Members

When a tow company receives information that a DPD member has engaged or is engaging in misconduct, the company shall notify the DPD Tow Monitor as soon as possible in writing.

In addition, tow companies are obligated to report fraudulent or illegal conduct to the City's Inspector General. ***Understood and Agree***

### d.   Capacity

All police authorized towers must have sufficient facilities, equipment, and personnel to perform any towing and recovery service requested by the DPD. All tow companies must have the capacity to respond to the scene where services are being requested with the appropriate equipment within 20 minutes of the time of the dispatch.

In the event a job is declined due to a lack of adequate space, equipment, or personnel, the DPD Tow Monitor may in his / her discretion suspend the police authorized tower for up to one week. The  Monitor shall notify the Board of Police Commissioners each time such a suspension is issued. ***Understood and Agree we have space for 600 cars in our own lots with proper equipment, List in section B***

### e.   Tow Trucks, Machinery, and other Equipment

Selected tow companies may either own or lease their towing equipment, provided the equipment is adequate and properly insured. Police authorized towers may not subcontract or assign any of the services required under their contracts. ***Understood and Agree list in section B***

### f.   Facilities

Police Authorized Towers must provide convenient, well-managed, and courteously operated storage facilities for vehicles ordered impounded by the DPD. Tow companies shall maintain an office at each storage facility with sufficient space for all necessary business capabilities. Tow companies must maintain computers with software capabilities to collect vehicle information and other data, telephones, fax machines for servicing the customer and the Department. All customer service phone lines shall be recorded. The recordings shall be retained for no less than 30 days.
***Understood and Already working with DPD system as current tower***

Tow companies must maintain a toilet facility for use by customers. Police Authorized Towers shall be responsible for securing the facilities and for the safety and security of all towed vehicles. Tow companies shall install and maintain a digital video recording system of the customer service area that includes audio. Each yard / storage facility shall include a digital video recording system but will not require audio. All video and recordings shall be retained for not less than 45 days. ***Understood***

Police authorized towers may own or lease their storage facilities, provided the land and structures that make up the facilities comply with all local, state, and federal requirements. All police authorized towers shall operate and maintain their facilities in accordance with all applicable zoning requirements, local, state, and federal law. ***Understood and Agree already operate DPD approved facility with capacity on 9615 Grinnell Detroit 48213***

The City shall have the right to enter the tow company's facilities at any time for purposes of inspecting the premises, vehicles on site, audio / video recordings, and any records pertaining to any vehicles being stored at the location. ***Understood and Agree we have had past inspections and passed everyone no problems***

To facilitate audits and inspections by DPD personnel, all vehicles ordered impounded by the DPD that are being stored by a selected tower shall be stored on the lot in an area that is separate and apart from any other vehicles stored on the premises. **_Understood and Agree and currently done in facilities_**

### g.  Posting of Required Information

Towing companies must purchase and post signage as directed by the DPD Tow Monitor. The signage shall be conspicuously posted in all customer service areas. **_Understood and Agree already posted for some time_**

### h.  Records

All police authorized towers must capture and maintain full and complete records on each vehicle for a period of not less than five years following the release of the vehicle. The data shall be stored electronically and will be subject to inspection and audit with or without notice.[4] All tow companies must provide copies of records upon request. **_Understood and Agree already in place and being used_**

Tow companies shall be required to photograph all vehicles prior to hook up and after the vehicle has been taken off the tow truck and placed at the lot. Each set of photographs must include the entire exterior of the vehicle, any areas damaged by the tow truck, and of the interior of the vehicle (as viewed from outside the vehicle). Photographs shall be maintained for a period of not less than five years after the vehicle has been released from the company's possession. The photographs shall be maintained with the vehicles file. **_Understood and Agree and currently in use all cars photographed at time of pickup and delivery to yard, and file maintained electronically at office_**

If the City procures specialized tow management software, the tow company must take all steps necessary to adapt its operations so that any vehicle ordered towed by the DPD is entered into the system in accordance with the City's / DPD's directives. **_Understood and Agree already in place with immediate recall of all information including photos in and out of cars that are placed on lot that is secure with surveillance._**

All selected tow companies shall maintain, in accordance with generally accepted accounting principles, complete and accurate books of account and records relating to all items of income received and expenses incurred in regard to police authorized towing. Such books of account and records shall be maintained at the site approved by the City. Authorized tow companies will be required to provide the City with a copy of their annual financial statement **_Understood and Agree we currently keep records onsite which are maintained by onsite in company bookkeeping department that is at direction of CPA firm and inhouse accountant_**

---

[4] The tow company must maintain records in such manner to permit searches based on date of impound, VIN, vehicle description, and impound location. **_Understood and Agree all data on file in house system for immediate recall when needed_**

### audits

The City and / or the DPD reserve the right to audit the books and records of each tow company in order to ensure compliance with these rules. This review may include, but may not be limited to, all monies collected by the tow company under the contract and auction procedures. **_Understood and Agree have participated in city audits before no problems all information is available we just need to coordinate schedules of audits to assure personnel is free of other assignments that day._**

*i.*    *Fees*

1.  The City of Detroit, via its City Council and / or tow rate commission, shall determine the towing and storage fees that Police Authorized Towers may charge. ***Understood and Agree  In 2020 DPD suspended the process of tow companies collecting administrative fees. Our final payment to the city of Detroit for those fees covered Sept and Oct of 2020 check no 8435 was paid on Nov 12,2020 in the amount of $9600. Furthermore no tow company could continue to receive corporate clearances if any outstanding fees are owed. Our City of Detroit Clearance is attached***

Tow companies must accept cash and at least three major credit cards, and the fees for cash and credit cards shall be the same. Any fees or losses resulting from such transactions shall be processed in accordance with normal business practices and shall in no event be the responsibility of the City. As part of the release of any police authorized tow, tow companies must create an invoice that itemizes all of the services rendered and fees assessed against the vehicle. Tow companies must issue sequential receipts, which shall be attached to the invoice.

Selected tow companies must promptly return vehicles when presented with the following:

-   Payment of fees;
-   Proof of ownership or authority to redeem the vehicle;
-   Proof of insurance if the individual redeeming the vehicle desires to drive the vehicle off of the lot; and
-   Proof that a tow company is properly licensed to operate if the individual redeeming the vehicle desires to have the vehicle towed off of the lot. ***Understood and Agree on all points and already an operating process***

Tow companies are free to advertise and offer their services to any customer following the release of any vehicle ordered impounded by the Department. Under no circumstances, however, shall the prompt release of a customer's vehicle be conditioned on the acceptance of such services. To ensure compliance with this rule, no towing company may provide additional services without first providing notice to the customer that (1) the customer may obtain release of the vehicle for the amount listed on the towing invoice, (2) the customer is not obligated to employ the tow company to perform any additional towing services as a condition of releasing the vehicle, and (3) that the customer is free to hire a tow company of their own choosing. A copy of the notice, signed by the customer, shall be kept on file with the tow company. ***Understood and Agree***

*j.*    *Fee Reductions and Waivers*

The DPD Tow Monitor may direct a tow company to reduce or waive fees for any legitimate reason. The tow company may request the DPD Tow Monitor to issue his / her directive in writing and to state the reason for the fee waiver or reduction. The term "legitimate reason" includes, but is not limited to, the following:

-   The owner of the vehicle is experiencing financial or other form of hardship.

    -   A member of the Department erred in ordering the vehicle impounded.
    -   The owner or lessee of a vehicle was not properly notified that the vehicle had been recovered.

In the event the DPD Tow Monitor requests a reduction in fees in excess of what is owed in storage, he / she shall ensure the tow company is given an additional tow opportunity.  A form specific to fee waivers / reductions in situations involving stolen vehicles is attached for informational purposes. ***Understood and Agree***

*k.*    *Insurance Requirements*  ***Understood and Agree attached insurance in section B that exceeds requirements***

Police authorized towers must maintain, at a minimum and at its own expense, the following insurance:

| TYPE | AMOUNT NOT LESS THAN |
|---|---|
| Workers Compensation | Michigan statutory minimum |
| Employers Liability | $500,000 minimum each disease<br>$500,000 minimum each person<br>$500,000 minimum each accident |
| Commercial General<br>Liability Insurance | $1 million each occurrence<br>$2 million aggregate<br>Coverage is to include blanket contractual liability |
| Garage Keeper's Legal<br>Insurance | $50,000.00 Liability |
| Automobile Liability | $1 million combined single insurance (covering limit<br>for bodily injury for all owned, hired and property<br>damage to non-owned vehicles with personal and<br>protection insurance including residual liability<br>insurance under Michigan No Fault Insurance Law. |

To the extent that the Office of Contracts and Procurement or local, state, or federal law imposes requirements in excess of those stated above, the tow company must comply with such requirements.

The City reserves the right to change the insurance requirements. However, the City / DPD must provide at least 30 days' notice of such changes.

### l. Auctions

As a condition to holding a contract as a police authorized tower, the tow company shall maintain an account with the State of Michigan necessary for the State to issue Tr-52's / Bill of Sale. Upon receiving information that a company has failed to maintain the necessary account, the DPD Tow Monitor shall immediately suspend the company from police authorized towing activities. A tow company may request reinstatement after re-establishing the appropriate account with the State. All tow companies will be required to cooperate with the Department and comply with the Department's protocols with regard to abandoned vehicle sales. ***Understood and Agree  We have been holding city auctions for several years with no problems that have benefited the city and the public, Our facility is set up to accommodate all current and future needs,***

### m. Tow Release Procedures

The Department shall provide the public with a Department telephone number that citizen may call to obtain information on towed vehicles. Tow companies must promptly return vehicles when presented with sufficient proof of payment and ownership pursuant to applicable law and any guidelines provided by the City and designated department personnel. ***Understood Comply and Agree***

### n. Holds

Members of the Department are authorized to place holds on vehicles or other items towed to a police authorized tower's facility. Holds must be communicated in writing by officer requesting the hold to the tow company. In the event the officer requesting the hold fails to notify the tow company in writing, the Tow Company shall promptly notify the DPD Tow Monitor of the occurrence and shall be guided by the DPD Tow Monitor's direction. Where a proper hold has been applied to a vehicle or other item, the tow company must not release the vehicle without written authorization from the Department. ***Understood and Agree already working as instructed with no problems***

### o.   Unclaimed Vehicles

Police authorized towers must maintain a list of all vehicles that have a remained unclaimed for a period of seven days or more. The list shall be in a format prescribed by the Department and shall be transmitted to a prescribed e-mail address by the noon each Monday. ***Understood and Agree already working as instructed***

## 11.   Monitoring Process

The Department, with input from the Board, will monitor the towing process and may appoint a Tow Monitor. If a Tow Monitor is appointed, he / she will select a team of sworn and / or civilian personnel who will serve as an investigation unit and liaison between all tow companies and the City of Detroit. This team will also be responsible for monitoring tow company performance be conducting site visits and will report any apparent deficiencies or violations of these standards to the Board and, where appropriate, to the Office of Contracts and Procurements, and to the Office of the Inspector General. ***Understood and Agree***

No tower shall attempt to seek legal advice from the DPD Tow Monitor or any city employee or official. In his / her discretion, the DPD Tow Monitor may issue advisory letters in response to questions asked by contracted towers based on his / her interpretation of these rules.

