# EXHIBIT 9

City of Detroit

CITY COUNCIL

Mary Sheffield
*President*

James Tate
*President Pro Tem*



Scott Benson
Fred Durhal, III
Latisha Johnson
Gabriela Santiago-Romero
Mary Waters
Angela Whitfield Calloway
Coleman A. Young, II

***Janice Winfrey***
*City Clerk*

Committee of the Whole Room • 1340 Coleman A. Young Municipal Center • (313) 224-3443 • Detroit, MI 48226

DETROIT CITY COUNCIL
SPECIAL SESSION

To attend by phone only, call one of these numbers: +1 929 436 2866, +1 312 626 6799, +1 669 900 6833, +1 253 215 8782, +1 301 715 8592, +1 346 248 7799 - Enter Meeting ID: 85846903626

Monday, December 12, 2022, 10:00 A.M.

NEW BUSINESS

1. ROLL CALL

2. PUBLIC COMMENT

3. OFFICE OF CONTRACTING AND PROCUREMENT

3.1. Santiago-Romero, reso. autho.

Contract No. 6004591 - 100% City Funding – To Provide Towing and Recovery Services for Police Authorized Tows. – Contractor: BBK Towing & Recovery, Inc. – Location: 1821 Trombly Street, Detroit, MI 48211 – Contract Period: Upon City Council Approval through July 31, 2027 – Total Contract Amount: $187,500.00. POLICE

3.2. Santiago-Romero, reso. autho.

Contract No. 6004592 - 100% City Funding – To Provide Towing and Recovery Services for Police Authorized Tows. – Contractor: 7 D'S Towing & Storage, Inc. – Location: 5700 E. Nevada, Detroit, MI 48234 – Contract Period: Upon City Council Approval through July 31, 2027 – Total Contract Amount: $187,500.00. POLICE

3.3. Santiago-Romero, reso. autho.

Contract No. 6004593 - 100% City Funding – To Provide Towing and Recovery Services for Police Authorized Tows. – Contractor: Wayne's Service, Inc. – Location: 20495 Sherwood, Detroit, MI 48234 – Contract Period: Upon City Council Approval through July 31, 2027 – Total Contract Amount: $187,500.00. POLICE

3.4. Santiago-Romero, reso. autho.

Contract No. 6004594 -100% City Funding – To Provide Towing and Recovery Services for Police Authorized Tows. – Contractor: Troy's Towing, Inc. – Location: 9615 Grinnell, Detroit, MI 48213 – Contract Period: Upon City Council Approval through July 31, 2027 – Total Contract Amount: $187,500.00. POLICE

3.5. Santiago-Romero, reso. autho.

Contract No. 6004595 - 100% City Funding – To Provide Towing and Recovery Services for Police Authorized Tows. – Contractor: ABA Impound, Inc. – Location: 14201 Joy Road, Detroit, MI 48228 – Contract Period: Upon City Council Approval through July 31, 2027 – Total Contract Amount: $187,500.00. POLICE

3.6. Santiago-Romero, reso. autho.

Contract No. 6004596 - 100% City Funding – To Provide Towing and Recovery Services for Police Authorized Tows. – Contractor: H&B Land Towing, Inc. – Location: - 13000 E McNichols, Detroit, MI 48205 – Contract Period: Upon City Council Approval through July 31, 2027 – Total Contract Amount: $187,500.00. POLICE

3.7. Santiago-Romero, reso. autho.

Contract No. 6004598 - 100% City Funding – To Provide Towing and Recovery Services for Police Authorized Tows. – Contractor: Bobby's T.C.B. Towing Service. – Location: - 10401 Lyndon, Detroit, MI 48238 – Contract Period: Upon City Council Approval through July 31, 2027 – Total Contract Amount: $187,500.00. POLICE

**From:** CouncilmemberGabriela
**To:** CC Public Comment
**Subject:** FW: Public Comment for 12/12/2022: Better transit and better governance
**Date:** Monday, December 12, 2022 9:40:15 AM

Good morning,

Our office received the below public comment for today's special session.

