# EXHIBIT 11

# Exhibit 11 a
# Photographs of PTIU Truck Issues



PTIU Tow Truck Damages



PTIU Tow Truck with damages – cab decal

# Exhibit 11 b

# Photographs of Cramped Storage on PTIU Lots



10750 Grand River – photo a



10750 Grand River – photo b



10750 Grand River – photo l



10750 Grand River – photo t



10750 Grand River – photo w



9425 Grinnell – Photo b



9425 Grinnell – Photo e



9425 Grinnell – photo q

# Exhibit 11 c

# Photographs of Dangerous Debris on PTIU Lots



9425 Grinnell – Photo a



9425 Grinnell – Photo b



9425 Grinnell – Photo e



9425 Grinnell – photo g



9425 Grinnell – photo h



9425 Grinnell – photo i



9425 Grinnell – photo j



9425 Grinnell – photo u



9425 Grinnell – photo y



10750 Grand River – photo d



10750 Grand River – photo e



10750 Grand River – photo j



10750 Grand River – photo r

# Exhibit 11 d

# Photographs of Trailer Offices and Bathrooms on PTIU Lots



10750 Grand River – mobile trailer office – photo o



10750 Grand River – mobile bathroom – photo p



10750 Grand River – mobile bathroom – photo q



9425 Grinnell – photo l



9425 Grinnell – photo n



9425 Grinnell – photo o

# Exhibit 11 e

## Photographs of customer vehicles parked on city streets by PTIU lots because there is no customer parking



10750 Grand River – photo aa – cars and tow truck parked on street -no parking in lot



10750 Grand River – photo bb – cars parked on street in bike lane



10750 Grand River – photo y – vehicle owners made to park on street



10750 Grand River – photo z – private tow truck parked on street to assist customers

# Exhibit 11 f

# Photographs of customers standing on city streets by PTIU lots because there no customer waiting area



10750 Grand River – photo x – vehicle owners made to wait outside of lot