# EXHIBIT 12

Page 1 of 1

September 1, 2023

# DPD FLATBED TOW TRUCK EMERGENCY

Pursuant to Section 17-5-91 c, The Purchasing Director, without prior approval of the City Council, may make, or authorize others to make, an emergency procurement when public exigencies require the immediate delivery of articles or performance of services or when there exists a threat to public health, welfare, or safety under emergency conditions where prior approval of the City Council would be impossible or impracticable under the circumstances.

PO #3068662 was entered into and granted by the CPO to provide one (1) flatbed tow truck.  DPD towing vehicles are at a critical state.  Most are in for repairs or taken out of service.  This purchase is necessary to avoid the shutdown of vehicle recovery operations.  Also, this is the only known flatbed truck available for immediate purchase per RFQ #183755.

| CONTRACT | DESCRIPTION | COMPANY NAME | AMOUNT | DATE | BUYER |
|---|---|---|---|---|---|
| 3068662 | One (1) Flatbed Tow Truck | Interstate Trucksource, Inc. | $160,837.11 | 8/29/23 | Valerie Massey |



**Mary Sheffield**
*President*

**James Tate**
*President Pro Tem*

Scott Benson
Fred Durhal, III
Latisha Johnson
Gabriela Santiago-Romero
Mary Waters
Angela Whitfield Calloway
Coleman A. Young, II

**Janice Winfrey**
*City Clerk*

Committee of the Whole Room • 1340 Coleman A. Young Municipal Center • (313) 224-3443 • Detroit, MI 48226

**ERMA L. HENDERSON AUDITORIUM**

**CITY COUNCIL FORMAL SESSION**

**To attend by phone only, call one of these numbers: +1 929 436 2866, +1 312 626 6799, +1 669 900 6833, +1 253 215 8782, +1 301 715 8592, +1 346 248 7799 - Enter Meeting ID: 85846903626**

**Tuesday, September 26, 2023 at 10:00 A.M.**

*With advance notice of seven calendar days, the City of Detroit will provide interpreter services at public meetings, including American Sign Language, language translation and reasonable ADA accommodations. Please contact the Civil Rights, Inclusion and Opportunity Department at (313) 224-4950, through the TTY number 711, or email crio@detroitmi.gov to schedule these services.*

**COUNCIL MEMBER SCOTT BENSON TO PRESENT A TESTIMONIAL RESOLUTION TO LIEUTENANT SHERELL S. STANLEY, ESQ., B.A.ED OF THE DETROIT POLICE DEPARTMENT, 11TH PRECINCT**

1. **ROLL CALL**

2. **APPROVAL OF JOURNAL OF LAST SESSION**

3. **RECONSIDERATIONS**

4. **UNFINISHED BUSINESS**

5. **PRESIDENT'S REPORT ON STANDING COMMITTEE REFERRALS AND OTHER MATTERS**

6. **BUDGET, FINANCE AND AUDIT STANDING COMMITTEE**

    *THE FOLLOWING ITEM(S) ARE TO BE REFERRED TO THE BUDGET, FINANCE AND AUDIT STANDING COMMITTEE:*

    **OFFICE OF THE CITY CLERK/CITY PLANNING COMMISSION**

    6.1 **Submitting reso. autho.**

    Neighborhood Enterprise Zone Certificate Applications for the rehabilitation of a building into a 2-unit condo located at 691 West Alexandrine in the Midtown Neighborhood Enterprise Zone area. **(RECOMMEND APPROVAL) (The office of the City Planning Commission (CPC) has received applications requesting a Neighborhood Enterprise Zone (NEZ) certificate for the rehabilitation of an existing building into 2 condominium units located at 691 West Alexandrine)**

7. **INTERNAL OPERATIONS STANDING COMMITTEE**

    *THE FOLLOWING ITEM(S) ARE TO BE REFERRED TO THE INTERNAL OPERATIONS STANDING COMMITTEE:*

    **OFFICE OF CONTRACTING AND PROCUREMENT**

    7.1 **Submitting reso. autho.**

    **Contract No. 6002778-A1** - 100% City Funding – AMEND 1 – To Provide an Extension of Time for Genetec Master Contract. – Contractor: Accurate Networks, LLC – Location: 951 W. Freeport Road, Freeport, MI 49325 – Previous Contract Period: July 13, 2020 through July 31, 2023 – Amended Contract Period: Upon City Council Approval for a One (1) Year Term – Contract Increase Amount: $0.00 – Total Contract Amount: $2,500,000.00 **DoIT**

LAW DEPARTMENT

| | | |
|---|---|---|
| 7.2 | **Submitting reso. autho.** | 🔗 |

**Settlement** lawsuit of Burney, Whitney et al v City of Detroit et al; Case No. 21-016992-CZ, File No. L21-01974 (CBO) Police Department, in the amount of **($70,000.00)** in full payment for any and all claims which Whitney Burney may have against the City of Detroit and any other City of Detroit employees by reason of alleged injuries sustained.

| | | |
|---|---|---|
| 7.3 | **Submitting reso. autho.** | 🔗 |

**Settlement** in lawsuit of Estate of David Holt v City of Detroit; Case Number: 20-006299-NI File Number: L20-00469 (PH) (DDOT) in the amount of **($5,000.00)** in full payment for any and all claims which the Estate Of David Holt may have against the City of Detroit and any other City of Detroit employees by reason of alleged injuries sustained on or about May 14, 2019.

| | | |
|---|---|---|
| 7.4 | **Submitting reso. autho.** | 🔗 |

**Settlement** in lawsuit of Land, Ian L. v City of Detroit, Ryan Ruloff, Matthew Webb; Case Number: 22-12672 File Number: L22-01270 (PH) (DPD) in the amount of **($40,000.00)** in full payment for any and all claims which Ian L. Land may have against the City of Detroit and any other City of Detroit employees by reason of alleged injuries sustained on or about April 15, 2021.

