# EXHIBIT 14



City of Detroit
Police Department

May 4, 2020

The Honorable Detroit City Council

SUBJECT: **DPD TOWING OPERATIONS**

A question has been raised during the budget process and contracting process related to DPD towing. Specifically, City Council has asked that DPD towing operations do its work in an equitable and fair manner in relation to the private towing operations. Let me begin by thanking the Detroit Towers Association (DTA) for participating in discussions with the Detroit Police Department (DPD) regarding City towing operations so that the operatings serve our residents. It is my understanding that the discussions between the DPD and the DTA have included very constructive and open exchanges over the last several months. As a result of those discussions, I am writing this letter to memorialize the DPD's intention to establish and maintain a cooperative relationship. This letter is to inform you of DPD's commitments to this body with respect to towing operations. This commitment is contingent on the DTA's and any other DPD authorized private tower's willingness to conduct their operations in accordance with all applicable regulations, including state and federal law, local ordinance, and all rules and conditions governing police authorized towing operations.

While the DPD and the City cannot relinquish any legal rights and does not do so by this letter, the DPD voluntarily commits to the following:

1. The DPD will tow an amount of vehicles not to exceed 25% of all police authorized tows carried out during each calendar month. This voluntary, self-imposed limitation on the number of vehicles the DPD tows will commence in June 2020. To prevent any unilateral change in the "not to exceed percentage", DPD agrees to notify City Council and the Board of Police Commissioners at least 30 days prior to doing so. The Department will abide by its day-to-day policies and practices and not intentionally select or otherwise "handpick" towing opportunities that involve vehicles that may yield more revenue than other vehicles.

2. Beginning in July 2020, the DPD will make available for inspection by the City Council, the Legislative Policy Division or a representative of the Detroit Towers Association or any police authorized towers records sufficient to show that the Detroit Police Department only towed 25% of all police authorized tows carried out during the prior month. Such inspection shall take place on the last Friday of each month, unless otherwise agreed to by the DPD on a case-by-case basis. The Department will provide copies of such records upon request. DPD



*The Honorable Detroit City Council*
*May 4, 2020*
*Page 2*

will also honor reasonable record requests to show that it will abide by its day-to-day policies and practices and not intentionally select or otherwise "handpick" towing opportunities that involve vehicles that may yield more revenue than other vehicles.

3. The DPD will take all necessary steps to resolve any and all legally valid outstanding invoices within 90 days following any private tower company's submission of any past due legally valid invoices and supporting documents, exclusive of any delays caused by the company — including but not limited to being unresponsive to the Department's or OCFO's reasonable request for additional supporting documentation.

4. The DPD will take proper steps to implement a bi-weekly payment process for all police authorized towers after the entry into contracts pursuant to the Request for Proposals described in paragraph 6 below. It is understood that the successful establishment of the institution of this new payment process will require the participation and cooperation of the police authorized towers.

5. Upon completion of the DPD's efforts to make its Grand River Tow Yard fully functional, police authorized towers will have the right to place any motor vehicle, boat, trailer, recreational vehicle, or other miscellaneous item on the Department's Grand River Tow Yard and to receive payment in the amount set forth in the established tow rates.

6. No later than February 1, 2021, the DPD through the Chief Procurement Officer of the City shall submit a Request for Proposal for five-year towing contracts. The Request for Proposal shall be for a number of towing contractors in existence as of the date of submission of the Request for Proposal. The Request for Proposal shall give due weight to the years of experience of the police authorized towers. Any request for proposal shall comport with any legal requirements and is subject to the review and approval of the Office of Contracts and Procurement. The DPD does not intend on changing the "not to exceed percentage" of 25% during the duration of the proposed contract period. Any contract issued is subject to the approval of City Council, and

7. The DPD shall conduct a study of the business practices of police authorized towers in other jurisdictions and issue a recommendation to the Board of Police Commissioners that will normalize hours of operations according to nationwide standards.



The DPD thanks the City Council for its continued support of the police department. It also thanks Detroit Towers Association for the professionalism and spirit of cooperation it brought to its work with the City of Detroit. Your ongoing and continued support of the Detroit Police Department, including its operations and members, is greatly appreciated.

Sincerely,

**JAMES E. CRAIG**
Chief of Police

CC  Honorable Michael E. Duggan, Mayor
Lawerence Garcia, Corporation Counsel
Boysie Jackson, Chief Procurement Officer
Detroit Board of Police Commissioners
Mr. Bertram Johnson
Mr. Barry Foster