Except for formal advisory letters issued by the DPD Tow Monitor, tow companies are strictly prohibited from attempting to use any statements issued by the DPD Tow Monitor or any City employee or official to explain or justify any deviation or violation of these rules.

Furthermore, no City employee or official, including but not limited to the DPD Tow Monitor, has the authority to authorize a tower to violate the governing contract, these Rules, or local, state, or federal laws. It is the sole responsibility of the contracted company to ensure compliance with the foregoing. ***Understood and Agree all points in this section***

## 12.   Legal Considerations

### a.   Conflicts of Interest

The following are strictly prohibited: ***Understood and Agree***

(i)     For any officer, agent, or employee of the City (including but not limited to police officers) or any other public official to hold any personal or financial interest, directly or indirectly in any Police Authorized Tower.

(ii)    For any Police Authorized Tow company to hire or retain the services of any employee of the DPD, or any Board member, at a time when such person is a public employee or official or for a period of at least one year thereafter.

(iii)   For any Police Authorized Tow company to hire any person with an interest that could possibly conflict in any manner with the performance of an authorized tower's responsibilities pursuant to a towing contract.

### b.   Non-Transferability

Any contract to provide towing services to the City cannot be transferred, sold, subcontracted, or assigned to any other person or entity. Selected tow companies must notify the Department of any intent to sell, or in any manner transfer, the entire company, 10% or more of the company's assets or outstanding stock, or if there is a change in any of the partners, owners, or officers of the company. ***Understood and Agree all***

### c.  Termination and Suspension

The City reserves the right to terminate or suspend any towing contract for convenience or for cause, without notice and without any right to a hearing.

In the event the DPD  Tow Monitor suspends or terminates a towing contract without the involvement of the Office of Contracting and Procurement, the DPD Tow Monitor shall immediately file a memorandum with the Board of Police Commissioners explaining the decision to take such action. The Board in its discretion may convene a hearing and may either affirm the DPD  Tow Monitor's decision or request that the DPD  Tow Monitor rescind the suspension or termination. *Understood*

*We have read all points and understand all aspects of requirements which most if not all is standard operations procedure and  part of our operating policy to satisfy all municipalities, corporate customers, and end recipients of tows. We exercise safety policies for our team and practice a courtesy serving the end customers and their property.*

*We have always worked well with DPD and the City of Detroit and wish to continue building the bond between the citizens, DPD,and  Towing by continuing to provide the best service for all,*

*Understood and Agree and will distributed and utilized correctly when City approved form as it is fully authorized for use by the city with complete use criteria for towers and citizens*

## APPLICATION BY VEHICLE OWNER FOR A POVERTY WAIVER OF DETROIT POLICE DEPARTMENT AUTHORIZED TOWING AND STORAGE FEES

The Detroit Police Department (DPD) has implemented a discretionary program allowing owners of vehicles stolen in the city of Detroit to apply for a poverty waiver for DPD authorized towing and storage fees.

If your vehicle was stolen, and, for reasons of poverty you are unable to pay the towing and storage fees to retrieve it, you may be eligible for a waiver. **Please Note**: You are still required to pay the $75 administrative fee.

To qualify for the waiver, your annual household income (determined based on the incomes of all members of the household) must be less than the amounts listed below - which represent the current poverty threshold. For households larger than 8, add $4,749.00 for each household member:

| Number in Household | Maximum Income |
|---|---|
| 1 | $17,774.00 |
| 2 | $21,427.00 |
| 3 | $23,717.00 |
| 4 | $27,560.00 |
| 5 | $31,040.00 |
| 6 | $35,580.00 |
| 7 | $40,120.00 |
| 8 | $44,660.00 |

## PART I - PERSONAL INFORMATION

1. Applicant's Name _____
2. Applicant's Driver's License Number _____
3. Daytime Phone Number _____     4.  Age _____
5. Street Address _____
6. Total number of individuals in your household_____

## PART 2 – VEHICLE AND TOWING INFORMATION

1. License Plate Number _____
2. Make, Model and Color _____
3. Name of Registered Owner _____
4. Name and contact information for insurance carrier _____

   _____

5. Do you have "comprehensive" insurance or other insurance coverage for towing and storage fees? _____

6. Name, address and phone number of the towing company_____

   _____

7. Date the vehicle was reported to DPD as stolen_____
8. Towing fees_____          Storage fees_____

## PART 3 – SUPPORTING DOCUMENTATION.

 Provide at least one of the following documents to support your poverty claim:

   (i)      Most recent federal income tax return
   (ii)     SSI/SSA/SSD (letter or 1099)
   (iii)    FIA/DHS (award letter, including food stamps award letter) **or**
   (iv)     Other documents supporting the application

## PART 4 – SIGNATURE AND VERIFICATION

       The undersigned vehicle owner ("Applicant") hereby applies for a hardship waiver. Applicant certifies, under the penalty of perjury, that all information in this application is true, correct, and complete. Any Applicant who provides false, misleading, or incomplete information will be prosecuted to the full extent of the law. Failure to cooperate fully is grounds for denial of the application.

Signature:
_____ Print name: _____
_ Date: _____

## PART 6 – NOTICE OF APPEAL RIGHTS.

If your application is denied, you can appeal in writing, within 30 days, to the City of

or <span style="color:red">**first**</span>   <span style="color:red">**class**</span> **mail**:

## FOR DPD USE ONLY - DECISION AND REASONS

The application is:

☐ Granted

☐ Denied for the following reasons:

_____

_____

_____

_____

Signature: _____ Name and Rank: _____ Date: _



# Who We Are



**A  Focus on Service and  Excellence**

# Our Company History

Troy's Towing was established in 1996 by Troy Ginyard who operated a professional successful licensed auto repair facility. Mr. Ginyard was infuriated by the number of cars that were towed to his repair facility that had sustained additional damage from unprofessional tow companies that charged excessive fees.  To address this concern, he decided to start his own towing company. Troy's Towing started as a one truck, one man operation. His new goal and direction was simply to provide the best professional towing service at the most reasonable cost, in the most time effective manner. We now employ a full roster of professional drivers and operate a fleet of new trucks with the best equipment in the industry. We provide 24 hours, 7 days a week service and offer light, medium, heavy-duty service that meets all towing needs.



As a result of the company's commitment to timely efficient service, putting the customer first, and making every call an opportunity to meet and exceed the needs of the customer, we have excelled in the marketp l a c e . Every year our company has grown because of our work ethic, investment in the latest equipment, people, and technology. We have been recognized as one of the premier towing service providers for cars, trucks, semi's tractor trailers, commercial and privately owned vehicles in Southeastern Michigan.





# Our Goal & Commitment

## Our Goal

- Provide the most professional, timely, customer focused service to our customers.

- Value all customers, their property, and their safety as our own

- Guarantee that stressful situations for our customers do not produce additional stressful results

- Earn the right to serve our customers every day with every tow.

- Help others



## Our Commitment

- Continuous improvement with a focus to be the best provider of towing services

- Provide the shortest arrival on scene times

- The safety of our employees, citizens, and or community

- Provide the best trained, best equipped customer focused staff in the industry





# Our

## What we provide

Troy's Towing provides 24 hours 7 days a week full and complete towing services for all vehicles', boats, trucks, buses, semi tractor-trailer and heavy equipment. Our drivers are fully wrecker certified and trained in the following disciplines:

- .Theft recovery
- -Lockouts
- -Accident
- -Flood
- -Breakdowns

- -Roll-overs (Up righting)
- -Ditch removal
- -Fire
- -Abandoned vehicles
- -Private Property Impounding



## Our equipment

We offer a complete assortment of tow trucks and equipment from tradition lift and pull tow trucks, flatbed trucks, to semi tractor-trailer tow trucks capable of towing 18-wheelers and other commercial grade trucks. We are equipped to provide full service to all commercial and independent operators of light and heavy vehicles.

We also provide, short- and long-range towing, secure storage, impound storage, emergency service and are recognized by the State of Michigan and the Department of Homeland Security as an emergency first responder





# Our Team

All of our driver team professionals have to pass a State of Michigan background check and drug screen clearance. They also have various professional certification and training in the following areas:

☐ Wrecker Master 1-8 certification

☐ CVED Commercial Vehicle Enforcement Division #31527

☐ US DOT United States Department of Transportation Certification #1649640

☐ DOT Medical Card Certified

☐ Recognized as an emergency "First Responder" by the State of Michigan



Many of our drivers are also licensed mechanics and have automotive and light truck repair capabilities. Both our indoor and outdoor storage facility has 24-hour security.





# Our Customers

Our customer base is made up of various state, and local government performance-based customers, independent companies, and citizens. Our commitment too many of our customers is 15 minutes or less within a 20-mile radius. We have multiple departure points throughout the metro area that allows us to have one of the quickest response times within the area.



- City of Detroit
- Michigan State Police
- City of Highland Park
- Detroit Police Department
- Highland Park Police Department
- 36th District Court
- Local and national auto repair facilities
- Local property management companies
- General Public





## Our Geography

Although our operational base is primarily throughout Southeast Michigan we do provide customized service programs for commercial long-range carriers based on specific customer needs. We are open to discussion surrounding any customer's needs for service.

- Key service areas are the following:
  - Detroit
  - Wayne County
  - Southeastern Michigan
  - Tri-State area
  - Special over the road service
  - Wherever needed





# Our Vision

Responsible, cost efficient, professional, customer centered service that improves the lives of those that need help. A long-term partnership with businesses, consumers and government to rebuild southeast Michigan as the center of excellence in the country









# Expanding Our Commitment To Serve

As a result of the commitment to our customers and the execution of superior service our business has expanded. In order to meet and maintain the necessary time sensitive disciplines we have our second location adjacent our original location.  The new location will allow us greater storage capacity and reduce



travel time toand from the yard.

## Our  Locations

- ❖ 9615 Grinnell (main)

- ❖ 8825 Grinnell (east)

All locations have access to all major freeways in less than 1 minute. Each location secured with no public access to yard.



**THANK YOU**

**Contact Us**
Phone: (313) 579-1TOW
9615 Grinnell Avenue
Detroit, Michigan 48213

# Troy's Towing Response to Proposal
## RFP # 22PC182115

## TOW, IMPOUND AND STORAGE SERVICES FOR

## DETROIT POLICE DEPARTMENT

### Section 2 Personnel

- a) Organization Chart
- b) Driver List
- c) Truck List
- d) Criminal Records
- e) Returning Citizen BPC Ruling
- f) Court Cases
- g) Court Cases Employees



**313.579.1869**

9615 Grinnell, Detroit 48213

## Troy's Towing Organization Chart

Troy Ginyard
President

Nekal Jones
Supervisor

TO Ginyard JR
Supervisor

Tiara Ginyard
Office Manager

HR Director

Miesha Clemons
Dispatcher

**The primary contact persons on this contract will be**
**Troy Ginyard Sr. 313 579.1869, cell 313.263.4019**
**Nekal Jones (O) 313.579.1869,**
**TO Ginyard 313 575 1869**

The other key persons to support these lead key people have their resumes are enclosed.