Take care,
Laura

Detroit City Council Member Gabriela Santiago-Romero - District 6
Coleman A. Young Municipal Building
2 Woodward Ave., Suite 1340, Detroit, MI 48226
Phone: (313) 224-2450

*The information contained in this message is privileged and confidential information intended for the use of the recipient noted above. If you are neither the intended recipient nor the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone to arrange for return of the communication.*

**From:** cindy darrah <cindydarrah@gmail.com>
**Sent:** Sunday, December 11, 2022 7:22 PM
**To:** CouncilmemberCalloway <CouncilmemberCalloway@detroitmi.gov>; Scott Benson <bensons@detroitmi.gov>; Coleman A. Young <Coleman.Young@detroitmi.gov>; CouncilmemberGabriela <CouncilmemberGabriela@detroitmi.gov>; Gabriela Santiago-Romero <gabriela4mi@gmail.com>; CouncilmemberJohnson <CouncilmemberJohnson@detroitmi.gov>; CouncilMemberSheffield <CouncilMemberSheffield@detroitmi.gov>; CouncilmemberWaters <CouncilmemberWaters@detroitmi.gov>; Councilmember Tate <CouncilmemberTate@detroitmi.gov>; agnes hitchcock <callemout@ymail.com>; ciyclerkhelpdesk@dtroitmi.gov; colemanyoung@detroitmi.gov; zerowaste@detroitmi.gov
**Subject:** Public Comment for 12/12/2022: Better transit and better governance

**This Message Is From an External Sender**
ATTENTION: This email was sent from an external source. Please be extra cautious when opening attachments or clicking links.



Public Comment cont.

While out of town, my recycle can and 2 garbage cans disappeared. After going through 4 people I was able to file a police report... making reporting difficult ~~block aids to reporting~~ keeps the crime rate down.

I used these cans to encourage residents and visitors to keep the SE corner of Peterboro and 2nd free of garbage.

Could the city replace these cans?

I can recycle at the Holden street "Recycle here" but they don't take garbage

Linda J Darrah
492 Peterboro
Det., Mi 48201
cindydarrah@gmail.com
(313) 414 5181
12/12/2022

Public Comment continued:

Keith Hines had an excellent idea:

We have local cabs who are handicap accessible. Therefore, break the big mega contract into smaller contracts ~~and~~ which will employ more detroiters, and service handicaped riders more quickly and without a 2 day lead time, Also many people in wheel chairs could be helped in and out of a regular car, their chair put into the trunk or front seat for the ride, a bar could be installed accross the back ~~next~~ close to the ceiling that spanned the width of the car behind the front seat to allow the passenger to grab the bar to ease entry and exit from a regular vehicle. In mean time you could extend the contract on a monthly basis until the new system is ready to go.

cindydarrah@gmail.com 12/12/2022
from Cindy Darrah, 492 Peterboro, Det 48201 313-414-5181.

Public Comment for the Detroit City Council meeting Monday, December 12, 2022

Yes we have the Right to Vote; but We also have the right to KNOW. So please put the public comments AND the council members deliberations, descussions and votes into the minutes and timely post them in an easily accessible format on your website.

A government, uninformed by the First (1st) Hand Experiences ~~and~~ of its constients...

A government that does not involve the constients in krapting & carrying out the solutions to their problems

is a government of the corporations, by the corporations, and for the corporation, which is what fascist destruction thrives on.

# OFFICE OF CONTRACTING AND PROCUREMENT

August 3, 2022

HONORABLE CITY COUNCIL:

The Purchasing Division of the Finance Department recommends a Contract with the following firm(s) or person(s):

6004591 100% City Funding – To Provide Towing and Recovery Services for Police Authorized Tows. – Contractor: BBK Towing & Recovery, Inc. – Location: 1821 Trombly Street, Detroit, MI 48211 – Contract Period: Upon City Council Approval through July 31, 2027 – Total Contract Amount: $187,500.00 **POLICE**

Respectfully submitted,

Boysie Jackson, Chief Procurement Officer
Office of Contracting and Procurement

**BY COUNCIL MEMBER SANTIAGO-ROMERO**

**RESOLVED,** that Contract No. 6004591 referred to in the foregoing communication dated August 3, 2022, be hereby and is approved.

# OFFICE OF CONTRACTING AND PROCUREMENT

August 3, 2022

HONORABLE CITY COUNCIL:

The Purchasing Division of the Finance Department recommends a Contract with the following firm(s) or person(s):

6004592 100% City Funding – To Provide Towing and Recovery Services for Police Authorized Tows. – Contractor: 7 D'S Towing & Storage, Inc. – Location: 5700 E. Nevada, Detroit, MI 48234 – Contract Period: Upon City Council Approval through July 31, 2027 – Total Contract Amount: $187,500.00 **POLICE**

Respectfully submitted,

Boysie Jackson, Chief Procurement Officer
Office of Contracting and Procurement

**BY COUNCIL MEMBER SANTIAGO-ROMERO**

**RESOLVED,** that Contract No. 6004592 referred to in the foregoing communication dated August 3, 2022, be hereby and is approved.