| | | |
|---|---|---|
| 7.5 | **Submitting reso. autho.** | 🔗 |

**Settlement** in lawsuit of Preferred Rehab Care (Deshaun Jones, She'ron Singelton and Ashley Henry) v City of Detroit; Case No. 21-147838-GC, File No. L21-00254 (YRB) A20000 (Department of Transportation) in the amount of **($8,854.00)** in full payment for any and all claims which Preferred Rehab Care may have against the City of Detroit and any other City of Detroit employees by reason of alleged injuries sustained on or about February 11, 2020.

| | | |
|---|---|---|
| 7.6 | **Submitting reso. autho.** | 🔗 |

**Settlement** in lawsuit of Tox Testing Labs (Arthur Garrison) et al V City of Detroit et al; Case No. 20-016282-NF, File No. L21-00280 (CBO), Department of Transportation, in the amount of **($14,600.00)** in full payment for any and all claims which Tox Testing Labs Inc, US Health Pharmaceuticals LLC dba Meds Direct Pharmacy, Metro Toxicology Labs, Oak Park Labs, LLC, Select Medical Group may have against the City of Detroit and any other City of Detroit employees by reason of alleged injuries sustained.

| | | |
|---|---|---|
| 7.7 | **Submitting reso. autho.** | 🔗 |

**Settlement** in lawsuit of Affiliated Diagnostic of Oakland LLC (Lee Rhymes) V City of Detroit Case No. 22-006086-NF, File No. L22-00992 (CBO) Department of Transportation, in the amount **($15,500.00)** in full payment for any and all claims which Affiliated Diagnostic of Oakland, LLC may have against the City of Detroit and any other City of Detroit employees by reason of alleged injuries sustained.

| | | |
|---|---|---|
| 7.8 | **Submitting reso. autho.** | 🔗 |

**Settlement** in lawsuit of American Specialty Pharmacy CarePlus dba CarePlus Pharmacy v City of Detroit; Case No. 22-007925-NF, File No. L22-01114 (CBO) Department of Transportation, in the amount of **($18,500.00)** in full payment for any and all claims which American Specialty Pharmacy Careplus, Inc. may have against the City of Detroit and any other City of Detroit employees by reason of alleged injuries sustained.

**7.9** **Submitting reso. autho.**

**Settlement** in lawsuit of Richard Whittingham vs City of Detroit File No. 15067, W21-00126, CM, A19000, and in the amount of **($12,000)** in full payment of any and all claims which they may have against the City of Detroit by reason of any injuries or occupational diseases and their resultant disabilities as a result of past employment with the City of Detroit.

**7.10** **Submitting reso. autho.**

**Settlement** in lawsuit of Connelly, Melissa, PR et al. v Teaira Iris Funderburg & COD, Case No. 22-003624-NI, File No. L22-00683 (SVD) A37000 (Police Department) in the amount of **($5,000,000.00)** in full payment for any and all claims which Melissa Connelly may have against the City of Detroit and any other City of Detroit employees by reason of alleged injuries sustained by Clifford Woodards, II, deceased, on or about February 8, 2021.

**7.11** **Submitting reso. autho.**

**Settlement** in lawsuit of Melissa Cole v Dwayne McClain and City of Detroit; Case No. 22-006995-NI, File No. L22-01029 (CBO) Department of Public Works, in the amount of **($15,000.00)** in full payment for any and all claims which Melissa Coles may have against the City of Detroit and any other City of Detroit employees by reason of alleged injuries sustained.

**7.12** **Submitting reso. autho.**

**Settlement** in lawsuit of Prism Lab LLC (Lee Rhymes) v City of Detroit; Case No. 23-141331-GC, File No. L23-00098 (CBO) Department of Transportation, in the amount of **($3,000.00)** in full payment for any and all claims which Prism Lab, LLC may have against the City of Detroit and any other City of Detroit employees by reason of alleged injuries sustained.

**7.13** **Submitting reso. autho.**

**Settlement** in lawsuit of Quick Care Medical Devices (Leroy Fason) v City of Detroit; Case No. 22-011030-NF, File No. L22-01218 (SVD) A20000 (Department of Transportation) in the amount of **($15,000.00)** in full payment for any and all claims which Quick Care Medical Devices LLC may have against the City of Detroit and any other City of Detroit employees by reason of treatment provided to Leroy Fason for alleged injuries sustained on or about 07/01/2021.

**7.14** **Submitting reso. autho.**

**Settlement** in lawsuit of Select Medical Group of Michigan, PLLC (Walter Purvis) et al v City of Detroit; Case No. 23-007602-NF, File No. L23-00384 (YRB) A20000 (Department of Transportation), in the amount of **($10,500.00)** in full payment for any and all claims which Select Medical Group of Michigan, PLLC, Greenfield Labs, LLC, First Choice Med, LLC, Tox Testing, Inc. D/B/A Expert Diagnostics, and US Health Pharmaceuticals, LLC D/B/A Xpress Meds may have against the City of Detroit and any other City of Detroit employees by reason of alleged injuries sustained on or about September 28, 2019.

**7.15** **Submitting reso. autho.**

**Settlement** in lawsuit of Silver Pine Imaging LLC (Angela Burrell) v City of Detroit; Case No. 19-170056, File No. L19-00627 (CBO) Department of Transportation, in the amount of **($4,000.00)** in full payment for any and all claims which Silver Pine Imaging, LLC may have against the City of Detroit and any other City of Detroit employees by reason of alleged injuries sustained on or about August 27, 2015.