**Drivers**

| | |
|---|---|
| *Dykes* | *Tonya* |
| *Drew* | *Dwayne* |
| *Ginyard* | *Troy* |
| *Guyton Jr* | *Willie* |
| *Harrell* | *Lajuan* |
| *Harris* | *Cortez* |
| *Jones* | *Nekael* |
| *Ginyard Jr.* | *Troy* |
| *Neely* | *Anthony* |
| *Richardson* | *Kevyan* |
| *Gerald* | *Terrell* |
| *Lawrence* | *Tennille Jr,* |
| *Jack* | *Zuywic* |

# USDOT: 1649640
# CVED: 31527

**Truck List**

| Description | Vehicle | Equipment Type | VIN | Plate |
|---|---|---|---|---|
| #33 Light Duty Flatbed | | Light Duty | 1NPWL49X9CD147223 | BB98886 |
| #30 Light Duty Wrecker | 2012 Ford F350 | Light Duty Wrecker | 1FDRF3GT3CEB26010 | BB32364 |
| #31 Medium Duty Flatbed | 2018 Hino 258 | Medium Duty Flatbed | 5PVNJ8JN7J4S53127 | BB53683 |
| #32 Medium Duty Flatbed | 2018 Hino 258 | Medium Duty Flatbed | 5PVNJ8JP3J4S52395 | BB70702 |
| #23 Heavy Duty Wrecker | 2019 Freightliner M2 | Light Duty Flatbed | 1FVACVFD0KHKD5361 | BB70231 |
| #34 Light Duty Flatbed | 2019 Freightliner M2 | Light Duty | 1FVACFD2KHKD5362 | BB80676 |
| #35 Light Duty Flatbed | 2019 Freightliner M2 | Heavy Duty | 1FVACVFD4KHKD5363 | BA96196 |
| #36 Light Duty Flatbed | 2019 Ford F550 | Light Duty Flatbed | 1FDUF5GT3KDA01714 | AA99551 |
| #37 Light Duty Wrecker | 2018 Ford F550 Super Duty | Light Duty | 1FDOX5HT2JEC71360 | AB39320 |
| #38 Medium Duty Flatbed | 2007 Kenworth T270 | Medium Duty Flatbed | 2NKHHM5X5LM422911 | BA17486 |
| #39 Light Duty Flatbed | 2020 Ford F550 Super Duty | Light Duty Flatbed | 1FDUF5HT9LEC57916 | BC51419 |

All trucks owned and purchased
2012 Peterbilt 38                    NEW TRUCKS

| #40 | 2021 Freightliner | Flatbed Carrier | FVACWFC2MHMU7814 |
|---|---|---|---|
| #41 | 2022 Freightliner | Flatbed Carrier | 3ALACWD21NDNH8679-QA |

# Troy Ginyard Sr.

9615 Grinnell Ave Detroit Mi 48213 313.263.4019

## TOW FACILITY OWNER/OPERATOR

Build the highest quality customer service focused towing company in southeastern Michigan with the fastest response times.

Developed highly skilled teams of professional customer-oriented service professionals to perform

towing both heavy duty and domestic on all automobiles, trucks, commercial, and maritime vehicles.

Provide the best overall service in all aspects towing and emergency automotive rescue emergency service.

## Professional Experience

Troy's Towing, Detroit, Mi *Owner/1996* - Current)

- 26 years of continuous towing service
- Continuous growth year over year for 21 years
- Key towing contractor for Michigan State Police, Highland Park Police, City of Highland Par k,
- Detroit Police, 36th District Court several other commercial and private corporations and communities.
- Buyer/Appraiser/Facilitator Troy's Towing auctions of any unrecovered cars.
- Wreck master certified Level 1-8
- Semi-truck heavy-duty recovery/rollover trainer
- First responder trainer
- Maritime Towing

# Nekael Jones

14189 Collingham Rd Detroit Ml. 48205 313-350-8365

**TOW FACILITY OPERATOR MANAGER**

Developed highly skilled teams of professional customer-oriented service professionals to perform towing both heavy duty and domestic on all automobiles and trucks.

Initiated programs that improved customer ser vice, increased productivity, and customer satisfaction within office and road teams.

Expertise training, scheduling, management, logistics, operations, facility management, contract negotiations, business to business sales.

Participate in continuous training and professional development activities to maintain current knowledge of rapidly advancing automotive and towing technologies.

**Professional Experience**

Troy 's Towing, General Manager *(2002-*Now

- Facility Manager Provided technical training for drivers of all flatbeds and wreckers, surrounding recovery, lock outs boot & tows for the municipal parking contracts for City of Detroit, and Highland Park Mi.

- Buyer/Appraiser/Facilitator Troy's Towing auctions of any unrecovered cars.

- Wreck master certified Level 4/5

- Semi-truck heavy-duty recovery/rollover trainer

- First responder trainer

Point Towing, Detroit Mi (1997 -2002 - Current) Driver Supervisor

- Driver/Trainer/Supervisor

Detroit Police Department Detroit, Mi Police Officer 1994 - 1999

- Law enforcement Officer of the quarter

Police Academy Honor graduate

**Education/Certifications**

**Criminal Justice Institute**

**Michigan Traffic Incident Management Trainer. CDL·A Class**

**Wreck master 1·8,**

**First Responder Training Maritime Towing**

# TROY GINYARD JR

tginyard@my.tnstate.edu
-(313) 686-9900

_____

## Qualifications

Procurement Analysis

- Negotiation

Technology and database knowledgeable

**EDUCATION**

**Tennessee State University Nashville, TN**

Business Administration- Concentration Supply Chain
Management

**Western Michigan University**

Bachelor of Business Administration-Aviation Management

Organization & Prioritization Training & Staff
Development Cost Containment

GPA: **3.64/4.00**

Kalamazoo, Ml Transferred

## EXPERIENCE

**Troy's Towing Inc.**                                                         Detroit, Ml

*Onsite Field Manager*
*Lead.*

**July 2013-Current**

Greeted customers and determine customer's service needs. Created different ideas to
reach employment satisfaction.

- Trained employees on equipment operation and on accident/safety
  documentation Implemented a fleet inspection system for trucks that reduced
  office expenses.

- Managed, scheduled, evaluated employees.

**Equal Employment Opportunity Commission (EEOC)**                 Nashville, **TN**

## FULL LEAGAL BACKGROUND CHECKS ARE REQUIRED FOR EMPLOYEMENT

Troy's Towing requires all employees to have legal background check by Michigan State Police before they are hired. Files are maintained in our HR Department in employee individual files These files are keep up to date by our HR Director Dr. J.R. Sledge HR Manage. In addition, drug test and other mandatory profile are included. Our Attorney has advised us these bids are not confidential documents and subject to open review violations of expected privacy policies is possible. However, we maintain copies on file in HR department for immediate review upon request by City of Detroit. Readily available are background checks, drug test. driver's license copies. And all other personnel information



Information Provided

| | |
|---|---|
| Name | : Troy Ginyard |
| Date of Birth | : Apr 07, 1975 |
| Gender | : Male |
| Race | : Black |
| Reason | : Employment |
| Amount Paid | : $10.00 |
| Order Date | : 5/4/2021 6:11:31 PM |
| Miscellaneous No | : |

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED:5/4/2021           Page 1



Information Provided

| | |
|---|---|
| Name | : Jones Nakael |
| Date of Birth | : May 31, 1972 |
| Gender | : Male |
| Race | : Black |
| Reason | : Employment |
| Amount Paid | : $10.00 |
| Order Date | : 5/4/2021 6:18:24 PM |
| Miscellaneous No | : |

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED:5/4/2021                    Page 1



Information Provided

Name            : Troy Ginyard Jr.
Date of Birth   : Jun 28, 1995
Gender          : Male
Race            : Black
Reason          : Employment
Amount Paid     : $10.00
Order Date      : 5/4/2021 6:10:12 PM
Miscellaneous No :

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED:5/4/2021            Page 1



Information Provided

Name              : Harris Cortez
Date of Birth     : Dec 13, 1965
Gender            : Male
Race              : Black
Reason            : Employment
Amount Paid       : $10.00
Order Date        : 5/4/2021 6:16:51 PM
Miscellaneous No  :

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED:5/4/2021            Page 1



Information Provided

| | | |
|---|---|---|
| Name | : | Drew Dwayne |
| Date of Birth | : | May 28, 1969 |
| Gender | : | Male |
| Race | : | Black |
| Reason | : | Employment |
| Amount Paid | : | $10.00 |
| Order Date | : | 5/4/2021 6:07:10 PM |
| Miscellaneous No | : | |

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED:5/4/2021                Page 1



Information Provided

| | |
|---|---|
| Name | : Lajuan Harrell |
| Date of Birth | : Oct 19, 1979 |
| Gender | : Male |
| Race | : Black |
| Reason | : Employment |
| Amount Paid | : $10.00 |
| Order Date | : 5/4/2021 6:14:38 PM |
| Miscellaneous No | : |

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED:5/4/2021          Page 1



Information Provided

| | |
|---|---|
| Name | : Neely Troy |
| Date of Birth | : Apr 28, 1981 |
| Gender | : Male |
| Race | : Black |
| Reason | : Employment |
| Amount Paid | : $10.00 |
| Order Date | : 5/4/2021 6:20:44 PM |
| Miscellaneous No | : |

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED:5/4/2021                 Page 1



**ICHAT**
INTERNET CRIMINAL HISTORY ACCESS TOOL

BROUGHT TO YOU BY

Information Provided

| | |
|---|---|
| Name | : Jack Zywicki |
| Date of Birth | : Jan 20, 1999 |
| Gender | : Male |
| Race | : White |
| Reason | : Employment |
| Amount Paid | : $10.00 |
| Order Date | : 3/18/2022 5:38:27 AM |
| Miscellaneous No | : |

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED:3/18/2022          Page 1



Information Provided

Name              : Keviyan Richardson
Date of Birth     : Mar 22, 1997
Gender            : Male
Race              : Black
Reason            : Employment
Amount Paid       : $10.00
Order Date        : 3/18/2022 5:45:09 AM
Miscellaneous No  :

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED:3/18/2022            Page 1



Information Provided

| | |
|---|---|
| Name | : Lajuan Harrell |
| Date of Birth | : Oct 19, 1979 |
| Gender | : Male |
| Race | : Black |
| Reason | : Employment |
| Amount Paid | : $10.00 |
| Order Date | : 3/18/2022 6:25:25 AM |
| Miscellaneous No | : |