# OFFICE OF CONTRACTING AND PROCUREMENT

August 3, 2022

HONORABLE CITY COUNCIL:

The Purchasing Division of the Finance Department recommends a Contract with the following firm(s) or person(s):

6004593 100% City Funding – To Provide Towing and Recovery Services for Police Authorized Tows. – Contractor: Wayne's Service, Inc. – Location: 20495 Sherwood, Detroit, MI 48234 – Contract Period: Upon City Council Approval through July 31, 2027 – Total Contract Amount: $187,500.00 **POLICE**

Respectfully submitted,

Boysie Jackson, Chief Procurement Officer
Office of Contracting and Procurement

**BY COUNCIL MEMBER SANTIAGO-ROMERO**

**RESOLVED,** that Contract No. 6004593 referred to in the foregoing communication dated August 3, 2022, be hereby and is approved.

# OFFICE OF CONTRACTING AND PROCUREMENT

August 3, 2022

HONORABLE CITY COUNCIL:

The Purchasing Division of the Finance Department recommends a Contract with the following firm(s) or person(s):

6004594 100% City Funding – To Provide Towing and Recovery Services for Police Authorized Tows. – Contractor: Troy's Towing, Inc. – Location: 9615 Grinnell, Detroit, MI 48213 – Contract Period: Upon City Council Approval through July 31, 2027 – Total Contract Amount: $187,500.00 **POLICE**

Respectfully submitted,

Boysie Jackson, Chief Procurement Officer
Office of Contracting and Procurement

**BY COUNCIL MEMBER SANTIAGO-ROMERO**

**RESOLVED,** that Contract No. 6004594 referred to in the foregoing communication dated August 3, 2022, be hereby and is approved.

# OFFICE OF CONTRACTING AND PROCUREMENT

August 3, 2022

HONORABLE CITY COUNCIL:

The Purchasing Division of the Finance Department recommends a Contract with the following firm(s) or person(s):

6004595 100% City Funding – To Provide Towing and Recovery Services for Police Authorized Tows. – Contractor: ABA Impound, Inc. – Location: 14201 Joy Road, Detroit, MI 48228 – Contract Period: Upon City Council Approval through July 31, 2027 – Total Contract Amount: $187,500.00 **POLICE**

Respectfully submitted,

Boysie Jackson, Chief Procurement Officer
Office of Contracting and Procurement

**BY COUNCIL MEMBER SANTIAGO-ROMERO**

**RESOLVED,** that Contract No. 6004595 referred to in the foregoing communication dated August 3, 2022, be hereby and is approved.

**OFFICE OF CONTRACTING AND PROCUREMENT**

August 3, 2022

HONORABLE CITY COUNCIL:

The Purchasing Division of the Finance Department recommends a Contract with the following firm(s) or person(s):

6004596 100% City Funding – To Provide Towing and Recovery Services for Police Authorized Tows. – Contractor: H&B Land Towing, Inc. – Location: - 13000 E McNichols, Detroit, MI 48205 – Contract Period: Upon City Council Approval through July 31, 2027 – Total Contract Amount: $187,500.00 **POLICE**

Respectfully submitted,

Boysie Jackson, Chief Procurement Officer
Office of Contracting and Procurement

**BY COUNCIL MEMBER ____ SANTIAGO-ROMERO ________**

**RESOLVED,** that Contract No. 6004596 August 3, 2022 referred to in the foregoing communication dated August 24, 2022, be hereby and is approved.

**OFFICE OF CONTRACTING AND PROCUREMENT**

August 3, 2022

HONORABLE CITY COUNCIL:

The Purchasing Division of the Finance Department recommends a Contract with the following firm(s) or person(s):

6004598 100% City Funding – To Provide Towing and Recovery Services for Police Authorized Tows. – Contractor: Bobby's T.C.B. Towing Service. – Location: - 10401 Lyndon, Detroit, MI 48238 – Contract Period: Upon City Council Approval through July 31, 2027 – Total Contract Amount: $187,500.00 **POLICE**

Respectfully submitted,

Boysie Jackson, Chief Procurement Officer
Office of Contracting and Procurement

**BY COUNCIL MEMBER ______SANTIAGO-ROMERO__________**

**RESOLVED,** that Contract No. 6004598 August 3, 2022 referred to in the foregoing communication dated August 24, 2022, be hereby and is approved.