**OFFICE OF INSPECTOR GENERAL**

7.16   **Submitting report relative to**   

Notice of Third Extension of Interim Suspensions for Den-Man Contractors, Inc., David Holman, and Any Companies in which They Have Ownership or Financial Interest-OIG File No. 18-0028-INV. **(This letter is to notify you that pursuant to Section 17-5-360 (a) and (b) of the City of Detroit Debarment Ordinance, the extension of the interim suspension issued by the Office of Inspector General (OIG) on August 25, 2023 expires on September 24, 2023.  Because we have not concluded our investigations of your clients, Den-Man and David Holman, in accordance with Section 17-5-360 (b) and (d), we are extending the interim suspension for an additional 30 days from September 24, 2023 expiring on October 24, 2023.)**

8.   **PLANNING AND ECONOMIC DEVELOPMENT STANDING COMMITTEE**

*THE FOLLOWING ITEM(S) ARE TO BE REFERRED TO THE PLANNING AND ECONOMIC DEVELOPMENT STANDING COMMITTEE:*

**HISTORIC DESIGNATION ADVISORY BOARD**

8.1   **Submitting reso. autho.**   

Petition of Def Sound Studio **(#2015-774)**, requesting historic designation of the Def Sound Studio House located at 18315 Winthrop, and the appointment of ad hoc representatives in connection with this matter.  **(This request for historic designation is on our list of proposals for local designation. The proposed Def Sound Studio House Historic District has reasonable grounds for local designation.  A resolution directing the Historic Designation Advisory Board to conduct a study is attached.)**

8.2   **Submitting reso. autho.**   

Extension of study period for the proposed Krainz Woods/Sojourner Truth Homes Local Historic District. **(The study by the Historic Designation Advisory Board for the proposed Krainz Woods/Sojourner Truth Homes Local Historic District is currently underway. It would appear that to provide time for the completion of this process that it is necessary to extend the study period for this proposed historic district. A resolution is attached for your consideration.)**

9.   **PUBLIC HEALTH AND SAFETY STANDING COMMITTEE**

*THE FOLLOWING ITEM(S) ARE TO BE REFERRED TO THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE:*

**OFFICE OF CONTRACTING AND PROCUREMENT**

9.1   **Submitting reso. autho.**   

**Contract No. 6004803** - 100% City Funding – AMEND 1 – To Provide an Extension of Time for Genetec Master Contract. – Contractor: Accurate Networks, LLC – Location: 951 W. Freeport Road, Freeport, MI 49325 – Previous Contract Period: July 13, 2020 through July 31, 2023 – Amended Contract Period: Upon City Council Approval for a One (1) Year Term – Contract Increase Amount: $0.00 – Total Contract Amount: $2,500,000.00 **PUBLIC WORKS**

**BUILDINGS, SAFETY, ENGINEERING AND ENVIRONMENTAL DEPARTMENT**

9.2 [Submitting reso. autho.](#)

Recommendation for Deferral - 12785 Chelsea. **(A special inspection conducted on July 26, 2023 revealed that the building is Vacant and Open. There is overgrowth that needs to be addressed and the property is Vacant and Open at some 2nd Floor Windows. 1st Floor is Barricaded. The owner has paid all taxes and is current. The proposed use of the property is owner's use and occupancy. This is the 1st deferral request for this property We therefore, we respectfully recommended that the demolition order be deferred for a period of six months.)**

9.3 [Submitting reso. autho.](#)

Recommendation for Deferral - 6885 Montrose. **(A special inspection conducted on August 7, 2023, revealed that the building is secured and appears to be sound and repairable. The owner has paid all taxes and is current. The proposed use of the property is owner's use and occupancy. This is the 1st deferral request for this property. We therefore, we respectfully recommended that the demolition order be deferred for a period of six months.)**

9.4 [Submitting reso. autho.](#)

Recommendation For Deferral - 1516 Vinewood. **(A special inspection conducted on September 1, 2023, revealed that the building is secured and appears to be sound and repairable. The owner has paid all taxes and is current. The proposed use of the property is owner's use and occupancy. This is the 1st deferral request for this property. Therefore, we respectfully recommend that the demolition order be deferred for a period of six months.)**

9.5 [Submitting reso. autho.](#)

Recommendation For Deferral - 9992 Gratiot. **(A special inspection conducted on August 29, 2023, revealed that the building is secured and appears to be sound and repairable. The owner has paid all taxes and is current. The proposed use of the property is owner's use and occupancy. This is the 1st deferral request for this property. Therefore, we respectfully recommend that the demolition order be deferred for a period of six months.)**

9.6 [Submitting reso. autho.](#)

Recommendation for Rescission for property located at 5505 Van Dyke - **(A special inspection conducted on July 24, 2023, revealed that the building is vacant and secure, and the required progress has not been made. Therefore, we respectfully recommend that the deferral be RESCINDED and the demolition proceed as originally ordered, with the cost of demolition assessed against the property.)**

9.7 [Submitting reso. autho.](#)

Recommendation for Rescission for property located at 5435 W. Fort - **(A special inspection conducted on March 22, 2023, revealed that the building is vacant and secure, and the required progress has not been made. Therefore, we respectfully recommend that the deferral be RESCINDED and the demolition proceed as originally ordered, with the cost of demolition assessed against the property.)**

**LEGISLATIVE POLICY DIVISION**

9.8 [Submitting report relative to](#)

Understanding the Impact of I-375 Construction. **(Councilmember Mary Waters requested LPD provide a report addressing questions relative to the proposed new construction of I-375. The following represents our response to this request.)**