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED:3/18/2022          Page 1



**ICHAT**
INTERNET CRIMINAL HISTORY ACCESS TOOL

BROUGHT TO YOU BY

Information Provided

| | |
|---|---|
| Name | : Tonya Odella Dykes |
| Date of Birth | : Nov 24, 1971 |
| Gender | : Female |
| Race | : Black |
| Reason | : Employment |
| Amount Paid | : $10.00 |
| Order Date | : 3/18/2022 6:24:27 AM |
| Miscellaneous No | : |

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED:3/18/2022          Page 1





Information Provided

Name                : Lawrence Tennille Jr.
Date of Birth       : Nov 26, 1966
Gender              : Male
Race                : Black
Reason              : Employment
Amount Paid         : $10.00
Order Date          : 3/18/2022 5:43:58 AM
Miscellaneous No :

Based on the information provided, the following is a result of a
search of the Michigan State Police criminal history files as of
3/18/2022 5:43:58 AM:

### Important: Information Contained in this Record

THE RECORD RESULT PROVIDED IS BASED ON A DATA MATCH AS EXPLAINED
ON THE ICHAT HOME PAGE. THE ICHAT SYSTEM HAS LIMITATIONS THAT MAY CAUSE FALSE
POSITIVES OR FALSE NEGATIVES. PLEASE REVIEW THE RESULTS CAREFULLY AND DO NOT
TAKE ADVERSE ACTION BASED SOLELY ON THIS RECORD. IF YOU CANNOT DETERMINE
THESE RESULTS DO NOT BELONG TO THIS INDIVIDUAL, AND THE INDIVIDUAL IS DISPUTING
THE RECORD, PLEASE PROVIDE THAT INDIVIDUAL WITH A COPY OF THIS REPORT AND OFFER
THAT INDIVIDUAL THE OPPORTUNITY TO PERFORM A RECORD CHALLENGE BY SUBMITTING
FINGERPRINTS. THE PROCEDURES ARE EXPLAINED AT THE BOTTOM OF THIS PAGE. SINCE ARREST
CONVICTIONS, OR CRIMINAL RECORD DELETIONS MAY OCCUR AT ANY TIME, DO NOT USE THIS
INFORMATION FOR FUTURE CLEARANCES.

MICHIGAN CRIMINAL HISTORY RECORD INFORMATION MEETING DISSEMINATION CRITERIA
FOR SID: 1327579W AS OF 03/18/2022

```
NAM: TENNILLE, LAWRENCE KEMP                      SID: 1327579W
RAC: B          SEX: M          DOB: 11/26/1966
HGT: 511        WGT: 230        HAI: BLK
EYE: BRO        POB: MI
                                                  MNU:

CIZ:


SCAR/MARK/TATTOO:     SC R ARM

ADDITIONAL IDENTIFIERS AND COMMENTS:

NAM:  THOMPSON, LAWRENCE                KEMP, LAWRENCE
      THOMPSON, RICARDO                 TENNILLE, LAWRENCE KEMP JR

DOB:  11/12/1966
```

=====================================================================
CRIMINAL TRACKING NUMBER: 908415342201            INCIDENT DATE: 05/16/1984
NAME USED: TENNILLE, LAWRENCE KEMP
=====================================================================

| ARREST SEGMENT | : CHARGE SEGMENT | : JUDICIAL SEGMENT |
|---|---|---|
| DATE: 05/16/1984 | : NO DATA RECEIVED | : DATE: 06/18/1984 |
| MI8234900 | : | : MI820031J |
| DETROIT POLICE | : | : XX CT DETROIT RECORDERS |
| DEPARTMENT | : | : |
| OCA: 437623 | : | : CNT-1 MCL 750.413 |
| 1 CNT OF 2400 | : | : ATTEMPT-FELONY |
| STOLEN VEHICLE | : | : MOTOR |
| DISP: CHGD BY PROSECUTOR : | | : VEHICLE-UNLAWFUL |
| : | | : DRIVING AWAY |
| : | | : DISP: FOUND GUILTY |
| : | | : SENT/REMARKS: |
| : | | : PROB-2Y |

=====================================================================
CRIMINAL TRACKING NUMBER: 998604518201            INCIDENT DATE: 03/01/1986
NAME USED: TENNILLE, LAWRENCE KEMP
=====================================================================

| ARREST SEGMENT | : CHARGE SEGMENT | : JUDICIAL SEGMENT |
|---|---|---|
| DATE: 03/01/1986 | : NO DATA RECEIVED | : DATE: 01/29/1987 |
| MI8234300 | : | : CFN: N/A |
| DEARBORN POLICE | : | : |
| DEPARTMENT | : | : CNT-1 MCL |
| 1 CNT OF 2300 | : | : DISP: FOUND GUILTY |
| MISDEMEANOR | : | : SENT/REMARKS: |
| LARCENY | : | : F/C/R-$300 OR CONF-20D |
| DISP: CHGD BY PROSECUTOR : | | : |

=====================================================================
CRIMINAL TRACKING NUMBER: 828778247801            INCIDENT DATE: 06/30/1987
NAME USED: TENNILLE, LAWRENCE KEMP
=====================================================================

| ARREST SEGMENT | : CHARGE SEGMENT | : JUDICIAL SEGMENT |
|---|---|---|
| DATE: 06/30/1987 | : NO DATA RECEIVED | : DATE: 08/10/1988 |
| MI8234900 | : | : MI820031J |
| DETROIT POLICE | : | : XX CT DETROIT RECORDERS |
| DEPARTMENT | : | : CFN: 8700617301 |
| OCA: 437623 | : | : |
| 1 CNT OF 3500 | : | : CNT-1 MCL 333.74012A4 |
| DANGEROUS DRUGS | : | : FELONY |
| DISP: NOTICE TO APPEAR : | | : CONTROLLED |

DATE PRINTED: 3/18/2022                    Page 2

```
                                    :        SUBSTANCE-DEL/MFG
                                    :        (COCAINE, HEROIN OR
                                    :        ANOTHER NARCOTIC)
                                    :        LESS THAN 50 GRAMS
                                    :   DISP: FOUND GUILTY
                                    :   SENT/REMARKS:
                                    :   CONFINEMENT FOR 04 YR
                                    :        00 MTH 000 DAY TO 20
                                    :        YR 00 MTH 000 DAY AT
                                    :        SPSM
```

===========================================================================
CRIMINAL TRACKING NUMBER: 639404970301          INCIDENT DATE: 02/25/1994
NAME USED: TENNILLE, LAWRENCE KEMP JR
===========================================================================

| ARREST SEGMENT | CHARGE SEGMENT | JUDICIAL SEGMENT |
|---|---|---|
| DATE: 02/25/1994 | DATE: 02/25/1994 | DATE: 04/20/1994 |
| MI6338900 | MI630013A | MI630015J |
| FARMINGTON HILLS POLICE | OAKLAND COUNTY | 6TH CIRCUIT COURT |
| DEPARTMENT | PROSECUTING ATTORNEY | CFN: 94131560FH |
| OCA: 94024 | 1 CNT MCL 333.74132 | |
| 1 CNT OF 3500 | FELONY | CNT-1 MCL 333.74132 |
| FELONY | CONTROLLED SUBSTANCES | FELONY |
| DANGEROUS DRUGS | - 2ND OR SUBSEQUENT | CONTROLLED SUBSTANCES |
| DISP: CHGD BY PROSECUTOR | OFFENSE NOTICE - | - 2ND OR SUBSEQUENT |
| | DOUBLE PENALTY | OFFENSE NOTICE - |
| | | DOUBLE PENALTY |
| | | DISP: PLED GUILTY |
| | | SENT/REMARKS: |
| | | F/C/R 000150 CTY JAIL |
| | | 0183 PROB 0000 |

===========================================================================
CRIMINAL TRACKING NUMBER: 908616793901          INCIDENT DATE: 09/21/1986
NAME USED: THOMPSON, RICARDO
===========================================================================

| ARREST SEGMENT | CHARGE SEGMENT | JUDICIAL SEGMENT |
|---|---|---|
| DATE: 09/21/1986 | NO DATA RECEIVED | NO DATA RECEIVED |
| MI8234900 | | |
| DETROIT POLICE | | |
| DEPARTMENT | | |
| OCA: 437623 | | |
| 1 CNT OF 3500 | | |
| DANGEROUS DRUGS | | |
| DISP: NOTICE TO APPEAR | | |

===========================================================================
CRIMINAL TRACKING NUMBER: 828778247802          INCIDENT DATE: 03/01/1988
NAME USED: TENNILLE, LAWRENCE KEMP
===========================================================================

| ARREST SEGMENT | CHARGE SEGMENT | JUDICIAL SEGMENT |
|---|---|---|
| DATE: 03/01/1988 | NO DATA RECEIVED | NO DATA RECEIVED |
| MI8234900 | | |
| DETROIT POLICE | | |
| DEPARTMENT | | |
| OCA: 437623 | | |
| 1 CNT OF 3500 | | |
| DANGEROUS DRUGS | | |
| DISP: NOTICE TO APPEAR | | |

===========================================================================
DISSEMINATION OF CRIMINAL HISTORY RECORD INFORMATION (CHRI) VIA THE INTERNET
CRIMINAL HISTORY ACCESS TOOL IS IN COMPLIANCE WITH MICHIGAN COMPILED LAW
(MCL) 28.242a, WHICH STATES THAT ALL CHRI THAT IS SUPPORTED BY BIOMETRIC DATA
SHALL BE DISSEMINATED IN RESPONSE TO A NAME-BASED SEARCH OF THE CHRI DATABASE,
UNLESS THE CHRI IS NONPUBLIC (AS DEFINED BY MCL 769.16a) OR OTHERWISE
PROHIBITED BY LAW FROM BEING DISSEMINATED.
PURPOSE CODE USED NOT FORWARDED TO NCIC III
END MSG.

DATE PRINTED: 3/18/2022          Page 3

Case 2:23-cv-13182-LJM-DRG ECF No. 1-9, PageID.434 Filed 12/13/23 Page 62 of 91





PROCEDURES FOR CORRECTING A RECORD

THE STEPS FOR CORRECTING A MISTAKEN OR INACCURATE RECORD ARE AS FOLLOWS:

1.WRONG PERSON - RECORDS THAT DO NOT BELONG TO THE INDIVIDUAL WHOSE NAME HAS BEEN SEARCHED

- IF THE INDIVIDUAL BELIEVES THAT THE RECORD DOES NOT BELONG TO HIM OR HER, THE INDIVIDUAL SHOULD GO TO THE NEAREST LAW ENFORCEMENT AGENCY AND REQUEST TO BE FINGERPRINTED ON A STATE APPLICANT FINGERPRINT CARD FOR THE PURPOSES OF "RECORD CHALLENGE"; CALL AHEAD TO VERIFY FEES AND/OR SERVICE HOURS. THERE IS NO CHARGE FOR SUCH FINGERPRINTING IF IT IS DONE AT A MICHIGAN STATE POLICE POST.