**DEPARTMENT OF PUBLIC WORKS**

| 9.9 | **Submitting reso. autho.** |  |

Petition of The West Vernor & Springwells Business Improvement District (BID) **(#2023-307)**, request to hang approximately 230 banners on West Vernor Highway from Woodmere Street to Clark Street. **(The Department of Public Works, Traffic Engineering Division received the above referenced petition. This Department has no objections to the placement of banners, provided that the banner installation is in compliance with the banner policy adopted by your Honorable Body on November 30, 2001, and subject to the following conditions)**

**MISCELLANEOUS**

| 9.10 | **Council Member Mary Waters** |

Submitting resolution Recognizing October 11, 2023 as The International Day of The Girl Child.

| 10. | **VOTING ACTION MATTERS** |

| 11. | **OTHER MATTERS** |

| 12. | **COMMUNICATIONS FROM MAYOR AND OTHER GOVERNMENTAL OFFICIALS AND AGENCIES** |

| 13. | **PUBLIC COMMENT** |

| 14. | **STANDING COMMITTEE REPORTS** |

| 15. | **PUBLIC HEALTH & SAFETY STANDING COMMITTEE** |

**OFFICE OF CONTRACTING AND PROCUREMENT**

| 15.1 | **Santiago-Romero, reso. autho.** |

**Contract No. 6004505-A1** - 100% ARPA Funding – AMEND 1 – To Provide an Increase of Funds for Commercial Environmental Due Diligence to Support the City's Blight Remediation Efforts. – Contractor: Geosyntech Consultants, Inc. – Location: 3011 West Grand Boulevard, Suite 301, Detroit, MI 48202 – Contract Period: July 26, 2022 through December 31, 2025 – Contract Increase Amount: $532,072.00 – Total Contract Amount: $802,072.00 **CITY DEMOLITION (REPORTED OUT OF THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE ON 9-18-23)**

| 15.2 | **Santiago-Romero, reso. autho.** |  |

**Contract No. 3067490** – 100% City Funding – To Provide an Emergency Demolition for the Residential Property, 5469 Field. – Contractor: Gayanga Co – Location: 1120 W. Baltimore, Suite 200, Detroit, MI 48202 – Contract Period: Notification of Emergency through August 31, 2024 – Total Contract Amount: $27,350.00 **CITY DEMOLITION (REPORTED OUT OF THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE ON 9-18-23)**

| 15.3 | **Santiago-Romero, reso. autho.** |

**Contract No. 6003894-A2** - 100% City Funding – AMEND 2 – To Provide an Extension of Time and an Increase of Funds to Assist with the Annual Audit CAFR for DDOT. – Contractor: Randy K. Lane, P.C – Location: 535 Griswold Street, Suite 111-607, Detroit, MI 48226 – Previous Contract Period: November 3, 2021 through August 31, 2023 – Amended Contract Period: Upon City Council Approval through August 31, 2024 – Contract Increase Amount: $60,000.00 – Total Contract Amount: $205,000.00. **TRANSPORTATION (REPORTED OUT OF THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE ON 9-18-23)**

| 15.4 | Santiago-Romero, reso. autho. | |
|---|---|---|

**Contract No. 6003779-A2** - 100% City Funding – AMEND 2 – To Provide an Extension of Time to Allow for Bid Solicitation and Award. – Contractor: T & N Services, Inc. – Location: 2940 E Jefferson Avenue, Detroit, MI 48207 – Previous Contract Period: August 23, 2021 through August 22, 2023 – Amended Contract Period: Upon City Council Approval through November 22, 2023 – Total Contract Amount: $329,736.00. **TRANSPORTATION (REPORTED OUT OF THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE ON 9-18-23)**

| 15.5 | Santiago-Romero, reso. autho. | |
|---|---|---|

**Contract No. 6001547-A1** - 100% FTA Funding – AMEND 1 – To Provide an Extension of Time for Coach OEM Parts. – Contractor: Kirk's Automotive, Inc. – Location: 9330 Roselawn, Detroit, MI 48204 – Previous Contract Period: August 30, 2018 through August 29, 2023 – Amended Contract Period: Upon City Council Approval through February 29, 2024 – Contract Increase Amount: $0.00 – Total Contract Amount: $3,750,000.00. **TRANSPORTATION (REPORTED OUT OF THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE ON 9-18-23)**

| 15.6 | Santiago-Romero, reso. autho. | |
|---|---|---|

**Contract No. 6003707-A2** - 100% Major Street Funding – AMEND 2 – To Provide an Increase of Funds to Close Out Project and Pay for Unforeseen Site Conditions that were Encountered During Construction and for Additional Requirements to be ADA Compliant. – Contractor: Major Contracting Group, Inc. and Gayanga Company – Location: 15347 Dale Street, Detroit, MI 48223 – Contract Period: July 20, 2021 through December 31, 2023 – Contract Increase Amount: $256,855.74 – Total Contract Amount: $4,178,416.58 **PUBLIC WORKS (REPORTED OUT OF THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE ON 9-18-23)**

| 15.7 | Santiago-Romero, reso. autho. | |
|---|---|---|

**Contract No. 3068408** - 100% City Funding – To Provide Payment for Online Permitting Services. – Contractor: Open Counter Enterprises, Inc. – Location: 131 Dartmouth Street, Third Floor, Boston, MA 02119 – Contract Period: Upon City Council Approval through September 30, 2024 – Total Contract Amount: $154,643.00 **BUILDINGS, SAFETY ENGINEERING AND ENVIRONMENTAL (REPORTED OUT OF THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE ON 9-18-23)**

| 15.8 | Santiago-Romero, reso. autho. | |
|---|---|---|

**Contract No. 6005262** - 100% ARPA Funding – To Provide Network Equipment (Power Cords, Cable Cords for New Training Academy) to the Detroit Police Department. – Contractor: Groundwork 0 – Location: 2000 Brush Street, Suite 262, Detroit, MI 48226 – Contract Period: Upon City Council Approval through June 30, 2025 – Total Contract Amount: $79,731.00. **POLICE (REPORTED OUT OF THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE ON 9-18-23)**

| 15.9 | Santiago-Romero, reso. autho. | |
|---|---|---|

**Contract No. 6005568** - 100% ARPA Funding – To Provide 93 Mobile Patrol Stands for RadarSign™ TC-600 Digital Speed Signs. – Contractor: RadarSign, LLC – Location: 250 Monroe NW,Suite 400,Grand Rapids, MI 49503 – Contract Period: Upon City Council Approval through June 30, 2025 – Total Contract Amount: $103,881.00. **POLICE (REPORTED OUT OF THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE ON 9-18-23)**