- THIS CARD SHOULD BE MAILED TO THE CRIMINAL JUSTICE INFORMATION CENTER WITH A COPY OF THIS RECORD AND A LETTER REQUESTING THE CRIMINAL JUSTICE INFORMATION CENTER TO VERIFY THAT THE ENCLOSED CRIMINAL RECORD DOES NOT BELONG TO HIM/HER. THERE IS NO FEE. THE ADDRESS IS:

  MICHIGAN STATE POLICE -- CJIC
  ATTN: RECORD CHALLENGE
  P.O.BOX 30634
  LANSING, MI 48909

2.RIGHT PERSON - INACCURATE, INCOMPLETE, OR OUT-OF-DATE INFORMATION

- SOMETIMES RECORDS CONTAIN REPORTING ERRORS. FOR EXAMPLE, THE NATURE OR DATE OF THE CONVICTION WAS REPORTED INCORRECTLY, OR THE RECORD CONTAINS A CONVICTION THAT SHOULD HAVE BEEN REMOVED FROM THE RECORD.

- IN SUCH CASES THE INDIVIDUAL SHOULD OBTAIN CERTIFIED COPIES OF THE COURT JUDGEMENT OR OTHER DOCUMENTS WHICH SHOW THAT THE INFORMATION CONTAINED ON THE CRIMINAL RECORD IS INCORRECT. IF THE PROOF PROVIDED IS SATISFACTORY, THE MICHIGAN STATE POLICE WILL MODIFY THE RECORD ACCORDINGLY. YOU MAY SEND THE DOCUMENTS TO:

  MICHIGAN STATE POLICE -- CJIC
  ATTN: CRIMINAL HISTORY RECORD CORRECTION
  P.O.BOX 30634
  LANSING, MI 48909



**ICHAT**
INTERNET CRIMINAL HISTORY ACCESS TOOL

BROUGHT TO YOU BY

Information Provided

| | |
|---|---|
| Name | : Michael Edward Scott |
| Date of Birth | : Mar 31, 1977 |
| Gender | : Male |
| Race | : Black |
| Reason | : Employment |
| Amount Paid | : $10.00 |
| Order Date | : 3/18/2022 5:46:05 AM |
| Miscellaneous No | : |

Based on the information provided, the following is a result of a
search of the Michigan State Police criminal history files as of
3/18/2022 5:46:05 AM:

### Important: Information Contained in this Record

THE RECORD RESULT PROVIDED IS BASED ON A DATA MATCH AS EXPLAINED
ON THE ICHAT HOME PAGE. THE ICHAT SYSTEM HAS LIMITATIONS THAT MAY CAUSE FALSE
POSITIVES OR FALSE NEGATIVES. PLEASE REVIEW THE RESULTS CAREFULLY AND DO NOT
TAKE ADVERSE ACTION BASED SOLELY ON THIS RECORD. IF YOU CANNOT DETERMINE
THESE RESULTS DO NOT BELONG TO THIS INDIVIDUAL, AND THE INDIVIDUAL IS DISPUTING
THE RECORD, PLEASE PROVIDE THAT INDIVIDUAL WITH A COPY OF THIS REPORT AND OFFER
THAT INDIVIDUAL THE OPPORTUNITY TO PERFORM A RECORD CHALLENGE BY SUBMITTING
FINGERPRINTS. THE PROCEDURES ARE EXPLAINED AT THE BOTTOM OF THIS PAGE. SINCE ARREST
CONVICTIONS, OR CRIMINAL RECORD DELETIONS MAY OCCUR AT ANY TIME, DO NOT USE THIS
INFORMATION FOR FUTURE CLEARANCES.

MICHIGAN CRIMINAL HISTORY RECORD INFORMATION MEETING DISSEMINATION CRITERIA
FOR SID: 1606462J AS OF 03/18/2022

```
NAM: SCOTT,MICHAEL EDWARD                          SID: 1606462J
RAC: B          SEX: M         DOB: 03/31/1977
HGT: 509        WGT: 160       HAI: BLK
EYE: BRO        POB: MI
                                                   MNU:

CIZ:


ADDITIONAL IDENTIFIERS AND COMMENTS:

NAM:  SCOTT,MICHAEL                      SCOTT,MICHEAL EDWARD
```

========================================================================
CRIMINAL TRACKING NUMBER: 829440427901            INCIDENT DATE: 03/13/1994
NAME USED: SCOTT,MICHEAL EDWARD
========================================================================

| ARREST SEGMENT | : CHARGE SEGMENT | : JUDICIAL SEGMENT |
|---|---|---|
| DATE: 03/13/1994 | : DATE: 03/13/1994 | : DATE: 11/30/1994 |
| MI8234900 | : MI820013A | : MI820031J |
| DETROIT POLICE | : WAYNE COUNTY | : XX CT DETROIT RECORDERS |
| DEPARTMENT | : PROSECUTING ATTORNEY | : CFN: 9400353801 |
| OCA: 531091 | : 1 CNT MCL 750.316-B | : |
| 1 CNT OF 0900 | : FELONY | : CNT-1 MCL 750.227B-A |
| FELONY | : HOMICIDE - FELONY | : FELONY |
| HOMICIDE | : MURDER | : WEAPONS FELONY FIREARM |
| DISP: CHGD BY PROSECUTOR | : | : DISP: FOUND GUILTY |
| | : | : SENT/REMARKS: |
| | : | : CONFINEMENT 02YR 00MTH |
| | : | : 000DAY TO 02YR 00MTH |
| | : | : 000DAY PROB: 00YR |
| | : | : 00MTH 00DAY |
| | : | : |
| | : | : CNT-2 MCL 750.316-B |
| | : | : FELONY |
| | : | : HOMICIDE - FELONY |
| | : | : MURDER |
| | : | : DISP: FOUND GUILTY |
| | : | : SENT/REMARKS: |
| | : | : NTRL LIFE 00YR 00MTH |
| | : | : 000DAY TO 00YR 00MTH |
| | : | : 000DAY PROB: 00YR |
| | : | : 00MTH 00DAY |
| | : | : |
| | : | : CNT-5 MCL 750.89 |
| | : | : FELONY |
| | : | : ASSAULT WITH INTENT |
| | : | : TO ROB WHILE ARMED |
| | : | : DISP: FOUND GUILTY |
| | : | : SENT/REMARKS: |
| | : | : CONFINEMENT 15YR 00MTH |
| | : | : 000DAY TO 30YR 00MTH |
| | : | : 000DAY PROB: 00YR |
| | : | : 00MTH 00DAY |
| | : | : |
| | : | : DATE: 09/07/1994 |
| | : | : MI821095J |
| | : | : 3RD CIRCUIT COURT |
| | : | : CRIMINAL DIV |
| | : | : CFN: 9400353801 |
| | : | : |
| | : | : CNT-1 MCL 750.316-B |
| | : | : FELONY |

ICHAT



```
                           :          :  HOMICIDE - FELONY
                           :          :  MURDER
                           :          :  DISP: FOUND GUILTY
                           :          :  SENT/REMARKS:
                           :          :  PRISON 30Y 0M 0D TO 60Y
                           :          :  0M 0D PRISON 0Y 0M
                           :          :  0D TO 0Y 0M 0D PROB
                           :          :  0Y 0M 0D START 0
                           :          :
                           :          :  CNT-4 MCL 750.89
                           :          :  FELONY
  ]                        :          :  ASSAULT WITH INTENT
                           :          :  TO ROB WHILE ARMED
                           :          :  DISP: FOUND GUILTY
                           :          :  SENT/REMARKS:
  N                        :          :  JAIL 0Y 0M 0D PRISON
  I                        :          :  15Y 0M 0D TO 30Y 0M
  C                        :          :  0D PROB 0Y 0M 0D
  F                        :          :  START 0
  F                        :          :
  F                        :          :  CNT-5 MCL 750.227B-A
  F                        :          :  FELONY
  C                        :          :  WEAPONS FELONY FIREARM
  N                        :          :  DISP: FOUND GUILTY
                           :          :  SENT/REMARKS:
                           :          :  JAIL 0Y 0M 0D PRISON 2Y
                           :          :  0M 0D TO 2Y 0M 0D
                           :          :  PROB 0Y 0M 0D START 0
```
=============================================================================
DISSEMINATION OF CRIMINAL HISTORY RECORD INFORMATION (CHRI) VIA THE INTERNET
CRIMINAL HISTORY ACCESS TOOL IS IN COMPLIANCE WITH MICHIGAN COMPILED LAW
(MCL) 28.242a, WHICH STATES THAT ALL CHRI THAT IS SUPPORTED BY BIOMETRIC DATA
SHALL BE DISSEMINATED IN RESPONSE TO A NAME-BASED SEARCH OF THE CHRI DATABASE,
UNLESS THE CHRI IS NONPUBLIC (AS DEFINED BY MCL 769.16a) OR OTHERWISE       AL RECORD
PROHIBITED BY LAW FROM BEING DISSEMINATED.
PURPOSE CODE USED NOT FORWARDED TO NCIC III
END MSG.

DATE PRINTED:4/6/2022              Page 1

 

**ICHAT**
INTERNET CRIMINAL HISTORY ACCESS TOOL

BROUGHT TO YOU BY

Information Provided

| | | |
|---|---|---|
| Name | : | Alleda Mull |
| Date of Birth | : | Aug 11, 1947 |
| Gender | : | Female |
| Race | : | Black |
| Reason | : | Employment |
| Amount Paid | : | $10.00 |
| Order Date | : | 4/6/2022 5:57:06 AM |
| Miscellaneous No | : | |

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED: 4/6/2022                    Page 1

 

Information Provided

Name               : Brandi Adams
Date of Birth      : Dec 07, 1996
Gender             : Female
Race               : Black
Reason             : Employment
Amount Paid        : $10.00
Order Date         : 4/5/2022 8:00:21 PM
Miscellaneous No :

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED:4/5/2022               Page 1



BROUGHT TO YOU BY

Information Provided

| | |
|---|---|
| Name | : Mikesha Clemons |
| Date of Birth | : Jan 15, 1974 |
| Gender | : Male |
| Race | : Black |
| Reason | : Employment |
| Amount Paid | : $10.00 |
| Order Date | : 4/6/2022 5:56:10 AM |
| Miscellaneous No : | |

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED:4/6/2022            Page 1





BROUGHT TO YOU BY

Information Provided

Name                : Jamille Edwards
Date of Birth       : Apr 04, 1962
Gender              : Female
Race                : Black
Reason              : Employment
Amount Paid         : $10.00
Order Date          : 4/5/2022 8:04:53 PM
Miscellaneous No    :

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED:4/5/2022               Page 1