15.10    **Santiago-Romero, reso. autho.**

**Contract No. 6005628** - 100% Major Street Funding – To Provide Pre-Stenciled Traffic Control Signs. – Contractor: MD Solutions, Inc. – Location: 8225 Estates Parkway, Plain City, OH 43064 – Contract Period: Upon City Council Approval through October 20, 2026 – Total Contract Amount: $426,286.50 **PUBLIC WORKS (REPORTED OUT OF THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE ON 9-18-23)**

15.11    **Santiago-Romero, reso. autho.**

**Contract No. 6004093-A1** - 100% City Funding – AMEND 1 – To Provide an Increase of Funds for Car & Light Truck Parts & Service for Ford Vehicles. – Contractor: Ferndale-F, LLC dba Suburban Ford of Ferndale – Location: 21600 Woodward Avenue, Ferndale, MI 48220 – Contract Period: December 16, 2021 through December 15, 2023 – Contract Increase Amount: $50,000.00 – Total Contract Amount: $200,000.00 **TRANSPORTATION (REPORTED OUT OF THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE ON 9-18-23)**

**LAW DEPARTMENT**

15.12    **Tate, An Ordinance**

To amend Chapter 28 of the 2019 Detroit City Code, *Licenses,* Article 1, *City Business Licenses,* by amending Sections 28-1-1, 28-1-2, 28-1-5, 28-1-7, 28-1-8, 28-1-13, to make necessary technical corrections; by amending Section 28-1-16, to establish that a licensed business that is owned or operated by a person who has engaged in specified criminal activity on the business premises provides grounds for denial, suspension, revocation of license; by repealing Section 28-1-17, *Procedures for denial, revocation of license*, and replacing it with Sections 28-1-17, *Procedures for denial or non-renewal of license,* 28-1-18, *Suspension or revocation of license,* and 28-1-19, *Emergency suspension of a license*, to establish an appellate procedure for the denial, revocation and suspensions of a city issued license; by adding Section 28-1-20, *Action pending appeal of the denial, non-renewal, revocation, or suspension of a license*, to provide that compliance with an order, decision, license suspension or revocation which is the subject of an appeal is not required except where conditions exist warranting the emergency suspension of a license; by adding Section 28-1-21, *Closure orders on the suspension or revocation of business licenses* and Section 28-1-22, *Emergency business closure orders*, to provide that it shall be unlawful for any person to continue operation of a business, if the business operating license has been suspended or revoked subject to a final judgment of suspension or revocation of a license and/or deface or remove any closing notice from a business without authorization of the Director of Buildings, Safety Engineering, and Environmental Department Business License Center. **INTRODUCE (REPORTED OUT OF THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE ON 9/18/2023)**

15.13    **Tate, reso. autho.**

Setting a Public Hearing on the foregoing ordinance amendment.

**PUBLIC WORKS DEPARTMENT/CITY ENGINEERING DIVISION**

15.14    **Santiago-Romero, reso. autho.**

Petition of Bruno Vanzieleghem **(x2023-200)**, request for encroachment within the northerly part of West Warren Avenue, adjacent to the parcel commonly known as 5001 West Grand River Avenue, for the purpose of installing an ADA-compliant ramp. Also, requesting the vacation, with reserve of a public utility easement, of that part of 17 th Street lying between West Warren Avenue and the Michigan Central RR, lying westerly of and adjacent to 5001 West Grand River Avenue. **(REPORTED OUT OF THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE ON 9-18-23)**

| | | |
|---|---|---|
| 15.15 | **Santiago-Romero, reso. autho.** | 📎 |

Petition of Nemos Realty Co LLC No. **(x2023-201)**, request for encroachment within the easterly part of 8th Street, adjacent to the parcel commonly known as 1378 Michigan Avenue, for the purpose of installing awnings along the west side the structure located on site. **(REPORTED OUT OF THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE ON 9-18-23)**

16. **NEW BUSINESS**

   **OFFICE OF CONTRACTING AND PROCUREMENT**

| | | |
|---|---|---|
| 16.1 | **Santiago-Romero, reso. autho.** | 📎 |

**Contract No. 6004555** - 100% ARPA Funding – To Provide License Plate Recognition Cameras for DPD Public Safety. – Contractor: Motorola Solutions, Inc. – Location: 1301 E Algonquin Road, Schaumburg, IL 60196 – Contract Period: Upon City Council Approval through June 30, 2026 – Total Contract Amount: $5,000,000.00 **POLICE (REPORTED OUT OF THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE ON 9-25-23 WITHOUT RECOMMENDATION)**

| | | |
|---|---|---|
| 16.2 | **Santiago-Romero, reso. autho.** | 📎 |

**Contract No. 6002337-A1** - 100% Airport Operations and Maintenance Funding – AMEND 1 – To Provide an Increase of Funds and Extension of Time to Complete Design and Environmental Projects Related to the Airport Capital Improvement Plan. – Contractor: Kimley-Horn of Michigan, Inc. – Location: 1000 Town Center, Suite 1900, Southfield, MI 48075 – Previous Contract Period: October 8, 2019 through September 16, 2024 – Amended Contract Period: Upon City Council Approval through September 16, 2025 – Contract Increase Amount: $1,384,305.00 – Total Contract Amount: $3,884,305.00 **AIRPORT (REPORTED OUT OF THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE ON 9-25-23)**