BROUGHT TO YOU BY 

Information Provided

| | |
|---|---|
| Name | : Keviyan Richardson |
| Date of Birth | : Mar 22, 1997 |
| Gender | : Male |
| Race | : Black |
| Reason | : Employment |
| Amount Paid | : $10.00 |
| Order Date | : 4/5/2022 8:07:28 PM |
| Miscellaneous No | : |

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED:4/5/2022                    Page 1





Information Provided

Name                : Rashida Roberts
Date of Birth       : Feb 03, 1984
Gender              : Female
Race                : Black
Reason              : Employment
Amount Paid         : $10.00
Order Date          : 4/5/2022 8:08:33 PM
Miscellaneous No :

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED:4/5/2022              Page 1



BROUGHT TO YOU BY 

Information Provided

| | |
|---|---|
| Name | : William Bencher |
| Date of Birth | : Sep 08, 1989 |
| Gender | : Male |
| Race | : White |
| Reason | : Employment |
| Amount Paid | : $10.00 |
| Order Date | : 4/5/2022 8:01:29 PM |
| Miscellaneous No | : |

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED:4/5/2022                    Page 1

Information Provided

Name               : William Williams
Date of Birth      : Mar 05, 1964
Gender             : Male
Race               : Black
Reason             : Employment
Amount Paid        : $10.00
Order Date         : 4/5/2022 8:09:22 PM
Miscellaneous No :

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED:4/5/2022              Page 1

**Draft Minutes Detroit Board of Police Commissioners Date of
Meeting: May 9, 2019 – 6:30 PM
Location: Macedonia Baptist Church, 14221 Southfield Freeway, Detroit, MI 48223**

BOPC Chair Willie Bell called the BOPC Board Meeting to order at 6:30 PM (May 9, 2019)

| Detroit Police Commission Membership / Attendance | | |
|---|---|---|
| | Attend | Not-Attend |
| Willie E. Bell, Chairperson | Yes | |
| Darryl D. Brown, Vice Chairperson | Yes | |
| Lisa Carter | Yes | |
| Elizabeth Brooks | Yes | |
| Eva Garza Dewaelsche | Yes | |
| Shirley A. Burch | Yes | |
| Willie E. Burton (3:10 PM) | Yes | |
| William M. Davis | Yes | |
| Jim Holley | Yes | |
| Evette Griffie | Yes | |
| Annie Mae Holt | Yes | |
| | | |
| Quorum (Yes) | 11 | |
| | | |

The Board acting in accordance with its rules approved the Agenda for May 9, 2019.

Commissioner Eva Dewaelsche read into the record a Resolution to Amend Tow Economic Hardship Relief Policy Allowing Returning Detroit Residents as Drivers for Private Tow Companies.

**Resolution to Amend Tow Economic Hardship
Allowing Returning Detroit Residents as Drivers for Private**

Whereas, on February 15, 2019, the city of Detroit passed an ordinance entitled, "Fair Chance Access to Rental Housing," to stop discrimination practices against citizens who have criminal records and are returning to society to ensure those citizens have fair opportunities in all housing endeavors.

Whereas, on September 20, 2018, the Detroit Board of Police Commissioners approved a Resolution Authorizing the Detroit to Operate Motor Vehicle Storage Facilities and Towing Operations, and on January 17, 2019, in consultation with the Detroit the Board approved a Resolution to Approve the Tow Economic Hardship

Whereas, the Board supports fair access to employment and fair hiring practices and strongly condemns hiring practices that returning citizens or any of the protected classes including, but not limited to race, color, national origin, age, disability, sex,

Whereas, the Board has received information questioning the rationale for a difference in hiring practices between public and companies; Whereas, it is the policy of the city of Detroit to incorporate Ban the Box policies and treat returning Citizens fair and equitable in and housing-related endeavors, among other quality of life

Now Therefore, Be it Resolved that the Detroit Board of Police Commissioners unanimously approves a resolution amending specifically support the city's policy on banning the box, requiring fair and equal hiring practices amongst all tow employees and applicants for employment including returning citizens. The Board amends its tow rules to specifically requiring tow companies to allow, upon review of criminal history and warrant status, returning city of Detroit residents to with its companies. Our Board wants the city of Detroit residents to know they will receive fair and equitable treatment employment opportunities. Moreover, while specifically making a rule to align with the city's policy prohibiting discrimination citizens, the Board urges all companies to ban the

Commissioner Lisa Carter moved the resolution to Amend Tow Economic Hardship Relief Policy Residents as Drivers for Private Tow Companies. Commissioner

MOTION APPROVED

VOTE – Yes          No =

## Troy's Towing Court Cases & References

The following represent the legal court cases involving Troy's Towing over the last 10 years. All cases were dismissed, all outcomes were favorable to Troy's Towing. Most cases were based on non-factual allegations.

### Court Cases over last ten years.

| Court | Plaintiff | Defendant | Case No |
|---|---|---|---|
| 30th Dist | Wright | Troy's Towing | 160978GZ |
| 30th Dist | Pierce | Troy's Towing | 120498GZ |
| 30th Dist | Ross | Troy's Towing | 120571GZ |
| 30th Dist | McConico | Troy's Towing | 140351GZ |
| 30th Dist | Brown | Troy's Towing | 140904GZ |
| 30th Dist | Dennis | Troy's Towing | 150031GZ |
| 30th Dist | Regional | Troy's Towing | 130063GZ |
| 30th Dist | Troy's Towing | Monroe | 130356GC |
| 30th Dist | Troy's Towing | Hunter | 150120GC |
| 30th Dist | Hamilton | Troy's Towing | 150164GZ |
| 30th Dist | Troy's Towing | Randle | 150196GC |
| 30th Dist | Hobbs | Troy's Towing | 150627GZ |
| 30th Dist | Pinkston | Troy's Towing | 150616GZ |
| 34th Dist | Troy's Towing | Clipper | 180306GC |
| 22nd Dist | Troy's Towing | Johnson | 151591GC |
| 29th Dist | Troy's Towing | Williams | 141237GC |
| 29th Dist | Troy's Towing | Patterson | 180660GC |
| 31st Dist | Troy's Towing | Watts | 1656471GC |
| 33rd Dist | Troy's Towing | Bell | 14F3854GC |
| 46th Dist | Troy's Towing | Auto Club | GC180784 |
| 46th Dist | Troy's Towing | Collier | GC131857 |
| 46th Dist | Troy's Towing | Thorns | GC131998 |
| 46th Dist | Troy's Towing | Riley | GC141123 |
| 50th Dist | Troy's Towing | Brock | 16166455GC |
| 50th Dist | Troy's Towing | Gamble | 212715GC |
| 38th Dist | Troy's Towing | Taylor | 141699GC |
| 38th Dist | Troy's Towing | Murff | 162795GC |
| 38th Dist | Troy's Towing | Skipski | 162861GC |
| 38th Dist | Troy's Towing | Brown | 17423GC |
| 38th Dist | Troy's Towing | Harlan | 172610GC |
| 38th Dist | Troy's Towing | Walker | 19469GC |
| 38th Dist | Troy's Towing | Swanigan | 131904GC |
| 38th Dist | Troy's Towing | Baker | 122804GC |
| 41B Dist | Troy's Towing | Williams | 2105649GC |
| 41B Dist | Troy's Towing | Ziga | 2106240GC |
| 41B Dist | Troy's Towing | Lukey | 2108476GC |
| 41A Dist | Troy's Towing | Washington | US200644 |
| 41A Dist | Troy's Towing | Perkins | US203608 |
| 41A Dist | Troy's Towing | Washington | US203668 |
| 41A Dist | Troy's Towing | Washington | US211188 |
| 41A Dist | Troy's Towing | Marchlones | US210909 |
| 40th Dist | Troy's Towing | Bolar | 131956GC |
| 40th Dist | Troy's Towing | Wright | 210844GC |
| 40th Dist | Troy's Towing | Gunn | 210490GC |
| 14B Dist | Troy's Towing | V Sieloff | 21C1346GC |
| 3rd Circuit | Troy's Towing | Cummins | 17012515CB |
| ED Mich | Harris | Troy's Towing | 2:29-cv-13354-LJM-APP |
| ED Mich | Troy's Towing | Cummins | 2:17-cv-13325-SFC-SDD |

### *All cases were resolve in local courts.*

# Troy's Towing Employee Court Cases

**AFFIDAVIT OF Troy Ginyard**

Affiant, Troy Ginyard, being first duly sworn, deposes and states:

1. I am the owner of **Troy's Towing** and handle employee matters including hiring, termination, files, testing, and background screening.

2. That I conducted a search of the public records at local courthouses, including Detroit 36th District Court and Wayne County 3rd Circuit Court, comparing publicly filed civil claims with all employees.

3. Following the search of public records at local courthouses, it was determined that the attached **Exhibit Troy's Towing Employees Local Court Findings** includes the entirety of all civil claims which can be determined to be reasonably related to all Troy's Towing Employees for the prior ten years.

4. That upon information and belief, the information provided is true and accurate and to the best of my knowledge.

Further, deponent sayeth not.

Dated: 04/04/22

[NAME]

The foregoing instrument was acknowledged before me this 6th day of April , 2022, by
[NAME]. Troy Ginyard

Notary Public **LATIA SEARCY**
State of Michigan **NOTARY PUBLIC STATE OF MICHIGAN**
County of Wayne **WAYNE COUNTY**
My Commission Expires **ACTING IN:** WAYNE
Acting in the County of
**MY COMMISSION EXPIRES NOV. 24, 2022**

*We secure background checks for all employees and to the best of our knowledge attempt full compliance, to date we have had no problems. All inquiries are on hand and available for review at any time in our HR department with background checks attached. In addition, attached to this proposal is a file of court reviews for employees which may be subject to updates and inaccuracies which Troy's Towing is not responsible for information included. All information is included in electronic file attached to proposal.*

Submitted

s

# Troy's Towing



## **<u>Resumes and Applications</u>**

Resumes and applications are enclosed for all current employees please keep in mind that many current employees  are the result of internet and walk in hiring.

All candidates may not have a resume and may have been hired via application followed by research, background, drug, and other fitness test prior to hiring.