| | | |
|---|---|---|
| 16.3 | **Santiago-Romero, reso. autho.** | 📎 |

**Contract No. 6004789-A1** - 100% Grant Funding – AMEND 1 – To Provide an Increase in Funds and an Extension of Time for Dental Clinical Services to Eligible Persons within the City's Service Areas. – Contractor: My Community Dental Centers – Location: 5555 Conner St, Detroit, MI 48213 – Previous Contract Period: October 1, 2022 through September 30, 2023 – Amended Contract Period: Upon City Council Approval through September 30, 2024 – Contract Increase Amount: $34,252.00 – Total Contract Amount: $225,640.00 **HEALTH (REPORTED OUT OF THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE ON 9-25-23)**

| | | |
|---|---|---|
| 16.4 | **Santiago-Romero, reso. autho.** | 📎 |

**Contract No. 6005494** - 100% General Funding – To Provide City of Detroit Police Department Uniforms. – Contractor: Enterprise Uniform Company – Location: 2862 E Grand Boulevard, Detroit, MI 48202 – Contract Period: Upon City Council Approval through September 25, 2024 – Total Contract Amount: $1,225,000.00 **POLICE (REPORTED OUT OF THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE ON 9-25-23)**

|      | OFFICE OF THE CHIEF FINANCIAL OFFICER/OFFICE OF DEVELOPMENT AND GRANTS |   |
|------|---|---|
| 16.5 | **Santiago-Romero, reso. autho.** | 📎 |

Request to Accept and Appropriate the Community Engagement to Strengthen Approaches to Decreasing Syphilis Grant. **(The National Association of County and City Health Officials has awarded the City of Detroit Health Department with the Community Engagement to Strengthen Approaches to Decreasing Syphilis Grant for a total of $150,000.00. There is no match requirement for this grant. The total project cost is $150,000.00.) (REPORTED OUT OF THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE ON 9-25-23)**

**RESOLUTIONS**

|      |   |   |
|------|---|---|
| 16.6 | **Johnson reso. autho.** | 📎 |

Scheduling a Closed Session for Tuesday, October 10, 2023 at 3:00 p.m. **(The Law Department submitted a privileged and confidential memorandum, dated February 8, 2023, recommending that this Honorable Council deny the Request for Legal Representation and Indemnification of Sergeant James Wiencek, Detective Derryck Thomas, and Police Officer Karen Miller in the matter of Edward Khalil v Ernest Wilson et al Civil Action Case No. 21-12577.) ROLL CALL**

**17.   PRESIDENT'S REPORT ON STANDING COMMITTEE REFERRALS AND OTHER MATTERS**

**18.   BUDGET, FINANCE AND AUDIT STANDING COMMITTEE**

*THE FOLLOWING ITEM(S) ARE TO BE REFERRED TO THE BUDGET, FINANCE AND AUDIT STANDING COMMITTEE:*

**OFFICE OF THE AUDITOR GENERAL**

|      |   |   |
|------|---|---|
| 18.1 | **Submitting report relative to** | 📎 |

Plante Moran Fiscal Year 2023 Pre-Audit Communication. **(The presentation before the Budget, Finance and Audit Standing Committee (BFA) is expected to occur on October 11, 2023)**

**OFFICE OF THE CHIEF FINANCIAL OFFICER/OFFICE OF BUDGET**

|      |   |   |
|------|---|---|
| 18.2 | **Submitting report relative to** | 📎 |

State of Michigan Protecting MI Pension Grant Program. **(In coordination with the CFO's Office and the Office of Development and Grants, the Office of Budget has prepared the following memo for City Council's review of our grant award from the State of Michigan's Protecting MI Pension Grant Program. It covers the program's background, the City's grant award amount, the conditions that accepting the grant would place on the City, and responses to the Legislative Policy Division's questions.)**

**19.   INTERNAL OPERATIONS STANDING COMMITTEE**

*THE FOLLOWING ITEM(S) ARE TO BE REFERRED TO THE INTERNAL OPERATIONS STANDING COMMITTEE:*

**OFFICE OF CONTRACTING AND PROCUREMENT**

|      |   |   |
|------|---|---|
| 19.1 | **Submitting reso. autho.** | 📎 |

**Contract No. 6005384** - 100% ARPA Funding – To Provide Installation of Fiber Cable between Detroit Public Safety Headquarters and the Lyndon Data Center. – Contractor: Five Star Energy Services LLC – Location: W 2287055 Enterprise Drive, Big Bend, WI 53103 – Contract Period: Upon City Council Approval through June 30, 2025 – Total Contract Amount: $1,582,366.80 **DoIT**

| | | |
|---|---|---|
| 19.2 | **Submitting reso. autho.** |  |

**Contract No. 6005559** - 100% City Funding – To Provide Temporary Staffing Services. – Contractor: Premier Staff Services – Location: 29481 5 Mile Road, Livonia, MI 48154 – Contract Period: Upon City Council Approval through August 7, 2025 – Total Contract Amount: $471,240.00 **ELECTIONS**

| | | |
|---|---|---|
| 19.3 | **Submitting reso. autho.** | |

**Contract No. 6005682** - 100% City Funding – To Provide Smartsheet Enterprise Software Access and Licensing utilizing GSA Contract 47QSWA18D008F. – Contractor: Carahsoft Technology Corp. – Location: 11493 Sunset Hills Road, Suite 100, Reston, VA 20190 – Contract Period: Upon City Council Approval for a Period of Three (3) Years – Total Contract Amount: $2,510,484.96 **DoIT**