All employee data is attached for use on this RFP only. Please refer to attached Troy Towing Team File

<u>Order of Files</u>
Drivers
Office
Yard

RFP # 22PC182115

TOW, IMPOUND AND STORAGE SERVICES FOR

## DETROIT POLICE DEPARTMENT

## <u>Section 3 Documents</u>

a) Insurance
b) Detroit Tax Clearance
c) Detroit Certificate License
d) Detroit Certificate of Compliance
e) State of Michigan License
f) Detroit Certificate of DBB
g) Letter of Finance
h) Property



**313.579.1869**

9615 Grinnell, Detroit 48213

# CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 11/30/2021 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Sarah Bednarsky | | |
|---|---|---|---|
| The Campbell Group<br>4808 Broadmoor Ave SE<br>Kentwood MI 49512 | PHONE (A/C, No, Ext): 616-541-1379 | | FAX (A/C, No): 800-847-3129 |
| | E-MAIL ADDRESS: sbednarsky@thecampbellgrp.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Fremont Insurance Company | | 13994 |
| INSURED                              TROYTOW-01 | INSURER B : | | |
| Troy's Towing Inc.<br>PO Box 13838<br>Detroit MI 48213 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER: 468962076          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|
| A | X | COMMERCIAL GENERAL LIABILITY | Y | | CPP 0097026 | 11/1/2021 | 11/1/2022 | EACH OCCURRENCE | $ 2,000,000 |
| | | CLAIMS-MADE  X  OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ 2,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 4,000,000 |
| | X | POLICY  X  PRO-JECT  X  LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 4,000,000 |
| | | OTHER: | | | | | | | $ |
| A | X | AUTOMOBILE LIABILITY | Y | | CAP 0034305 | 11/1/2021 | 11/1/2022 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | | OWNED AUTOS ONLY     SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X | HIRED AUTOS ONLY  X  NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | | $ |
| A | X | UMBRELLA LIAB  X  OCCUR | | | CUP 0035559 | 11/1/2021 | 11/1/2022 | EACH OCCURRENCE | $ 4,000,000 |
| | | EXCESS LIAB      CLAIMS-MADE | | | | | | AGGREGATE | $ 4,000,000 |
| | | DED  X  RETENTION $ 10,000 | | | | | | | $ |
| A | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY       Y / N | | | WCP 0028152 | 10/23/2021 | 10/23/2022 | X  PER STATUTE    OTH-ER | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | $ 500,000 |
| | | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 500,000 |
| | | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |
| A | | Garagekeepers On-Hook/Cargo | | | CPP 0097026 | 11/1/2021 | 11/1/2022 | See Below $1,000 Deductible | 200,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Garagekeepers Coverage Per Location:
9615 Grinnell, Detroit, MI 48213: $120,000 Limit
8825 Grinnell, Detroit, MI  48213: $120,000 Limit
15853 Hamilton, Detroit, MI 48213: $37,500 Limit
318 Midland, Detroit, MI  48213: $37,500 Limit
coverage includes $1,000 comprehensive and collision deductibles.

City of Detroit is an additional insured and will receive a 30 days' advance notice in the event of cancellation.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Detroit<br>2 Woodward Avenue<br>Detroit MI 48226 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>Bob Riddlebourg |

# Tax Clearances City of Detroit

**Troy's towing received a tax clearance up until Mid-March 2022 after request dating back to the last quarter. <u>Recently told by Ms. Graham of the tax department that all taxes are paid but there was some confusion and due to Covid and other work stoppage issues they were running behind which impacted their response</u>. A Temporary  Clearance issued and  revised one in progress. Request were made three other times in past there are no delinquencies**

| | |
|---|---|
| **From:** | CityofDetroitClearances |
| **To:** | Troy |
| **Subject:** | EXTERNAL: Re: [EXTERNAL]RE: Treasury Case (23309) Troys Towing |
| **Date:** | Tuesday, March 15, 2022 7:58:21 AM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning,

Please see below :

Business Clearance Application-TROY'S ==TOWING== INC., 9615 Grinnell



CityofDetroitClearances
Wed 3/24/2021 1:52 PM

To:        admin@troystowing.net

Dear Applicant,

The clearance application for TROY'S ==TOWING== INC., 9615 Grinnell has been approved.  It is valid through 3-16-2022.

This email is proof of the clearance approval. If you need to provide approval documentation for any reason, please forward a copy of this email.

If you have any questions, please feel free to reach out to the Clearance Unit at CityofDetroitClearances@detroitmi.gov.

Sincerely,

Kimnola R. Graham
Tax & Revenue Examiner II
OCFO- Office of the Treasury
Revenue Collections
2 Woodward Ave Ste 130
Detroit MI 48226
grahamk@detroitmi.gov

**From:** Troy <troy@troystowing.net>
**Sent:** Tuesday, March 15, 2022 3:47 AM
**To:** CityofDetroitClearances <CityofDetroitClearances@detroitmi.gov>
**Subject:** [EXTERNAL]RE: Treasury Case (23309) Troys Towing Hello

Can you please provide an update on this request?



*Thank you!*

*Stay Safe!*

# **Certificate of License**

161

──────────── Certificate of License ────────────



**City of Detroit**
**Buildings, Safety Engineering and Environmental Department**
**Licensing and Permits Division**
Coleman A. Young Municipal Center
2 Woodward Avenue, 4th Floor, Suite 402, Detroit, Michigan 48226
(313) 224-3179

License No.    BUS2010-00509

**MICHAEL DUGGAN, Mayor of the City of Detroit, to all who shall see these present, states:**

TROY'S TOWING INC.
9615 GRINNELL
DETROIT, MI 48213

Doing business **as** has paid the appropriate licen e fee into the City Treasury

# NOT TRANSFERABLE

And Is hereby authorized and empowered, by the Department of Buildings, Safety Engineering and Environmental to operate as a

**Used Auto Dealer**

Used Auto Dealer

Expires:  11/30/2022

$268.00

The Issuance of this license shall not prevent the City from suspending, revoking or failing to renew the license if any ground  justifying  uch suspen ion, prevention or non-renewal, known or unknown, preceded the issuance of the license, or arise in the future.



IN WITNESS WHER  OF, I have hereunto set my hand and caused the seal of the City of Detroit be affixed at Detroit this day of: 03/14/2022

MICHAEL DUGGAN
**MAYOR**

_____
David Bell
**DIRECTOR**

BUILDINGS, SAFETY ENGINEERING AND ENVIRONMENTA  DEPARTM  NT
BUSINESS LICENSE

**LICENSE FEE IS NON-REFUNDABLE**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   **THIS LICENSE MUST BE DISPLAYED**

# Certificate of Compliance

443

**Call (313) 628-2451 for re-inspection**
**A re-inspection fee may be required**

**Property Location:**

9615 GRINNELL 48213

Case No:      **ANN2006-00882**

Issue Date:      08/13/2021

Square Feet : 78310

Legal Use      : S1-311.2: MOTOR VEHICLE REPAIR GARAGES

Tenant      : TROY'S TOWING

Inspection Date : 07/13/2021

ACTIVE ENTERPRISE
PO BOX 13838
DETROIT, MI 48213

Expiration Date    : 07/13/2023

---



**City of Detroit**

Bui

**Buildings, Safety Engineering and Environmental Department**

**Property Maintenance Division**

Coleman A. Young Municipal Center

2 Woodward Avenue, 4th Fl9or, Suite 412, Detroit, Michigan 48226

(313) 628-2451

## CERTIFICAT E OF COMPLIANCE

Issue Date: 08/13/2021                                      Case No: **ANN2006-00882**

**Issued To:**    RPRISE

ACTIVE ENTE
PO BOX 13838 8213
DETROIT, MI 4

### Property Location: 9615 GRINNELL

### LEGAL USE: S1-311.2: MOTOR VEHICLE REPAIR GARAGES

This property has been inspected and found to be in compliance with the Correction Order issued under the authority of the Property Maintenance Code of the City of Detroit. Failure to maintain the above referenced location in compliance with the Property Maintenance Code shall be cause for termination of this certificate.

David Bell, Director

**Expiration Date: 07/13/2023**



## United States of America

## The State of Michigan

### Department of Licensing and Regulatory Affairs

#### Lansing, Michigan

This is to Certify That

TROY'S TOWING INC.

was validly incorporated on August 20, 2002 as a Michigan DOMESTIC PROFIT CORPORATION, and said corporation is validly in existence under the laws of this state.

This certificate is issued pursuant to the provisions of 1972 PA 284 to attest to the fact that the corporation is in good standing in Michigan as of this date and is duly authorized to transact business and for no other purpose.

This certificate is in due form, made by me as the proper officer, and is entitled to have full faith and credit given it in every court and office within the United States.



*Sent by electronic transmission*

Certificate Number: 18055300130

In testimony whereof, I have hereunto set my hand,
in the City of Lansing, this 17th day of May , 2018.

*Julia Dale*

Julia Dale, Director

Corporations, Securities & Commercial Licensing Bureau

This certificate at: URL to eCertificate Verification Search http://www.michigan.gov/corpverifycertificate.

# DDB, DHB, DSB

*All approved due to City of Detroit Covid slow down all ordered and approved months ago no actual Certificates received told to use old ones until new ones arrive*

DocuSign Envelope ID: C11B5C9E-A727-4BB5-A5D1-A31DD55AD4AE

FY 2020 – 2021

## Detroit Business Certification Program

This is to certify the business below has met all requirements set forth by the City of Detroit, Civil Rights, Inclusion & Opportunity Department as

*Troy's Towing Inc*

**Detroit Based Business (DBB)**
**Detroit Headquartered Business (DHB)**
**Detroit Small Business (DSB)**

Commencing **December 16, 2020** expiring on **December 16, 2021**.

DocuSigned by:

*Charity Dean*

21B036AECE1D45C...
**Charity R. Dean, Esq., Director**
**Civil Rights, Inclusion & Opportunity**

**City of Detroit**
**Michael E. Duggan, Mayor**

Revised PFord - 09.03.2018

| | |
|---|---|
| **From:** | Smartsheet Forms |
| **To:** | Troy |
| **Subject:** | EXTERNAL: Confirmation - Online CRIO Business Certification Application |
| **Date:** | Saturday, March 12, 2022 7:34:41 PM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Thank you for submitting your application. A copy is included below for your records.

A Business Team Member will contact you regarding your next steps. Please expect 30-40 days for processing time.

Please send additional documentation to CivilRightsCert@detroitmi.gov.

Civil Rights, Inclusion & Opportunity
(313) 224-4950, Fax: (313) 224-3434

# Online CRIO Business Certification Application

**Detroit Based Business (DBB)** 

**Detroit Headquartered Business (DHB)** 

**Detroit Small Business (DSB)** 

**Detroit Start-Up (DSU)** 

**Detroit Resident Based Business (DRB)** 

**Detroit Based Micro Business (DBMB)**

# Troy Towing Financial Stability
# 25 Years Serving Detroit



May 4, 2021

To Whom It May Concern

I, Robyn K. Fuller, am a CPA in the State of Michigan.  I have worked with Troy's Towing in the attestation capacity, since 2016, covering procedures since 2014.  The duties performed have been limited to agreed upon procedures and financial review relating to this company's financial statements.

As a matter of precaution due to today's environment of identity theft and other misuse of internal confidential sensitive company data in the marketplace we have advised our client not to place company tax returns on a public portal or any electronic data base where the public could have access to their confidential information.  Currently Troy's Towing has paid all city, state, and federal taxes for all past years and has not been in any penalty situation.

Troy Towing is now and has always been for the past 25 years a privately-owned corporation that is solely owned by Mr. Troy Ginyard and is a healthy corporation with year over year growth over the last 15 years. (Corporate Certificate of Authority and Ownership included in Bid Section) They are finically sound as of this date to accommodate growth and business expansion.