**HUMAN RESOURCES DEPARTMENT/BENEFITS**

| | | |
|---|---|---|
| 19.4 | **Submitting reso. autho.** |  |

2024 Medical, Dental and Vision Plan Rate Schedules for City of Detroit Employees. **(Medical, Dental and Vision companies that provide benefits to active City of Detroit employees and their eligible dependents have submitted rates to be in effect January 1, 2024. The Employees Benefit Plan Governing Board has examined these rates and certified them by Resolution. These are hereby submitted for final approval by your Honorable Body.)**

| | |
|---|---|
| 20. | **NEIGHBORHOOD AND COMMUNITY SERVICES STANDING COMMITTEE** |

*THE FOLLOWING ITEM(S) ARE TO BE REFERRED TO THE NEIGHBORHOOD AND COMMUNITY SERVICES STANDING COMMITTEE:*

**MAYOR'S OFFICE**

| | | |
|---|---|---|
| 20.1 | **Submitting Mayor's Office Special Events Petition** | |

Petition of The Parade Company **(#2023-314)** request to hold "Strategic Staffing Solutions Turkey Trot" located at Huntington Place and Fort St. and Griswold on November 23, 2023 from 7:00 a.m. - 12:00 p.m. Set-up is begin on November 22, 2023, with tear down November 23, 2023. **(The Mayor's Office and all other involved City Departments RECOMMEND APPROVAL of this petition.)**

| | | |
|---|---|---|
| 20.2 | **Submitting Mayor's Office Special Events Petition** | |

Petition of Metropolitan Detroit Veterans Coalition **(#2023-255)** request to hold "Armed Services Salute.......including the Annual Detroit Veteran's Day Parade/4Star 4Mile Run" located in Corktown, Detroit on November 5, 2023 from 10:00 a.m. - 2:00 p.m. Set-up to begin on November 5, 2023, with tear down November 5, 2023. **(The Mayor's Office and all other involved City Departments RECOMMEND APPROVAL of this petition.)**

**OFFICE OF CONTRACTING AND PROCUREMENT**

| | | |
|---|---|---|
| 20.3 | **Submitting reso. autho.** |  |

**Contract No. 6002177-A1** - 100% City Funding – AMEND 1 – To Provide an Extension of Time for Lubricating Oils. – Contractor: Lyden Oil Company – Location: 30692 Tracy Road, Walbridge, Ohio 43465 – Previous Contract Period: July 1, 2019 through June 30, 2023 – Amended Contract Period: Upon City Council Approval through June 30, 2024 – Contract Increase Amount: $0.00 – Total Contract Amount: $5,250,000.00 **GENERAL SERVICES**

| | | |
|---|---|---|
| 20.4 | **Submitting reso. autho.** |  |

Contract No. 6005613 - 100% Grant Funding – To Provide Design and Fabrication for 13 Interpretative Signs to be Installed Along a One-Mile Stretch of the Joe Louis Greenway. – Contractor: Andrew Kopietz, LLC d/b/a Good Done Daily – Location: 1331 Holden Street, Detroit, MI 48202 – Contract Period: Upon City Council Approval through December 31, 2024 – Total Contract Amount: $40,000.00 **GENERAL SERVICES**

21. **PLANNING AND ECONOMIC DEVELOPMENT STANDING COMMITTEE**

*THE FOLLOWING ITEM(S) ARE TO BE REFERRED TO THE PLANNING AND ECONOMIC DEVELOPMENT STANDING COMMITTEE:*

**OFFICE OF CONTRACTING AND PROCUREMENT**

| | | |
|---|---|---|
| 21.1 | **Submitting reso. autho.** |  |

Contract No. 6004422-A2 - 100% ARPA Funding – AMEND 2 – To Provide an Increase of Funds only for Assistance with Additional Prospective Homebuyers to Buy a House in the City of Detroit. – Contractor: National Faith Homebuyers – Location: 615 Griswold, Suite 506, Detroit, MI 48226 – Contract Period: July 26, 2022 through June 30, 2025 – Contract Increase Amount: $3,000,000.00 – Total Contract Amount: $12,250,000.00 **HOUSING AND REVITALIZATION**

**HOUSING AND REVITALIZATION DEPARTMENT**

| | | |
|---|---|---|
| 21.2 | **Submitting reso. autho.** |  |

Request for Public Hearing to Approve a Commercial Rehabilitation Certificate on behalf of 7326 W. McNichols, LLC, in the area of 7326 W. McNichols, Detroit, Michigan, in accordance with Public Act 210 of 2005. **(Petition #2023-315)**

**PLANNING AND DEVELOPMENT DEPARTMENT**

| | | |
|---|---|---|
| 21.3 | **Submitting reso. autho.** |  |

First Amendment to Development Agreement of 210 E Bethune, Detroit, Michigan. **(On November 20, 2018, your Honorable Body adopted a resolution authorizing the sale of 210 E Bethune, Detroit, Michigan (the "Property") pursuant to a Development Agreement to EBE Bethune LLC (the "Developer"), a Michigan limited liability company, for the purchase price of Three Hundred Fifty Thousand and 00/100 Dollars ($350,000.00) (the "Purchase Price") to rehabilitate two existing structures on the Property, comprising of one approximately 7,000 square foot building for office space and one approximately 1,000 square foot building for commercial office space (the "Project"). P&DD is requesting to amend the Development Agreement and extend the Construction Commencement and Completion Deadlines.)**

| | | |
|---|---|---|
| 21.4 | **Submitting reso. autho.** |  |

Transfer of Jurisdiction / Surplus of Real Property 2775 W Warren, Detroit, MI. **(The City of Detroit, Detroit Fire Department ("DFD") has recently requested that the Finance Department transfer jurisdiction of certain City-owned real property known as 2775 W Warren, Detroit, MI (the "Property") to the Planning and Development Department ("P&DD") to administer as surplus real property.)**