At your convenience we would at your demand produce all tax records or any other needed documents for private review by the City of Detroit or Detroit Police Department.  We would only ask that these financials not be made public which in addition to corporate identity theft could also lead to a competitive posturing within the market place.

This is not to slow down or impede the process of choosing the best vendor partner to meet your needs but given tentative situations of competing vendors in the Detroit market place this is a needed precaution.  We could come in a bring all certified reviewed information for your discovery at a moment's notice. If necessary, please make the request for the meeting through Troy Ginyard President of Troy's Towing 313-350-4790.

Kind Regards,

Robyn K. Fuller, CPA
Partner, J&F Advisors, PLLC

440 Burrough, Ste 628 Detroit, MI 48202

# Commercial Gross Lease

**1. Names.** This lease is made by _Active Enterprises Inc_ , Landlord, and
_Troy's Towing Inc_ , Tenant.

**2. Premises Being Leased.** Landlord is leasing to Tenant and Tenant is leasing from Landlord the following premises:
_9615, & 8825 Grinnell, Detroit Mi 48213 (8 Acres Total)_

**3. Term of Lease.** This lease begins on _11-01-19_ and ends on _11-01-2022_ .

**4. Rent.** Tenant will pay rent in advance on the _1st_ day of each month. Tenant's first rent payment will be on _11-01-19_ in the amount of $_4,000_ . Tenant will pay rent of $_4,000_ per month thereafter.

[X] Tenant will pay this rental amount for the entire term of the lease.

[ ] Rent will increase each year, on the anniversary of the starting date in paragraph 3, as follows: _____
_____ .

## 5. Option to Extend Lease

[X] First Option. Landlord grants Tenant the option to extend this lease for an additional _3_ years. To exercise this option, Tenant must give Landlord written notice on or before _10-01-2022_ . Tenant may exercise this option only if Tenant is in substantial compliance with the terms of this lease. Tenant will lease the premises on the same terms as in this lease except as follows: _____
_____ .

[ ] Second Option. If Tenant exercises the option granted above, Tenant will then have the option to extend this lease for _____ years beyond the first option period. To exercise this option, Tenant must give Landlord written notice on or before _____ . Tenant may exercise this option only if Tenant is in substantial compliance with the terms of this lease. Tenant will lease the premises on the same terms as in this lease except as follows: _____ .

**6. Security Deposit.** Tenant has deposited $ _5,000_ with Landlord as security for Tenant's performance of this lease. Landlord will refund the full security deposit to Tenant within 14 days following the end of the lease if Tenant returns the premises to Landlord in good condition (except for reasonable wear and tear) and Tenant has paid Landlord all sums due under this lease. Otherwise, Landlord may deduct any amounts required to place the premises in good condition and to pay for any money owed to Landlord under the lease.

## 7. Improvements by Landlord

[ ] Before the lease term begins, Landlord (at Landlord's expense) will make the repairs and improvements listed in Attachment 1 to this contract.

[X] Tenant accepts the premises in "as is" condition. Landlord need not provide any repairs or improvements before the lease term begins.

**8. Improvements by Tenant.** Tenant may make alterations and improvements to the premises after obtaining the Landlord's written consent, which will not be unreasonably withheld. At any time before this lease ends, Tenant may remove any of Tenant's alterations and improvements, as long as Tenant repairs any damage

caused by attaching the items to or removing them from the premises.

**9. Tenant's Use of Premises.** Tenant will use the premises for the following business purposes:
Towing & Storage (8 Acres Total with inside and out)

Tenant may also use the premises for purposes reasonably related to the main

use. **10. Landlord's Representations.** Landlord represents that:
A. At the beginning of the lease term, the premises will be properly zoned for Tenant's stated use and will be in compliance with all applicable laws and regulations.

B. The premises have not been used for the storage or disposal of any toxic or hazardous substance, and Landlord has received no notice from any governmental authority concerning removal of any toxic or hazardous substance from the property.

**11. Utilities and Services.** Landlord will pay for the following utilities and services:
☐ Water
☐ Electricity
☐ Gas
☐ Heat
☐ Air-Conditioning
Any items not checked will be the responsibility of Tenant.

**12. Maintenance and Repairs**

A. Landlord will maintain and make all necessary repairs to: (1) the roof, structural components, exterior walls, and interior common walls of the premises, and (2) the plumbing, electrical, heating, ventilating, and air-conditioning systems.

B. Landlord will regularly clean and maintain (including snow removal) the parking areas, yards, common areas, and exterior of the building and remove all litter so that the premises will be kept in an attractive condition.
C. Tenant will clean and maintain Tenant's portion of the building so that it will be kept in an attractive condition.

**13. Insurance**

A. Landlord will carry fire and extended coverage insurance on the building.

B. Tenant will carry public liability insurance; this insurance will include Landlord as an insured party and will be primary to any liability insurance maintained by landlord. The public liability coverage for personal injury will be in at least the following amounts:
* $ 1,000,000 per occurrence.
* $ 1,000,000 in any one year.

C. Landlord and Tenant release each other from any liability to the other for any property loss, property damage, or personal injury to the extent covered by insurance carried by the party suffering the loss, damage, or injury.

D. Tenant will give Landlord a copy of all insurance policies that this lease requires Tenant to obtain.

**14. Taxes**

A. Landlord will pay all real property taxes levied and assessed against the premises.

B. Tenant will pay all personal property taxes levied and assessed against Tenant's personal property.

**15. Subletting and Assignment.** Tenant will not assign this lease or sublet any part of the premises without the written consent of Landlord. Landlord will not unreasonably withhold such consent.

**16. Damage to Premises**

A. If the premises are damaged through fire or other cause not the fault of Tenant, Tenant will owe no rent for any period during which Tenant is substantially deprived of the use of the premises.

B. If Tenant is substantially deprived of the use of the premises for more than 90 days because of such damage, Tenant may terminate this lease by delivering written notice of termination to Landlord.

**17. Notice of Default.** Before starting a legal action to recover possession of the premises based on Tenant's default, Landlord will notify Tenant in writing of the default. Landlord will take legal action only if Tenant does not correct the default within ten days after written notice is given or mailed to Tenant.

**18. Quiet Enjoyment.** As long as Tenant is not in default under the terms of this lease, Tenant will have the right to occupy the premises peacefully and without interference.

**19. Eminent Domain.** This lease will become void if any part of the leased premises or the building in which the leased premises are located are taken by eminent domain. Tenant has the right to receive and keep any amount of money that the agency taking the premises by eminent domain pays for the value of Tenant's lease, its loss of business, and for moving and relocation expenses.

**20. Holding Over.** If Tenant remains in possession after this lease ends, the continuing tenancy will be from month to month.

**22. Disputes**

☐ Litigation. If a dispute arises, either party may take the matter to court.

☒ Mediation and Possible Litigation. If a dispute arises, the parties will try in good faith to settle it through mediation conducted by

☐ ______________________.

☐ a mediator to be mutually selected.

The parties will share the costs of the mediator equally. Each party will cooperate fully and fairly with the mediator and will attempt to reach a mutually satisfactory compromise to the dispute. If the dispute is not resolved within 30 days after it is referred to the mediator, either party may take the matter to court.

☐ Mediation and Possible Arbitration. If a dispute arises, the parties will try in good faith to settle it through mediation conducted by

☐ ______________________.

☐ a mediator to be mutually selected.

The parties will share the costs of the mediator equally. Each party will cooperate fully and fairly with the mediator and will attempt to reach a mutually satisfactory compromise to the dispute. If the dispute is not resolved within 30 days after it is referred to the mediator, it will be arbitrated by

☐ ______________________.

☐ an arbitrator to be mutually selected.

Judgment on the arbitration award may be entered in any court that has jurisdiction over the matter. Costs of arbitration, including lawyers' fees, will be allocated by the arbitrator.

Landlord need not participate in mediation or arbitration of a dispute unless Tenant has paid the rent called for by this lease or has placed any unpaid rent in escrow with an agreed upon mediator or arbitrator.

**22. Additional Agreements.** Landlord and Tenant additionally agree that: ______________________

______________________.

**23. Entire Agreement.** This is the entire agreement between the parties. It replaces and supersedes any and

all oral agreements between the parties, as well as any prior writings.

**24. Successors and Assignees.** This lease binds and benefits the heirs, successors, and assignees of the parties.

**25. Notices.** All notices must be in writing. A notice may be delivered to a party at the address that follows a party's signature or to a new address that a party designates in writing. A notice may be delivered:

☐ in person
☒ via email, at the addresses provided below
☐ by certified mail, or
☐ by overnight courier.

**26. Governing Law.** This lease will be governed by and construed in accordance with the laws of the state of

**27. Counterparts.** The parties may sign several identical counterparts of this lease. Any fully signed counterpart shall be treated as an original.

**28. Modification.** This lease may be modified only by a writing signed by the party against whom such modification is sought to be enforced.

**29. Waiver.** If one party waives any term or provision of this lease at any time, that waiver will be effective only for the specific instance and specific purpose for which the waiver was given. If either party fails to exercise or delays exercising any of its rights or remedies under this lease, that party retains the right to enforce that term or provision at a later time.

**30. Severability.** If any court determines that any provision of this lease is invalid or unenforceable, any invalidity or unenforceability will affect only that provision and will not make any other provision of this lease invalid or unenforceable, and shall be modified, amended, or limited only to the extent necessary to render it valid and enforceable.

Dated: 11-01-19

| LANDLORD | TENANT |
|---|---|
| Name of Business: Active Enterprises Inc | Name of Business: Troy's Towing Inc |
| at | at |
| By: | By: |
| Printed Name: Nichael L. Jones | Printed Name: TROY GINYARD |
| Title: MANAGER | Title: PRESIDENT |
| Address: P.O. Box 13838 DET, MI 48213 | Address: troy@troystowing.net |
| Email: | Email: 9615 GRINNELL, DETROIT MI 48213 |

☒ GUARANTOR
By signing this lease, I personally guarantee the performance of all financial obligations of
under this lease.

Dated: 11-01-19
Printed Name: Troy Ginyard    Title: President
Address: 9615 Grinnell, Detroit Mi 48213
Email: troy@troystowing.net

LF216P Commercial Gross Lease 3-15, Pg.4

# Thank You for the
# Opportunity to SERVE

**Over the past 10 years Troy's Towing has been able to serve the DPD and various components of the City of Detroit.  We have approached each responsibility with the objective to set the standard through providing the best level of service tat represented our City, Citizens, and Residence.**

**Our leadership, professional service providers and our complete team is made  of people focused on results that make a difference for those we serve. We know only one way to approach this business earn it everyday through service and respect for our citizens.**

**If selected we will continue to provide the City of Detroit and the Detroit Police Department with the integrity that reflects both our teams as we serve.**



**Please Make sure all personnel and other separate files attached were received**