22. **PUBLIC HEALTH AND SAFETY STANDING COMMITTEE**

*THE FOLLOWING ITEM(S) ARE TO BE REFERRED TO THE PUBLIC HEALTH AND SAFETY STANDING COMMITTEE:*

**OFFICE OF CONTRACTING AND PROCUREMENT**

| 22.1 | Submitting reso. autho. |

Contract No. 3068650 – 100% City Funding – To Provide an Emergency Demolition for the Residential Property, 19130 Chester. – Contractor: Gayanga Co – Location: 1120 W Baltimore, Suite 200, Detroit, MI 48202 – Contract Period: Notification of Emergency through June 30, 2024 – Total Contract Amount: $19,850.00 **CONSTRUCTION AND DEMOLITION**

| 22.2 | Submitting reso. autho. |

==Contract No. 3068662 - 100% Special Revenue Funding – To Provide One (1) Flatbed Tow Truck. – Contractor: Interstate Trucksource, Inc. – Location: 29085 Smith Road, Romulus, MI 48174 – Contract Period: Upon City Council Approval through September 30, 2024 – Total Contract Amount: $160,837.11 **POLICE**==

| 22.3 | Submitting reso. autho. |

==**Contract No. 3069049** - 100% Special Revenue Funding – To Provide Three (3) Flatbed Tow Trucks. – Contractor: Interstate Trucksource, Inc. – Location: 29085 Smith Road, Romulus, MI 48174 – Contract Period: Upon City Council Approval through September 30, 2024 – Total Contract Amount: $503,984.40 **POLICE**==

| 22.4 | Submitting reso. autho. |

Contract No. 3069098 - 100% City Funding – To Provide the Activation Fee for Two-Hundred Fifty (250) New and/or Replacement Radios on the Michigan Public Safety Communications System (MPSCS). – Contractor: State Of Michigan – Location: PO Box 30681, Lansing, MI 48909 – Contract Period: Upon City Council Approval through June 30, 2024 – Total Contract Amount: $62,500.00 **POLICE**

| 22.5 | Submitting reso. autho. |

Contract No. 3069131 - 100% City Funding – To Provide Outbound and Inbound Messaging Services for DPW Citizen Communications. – Contractor: Carahsoft Technology Corp. – Location: 11493 Sunset Hills Road, Suite 100, Reston, VA 20190 – Contract Period: Upon City Council Approval through June 30, 2024 – Total Contract Amount: $91,338.00 **PUBLIC WORKS**

| 22.6 | Submitting reso. autho. |

Contract No. 6005370 - 100% ARPA Funding – To Provide Upgraded Electrical and Avionics for a 1970 Bell 206l-3 Helicopter, Designed and Equipped Specifically for the Detroit Police Department. – Contractor: Great Lakes Aviation Services, LLC – Location: 6616 Smiths Creek Road, Kimball, MI 48074 – Contract Period: Upon City Council Approval for a Period of Two (2) Years – Total Contract Amount: $1,223,448.00 **POLICE**

| 22.7 | Submitting reso. autho. |

Contract No. 6005629 - 100% ARPA Funding – To Provide Design-Build Services for Improvements at Heilmann Recreation Center – Contractor: W-3 / JJ Barney JV, LLC – Location: 7601 Second Avenue, Detroit, MI 48202 – Contract Period: Upon City Council Approval through June 30, 2025 – Total Contract Amount: $995,000.00 **CONSTRUCTION AND DEMOLITION**

**LEGISLATIVE POLICY DIVISION**

| 22.8 | Submitting reso. autho. |

Recognizing National Hispanic Heritage Month. **(Council Member Gabriela Santiago-Romero requested that the Legislative Policy Division (LPD) draft a RESOLUTION RECOGNIZING NATIONAL HISPANIC HERITAGE MONTH)**

**MISCELLANEOUS**

| | | |
|---|---|---|
| 22.9 | Council Member Gabriela Santiago-Romero | 📎 |

Submitting memorandum relative to Chicano Peoples' Day (Dia de la Raza).

| | | |
|---|---|---|
| 22.10 | Council Member Gabriela Santiago-Romero | 📎 |

Submitting memorandum relative to Tow Rate Commission.

| | | |
|---|---|---|
| 22.11 | Council President Mary Sheffield | 📎 |

Submitting memorandum relative to Requesting the Law Department Draft Legislation Establishing Water Affordability Program.

23. **CONSENT AGENDA**

24. **MEMBER REPORTS**

25. **ADOPTION WITHOUT COMMITTEE REFERENCE**

26. **COMMUNICATIONS FROM THE CLERK**

   26.1    Report on approval of proceedings by the Mayor.

27. **TESTIMONIAL RESOLUTIONS AND SPECIAL PRIVILEGE**



# DEPARTMENTAL SUBMISSION

DEPARTMENT: OCFO-Office of Contracting & Procurement

FILE NUMBER: OCFO-Office of Contracting & Procurement-2562

**RE:**
Submitting reso. autho. DPD Flatbed Tow Truck Emergency Memo Contract No.3068662

**SUMMARY:**
See Attachment

**RECOMMENDATION**:
See Attachment

**BY**Choose an item.

Sandra Stahl, Chief Procurement Officer
Office of Contracting and Procurement Office

**RESOLVED:** that DPD Flatbed Tow Truck Emergency Memo Contract No.3068662 referred to in the foregoing communication dated September 6, 2023 be hereby and is approved.

**DEPARTMENTAL CONTACT:**
Name: Ericka Crawford
Position: Procurement Assistant V